FILED by ___ 9A ___ D.C.

**Feb 9, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 21-14008-CR-CANNON/MAYNARD

CASE NO. _____

26 U.S.C. § 7206(2)
26 U.S.C. § 7203

UNITED STATES OF AMERICA,

vs.

DURONEL LOUTE,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### Relevant Federal Income Tax Provisions

1.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

2.      The Earned Income Tax Credit was a refundable credit available to eligible individuals with earned income and adjusted gross income below certain amounts.  At lower income levels, the amount of the credit increased as the taxpayer's earned income increased.  At higher levels of earned income, the credit was phased out, until it was no longer available.  Therefore, for a taxpayer with little or no income, claiming increased earned income could increase the taxpayer's Earned Income Tax Credit.

3.      Household Help income was income earned from doing household work in or around the taxpayer's employer's home.  Examples of such work could include babysitter, cook, butler, driver, house cleaner and nanny.  Household help income was a form of earned income.

4.      A taxpayer who operated his or her own business was required to report the

revenue and expenses of the business to the IRS on Schedule C to the taxpayer's tax return. Net profit reported on Schedule C was a form of earned income.

The Defendant

5.      Defendant DURONEL LOUTE, a resident of Saint Lucie County, Florida, operated a tax preparation business with a principle place of business in Saint Lucie and Martin Counties, Florida.  LOUTE did business using the name DTS Plus.  LOUTE's business is hereinafter referred to as DTS Plus.  Among other things, LOUTE worked as a tax preparer at DTS Plus.

6.      Individuals reported their income, and any attendant tax obligations, on Forms 1040, which were filed annually with the IRS.

7.      Beginning in or around September of 2012, continuing through in or around April 2017, DURONEL LOUTE met with taxpayers and prepared tax returns for those taxpayers.

**COUNTS 1-9**
**Aiding the Filing of False Tax Returns**
**(26 U.S.C. § 7206(2))**

1.      The General Allegations of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2.      On or about the dates specified, in Saint Lucie and Martin Counties, in the Southern District of Florida, and elsewhere, the defendant,

**DURONEL LOUTE,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a United States Individual Income Tax Return (IRS Forms 1040), for the taxpayer and tax year below which was false and fraudulent as to a material matter, in that it falsely represented that the taxpayer was entitled to receive the credit or had

2

received the income specified below, whereas, as the defendant then and there well knew, the

taxpayer was not entitled to receive the credit or had not received the income:

| COUNT | APPROXIMATE DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSE AND FRAUDULENT REPRESENTATION (DOLLAR FIGURES APPROXIMATE) |
|---|---|---|---|---|
| 1 | 2-16-2015 | A.W. | 2014 | Household Help income of $15,901 |
| 2 | 2-29-2016 | A.W. | 2015 | Household Help income of $1,650 Schedule C-EZ income of $14,800 |
| 3 | 2-27-2017 | A.W. | 2016 | Schedule C-EZ income of $6,061 |
| 4 | 2-23-2015 | J.Q. | 2014 | Household Help income of $16,485 |
| 5 | 2-29-2016 | J.Q. | 2015 | Household Help income of $1,900 Unknown Income of 14,500 |
| 6 | 2-16-2015 | M.M. | 2014 | Household Help income of $4,211 |
| 7 | 2-22-2016 | M.M. | 2015 | Household Help income $1,500 Unknown Income of $8,700 |
| 8 | 2-29-2016 | S.H | 2015 | Household Help income $1,900 |
| 9 | 3-13-2017 | S.H. | 2016 | Household Help income $1,900 |

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT 10
### Individual-Failure to Pay Tax
### (26 U.S.C. § 7203)

During the calendar year 2013, in Saint Lucie County, Florida, and elsewhere, the

Defendant,

**DURONEL LOUTE,**

had and received taxable income of $15,314, on which taxable income there was owing to the

United States of America an income tax of $2,624.  He was required by law to pay, on or

before April 15, 2014, that income tax to the Internal Revenue Service Center at Austin, Texas,

to a person assigned to receive returns at the local office of the Internal Revenue Service at

Austin, Texas or to another Internal Revenue Service office permitted by the Commissioner of

3

Internal Revenue.  Well knowing all of the foregoing, he did willfully fail on April 15, 2014, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

## COUNT 11
### Individual-Failure to Pay Tax
### (26 U.S.C. § 7203)

During the calendar year 2014, in Saint Lucie County, Florida and elsewhere, the Defendant,

**DURONEL LOUTE,**

had and received taxable income of $60,301, on which taxable income there was owing to the United States of America an income tax of $16,130.  He was required by law to pay, on or before April 15, 2015, that income tax to the Internal Revenue Service Center at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Austin, Texas or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue.  Well knowing all of the foregoing, he did willfully fail on April 15, 2015, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

## COUNT 12
### Individual-Failure to Pay Tax
### (26 U.S.C. § 7203)

During the calendar year 2015, in Saint Lucie County, Florida and elsewhere, the Defendant,

**DURONEL LOUTE,**

had and received taxable income of $59,872, on which taxable income there was owing to the United States of America an income tax of $15,866.  He was required by law to pay, on or before April 15, 2016, that income tax to the Internal Revenue Service Center, to a person assigned to receive returns at the Internal Revenue Service as permitted by the Commissioner

of Internal Revenue.  Well knowing all of the foregoing, he did willfully fail on April 15, 2016, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL

FOREPERSON                                  _____

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO._____ |
| v. | |
| | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| DURONEL LOUTE, | |
| _____Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

__ Miami    __ Key West
__ FTL     __ WPB   ✓ FTP

New defendant(s)      Yes ____    No ____
Number of new defendants ____
Total number of counts ____

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    No____
    List language and/or dialect    _____

4.  This case will take __4__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | ✓ |
    | II | 6 to 10 days | |
    | III | 11 to 20 days | |
    | IV | 21 to 60 days | |
    | V | 61 days and over | |

    (Check only one)

    | | |
    |---|---|
    | Petty | |
    | Minor | |
    | Misdem. | |
    | Felony | |

6.  Has this case previously been filed in this District Court?    (Yes or No)    No____
    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No____
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    No____

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes____    No ✓

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes____    No ✓

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes____    No ✓

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY
FL Bar #775185

\*Penalty Sheet(s) attached           REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. _____

Defendant's Name:   **DURONEL LOUTE**

| COUNTS | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-9 | Aiding or assisting in the preparation of false tax returns | 26 U.S.C. § 7206(2) | 3 years' imprisonment; $250,000 fine; SR: 1 year; $100 Special Assessment |
| 10-12 | Individual-Failure to Pay Income Tax | 26 U.S.C § 7203 | 1 year imprisonment; $100,000 fine; SR: 1 year; $25 Special Assessment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

**UNITED STATES OF AMERICA**

**v.**

**DURONEL LOUTE,**

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?        ___ Yes  ✔ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ___ Yes  ✔ No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?        ___ Yes  ✔ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:        772-466-0899
Fax:       772-466-1020
Email:    Diana.Acosta@usdoj.gov