UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-14008-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

      Plaintiff

vs.

DURONEL LOUTE,

      Defendant.

_____/

**GOVERNMENT'S RESPONSE TO EXCLUDE GOVERNMENT WITNESS NATALIE DELIONS OR, IN THE ALTERNATIVE, REQUEST FOR RELEIF BASED ON CONSTITUTIONAL DUE PROCESS VIOLATIONS**

The United States of America, by and through undersigned Assistant United States Attorney, responds as follows:

1. On February 9, 2021, a federal grand jury indicted the Defendant with nine counts of aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2) and three counts of failure to pay individual tax returns, in violation of 26 U.S.C. § 7203 (DE 10).

2. The Defendant is currently set for trial on January 24, 2022, for 5-counts of aiding and assisting in the filing of false tax returns in violation of Title 26, United States Code, Section 7206 and three counts of individual failure to pay taxes, in violation of Title 26, United States Code, Section 7203.

3. On February 24, 2021, Natalie Delions was charged by information with four counts of aiding or assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206. See Case no 21-14010-CR-Rosenberg/Maynard. (DE 10).

4. On March 24, 2021, Delions entered a guilty plea the four counts alleged in the information pursuant to a written agreement in which Delions agreed to cooperate with the United States. (DE 24, 25, 30). Delions' sentencing is now scheduled for February 22, 2022.

5. Prior to being formally charged, the undersigned and Special Agent Mark Nirenberg debriefed Delions on October 8, 2020, November 5, 2020, and on November 30, 2020, via WebEx. Delions' counsel, Assistant Federal Public Defender, Panyotta Augusn-Birch, was present during all the debriefings. The Memorandum of Interviews for all three debriefings were provided to the defense in discovery.

6. On October 18, 2021, the undersigned and Special Agent Mark Nirenberg met Ms. Delions in person in preparation for trial. Notes from this meeting were provided to defense counsel on January 18, 2022.

7. On January 23, 2022, Delions was interviewed in preparation for trial and at that time she provided a detailed explanation that she had suffered a mini-stroke that affected her memory a little bit and she is currently on medication for anxiety.

8. The government immediately disclosed this information to the defense.

9. During all the debriefings, Delions was responsive to all inquiries and was able to recall in detail events that occurred at DTS Plus from 2012 through 2017. She provided detailed information, reviewed paperwork, and explained tax preparation was conducted at DTS Plus. At times, Ms. Delions candidly admitted that she could not remember some detials based on the passage of time.

10. Ms. Delions made a knowing, voluntary, and informed plea to her charges.

11. Ms. Delions and the Defendant have a joint child and as such, have been in continuous contact since 2013. They lived together for almost four years. If Ms. Delions was as incompetent as the defense attempts to portray, the Defendant would have observed this firsthand.

12. Ms. Delions has never exhibited any signs of mental incompetence. She did in passing mention that she may have suffered minor memory loss during one of the meetings, she provided a detailed explanation yesterday which was immediately disclosed to the defense. The Government will make the PSI available to the Court for an in camera review to determine if portions of the PSI should be disclosed to the defensne.

13. The government did become aware that the Ms. Delions was on medication for anxiety and depression. Though the government failed to disclose this until yesterday, the defense cannot establish prejudice since they can effectively cross-examine Ms. Delions on this issue.

14. Ms. Delions is competent to testify. The defense can order expedited transcripts of the bond hearing or change of plea.

15. The Defendant has not established a constitutional violation nor does this information open the door to extrinsic evidence of her mental state or memory loss by coworkers, friends and family.

(INTENTIONALLY LEFT BLANK)

CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court deny the Defendant's motion to exclude Natalie Delions as a witness.

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                UNITED STATES ATTORNEY

By:     *s/Diana M. Acosta*
        DIANA M. ACOSTA
        Assistant United States Attorney
        Florida Bar No. 075681
        101 South US Highway 1, Suite 3100
        Fort Pierce, Florida 34950
        Telephone: 772-293-0981
        Email: Diana.Acosta@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                *s/Diana M. Acosta*
                DIANA M. ACOSTA
                Assistant United States Attorney

**SERVICE LIST**

**Diana M. Acosta, AUSA**
EMAIL: diana.acosta@usdoj.gov
101 S. U.S. Highway 1, Ste. 3100
Ft. Pierce, FL 34950
TEL: 772-293-0981
Attorney for Plaintiff U.S.A.

**Michael James Entin, Esquire**
EMAIL: mjentin@aol.com
101 NE 3rd Ave, Ste 1500
Fort Lauderdale, FL 33301-1127
Attorney for Defendant
Method of Service: CM/ECF