**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14008-CR-CANNON**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DURONEL LOUTE**,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE GOVERNMENT WITNESS OR, IN THE ALTERNATIVE, REQUEST FOR RELIEF [ECF No. 85]

**THIS CAUSE** comes before the Court upon Defendant's Motion to Exclude Government Witness Natalie Delions or, in the Alternative, Request for Relief Based on Constitutional Due Process Violations (the "Motion") [ECF No. 85], filed on January 23, 2022.  The Government filed a Response in Opposition on January 23, 2022 [ECF No. 86].

For the reasons stated in open Court prior to jury selection on January 24, 2022, Defendant's Motion [ECF No. 85] is **DENIED** in accordance with the qualifications stated in this Order and discussed in open Court.

Defendant seeks to exclude altogether Government witness Natalie Delions based on the Government's January 22, 2022, disclosure of information related to Delions's limited memory loss as a result of "mini-strokes" she suffered in October 2020 [ECF No. 85 p. 3].  The Court has considered Defendant's Motion and the full record.  Upon full review, the Court sees no basis to invoke the sanction of excluding Natalie Delions.  Nevertheless, in order for Defendant to make effective use at trial of any memory-loss circumstance as relates to Ms. Delions, the Court orders as follows:

CASE NO. 21-14008-CR-CANNON

1. Ms. Delions may not testify any earlier than Wednesday, January 26, 2022, to permit Defendant additional time to investigate any limits on her cognitive status.

2. Redacted portions of Ms. Delions's Pre-Sentence Investigation Report as prepared by U.S. Probation in Ms. Delions's related criminal case (S.D. Fla. Case No. 21-14010-CR) have been provided by the Court to Defendant, listing pertinent information regarding her physical and mental/emotional conditions [ECF No. 42 ¶¶ 66–69].

3. Defendant may cross-examine Ms. Delions during trial on any memory loss stemming from the October 2020 "mini-strokes."  Prior to Ms. Delions's testimony, outside the presence of the jury, Defendant will have a brief opportunity to conduct limited questioning of Ms. Delions regarding the particulars of her memory loss and any related medical conditions/medications, followed by limited Government questioning on the same issue.

4. The Government is ordered, no later than 12 p.m. on **January 25, 2022**, to provide Defendant with copies of the transcripts from S.D. Fla. Case No. 21-14010-CR as requested by Defendant in the Motion.  The Government shall file a Notice of Compliance confirming production of such information.

5. The Court concluded Day 1 of trial early to permit Defendant additional time to prepare to cross-examine Ms. Delions when she testifies, on or after January 26, 2022.

6. In light of these qualifications, Defendant's requests for a more expanded evidentiary hearing or for an additional continuance are otherwise denied.[1]

---

[1] Government counsel represents that it is not in possession of any medical records or other documentary evidence concerning Ms. Delions's cognitive status.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 25th day of January 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record