UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-14008-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

        Plaintiff

vs.

DURONEL LOUTE,

        Defendant.
_____/

## GOVERNMENT'S NOTICE OF COMPLIANCE WITH COURT ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, files this notice of compliance with the Court's order (DE 88).

On January 25, 2022, the Court ordered the undersigned Assistant United States Attorney, no later than 12 p.m. on January 25, 2022, to provide Defendant with copies of the transcripts from S.D. Fla. Case No. 21-14010-CR-RLR (DE 88).

On January 24, 2022, at 10:04 p.m. the Government provided a copy of the transcript from a motion hearing held, February 27, 2020, and a copy of the initial appearance, arraignment, and change of plea transcript, held March 24, 2021. The Government provided these transcripts in .pdf to Defense Counsel via email. Paper copies were also provided in open court on January 25, 2022, at 9:30 a.m.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:    *s/Diana M. Acosta*
        DIANA M. ACOSTA
        Assistant United States Attorney
        Florida Bar No. 075681
        101 South US Highway 1, Suite 3100
        Fort Pierce, Florida 34950
        Telephone: 772-293-0981
        Email: Diana.Acosta@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*s/Diana M. Acosta*
DIANA M. ACOSTA
Assistant United States Attorney

## SERVICE LIST

**Diana M. Acosta, AUSA**
EMAIL: diana.acosta@usdoj.gov
101 S. U.S. Highway 1, Ste. 3100
Ft. Pierce, FL 34950
TEL: 772-293-0981
Attorney for Plaintiff U.S.A.

**Michael James Entin, Esquire**
EMAIL: mjentin@aol.com
101 NE 3rd Ave, Ste 1500
Fort Lauderdale, FL 33301-1127
Attorney for Defendant
Method of Service: CM/ECF