```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     FORT PIERCE DIVISION
                    CASE NO.  21-14008-CR-CANNON


UNITED STATES OF AMERICA,

             Plaintiff,                  JANUARY 24, 2022
        vs.
                                         FORT PIERCE, FLORIDA

DURONEL LOUTE,                                   DAY I

             Defendant.                  PAGES 1 - 238
_____/


                    TRANSCRIPT OF JURY TRIAL
           BEFORE THE HONORABLE AILEEN M. CANNON
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     DIANA M. ACOSTA, AUSA
                        Office of U.S. Attorney
                        101 South US Highway 1, Suite 3100
                        Fort Pierce, Florida  33401


FOR THE DEFENDANT:      MICHAEL JAMES ENTIN, ESQ.
                        Law Offices of Michael J. Entin, PA
                        101 NE 3rd Avenue, Suite 1500
                        Fort Lauderdale, Florida  33301










REPORTED BY:            DIANE MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        United States District Court
                        Fort Pierce, Florida  34950
                        772-467-2337
                        diane_miller@flsd.uscourts.gov
```

```
 1                              I-N-D-E-X

 2                                                    PAGE

 3    PRETRIAL MOTIONS                                   3

 4    VENIRE PANEL SWORN                              22/139

 5    VOIR DIRE:

 6        By the Court                               22/140

 7        By the Government                         116/181

 8        By the Defense                            123/184

 9    JURY DULY SWORN                                  209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>P-R-O-C-E-E-D-I-N-G-S</u>

THE COURT:  Thank you, please be seated.

THE COURTROOM DEPUTY:  Calling case 21-CR-14008-Cannon, USA versus Duronel Loute.  Can we have appearances, beginning with the Plaintiff, please -- or the Government.

MS. ACOSTA:  Diana Acosta on behalf of the United States.  Good morning, Your Honor.

THE COURT:  Good morning, Ms. Acosta.  Who is with -- who is with you at counsel table?

MS. ACOSTA:  Special Agent Mark Nirenberg and Emily Voelker, who is a special agent, also.  I apologize.

THE COURT:  Good morning.

Good morning, Mr. Entin.

MR. ENTIN:  Good morning, Your Honor.  Present on my left is Mike Rafael, an investigator; and on his left is the Defendant, Mr. Loute.

THE COURT:  Good morning, Mr. Entin, Mr. Rafael, and Mr. Loute.

We are here for trial in this matter.  I want to address first Defendant's motion at docket entry 85 to exclude Ms. Natalie Delions as a Government witness or in the alternative, a continuance on account of some purportedly late disclosure of Ms. Delions' memory loss as a result of a stroke she suffered in October of 2020.

1          Mr. Entin, obviously a motion to exclude a Government

2     witness is a severe sanction that the Court would entertain

3     only as a last resort.  It doesn't appear to me like there is a

4     basis for that, but if you want to add anything further to your

5     request and shed light on exactly what it is that you are

6     looking for, I'll hear argument on that.

7          MR. ENTIN:  Thank you, Your Honor.

8          Your Honor, at 4:00 p.m. on Saturday, on the 22nd of

9     January, around 4:20 p.m., I received he an email, a short

10    email from Ms. Acosta, which said in October of 2020, Natalie

11    Delions had a ministroke.  According to Delions, the ministroke

12    affects her memory a little; as an example, she sometimes

13    doesn't remember people.

14         Judge, the second part is that she's on medication, I

15    don't know if it is one or more medications, for anxiety,

16    depression and vertigo.  According to Delions, it does not

17    impact her ability to understand what is going on around her.

18         So I received that email, and I was sort of stunned

19    because I have been on the case for over a year.  The bond

20    order in this case precludes Mr. Loute from having any contact

21    with Natalie Delions, so when she alleges that we could have

22    discovered this through Mr. Loute, he has had no contact with

23    her since '19 or the beginning part of '20, and he has had

24    virtually no contact with her since October of 2020.  So there

25    is no real easy way that we could have discovered this, since

```
 1   we are precluded -- or Mr. Loute, directly or indirectly, was

 2   precluded from having contact with Ms. Delions.

 3             So what --

 4             THE COURT:  Mr. Entin, I'm going to ask that you

 5   bring the mic closer to your voice.

 6             MR. ENTIN:  Yes, Your Honor.

 7             So what we have is I am left with no information and

 8   the prosecutor is spinning the information as they believe they

 9   see it and presented it in an email to me, and I'm supposed to

10   rely on that information being correct.  They are the

11   gatekeeper of the information as it pertains to Ms. Delions.

12             All of the information I have been provided is void

13   of the fact that she had a stroke in October of 2020.  So when

14   you have this email, the question first becomes we know, at

15   least according to Ms. Delions, which is not disputed, that she

16   had a stroke.  Now, whether it is a ministroke, a regular

17   stroke, how serious this stroke is, I'm without that knowledge

18   and I'm without any basis to know the extent of the bleeding in

19   her brain or how far it went, or how far her memory was

20   affected by a stroke, but we do know she had a stroke in

21   October of 2020.

22             We also know that she admitted that she can't

23   remember people sometimes, and this is a case that involves ten

24   or 15 different employees that are doing different tasks.  She

25   is an integral part of the case because she worked closely with
```

```
 1    Mr. Loute, she's going to come in and say that Mr. Loute is the
 2    one who directed her to do these things.
 3              THE COURT:  All right.  I understand she plays an
 4    important role in this case, but can't you cross-examine her on
 5    the extent of her memory and ask her questions that would
 6    sufficiently probe this line of inquiry?  I'm just not clear
 7    exactly what you are looking for.
 8              MR. ENTIN:  If you let me --
 9              THE COURT:  Let me ask Ms. Acosta one question.
10              Ms. Acosta, are you in possession of any medical
11    records documenting Ms. Delions' memory loss as a result of
12    this ministroke in October of 2020?
13              MS. ACOSTA:  Your Honor, I am not, and I do have her
14    PSI that I will offer to the Court, so you can review.  There
15    is mention -- well, I'll let you review the PSI.
16              THE COURT:  I have the PSI.  I'm asking, though, do
17    you have any records, independent of the PSI, that document in
18    any way Ms. Delions' memory loss, you know, as a result of the
19    ministroke in October of 2020?
20              MS. ACOSTA:  I do not.
21              THE COURT:  And so I just want to make sure I
22    understand what you are seeking, Mr. Entin.  I know you want
23    transcripts of exactly what proceedings?
24              MR. ENTIN:  If I can just briefly finish, Judge.
25              THE COURT:  Okay.
```

1          MR. ENTIN:  So the second paragraph talks about she

2    is on medication or medications, okay.  I don't know if she was

3    on those medications during each of the interviews.  Her

4    statements appear sometimes inconsistent, incomplete.  The

5    memorandum of interviews are sometimes not correct in prior

6    statements she gives.

7          So since October of 2020, she has been interviewed

8    numerous times by law enforcement.  It never came up,

9    apparently, because I was never notified, nor are they aware

10   that she is on various medications that may be mind altering,

11   that could affect her ability when she was being interviewed.

12   So I would like to know when she started the medications, what

13   medications she is taking, the dosage, and when they have been

14   taken.

15          I also want information on what she suffers from.

16   She suffers from anxiety, I don't know if that's been affected

17   during the interviews, she suffers from depression, and she

18   suffers from vertigo.  I don't know if she was sitting there

19   getting interviewed and having a vertigo problem and not paying

20   attention to the interview.

21          So I have no mental health information on her

22   anxiety, her depression, or her vertigo.  I have no information

23   on the medication she takes, the dosage, when she took them,

24   and if she has been taking them since October '20, okay.  I

25   have no information on the extent of the stroke and how it

1    affected her.  She clearly says she has a problem remembering.

2              THE COURT:  All right, one moment.

3              Ms. Acosta, are you in possession of any other

4    records documenting any other medical characteristics of

5    Ms. Delions?

6              MS. ACOSTA:  Her anxiety is discussed in her PSI.

7              THE COURT:  Other than the PSI.

8              MS. ACOSTA:  No, Your Honor, I do not.

9              THE COURT:  Okay, all right.

10             Well, what the Court is going to do is make available

11   to Mr. Entin a heavily redacted version of the PSI, but what

12   you will see is the entire section, sir, related to her

13   physical condition and her mental and emotional condition that

14   will provide to you whatever information you can use during

15   your cross-examination to probe the extent of her mental health

16   and any medications she is currently taking or any other

17   conditions she has been diagnosed with, so we will make that

18   available to you.

19             As far as any additional investigation that you seek

20   to conduct, what exactly would you be seeking to do?  I'm

21   potentially open to, let's say, a one day brief continuance so

22   that you can better prepare your cross-examination, but this

23   open-ended request for a long-term continuance is not going to

24   happen.

25             MR. ENTIN:  I understand, Judge, and it is not what I

1    intended, but I do want to adequately defend Mr. Loute and I

2    want to have a proper opportunity to cross-examine her on

3    something that I just become aware of after a year and a half,

4    so I don't think it is unreasonable for me to come here and ask

5    for more time.

6         The things I have laid out in my motion, which I

7    think are significant, is she is being collaterally prosecuted

8    in a case with Judge Rosenberg.  I don't know if, when she went

9    for her bond hearing, it was addressed.  She has been on

10   supervision, I don't know if those issues have been addressed.

11   When she had a change of plea, they always you ask you, Are you

12   on medication, are you on drugs, do you suffer from any mental

13   issues, there is a whole plea colloquy that goes to

14   voluntariness.

15        THE COURT:  All right, let me ask.

16        Ms. Acosta, do you have the transcripts for

17   Ms. Delions' change of plea?

18        MS. ACOSTA:  I do not, Your Honor.

19        THE COURT:  Exactly what hearings have transpired in

20   that case?  There is a change of plea, was there a bond

21   hearing, was there a motion for the appointment of counsel?

22        MS. ACOSTA:  There was a motion for appointment --

23   there was a hearing on her request for counsel when she

24   received the target letter, and that was in front of Judge

25   Maynard, I don't recall exactly the date that that occurred,

1    but I can find that out.

2           THE COURT:  Was there a separate bond hearing?

3           MS. ACOSTA:  No, she voluntarily surrendered and we

4    agreed to a bond.  There wasn't really a bond hearing per se.

5           THE COURT:  And then there was a change of plea.

6           MS. ACOSTA:  Then there was a change of plea, and I

7    did pull the report and recommendation and it really does not

8    detail -- it doesn't detail the change of plea.

9           THE COURT:  Okay.  In terms of your sequence of

10   witnesses, on what day did you anticipate Ms. Delions

11   testifying?

12          MS. ACOSTA:  Tuesday or Wednesday, assuming that we

13   had started today, but I mean --

14          THE COURT:  Okay, all right.  What we are going to do

15   is we are going to pick a jury today, present opening

16   statements, we are going to then recess for the remainder of

17   the day so that, Mr. Entin, you can, you know, better prepare

18   yourself to cross-examine Ms. Delions.

19          I don't see any bad faith on the part of the

20   Government.  At this point you have been made aware of what the

21   Government is aware of, which is that she suffers from

22   apparently minor memory loss.  I think it would be appropriate,

23   Mr. Entin, for you to inquire of Ms. Delions on this topic,

24   including whether she is currently taking medication, when she

25   started to take such medication, and what she suffers from, so

```
1   those, I think, are appropriate lines of questioning with
2   respect to her credibility and her ability to remember
3   pertinent matters, and then we will resume trial tomorrow
4   morning.
5          Ms. Acosta, you are not to call Ms. Delions until
6   Wednesday, that will give Mr. Entin another day to do any
7   additional preparation.
8          And in the meantime, the Court will make available to
9   you, Mr. Entin, as I mentioned, the pertinent portions of the
10  PSI that relate to her physical and mental and emotional
11  health.
12         I'm also going to ask the Government to take
13  extremely expedited steps to obtain transcripts today of both
14  of those proceedings that took place in Ms. Delions' criminal
15  case, so I believe that includes the motion for the appointment
16  of counsel and the change of plea, so those must be processed
17  today on an extremely expedited basis.  I don't expect those to
18  be, you know, very lengthy.  So provide those to Mr. Entin, and
19  I believe that will sufficiently cover this issue.
20         Anything further to discuss, Mr. Entin, on your
21  motion?
22         MR. ENTIN:  Yes, Judge.  I understand Your Honor's
23  ruling, but I don't think in one day I can accomplish all of
24  the things I wanted to do to be effectively able to
25  cross-examine her.
```

```
 1           I have two requests.  Number one is, if you are going

 2   to take that position and give me one day to prepare, which I

 3   object to, for the record --

 4           THE COURT:  First of all, it is more than a day.  We

 5   are recessing today after opening, which gives you more time

 6   than you would have otherwise had today, so that's a short day,

 7   and then there is all of tomorrow.

 8           You have an investigator and if there are other

 9   co-workers that you wish to interview, you may start the

10   process of that, but I don't think that we need to further

11   postpone this trial, seeing as you are going to have the

12   ability to question Ms. Delions as you wish on her mental

13   state, which is something, I assume from the Government's

14   response, they oppose.

15           MR. ENTIN:  Two requests.  Number one is, I would ask

16   we not do openings today, because I would like to know this

17   information before I speak to the jury in an opening and

18   profess something I don't know to be true.

19           Secondly, I would like the opportunity, in the

20   presence of Ms. Acosta, to briefly inquire of Ms. Delions

21   before she takes the stand, information pertaining to this

22   mental issue.

23           I don't think that for the first time when she takes

24   the stand, I should have to be surprised in front of a jury

25   when this information has just been revealed as of this
```

 1    weekend.  I don't think it is unreasonable for me to have a

 2    brief interview with her in the presence of the Government to

 3    find out the information so I know what to ask.

 4             THE COURT:  So you would be asking Ms. Delions what

 5    actually?

 6             MR. ENTIN:  I would be asking when she suffered her

 7    stroke, I --

 8             THE COURT:  Which you know.

 9             MR. ENTIN:  I don't know that, she claims that.  I

10    don't know that, I would like to ask her that; the extent of

11    the stroke; what treatment she has received; how it has

12    affected her; how come she never brought it out over the 14, 16

13    months; was she on the medications -- I would rather ask that

14    before she takes the stand then just do a discovery questioning

15    in front of a jury where it may go backwards.  I don't think it

16    is unreasonable, in light of the late timing of this, to allow

17    me to talk to her briefly.

18             THE COURT:  Well, then, what we will do, I'll grant

19    your request in part.  Wednesday morning before trial, you will

20    have a limited opportunity to question Ms. Delions on the

21    timing of her stroke, any medication she is taking as a result

22    of it, whether she is currently under the care of a physician

23    or whether she has been for that condition, and the extent of

24    any medicines that she may be taking, so you will have some

25    time to probe her on those topics.

1          And I will also grant your request to postpone

2   openings until tomorrow.  So what we will do today will be just

3   selecting a jury, and then we will start tomorrow with opening.

4          Anything further on this topic?

5          MR. ENTIN:  No, Judge.  I respect your ruling, you

6   know, but for the record, I do object to that.

7          THE COURT:  All right.  Thank you.  Your objection is

8   preserved.

9          MS. ACOSTA:  Your Honor, may her attorney be present

10  when he interviews her?

11         THE COURT:  Yes, we will do that in open court here

12  on the record.

13         MR. ENTIN:  Your Honor, the second prong of that

14  motion was to determine why this was not revealed earlier, in

15  light of all of the allegations I put in the motion; the fact

16  she had a case pending for almost a year where Ms. Acosta was

17  the prosecutor, where all of this information would have come

18  out in a change of plea, it would have come out in the

19  presentence investigation.

20         If it was in the presentence investigation, and Your

21  Honor sees it, I don't know what is in there as of now, but why

22  wasn't that produced to me earlier if she was on notice when

23  the draft disclosure was provided months ago?

24         THE COURT:  There is no reference to memory loss in

25  the presentence investigation report.  It just covers that she

1    is diagnosed with depression and anxiety, and so there is no

2    indication here that she suffered any memory loss or that she

3    is under the care of a physician for any such memory loss.

4              It states, quote, "In September and October of 2020,

5    she reported suffering ministrokes, which have been linked to

6    possible cerebrospinal fluid leakage.  The defendant advised

7    that she is not under the care of a physician since relocating

8    to Charleston, South Carolina."  So there is no reference here

9    to medical records documenting memory loss, and there is no

10   indication of any memory loss, so as far as the PSI is

11   concerned, that information doesn't exist.

12             But anyhow, I understanded your motion, I think the

13   Court has given enough latitude with this brief continuance and

14   with the postponement of opening statements, and with the

15   permissibility of questioning Ms. Delions on her medical

16   condition, and I think those matters will sufficiently permit

17   the Defense to approach this issue adequately.

18             Anything further, Mr. Entin?

19             MR. ENTIN:  Just did I hear you right, did you say

20   strokes in the plural when you read that?

21             THE COURT:  Ministrokes, plural.

22             MR. ENTIN:  Well --

23             THE COURT:  All right, that's it.  We are done with

24   this topic.

25             How much time do you guys wish for opening?

```
 1              MS. ACOSTA:  Half an hour, Your Honor, at the most.
 2              MR. ENTIN:  I'll be ten or 15 minutes.
 3              THE COURT:  Okay.  Now, as far as the counts that the
 4    Government wished to dismiss, exactly which of those counts?
 5              MS. ACOSTA:  Yes, Your Honor, and I do have an
 6    additional count, so we are dismissing counts 1, 2 and 3, and
 7    counts 8 and 9.  So that leaves 4, 5, 6 and 7.  And I will,
 8    again, change everything else that pertains to that change, but
 9    for now, that's what I'm asking.
10              THE COURT:  So the indictment will be counts 4, 5, 6,
11    7, 10, 11, 12?
12              MS. ACOSTA:  Yes, Your Honor.
13              THE COURT:  Okay.  All right.  So we will then recess
14    briefly to gather the juror questionnaires, which you will then
15    be presented with.  We are going to have to request that
16    anybody currently in the gallery leave the courtroom for jury
17    selection to make room for the venire.
18              For spacing purposes, we are going to have to do this
19    in two chunks, so it will take longer.  I hope to be done
20    hopefully around noon, but breaking it up will delay matters
21    somewhat.
22              I will permit each side ten minutes of attorney
23    conducted voir dire in each chunk.  And if any juror requests a
24    private discussion, you will be permitted some brief follow-up
25    of those jurors as well.
```

1           Are there any evidentiary issues that we can resolve

2     now before we recess, other than what we have discussed this

3     morning with respect to Ms. Delions?

4           MS. ACOSTA:  Your Honor, just for the record, one of

5     the potential witnesses called stating that she felt that she

6     had contracted COVID.  To be candid, I wouldn't call her until

7     rebuttal, but I just wanted to put that on the record, if I

8     call her at all, but that is something that still lurks, so I

9     just wanted to advise.

10          THE COURT:  Okay.  And who is this individual?

11          MS. ACOSTA:  Zakela Jackson, Your Honor, she is one

12    of the ones who will be on the video.  I was hoping to avoid

13    calling her by just introducing the records and the videos, we

14    are not going to get into the particulars.

15          THE COURT:  All right.  And so, Ms. Acosta, so I

16    understand your lineup, why don't you walk the Court through

17    your anticipated sequence.

18          MS. ACOSTA:  Of my witnesses?

19          THE COURT:  Correct.

20          MS. ACOSTA:  Your Honor, we will first call Renee

21    McClain, who is the court custodian for the IRS; we will then

22    call Jennifer DeLuca, who is the custodian of records for

23    Mortgage Lending for the lending issue with the mortgage.  Then

24    I will call Special Agent Louis Babino for introduction of the

25    records seized from DTS Plus during the execution of the search

1   warrant; I will then call Spacial Agent Briones to state

2   what -- the statement made by the Defendant during the

3   execution of that search warrant.  I will then call Jason

4   Leighton, who is the computer examiner, who will go into some

5   documents and the videos that were seized.

6          And then we were going to call Natalie Delions first,

7   then the two remaining taxpayer clients, which is Malanie

8   Moltime and Jessica Quintero.  Then we are going to call

9   Revenue Agent Stanley Lotman, and end with Special Agent Mark

10  Nirenberg as a summary witness.

11         THE COURT:  All right.  So long as Ms. Delions does

12  not testify any earlier than Wednesday, I think your sequence

13  is permissible.

14         All right.  We are in a brief recess now, we will

15  make available to you the questionnaires momentarily.

16     (Recess was had at 8:59 a.m.; and the proceedings

17     Resumed at 9:31 a.m.)

18         THE COURT:  Thank you, you may be seated.

19         Mr. Entin, the Court has made available to you the

20  redacted version of the PSI with the pertinent sections about

21  her emotional, mental and physical health there for your

22  consideration.

23         Ms. Acosta, have you begun arrangements to obtain

24  those transcripts?

25         MS. ACOSTA:  Yes, Your Honor, I contacted my legal

```
 1   assistant and she is currently working on that.
 2            THE COURT:  Please update the Court after jury
 3   selection on the status of that request.
 4            MS. ACOSTA:  Yes, Your Honor.
 5            THE COURT:  All right.  You may call the jurors in,
 6   thank you.
 7            All rise for the jurors.
 8       (The Venire panel entered the courtroom at 9:32 a.m.)
 9            THE COURT:  You may be seated.
10            Good morning, ladies and gentlemen.
11            Ms. Glass, if you could, please call the case number.
12            THE COURTROOM DEPUTY:  Calling case
13   12-CR-14008-Cannon, USA versus Duronel Loute.
14            THE COURT:  Let's have Counsel state their
15   appearances for the record, starting with the Government.
16            MS. ACOSTA:  Diana Acosta on behalf of the United
17   States, good morning.  And seated at counsel table is Special
18   Agent Nirenberg from the IRS.
19            THE COURT:  Good morning.
20            Mr. Entin.
21            MR. ENTIN:  Good morning, ladies and gentlemen.  My
22   name is Michael Entin, I represent Duronel Loute, who is on my
23   right, and seated next to me is Mike Rafael, who works in my
24   office.  Thank you.
25            THE COURT:  Well, good morning, ladies and gentlemen.
```

```
 1    I want to welcome you to the federal courthouse in Fort Pierce.

 2    My name is Aileen Cannon, I'm a United States District Judge

 3    for the Southern District of Florida and I'll be presiding over

 4    this case.

 5            Before we begin, I want to extend our sincere

 6    gratitude to all of you for being here on behalf of myself, the

 7    entire Southern District of Florida, and the parties in this

 8    case.  The right to trial by jury is a cherished right in our

 9    constitutional democracy.  It is recognized, preserved and

10    protected by our constitution, and it is one of the most

11    important duties that a citizen is called upon to perform.

12            Our framework allows litigants to select members of

13    their community to decide the outcome of a case that ends up in

14    court, and your role is truly indispensable to that system.  So

15    although I can appreciate that at least for some of you, you

16    may not have been thrilled upon receipt of a juror summons, I

17    want to stress just how important jury service is to our system

18    of laws, and thank you again for your service.

19            I assume that at least for some of you, this is your

20    first call to jury service and these proceedings may feel a bit

21    unfamiliar to you.  Please do not be apprehensive or feel

22    inadequate in any way.  As we go along, the Court and the

23    attorneys will familiarize you with the proceedings and further

24    instruct you as to what your role and your what duties will be.

25            Now, on the subject of COVID 19 precautions, I want
```

```
 1   to let you all know what the Court has done for everybody's
 2   safety.  We have four air purifiers in the courtroom, those are
 3   those white boxes you see in each corner.  They do emit a
 4   low-grade hum, so I ask that you all please speak up as best
 5   you can when called upon to speak.
 6           We also have some plexiglass in the jury box.  Please
 7   be careful, however, as you are moving about because it is not
 8   affixed to the wood.  We have tried to maintain some distance
 9   between all of you, so if you could, please try to maintain
10   that distance throughout this proceeding; and of course, there
11   is the mask requirement, which we ask that you all please
12   adhere to.
13           At times during this proceeding, the lawyers will be
14   permitted to remove their mask, when they are asking questions,
15   as will the witnesses when they are testifying, but other than
16   that, we will adhere to that requirement closely.
17           Now, if you are called upon to speak, please raise
18   your juror paddle with your number on it so that the Court is
19   clear as to who is speaking and if at any point you cannot hear
20   me or any of the lawyers, please raise your paddle so that I
21   can ensure that everybody is hearing everybody well.
22           Now, I would like to introduce you to the court
23   personnel and their respective duties.  First, we have the
24   courtroom deputy for this trial, Teresa Glass, she is seated to
25   my right.  She is here to assist us in coordinating the
```

```
1    day-to-day operation of the Court.

2            Directly in front of me, we have Ms. Diane Miller,

3    she is a court reporter and she will be transcribing and taking

4    down everything that is said in the courtroom, including

5    everything that I'm saying now, the questions that will be

6    asked you of, your answers, and all other matters in the case.

7            To make her job easier, I ask that you please speak

8    as clearly and as audibly as you can and as I said earlier,

9    that you please repeat your name and juror number for the

10   record before you start speaking.

11           Now, we also have a court security officer with us

12   today.  Today we have Officer Connely, his job is to enforce

13   the Court's orders and take charge of the jury.  If you need

14   information concerning your personal welfare, please ask the

15   court security officer or the courtroom deputy and they will

16   try to assist you, but please do not question them concerning

17   the case that is being presented.

18           Now, that we have that out of the way, let's please

19   have the jurors sworn in, Ms. Glass.

20      (Venire panel duly sworn.)

21               VOIR DIRE BY THE COURT

22           THE COURT:  Now I'm going to be asking you questions

23   touching on your qualifications to serve as jurors, and the

24   lawyers will be permitted some time later to ask questions of

25   you as well.  This part is known as the voir dire examination.
```

1          Voir dire is a legal phrase that means essentially to

2     speak the truth.  I think that captures the purpose of this

3     examination, which broadly speaking is to select a jury who is

4     fair and impartial, who will follow the law and who will

5     evaluate the issues in this case based solely on the evidence

6     presented without being influenced by any other factors.

7          Now, in service of that goal, we must determine if

8     your decision in this case would be influenced by opinions you

9     now hold or by some personal experience or special knowledge

10    you may have concerning the case to be tried.

11         In many ways, ladies and gentlemen, this is the most

12    important part of the trial, as we are about to pick the judges

13    of the facts.  I may bear the title of judge, but I will not

14    decide the outcome.  My role is to see to it that the rules of

15    the courtroom are followed, but it is the jurors who serve as

16    judges of the facts.

17         Now, this questioning does take time, so I ask for

18    your patience in advance.  Please also understand that this

19    questioning is not intended in any way to pry into your

20    personal affairs, but is intended only for the purpose of

21    obtaining a fair and impartial jury.

22         If for any reason any area of questioning makes you

23    feel uncomfortable, and you would prefer to speak with the

24    Court and the parties in private, outside the presence of your

25    fellow panel members, please let the Court know and we will

1    arrange for that.

2          Now, the only right answer is the truth, so please be

3    candid and complete in your answers and if, at the end of jury

4    selection, you are not selected to serve on this jury, please

5    do not feel offended or feel that your integrity has been

6    questioned in any way; it has not.  Either side can ask to

7    excuse a juror without giving a reason, and some persons are

8    simply better suited to serve on some juries than others, that

9    is all.

10         Now, why are we here?  We are here because an

11   indictment has been filed informing the Defendant that he is

12   accused of certain crimes, but as I will explain to you in more

13   detail in a few moments, the indictment is not evidence, it is

14   simply an accusation.  So it is the Government's burden to

15   prove beyond a reasonable doubt that the Defendant is guilty

16   and that is what you are here to determine.

17         I'm going to go over these concepts in more detail in

18   a few minutes, but to give you a brief description of the

19   allegations in this case, the indictment alleges that the

20   Defendant, Duronel Loute, committed a total of seven offenses.

21         The first four allege that Mr. Loute aided in the

22   filing of false tax returns in violation of Title 26, United

23   States Code section 7206, subsection (2), and the last three

24   offenses allege that the Defendant, Mr. Loute, willfully failed

25   to pay income tax due in violation of Title 26, United States

1    Code Section 7203.

2         Now, to describe these allegations in a little bit

3    more detail, the first four offenses, as I just mentioned,

4    allege that Mr. Loute operated a tax preparation business using

5    the name DTS Plus, and that he worked as a tax preparer at DTS

6    Plus.  According to the indictment, the Defendant did willfully

7    aid and assist in and procure, counsel and advise the

8    preparation and presentation to the Internal Revenue Service of

9    the United States an individual income tax return for the

10   taxpayer and tax year below, which was false and fraudulent as

11   to a material matter in that it falsely represented that the

12   taxpayer was entitled to receive the credit or had received the

13   income specified below, whereas as the Defendant then and there

14   well knew the taxpayer was not entitled to receive the credit

15   or had not received the income.

16        The fifth, sixth and seventh offenses of this

17   indictment, which is, as I said, just an accusation, it is not

18   evidence, alleges that during the calendar years 2013, 2014,

19   and 2015 in St. Lucie County, Florida and elsewhere, the

20   Defendant, Mr. Loute, received taxable income on which taxable

21   income was owed to the United States, but willfully failed to

22   pay the income tax due.

23        Now, have any of the jurors heard or read anything

24   about this case?  If so, please raise your hand.

25        I see no hands.

1          I'm going to ask the attorneys now to introduce

2    themselves again, and then I'm going to ask them to read out

3    loud the names of any anticipated witnesses to be called in

4    this case.  Please listen carefully, as I will ask you all

5    afterward if you recognize any of those names.

6          Let me start with Ms. Acosta.

7          MS. ACOSTA:  Good morning again.  My name is Diana

8    Acosta, I'm an Assistant U.S. Attorney.  With me at counsel

9    table is Special Agent Mark Nirenberg, who is the case agent

10   and will be called as a witness.

11          In addition to Special Agent Nirenberg, there is

12   Special IRS Agent Louis Babino; Neville Barrant, who is a

13   contractor with the IRS; Leandro Briones, who is a special

14   agent with the IRS.  There is also Jason Leighton, who is a

15   special agent with the IRS; and Stanley Lotman, who is a

16   revenue agent with the IRS.

17          In addition, the Government will possibly call

18   Natalie Delions; Jennifer DeLuca, who is the custodian of

19   records for Nations Direct Mortgage; Malanie Moltime; Zakela

20   Jackson; Renee McClain, who is the IRS coordinator and one of

21   the custodians for the IRS; Jessica Quintero, and Robert Velie.

22          THE COURT:  Does anybody here recognize any of the

23   names just read out loud?

24          I see no hands.

25          Mr. Entin.

 1              MR. ENTIN:  Thank you, Your Honor.

 2              The Defense potentially could call the following

 3    witnesses:  The first group are civilians, Maged Elbarki; Grant

 4    Hemmingway, Ellie Simpson, Juanita Miguel, Greg Parents Danger,

 5    Angela Singletary, Saintanaelle Saintelus, Jaycena Vajda,

 6    Robert Velie, Brittany Webb, Chereca Bartee, Angela Bass,

 7    Keyuna Mobley; Shanta Isaac, Jessica Quintero, and potentially

 8    the three agents listed by the Government.

 9              THE COURT:  All right.  Does anybody recognize any of

10    those names that were just read out loud?

11              I see no hands.

12              Now, this case is expected to last approximately six

13    business days, starting today.  The Court's schedule generally

14    runs from approximately 9:00 in the morning until 5:30 in the

15    evening, although today will be a half day, so today is a short

16    day, and we will resume tomorrow promptly at 9:00 a.m., and run

17    through the rest of this week and Monday of next week.

18              Is there anyone here who has a special problem with

19    this anticipated schedule, such that it would make it uniquely

20    difficult for you to serve on this jury, such as a

21    nonrefundable airline tickets or a scheduled surgery?

22              All right.  I see one juror in the back, Juror 25, if

23    we could get the microphone to her, please.

24              Thank you.

25

```
 1                          EXAMINATION
 2   BY THE COURT:
 3   Q   If you could you stand up for a moment, ma'am, and please
 4   tell us your name.
 5   A   Amanda Tucker.
 6   Q   All right, Ms. Tucker.  What is your unique scheduling
 7   issue?
 8   A   On Friday, I'm taking my children to see their father up in
 9   Panama City Beach.
10            THE COURT:  All right.  You may be seated,
11   Ms. Tucker.  Thank you.
12            Any other jurors with a unique scheduling difficulty?
13            All right, I see no hands.
14            Now, does anybody here have any difficulty reading
15   or -- I'm sorry, I overlooked another juror, my apologies.
16                          EXAMINATION
17   BY THE COURT:
18   Q   Good morning, ma'am.  Please tell us your juror number.
19   A   Number 5.
20   Q   All right, Ms. Terry.
21   A   Yes.
22   Q   Thank you.
23   A   Mine has more to do with a work issue.  I'm a charge nurse
24   on a COVID unit at Cleveland Clinic in Indian River and there
25   is a staffing crisis.
```

```
 1   Q    Okay.  Are you scheduled to work this week, ma'am?

 2   A    Yes.

 3              THE COURT:  Okay.  All right, you may be seated.

 4              Any other jurors?

 5                          EXAMINATION

 6   BY THE COURT:

 7   Q    Juror Number 28, good morning, sir.  Please tell us your

 8   name and juror number.

 9   A    Juror Number 28, my name is Carlos Sandigo.  I do home

10   health, I treat COVID patients on the daily.  I'm one of the

11   only contractors with my agency seeing a high influx of

12   patients and I am a bread winner for the family, so if I don't

13   work, I'm not able to bring home money to pay for the bills.

14              THE COURT:  All right.  You may be seated,

15   Mr. Sandigo.

16              All right.  Any other jurors with a unique scheduling

17   difficulty?

18              All right, let me proceed.

19              Does anybody here have any difficulty reading or

20   speaking the English language?

21              I see no hands.

22              Does anybody here have any physical disabilities or

23   impairments, hearing, sight or otherwise, that would render you

24   incapable of performing your duty as a juror?

25              I see no hands.
```

1          Now, as I said earlier, we are here today because an

2    indictment was filed informing the Defendant that he is accused

3    of certain crimes, and he is called upon to respond to that

4    indictment.  The indictment is not evidence.  The Defendant in

5    this case responded to the accusations contained in the

6    indictment by saying four words:  I am not guilty, and those

7    words carry a great deal of weight because we are now beginning

8    a jury trial where the Government is required to prove beyond a

9    reasonable doubt that the Defendant is guilty before he may be

10   found guilty.

11         And so the fact that the indictment exists does not

12   mean that what it alleges actually happened.  That is what you

13   are here to determine, and that is what the Government must

14   prove to you beyond a reasonable doubt.

15         As I alluded to you earlier, there are several

16   concepts that I want to discuss with you.  These principles lie

17   at the heart of our criminal justice system and they are first,

18   the presumption of innocence; second, the Government's burden

19   of proof; and third, the Defendant's right to remain silent.

20         Now, just by a showing of nodding heads, how many of

21   you have heard of a defendant's presumption of innocence?

22         I'm seeing a lot of nodding heads.

23         Now, to reiterate, the indictment in a criminal case

24   is merely the accusatory paper which starts the charge or

25   charges to be determined at the trial, but it's not evidence

1  against the Defendant or anyone else.

2          Indeed, the Defendant has entered, as I said, a plea

3  of not guilty, and he is presumed by the law to be innocent.

4  Every person charged with a crime in this country is presumed

5  innocent, that right is guarantied by our constitution.  In

6  fact, if we were to send all of you now to the jury

7  deliberation room to render your verdict, at this time, the

8  only verdict you could render now is that of not guilty.  Does

9  anybody here have any difficult accepting that as the law?

10          I see no hands.

11          Now, the burden of proving the Defendant's guilt

12  rests with his accuser, which in this case is the United States

13  Government, and the burden is to prove the charge beyond a

14  reasonable doubt.  I'm going to read to you now the instruction

15  that I would give to you at the conclusion of the trial if you

16  are selected to serve on this jury as it pertains to the

17  definition of reasonable doubt.

18          The Government's burden of proof is heavy, but it

19  doesn't have to prove a defendant's guilt beyond all possible

20  doubt.  The Government's proof only has to exclude any

21  reasonable doubt concerning the Defendant's guilt.

22          A reasonable doubt is a real doubt based on your

23  reason and common sense after you have carefully and

24  impartially considered all of the evidence in the case.  Proof

25  beyond a reasonable doubt is proof so convincing that you would

1    be willing to rely on it without hesitation in the most

2    important of your own affairs.

3            Now, does anybody here have any difficult accepting

4    that burden of proof as the law?

5            I see no hands.

6            Now, along the same lines, the Government has the

7    entire burden of proof.  That means there is nothing leftover

8    for the Defense, there is nothing to prove to you or disprove

9    to you.  Does anybody have any difficulty or hesitation

10   accepting that as the law?

11           Again, I see no hands.

12           Now, again, with a showing of nodding heads, how many

13   of you have heard of a defendant's right to remain silent?

14           Lots of yeses, I'm seeing.

15           Now, as I said before, the law does not require the

16   Defendant to prove innocence or to provide any evidence at all

17   and if a defendant elects not to testify, you cannot consider

18   that in any way during your deliberations.  The Government has

19   the burden to prove a Defendant's guilt beyond a reasonable

20   doubt and if it fails to do so, you must find the Defendant not

21   guilty.

22           Does anybody have any hesitation or difficulty

23   accepting what I have just read as the law?

24           PROSPECTIVE JUROR:  Yeah, I do.

25           THE COURT:  All right, sir.

```
 1                        EXAMINATION

 2  BY THE COURT:

 3  Q    Juror Number 9, please stand and let us know your name,

 4  sir.

 5  A    Number 9, Alphonson Johnson.  Can you repeat that last part

 6  for me, please, just to be clear.

 7  Q    The Government has the burden to prove a defendant's guilt

 8  beyond a reasonable doubt, and if the Government fails to prove

 9  the Defendant's guilt beyond a reasonable doubt, you must find

10  that the Defendant is not guilty.

11  A    Okay.  I misunderstood the question, my bad.

12           THE COURT:  No problem at all, thank you for

13  listening intently.

14           All right.  Now, so if a Defendant does not testify,

15  you cannot hold it against him.  Let me give you an example of

16  how this might materialize.

17           Let's say the case is over, you go back in the jury

18  room and you don't believe the Government has proven its case

19  beyond and to the exclusion of a reasonable doubt.  At that

20  point, you can't say to yourself or to your fellow jurors,

21  Well, I don't believe the Government has proven its case, but

22  I'm going to find the Defendant guilty anyway, because he

23  didn't testify.

24           You cannot do that, you cannot hold his decision not

25  to testify against him.  Does anybody have any difficulty
```

```
 1    accepting that as the law?

 2              I see no hands.

 3              Now, does anybody feel that they would not be able to

 4    follow the law on the Defendant's right to remain silent?

 5              I see no hands.

 6              Now, do you all understand that as jurors, you will

 7    be required to judge the testimony of witnesses, and to do so,

 8    you must use certain common sense guidelines.  Now, we all

 9    communicate with each other every day and each time we

10    communicate with someone, we may make determinations about

11    whether the person with whom we are speaking is being sincere

12    or accurate about what they are saying.  Those same common

13    sense guidelines are the guidelines you are going to be

14    required to use to judge the credibility, sincerity and

15    accuracy of the witnesses that are going to be brought before

16    you, regardless of the witness's profession.

17              Now, to reach a verdict, you may have to decide which

18    testimony to believe and which testimony not to believe and

19    when you are considering a witness's testimony, you may

20    consider various factors, including the witness's opportunity

21    and ability to see, hear, or know the things the witness is

22    testifying about.

23              The witness's memory, the witness's manner while

24    testifying, any interest the witness has in the outcome of the

25    case, and any other evidence that contradicts the witness's
```

 1    testimony, the reasonableness of the witness's testimony in

 2    light of all of the evidence, and any other factors affecting

 3    believability.

 4         Do any of you feel that you would be unable to

 5    evaluate the credibility of witnesses as you are hearing the

 6    evidence in this case?

 7                          EXAMINATION

 8    BY THE COURT:

 9    Q    Juror Number 3.

10    A    James Karol, I have a question.

11    Q    Sure.

12    A    Will the witnesses be wearing masks?

13         THE COURT:  No.  Thank you, sir.

14         All right.  Does anybody here have any difficulty or

15    feel that they would be unable to evaluate the credibility of

16    witnesses as you are hearing evidence in this case?

17         I see no hands.

18         Now, you may be hearing from Government agents and

19    law enforcement officers, and the common sense guidelines that

20    I just went over in terms of judging a witness's credibility

21    are the ones you would need to apply to every witness,

22    regardless of their profession.

23         Now, I would like to discuss law enforcement

24    witnesses for a moment in particular.  Does anybody here have

25    any particularly negative or positive feelings toward law

```
 1   enforcement that you simply would not be able to put aside if

 2   selected to serve on this jury?

 3          I see no hands.

 4          Now, similarly, do any of you think you would find

 5   law enforcement officers more or less credible just because of

 6   their employment, regardless of the various factors I described

 7   earlier regarding how to consider a witness's credibility?

 8          I see one juror.

 9                            EXAMINATION

10   BY THE COURT:

11   Q    Good morning, sir, Juror Number 2.

12   A    Good morning.  Number 2, my name is Jay Fuld.

13   Q    If you could remove your mask, sir.  Thank you.

14   A    I'm a former department of corrections and my brother has

15   been in the IRS for 30 years, so I don't know if I would be

16   able to do this fairly.

17   Q    All right.  Now, I understand that you worked in law

18   enforcement and you have some relatives.  Is there anything

19   about your personal experience or that of your relatives that

20   you believe would preclude you from being a fair and impartial

21   juror in this case?

22   A    No, I just want to bring that up.

23          THE COURT:  All right, thank you.  I'll have an

24   opportunity to discuss with each of you your particular

25   profession and we can go over those matters in more detail, but
```

1    I appreciate that, sir.  Thank you.

2           All right.  I see no additional hands.

3           Now, I read earlier to you the nature of these

4    allegations, specifically the offenses that are charged in this

5    indictment, and I'll just refresh your memory just for a

6    moment.  The first of the four offenses allege that the

7    Defendant aided in the filing of false taxes returns, and the

8    last three offenses allege that he failed to pay taxes as

9    required by Title 26, United States Code Section 7203.

10          Is there anything about the nature of those

11   allegations specifically that would make any of you feel that

12   you simply couldn't serve as a fair and impartial juror to the

13   Government and to the Defendant in this case?

14          I see no hands.

15          I'm going to turn now to the concepts of sympathy and

16   prejudice.  Sometimes we feel sorry for people in difficult

17   situations and unfortunately, sometimes we can also feel

18   prejudice.

19          Neither sympathy nor prejudice can factor into your

20   deliberations.  You are the judges of the facts.  If you allow

21   emotions to cloud your decision making, you will not be

22   fulfilling your responsibilities.  Is there anybody here who

23   cannot put feelings aside or who cannot sit in judgment of

24   others?

25          I see no hands.

```
 1              Now, is there anyone here who feels that they could

 2     not be fair to both sides and hear the evidence objectively?

 3              I see no hands.

 4              Now, you are also going to be asked and instructed to

 5     disregard the consequences of any verdict rendered.  In other

 6     words, do not be concerned with the imposition of any sentence,

 7     as that is the sole province of the judge, not the jury.

 8              Does anybody here have any difficulty accepting that

 9     as the law?

10              I see no hands.

11              Now, moving on, as jurors, you may disagree on what

12     the evidence has shown.  One juror may believe one witness and

13     not another, or you may believe part of what a witness says and

14     not another part.  That's perfectly acceptable.

15              After you retire to the jury room, you must discuss

16     all of the facts and see if you can reach a unanimous verdict.

17     There is no room, however, for doubt concerning the law.  The

18     law is what I will instruct you it is, and you must be willing

19     to accept the law as I give it to you.

20              Does everybody understand that?

21              Let me ask it in the converse.  Is there anybody here

22     that would not follow the law, even if you disagreed with it?

23              I see no hands.

24              Now, does anybody here have any other reason why you

25     could not give this case your undivided attention and render an
```

1   impartial verdict based solely on the evidence presented to you

2   and the law as I instruct you?

3          No hands.

4          Now I'm going to ask you a few more questions that

5   are customized more to the nature of the allegations in this

6   indictment.

7          Now, as I mentioned, this case involves possible

8   violations of federal criminal laws related to income taxation

9   and was investigated by the Internal Revenue Service.  Do any

10  of you have any disagreement with the idea that it is the duty

11  of all citizens to obey the income tax laws, as well as all

12  other laws of this country?

13         I see no hands.

14         Now, is there anyone here who holds strong views,

15  either positive or negative, about the tax system of the United

16  States of America or the Internal Revenue Service that would

17  make it difficult for you to be a fair and impartial juror in

18  case?

19         I see no hands.

20         Now, does anybody here feel that violations of

21  federal tax laws should not be prosecuted as crimes by the

22  United States?

23         I see no hands.

24         Now, have any of you or any of your family members

25  ever worked as an accountant, bookkeeper, tax return preparer,

```
 1    certified public accountant or enrolled agent?  I know I just

 2    listed off various roles, but let me go one by one, starting

 3    with Juror Number 2.

 4              PROSPECTIVE JUROR:  Yes.  My brother did all of that,

 5    MVA, certified tax preparer, and worked for the IRS for 30

 6    years.

 7                           EXAMINATION

 8    BY THE COURT:

 9    Q   Do you know the particular position that your brother held,

10    sir?

11    A   He is currently the 401Ks -- I'm sorry, nonprofit

12    organizations, and he does the books and audits them.

13    Q   So he works currently for the IRS?

14    A   Yes, ma'am, in New York.

15    Q   I'm sorry, how long has he worked for the IRS?

16    A   Thirty years.

17    Q   Do you have any other relatives that have held any of those

18    positions, accountant, bookkeeper?

19    A   No, just my brother.

20              THE COURT:  Thank you very much, sir.  You may be

21    seated.

22                           EXAMINATION

23    BY THE COURT:

24    Q   Juror Number 3, Mr. Karol.

25              THE COURT:  I'm sorry, I'll get to you in just a
```

1    moment.

2    A    My wife's cousin and her uncle are both tax preparers, the

3    cousin is a CPA.  I worked as a plant manager and when my

4    accounting manager was on leave, I did the accounting for six

5    months, so --

6    BY THE COURT:

7    Q    Okay.  Now, is there anything about your wife's relatives'

8    profession or your bookkeeping that you believe would make it

9    difficult for you to be a fair and impartial juror in this

10   case?

11   A    No.

12           THE COURT:  Thank you.

13           Actually, Juror Number 2, if you could put your hand

14   up one more time, I want to follow-up on what you said.

15                          EXAMINATION

16   BY THE COURT:

17   Q    Now, I understand your brother has worked and continues to

18   work for the IRS as a tax preparer.  Is there anything about

19   your brother's job that you believe would impact or impede your

20   ability to serve as a fair and impartial juror in this case?

21   A    No, ma'am.

22           THE COURT:  Thank you, you may be seated.

23           I think Juror Number 10 --

24           I'll get to you in just a moment, ma'am.

25

```
 1                        EXAMINATION
 2   BY THE COURT:
 3   Q   Good morning, Number 10.
 4   A   Hi.  I worked for a doctor for 30 years, I was his office
 5   administrator and I did everything, you know, bookkeeping,
 6   getting everything ready for the accountant, 1099s, and sending
 7   stuff to the IRS all of the time, so --
 8   Q   Okay.  And how long did you work in that doctor's office?
 9   A   Thirty years.
10   Q   Are you still employed there?
11   A   No, I'm self-employed now.
12   Q   Is there anything about that work that you did in the
13   doctor's office that would impact or impede your ability to
14   serve as a fair and impartial juror in this case?
15   A   No.
16            THE COURT:  Thank you very much, Juror Number 10.
17            I think over here, Juror Number 4, Officer Connely.
18                        EXAMINATION
19   BY THE COURT:
20   Q   Good morning.
21   A   Good morning.
22   Q   Have you, a family member or any close friend ever worked
23   as an accountant, bookkeeper, tax return preparer, certified
24   public accountant, or enrolled agent?
25   A   Yes.
```

```
 1    Q    Can you tell us a little bit about that.

 2    A    I have been in bookkeeping and business management the

 3    majority of my life.

 4    Q    And can you tell us a little bit about the organizations

 5    that you have worked in.

 6    A    Mainly construction and currently in a small private

 7    school.

 8    Q    Is there anything about that role in the bookkeeping

 9    capacity that would impede or impact your ability to serve as a

10    fair and impartial juror in this case?

11    A    No.

12              THE COURT:  All right, you may be seated.  Thank you,

13    Juror Number 4.

14                             EXAMINATION

15    BY THE COURT:

16    Q    Juror Number 13.

17    A    Hi.  My father-in-law is a retired CPA, one of my best

18    friends is a bookkeeper for a small office, and my

19    sister-in-law is a tax preparer.

20    Q    Okay.  Now, is there anything about the professions of your

21    relatives and friends as you have just stated that would impact

22    or interfere with your ability to view the evidence in this

23    case based solely on the evidence presented and the law as I

24    instruct you?

25    A    It should not.
```

```
 1   Q    I'm sorry?

 2   A    It should not.

 3   Q    Okay.  Do you have any hesitation whatsoever in your

 4   response?

 5   A    No.

 6              THE COURT:  Thank you very much, you may be seated.

 7                         EXAMINATION

 8   BY THE COURT:

 9   Q    Juror Number 31, good morning, ma'am.

10   A    Good morning.

11   Q    Do you want me to restate the question?

12   A    No.  My dad was in taxes when I was a kid, I don't know

13   exactly what he did.  I just know he worked with taxes.

14   Q    Okay.

15   A    I was a fiscal technician back when I was a young girl

16   fresh out of high school.

17   Q    Are you currently involved in any tax related business or

18   accounting role?

19   A    No.

20   Q    Is there anything about your father's work or your work

21   earlier in your career that would interfere or impact your

22   ability to serve as a fair and impartial juror in this case?

23   A    No, ma'am.

24              THE COURT:  Thank you, you may be seated, Juror

25   Number 31.
```

```
 1              All right, I see Juror Number 26.
 2                        EXAMINATION
 3   BY THE COURT:
 4   Q   Good morning, Ms. Ziegler.
 5   A   Yes.  My daughter is an accountant/treasurer for National
 6   Dentex and now she works for DICOM, but it would not -- knowing
 7   her and being my daughter would not affect my ability to be
 8   fair and impartial.
 9              THE COURT:  Excellent.  Thank you very much,
10   Ms. Ziegler, you may be seated.
11              Juror Number 32, in the back.
12                        EXAMINATION
13   BY THE COURT:
14   Q   Good morning, sir.
15   A   I'm Albert Velazquez.  My father is a CPA and I'm also an
16   accounting assistant for the company I work for right now.
17   Q   How long, sir, have you been an accounting assistant?
18   A   For almost a year now.
19   Q   And where do you work?
20   A   Preferred Private Care.
21   Q   Is that a medical organization?
22   A   Yes, we take care of VA members.
23   Q   Okay.  And is your father currently a CPA?
24   A   Yes, he is.
25   Q   Is there anything about your father's role as a CPA or your
```

```
 1    work in accounting that would impact or interfere with your
 2    ability to view the evidence in this case based solely on the
 3    evidence presented and the law as I instruct you?
 4    A    No.
 5                THE COURT:  You may be seated, sir, thank you.
 6                All right.  I see no additional hands.
 7                Now, is anybody here or any member of their family
 8    affiliated with any group or organization, formal or informal,
 9    that is engaged in protest against federal tax laws or federal
10    tax policy in general?
11                I see no hands.
12                All right.  Now I'm going to turn to some individual
13    questioning of each of you, starting with Juror Number 1.  As I
14    said earlier, the only right answer is the truth, so please be
15    candid and complete with your answers.
16                When I call your juror number, please stand up and
17    raise your juror paddle, so I can make sure I know who is
18    speaking.
19
20                Let's start with Juror Number 1, Mr. Stockton.
21                              EXAMINATION
22    BY THE COURT:
23    Q    Good morning, sir.
24    A    Good morning.
25    Q    Where do you work?
```

1   A    Sikorsky Aircraft.

2   Q    And how long have you worked for Sikorsky Aircraft?

3   A    Fourteen years.

4   Q    What do you do for that organization?

5   A    I'm a helicopter mechanic.

6   Q    Have you held any other positions prior to your role as an

7   aircraft mechanic?

8   A    I have been an aircraft mechanic for 25 years, no, ma'am.

9   Q    Are you married?

10  A    Divorced.

11  Q    Do you have any adult children and if so, what do they do

12  for work?

13  A    They work at Jack in the Box in Nashville, Tennessee.

14  Q    Okay, all right.  Now, have you ever served on a jury

15  before?

16  A    No, ma'am.

17  Q    Have you ever been involved in any court in a criminal

18  matter that concerned yourself, any member of your family, or a

19  close friend, either as a defendant, a witness or a victim?

20  A    No, ma'am.

21  Q    And have you or any member of your family or any close

22  friend ever been employed by a law enforcement agency?

23  A    No, ma'am.

24  Q    All right.  Is there anything in your background or

25  experience, sir, that would impact or interfere with your

```
1    ability to be a fair and impartial juror in this matter?
2    A    No, ma'am.
3              THE COURT:  Thank you, you may be seated.
4              Juror Number 2.
5                           EXAMINATION
6    BY THE COURT:
7    Q    Good morning again, sir.  Please tell us what you do for
8    work.
9    A    Currently, I'm a security supervisor at Brighton Casino and
10   former department of corrections in DeSoto, Arcadia, Florida.
11   Q    How long did you work in the department of corrections?
12   A    One year, ma'am.
13   Q    Okay.  Have you held any other jobs besides the ones you
14   have just listed?
15   A    Other than that, security in lounges, bars, restaurants.
16   Q    Are you married, sir?
17   A    No, ma'am.
18   Q    Do you have any adult children and if so, what do they do
19   for work?
20   A    Two adult children, one is a telemarketer and one is in
21   real estate in New York.
22   Q    Okay.  Have you, any member of your family or any close
23   friend ever been employed by a law enforcement agency?
24              I know you mentioned earlier your work in the
25   department of corrections, are there any other law enforcement
```

1    associations?

2    A    No, that's it.

3    Q    Okay.  Have you ever served on a jury before?

4    A    No, ma'am.

5    Q    Have you ever been involved in any court in a criminal

6    matter that concerned yourself, your family or a close friend

7    either as a defendant, victim or witness?

8    A    No.

9    Q    No, okay, thank you.  Is there anything in your background

10   or experiences, sir, that would impact or preclude you from

11   being a fair and impartial juror in this case?

12   A    No, ma'am.

13            THE COURT:  All right, you may be seated, Juror

14   Number 2, thank you.

15                          EXAMINATION

16   BY THE COURT:

17   Q    Good morning, sir, Juror Number 3.  Please tell us your

18   name.

19   A    James Karol.

20   Q    What do you do?

21   A    I'm an instructor for El Paso Community College kind of

22   part time, and I also do trading and investing.

23   Q    And in your role as an instructor, what do you teach?

24   A    They're industrial courses, it's a special program.  I work

25   for a strategic initiative where we are teaching employees of

1    various companies skills so that the companies don't wish to

2    move offshore.

3            It is things like ISO 9001 auditor training,

4    IAFF16949 auditor training.

5            THE COURT REPORTER:  I'm sorry, I didn't understand

6    you.

7            PROSPECTIVE JUROR:  IAFF16949 auditor training, these

8    are quality management systems.  I have taught a PFMEA class,

9    I've taught a lean six sigma class, introduction to polymers,

10   introduction to extrusion.

11   BY THE COURT:

12   Q    A lot of very --

13   A    A forklift safety training class.

14   Q    Okay.

15   A    I used to teach math for the University of Phoenix.

16   Q    Okay, excellent.  Now, aside from your role as an

17   instructor and doing training, have you held any other

18   positions?

19   A    Well, I'm a consultant, I went to Thailand in 2018 to

20   prepare a company for an FDA audit; I went to Quarto, Mexico to

21   help a sister location with preparation for an FDA audit.

22           In 2014, I was in Puerto for six months rewriting

23   their quality management system and then I went to another

24   location with that same company in Eau Claire, Wisconsin to

25   prepare quality management submittals to their customers.

```
 1              Before that, I was a director of quality and
 2    regulatory compliance for a pharmaceutical company.
 3    Q    Okay, okay.  Well, thank you, sir.
 4    A    There were other jobs prior to that.
 5    Q    Thank you, sir.  You have a good memory.
 6              Are you married, sir?
 7    A    Yes.
 8    Q    What does your spouse do?
 9    A    She is retired, she was a teacher.
10    Q    All right.  Do you have any adult children and if so, what
11    do they do for work?
12    A    I have three adult children, one works for the U.S. Patent
13    Office in San Francisco; the other one is on Long Island doing
14    computer science; and the third is a welder for a forklift
15    company.
16    Q    Okay, all right.  Now, have you, any member of your family
17    or any close friend ever been employed by a law enforcement
18    agency?
19    A    My wife's cousin was with Customs border protection a long
20    time ago and I say my wife's cousin because we get together
21    with them very, very frequently.
22    Q    Very frequently.  Is there anything about that relative's
23    role --
24    A    No.
25    Q    -- in Customs border protection that would impact your
```

1    ability to be a fair and impartial juror?

2    A    No, (unintelligible).

3    Q    Okay.  I didn't hear that last part.

4    A    Not at all.

5    Q    Thank you.  And have you ever served on a jury before?

6    A    Yes.

7    Q    Do you recall if it was a civil or criminal case?

8    A    Yes, both.

9    Q    Okay.  Roughly how long ago, if you recall?

10   A    Probably seven or eight years ago, it was back in El Paso.

11   I have probably been a juror six or seven times, and I say six

12   or seven; that seventh one, we were seated, sworn in, and then

13   the court case was settled, it was a criminal case.

14          The federal case I was on was an immigration case.

15   Q    You don't have to let me know about the nature of the

16   cases, I just wanted to get a sense of your prior jury

17   experience.

18   A    Mostly civil.

19   Q    Okay.  Have you ever served as the foreperson?

20   A    Every time.

21   Q    Okay, thank you.

22          Now, have you ever been involved in any court in a

23   criminal matter that concerned yourself, any member of your

24   family or a close friend, either as a defendant, a witness or a

25   victim?

```
 1   A    No.
 2   Q    All right.  Is there anything, sir, in your background or
 3   experiences that would impact your ability to be a fair and
 4   impartial juror?
 5   A    Only too much experience doing this, I guess.
 6   Q    All right.  But is there anything you know of, despite your
 7   prior juror service, that would, in your mind, affect your
 8   ability to view the facts and --
 9   A    No.
10   Q    No, okay.
11              THE COURT:  Thank you, you may be seated.
12                              EXAMINATION
13   BY THE COURT:
14   Q    Good morning, ma'am, Juror Number 4.  Please tell us your
15   name again.
16   A    Cheryl Meade.
17   Q    I know you have mentioned a little bit about your
18   employment, but why don't you tell us again what you do for
19   work.
20   A    Currently I work for the Willow School.
21   Q    The Willow School, okay.  How long have you worked there?
22   A    Eight years.
23   Q    Okay.  And prior to your work at the Willow School?
24   A    Marine construction, it was a family business for a long
25   time.
```

1    Q    Okay.

2    A    Twenty years.

3    Q    I'm sorry?

4    A    About 20 years or so.

5    Q    Twenty years, okay.

6         And your work for the Willow School, as well as the

7    marine construction, was that in the area of bookkeeping as you

8    mentioned?

9    A    It was human resources, bookkeeping, preparing taxes for

10   the tax accountant.

11   Q    Okay.

12   A    All of the above, many hats.

13   Q    Is there anything about your role in the bookkeeping space

14   or preparing tax returns for an accountant that would impact or

15   interfere with your ability to view the evidence in this case

16   based solely on what is presented in this courtroom and the law

17   as I instruct you it is?

18   A    No.

19   Q    All right.  Now, are you married, sir -- I'm sorry, ma'am.

20   A    That's okay.

21   Q    Do you have any adult children and if so, what do they do

22   for work?

23   A    No.

24   Q    Have you, any member of your family or any close friend

25   ever been employed by a law enforcement agency?

```
 1    A    No.

 2    Q    Have you ever served on a jury?

 3    A    No.

 4    Q    Have you ever been involved in a criminal case that

 5    concerned yourself or your family members, either as a

 6    defendant, a victim or a witness?

 7    A    No.

 8    Q    All right.  Is there anything in your background or

 9    experiences that would impact your ability to be a fair and

10    impartial juror in this case?

11    A    No.

12              THE COURT:  All right.  You may be seated, thank you

13    very much.

14                           EXAMINATION

15    BY THE COURT:

16    Q    Okay, moving on to Juror Number 5., good morning, again,

17    ma'am.  I understand you work for a hospital, how long have you

18    been in that role?

19    A    Eighteen years.

20    Q    Okay.  Have you held any other jobs besides the medical

21    nursing?

22    A    I had a petting farm and I was a social worker.

23    Q    Okay.  Are you married?

24    A    Yes.

25    Q    And what does your spouse do for work?
```

```
 1   A    He is an administrator at an elementary school.

 2   Q    Okay.  Have you ever been -- have you ever worked in law

 3   enforcement?

 4   A    No.

 5   Q    Do you have any relatives that have worked in law

 6   enforcement?

 7   A    No.

 8   Q    Okay.  Do you have any adult children?

 9   A    Yes.

10   Q    And what do they do for work?

11   A    One is a teacher and the other is a student.

12   Q    Okay.  Have you ever served on a jury before?

13   A    No.

14   Q    Have you ever been involved in a criminal case that

15   involved you, any member of your family or close friend either

16   as a defendant, a victim or a witness?

17   A    No.

18   Q    Is there anything in your background or experiences, ma'am,

19   that would affect your ability to serve as a fair and impartial

20   juror?

21   A    No.

22             THE COURT:  All right, you may be seated.  Thank you.

23                           EXAMINATION

24   BY THE COURT:

25   Q    Juror Number 6, good morning.
```

```
 1    A    Good morning.

 2    Q    Please tell us your name.

 3    A    Yolanda Keith.

 4    Q    What do you do for work, Ms. Keith?

 5    A    Overnight supervisor at a gas station, and I'm just getting

 6    off and I'm really tired.

 7    Q    Okay.  Do you work nights every night?

 8    A    Yes.

 9    Q    All right.  How long have you held that role?

10    A    Four years now.

11    Q    Okay.  And before that job?

12    A    Overnight associate at another gas station.

13    Q    Okay.

14    A    Three years.

15    Q    And besides your work at gas stations, any other positions

16    you have held?

17    A    Customer service representative, sales associate at Target.

18    Q    Okay.

19    A    I had a cleaning business, and so forth.

20    Q    Are you married?

21    A    Divorced.

22    Q    Okay.  Do you have any adult children?

23    A    One.

24    Q    What does he or she do?

25    A    She is a student at the community college here.
```

1    Q    Now, have you, any member of your family or any close

2    friend ever been employed by a law enforcement agency?

3    A    No.

4    Q    Have you ever served on a jury before?

5    A    No, ma'am.

6    Q    And have you ever been involved in a criminal matter that

7    involved yourself or a close family member either as a

8    defendant, a victim or a witness?

9    A    No, ma'am.

10   Q    All right.  Anything in your background or experiences that

11   would interfere with your ability to serve as a fair and

12   impartial juror in this case?

13   A    No, ma'am.

14        THE COURT:  All right.  Thank you, you may be seated,

15   Ms. Keith.

16                          EXAMINATION

17   BY THE COURT:

18   Q    Good morning, sir.  Please tell us your name.

19   A    Michael Girouard.

20   Q    What do you do?

21   A    I work for Martin County Utilities.

22   Q    And what do you do specifically?

23   A    I work as a plant mechanic.

24   Q    How long have you been doing that?

25   A    For five years.

1   Q   And before that role?

2   A   I worked for the water department as well.

3   Q   Also as a mechanic?

4   A   Yes, ma'am.

5   Q   Okay.  Have you held any other positions, other than as a

6   mechanic?

7   A   I was a state certified aquatic sprayer.

8   Q   Aquatic sprayer?

9   A   Yes.

10  Q   What is that?

11  A   You go through wetland areas and preserve areas and lakes

12  and treat them for algae and invasive species.

13  Q   Are you married, sir?

14  A   No.

15  Q   Any adult children?

16  A   No, ma'am.

17  Q   Have you or any member of your family or any close friend

18  ever been employed by a law enforcement agency?

19  A   No, ma'am.

20  Q   Have you ever served on a jury before?

21  A   No, ma'am.

22  Q   Have you ever been involved in a court matter, a criminal

23  matter specifically, that involved yourself or a close family

24  member, either as a defendant, witness or victim?

25  A   No, ma'am.

```
 1   Q   All right.  Is there anything in your background or
 2   experiences, sir, that would impact or interfere with your
 3   ability to be a fair and impartial juror in this case?
 4   A   No, ma'am.
 5             THE COURT:  Thank you, you may be seated.
 6                        EXAMINATION
 7   BY THE COURT:
 8   Q   Good morning, Juror Number 8.  Please tell us your name.
 9   A   Lynda Sullivan.
10   Q   What do you do for work, ma'am?
11   A   I'm a teacher.
12   Q   And how long have you been a teacher?
13   A   Twenty-two years.
14   Q   What do you teach?
15   A   Technology.
16   Q   Is that in the elementary school?
17   A   It is a K8.
18   Q   K8, okay.  Have you held any other jobs besides teaching?
19   A   Not really.
20   Q   Okay.  Are you married?
21   A   Yes.
22   Q   What does your spouse do?
23   A   He has a paver company.
24   Q   Paver company, has he held any other jobs besides his work
25   for the paving company?
```

1    A    Yes.

2    Q    Can you tell us a little bit about that.

3    A    He has done various things from working with computers,

4    doing retail, things like that.

5    Q    Do you have any adult children?

6    A    Yes.

7    Q    Tell us what they do for work, please.

8    A    I have four of them.  One is at Pubilx working in the deli;

9    another one is a pharmacy tech at Publix pharmacy; another is

10   unemployed, her husband is in the service; and the last one is

11   an employee at Target.

12   Q    Okay.  Thank you very much.

13        Have you, any member of your family or any close

14   friend ever been employed by a law enforcement agency?

15   A    No.

16   Q    Have you ever served on a jury?

17   A    Once.

18   Q    Do you remember if it was a civil or criminal matter?

19   A    I believe it was civil, but by the time the case came in

20   and we got sworn in, it was dismissed.

21   Q    Have you ever been involved in a criminal matter that

22   concerned yourself, any member of your family or a close

23   friend?

24   A    No.

25   Q    All right.  Is there anything in your background or

```
 1  experiences, ma'am, that would impact your ability to be a fair

 2  and impartial juror in this case?

 3  A    No.

 4            THE COURT:  All right.  You may be seated.

 5                         EXAMINATION

 6  BY THE COURT:

 7  Q    Good morning, sir.  Please tell us your name.

 8  A    Alphonson Johnson.

 9  Q    What do you do for work, sir?

10  A    Truck driver.

11  Q    How long have you been doing that?

12  A    Since '87.

13  Q    And any jobs besides that, I mean earlier?

14  A    Military.

15  Q    Military.  Can you tell us a little bit about your military

16  experience.

17  A    Yes, I did 11 and a half years, Air Force, fire protection.

18  Q    Okay.  Are you married?

19  A    Engaged.

20  Q    Okay.  What does your fiancee do for work?

21  A    Retired.

22  Q    Do you know what she did prior to her retirement?

23  A    Yes, fencing.

24  Q    Fencing, okay.  Do you have any adult children?

25  A    Yes, I do.
```

```
 1   Q    What do they do for work?
 2   A    One is at Home Depot in Atlanta, and another one is a
 3   school teacher in Valdosta, Georgia.
 4   Q    Okay.  Have you ever served on a jury before?
 5   A    No.
 6   Q    Have you ever been employed by a law enforcement agency?
 7   A    No.
 8   Q    Have any of your relatives ever been employed?
 9   A    No.
10   Q    All right.  Have you ever served on a jury before?
11   A    No.
12   Q    All right.  Have you ever been involved in a criminal case
13   that involved yourself, a member of your family or a close
14   friend either as a defendant, a victim or a witness?
15   A    No.
16   Q    All right.  Is there anything in your background or
17   experiences, sir, that would impact your ability to serve as a
18   fair and impartial juror in this case?
19   A    No.
20            THE COURT:  Thank you, sir.  You may be seated.
21                       EXAMINATION
22   BY THE COURT:
23   Q    Good morning.  Please tell us your name and your juror
24   number.
25   A    Jacqueline Ripple, Number 10.
```

1    Q    Thank you.

2         All right.  I know you mentioned a little bit about

3    what you do, but remind us again, what do you do for work?

4    A    Self-employed, a relator.

5    Q    Realtor, okay.

6    A    I do a little bookkeeping part-time for a friend's physical

7    therapy company.

8    Q    Okay.  Did you study accounting?

9    A    No, self-taught.  I mean, it is not anything, like, major,

10   but --

11   Q    Got it, got it.  Are you married?

12   A    Yes.

13   Q    What does your spouse do for work?

14   A    He is a retired postal worker.

15   Q    Did he hold any other positions?

16   A    He was in the Marines and then worked for the post office,

17   now he is retired.

18   Q    Got it.  Do you have any adult children?

19   A    Yes.  One is a loan officer for a mortgage company, and one

20   is a full-time college student.

21   Q    Have you, any member of your family or any close friend

22   ever been employed by a law enforcement agency?

23   A    Yes.

24   Q    Tell us a little bit about that, please.

25   A    My brother-in-law worked for Indian River County Sheriff's

```
 1    Department of Corrections for 16 years.

 2    Q    Does he still work for the Sheriff's Department?

 3    A    No, he recently -- just recently left.

 4    Q    Okay.  Is there anything about your brother-in-law's work

 5    for the Sheriff's Department that would impact your ability to

 6    be a fair and impartial juror in this case?

 7    A    No.

 8    Q    Have you ever served on a jury before?

 9    A    I was selected, but dismissed a long time ago, that was a

10    civil matter.

11    Q    All right.  So you just -- you came in?

12    A    It was like this process, and then --

13    Q    Okay, understood.  Thank you.

14          Have you ever been involved in a criminal matter that

15    involved yourself or a family member?

16    A    No.

17    Q    No, okay.  Is there anything else in your background or

18    experiences, ma'am, that would affect your ability to serve as

19    a fair and impartial juror in this matter?

20    A    No.

21    Q    You may be seated, Ms. Ripple, thank you.

22                           EXAMINATION

23    BY THE COURT:

24    Q    Juror until 11, please tell us your name.

25    A    Skip Ryder.
```

```
 1   Q    Good morning.

 2   A    Good morning.

 3   Q    What do you do for work?

 4   A    I'm currently retired.

 5   Q    And prior to your retirement, what did you do?

 6   A    I was an RV technician, I also owned a handyman company,

 7   and was partners in a construction company.

 8   Q    All right.  Any other jobs prior to your RV tech role and

 9   your handyman business?

10   A    Sold Ready Mix concrete, I DJ'd and a plethora of other

11   things before that, but that's when I was young.

12   Q    Okay.  Are you married?

13   A    I am.

14   Q    And what does your spouse do for work?

15   A    She is a nurse.

16   Q    Okay.  Has she held any other jobs?

17   A    I don't believe so, no.

18   Q    Okay, all right.  Do you have any adult children?

19   A    I do.

20   Q    And what do they do for work?

21   A    He is an electrician's apprentice.

22   Q    Okay.  Have you ever served on a jury before?

23   A    I have.

24   Q    Were you the foreperson?

25   A    I was.
```

```
 1   Q   Was it a criminal or civil case?

 2   A   Criminal.

 3   Q   Okay.  Do you remember how long ago roughly?

 4   A   It had to be 15 years ago.

 5   Q   Any other jury service besides that case?

 6   A   Just that one.

 7   Q   Okay.  Have you ever been involved in a criminal matter

 8   that concerned yourself, any member of your family, or a close

 9   friend either as a defendant, a witness or a victim?

10   A   I have not.

11   Q   All right.  And have you ever worked in law enforcement?  I

12   take it from your answers that you have not, but I just want to

13   ask.

14   A   No, I have not.

15   Q   Okay.  Have any of your relatives worked in law

16   enforcement?

17   A   They have not.

18   Q   Is there anything in your background or experiences, sir,

19   that would interfere with your ability to be a fair and

20   impartial juror in this case?

21   A   No.

22           THE COURT:  All right, you may be seated.  Thank you,

23   Mr. Ryder.

24           PROSPECTIVE JUROR:  Hi, my name is Miroslava Kloka,

25   I'm Juror Number 12.  I work right now as a part-time
```

```
 1   caregiver, I worked 22 years as a nursing assistant.  We just

 2   recently moved from Michigan here, so I'm kind of still

 3   looking.

 4                          EXAMINATION

 5   BY THE COURT:

 6   Q   Excellent.  What is your first name?

 7   A   Miroslava.

 8   Q   And your last name?

 9   A   Kloka, K-L-O-K-A.

10   Q   Okay, thank you.

11           And you said you're a caregiver, who do you care for

12   at the moment?

13   A   Private, it is part-time.

14   Q   Okay.  Are you married?

15   A   Yes.

16   Q   And what does your spouse do for work?

17   A   He used to be a nursing assistant, too, and an auto

18   mechanic before that.

19   Q   Okay.  Do you have any adult children?

20   A   I have three, one live in Minnesota, he is working for

21   Boston Scientific, electrical engineer; the second lives in

22   Michigan, work in environmental science for the hospital; and

23   my daughter, Angela, lives in Michigan, and she is a cashier.

24   Q   Okay, all right.  Do you have any family members or close

25   friends that have worked in law enforcement?
```

```
1    A    Yeah, we have a couple of uncles who work for the Detroit
2    Police Department and one is retired, he used to be
3    commissioner working for narcotic department, and also my
4    husband's cousin, he is a state trooper in Michigan.
5    Q    Is there anything about those relationships and those
6    individuals that work in law enforcement that you think would
7    interfere and impact your ability to serve as a fair and
8    impartial juror in this case?
9    A    No.
10   Q    Okay.  Have you ever served on a jury before?
11   A    No.
12   Q    Have you ever been involved in a criminal matter that
13   involved yourself or a close friend or family member, either as
14   a witness, a defendant or a victim?
15   A    No.
16   Q    All right.  Is there anything in your background, ma'am, or
17   your experiences that you think would impact your ability to be
18   a fair and impartial juror in this case?
19   A    No.
20            THE COURT:  Thank you, you may be seated.
21                        EXAMINATION
22   BY THE COURT:
23   Q    Good morning, Juror Number 13?
24   A    Yes, 13, Victoria Costanza.
25   Q    Hello, again.  What do you do for work?
```

```
 1   A    I'm a veterinary technician.

 2   Q    How long have you been working in that field?

 3   A    Since 1976.

 4   Q    Okay.  Any jobs prior to that role?

 5   A    No, but during that role, I was a pet sitter for 35 years,

 6   also, alongside being a veterinary technician down in Fort

 7   Lauderdale, and I was also a part-time private massage

 8   therapist -- not private, but went to the home massage

 9   therapist for 15 years part-time.

10   Q    Okay.  Are you married?

11   A    Yes, I am.

12   Q    What does your spouse do?

13   A    He, at the moment, is out of work.

14   Q    Okay.  What kind of jobs has he held?

15   A    He went from the Navy to landscaping, to sales.

16   Q    Okay.  Now, have you or your spouse ever worked in law

17   enforcement?

18   A    Neither one of us have.

19   Q    Any family members?

20   A    My father was a police officer deputy sheriff outside of

21   Buffalo, New York, then he worked for FPL as their -- as a

22   liaison between FPL and the police departments as far as

23   security goes.

24           My best friend's husband is a retired FBI agent; two

25   of my better friends in Fort Lauderdale are both retired police
```

```
 1   officers, they were also pet sitting clients of mine for 15
 2   years; law enforcement is big in family and friends.
 3   Q    Okay, I understand.
 4        Now, having said all of that, do you believe that
 5   those connections and those relationships in law enforcement
 6   would have any impact on your ability to serve as a fair and
 7   impartial juror in this case?
 8   A    To be honest, I can't -- I can't answer that.  Truthfully,
 9   what I can say is if I have to choose, and I don't know which
10   way I'm going to go because I can't tell, you know, one side or
11   another, I'm probably going to say I have to sway towards the
12   side of law enforcement.
13        I'm going to be honest, until it's right then and
14   there, I can't say -- you know, I can't say I'm not going to be
15   swayed.
16   Q    All right, I appreciate your candor.
17             THE COURT:  Thank you, ma'am.  You may be seated.
18                          EXAMINATION
19   BY THE COURT:
20   Q    All right.  Good morning, Juror Number 14.  Please tell us
21   your name.
22   A    My name is Ana Pons.
23   Q    What do you do for work?
24   A    I'm an Uber driver.
25   Q    How long have you been doing that?
```

1    A    Like two months.

2    Q    Before that?

3    A    I used to process prescription medications and have them

4    sent back to their manufacturer.

5    Q    And was that for a company?

6    A    Yes.

7    Q    Okay.  How long did you do that work?

8    A    For three and a half years.

9    Q    Any jobs before that role?

10   A    Yeah, I was like in stores, I was a third key manager.

11   Q    Retail?

12   A    Retail.

13   Q    Okay, okay.  Are you married?

14   A    No.

15   Q    Do you have any adult children?

16   A    No.

17   Q    Have you ever served on a jury before?

18   A    No.

19   Q    Have you ever been involved in criminal matter, either

20   yourself, a family member or friend?

21   A    No, ma'am.

22   Q    Have you ever worked in law enforcement or do you have any

23   family members that have worked in law enforcement?

24   A    No, ma'am.

25   Q    Is there anything in your background or experiences, ma'am,

1   that would affect your ability to serve as a fair and impartial

2   juror in this case?

3   A   No.

4           THE COURT:  All right.  You may be seated, thank you.

5                         EXAMINATION

6   BY THE COURT:

7   Q   We are now at Juror Number 15.

8   A   James Gray.

9   Q   Good morning, sir.

10  A   I'm retired, did fire equipment for 30 years, divorced.  I

11  do live with someone, we have been together for six years, she

12  works for R&L Carriers as a --

13  Q   I'm sorry, I didn't hear that.  Where does she work?

14  A   R&L Carriers as an appointment clerk.

15  Q   Okay.

16  A   Mine was Life Safety Fire Equipment Inspection before

17  retirement.

18  Q   And I know you worked for a while in the fire equipment.

19  A   Thirty years doing fire equipment inspection and

20  installation and teaching.

21  Q   Okay.  Any other jobs besides that fire equipment role?

22  A   Thirty-five years ago, I worked for a manufacturing company

23  in Maine.

24  Q   Okay, thank you.  Have you ever served on a jury before?

25  A   The closest I have done is a mock jury, which was pretty

1    much like a show, they had all the TVs and things set up

2    showing us how --

3    Q    Okay.

4    A    My ex-sister-in-law, I have not had contact with her in 15

5    years, she is a federal judge in the Southern District.

6    Q    Your ex-sister-in-law?

7    A    Ex-sister-in-law.

8    Q    Is there anything about your former relative's role in the

9    judiciary that would impact your ability to serve as a fair and

10   impartial juror?

11   A    No.

12   Q    Now, have any members of your family ever worked in law

13   enforcement?

14   A    No.

15   Q    Any close friends who worked in law enforcement?

16   A    No.

17   Q    All right.  Have you ever been involved in a criminal

18   matter that concerned yourself, any member of your family or a

19   close friend?

20   A    In 1978, I had a drunk driver's charge, if that counts.

21   Q    All right.  Is there anything about that experience, sir?

22   A    No, I done a victim impact statement before the court, but

23   other than that, that's about it.

24   Q    All right.  Anything about that victim impact statement or

25   your prior proceeding many years ago that you mentioned that

```
 1   would have any affect in your mind -- I'm hearing no, I just
 2   want to make sure I ask my question.
 3             Would that affect your ability to serve as a fair and
 4   impartial juror in this case?
 5   A    No.
 6   Q    Anything else in your background or experience, sir, that
 7   would interfere with your ability to be a fair and impartial
 8   juror?
 9   A    No.
10   Q    No?
11   A    No.
12             THE COURT:  Okay, thank you.  You may be seated.
13                            EXAMINATION
14   BY THE COURT:
15   Q    Good morning, can you please tell us your name.
16   A    Sandra Jones.
17   Q    What do you do for work?
18   A    I'm disabled.
19   Q    All right.  And prior to that, ma'am, did you hold any
20   other positions?
21   A    Not since 2004, I was doing nursing assistance up
22   until January -- I mean November of 2004.
23   Q    Okay.  Are you married?
24   A    No.
25   Q    Do you have any adult children?
```

1    A    I have one son.

2    Q    And what does he do for work?

3    A    He does the decorations on the outside of buildings that's

4    just opening, he is like the -- whatever you call it, the

5    facelift of the outside.

6    Q    Okay.  Do you have any relatives that work in law

7    enforcement?

8    A    No.

9    Q    Have you ever served on a jury before?

10   A    No.

11   Q    Have you ever been involved in a criminal matter that

12   concerned yourself, a member of your family or a close friend?

13   A    Yes, quite a few.

14   Q    Can you provide a little bit of brief background about

15   those proceedings, ma'am, and if you prefer to discuss them

16   privately, we can also arrange for that.

17   A    I mean, they are over, so which one do you want to know

18   about?

19   Q    Well, just give us the nature of the --

20   A    Most of them was my nephews, and they are narcotics.

21   Q    All right.  Any other matters that involved you personally?

22   A    I got into some trouble about 20 years with marijuana.

23   Q    Okay, all right.  Any other criminal proceedings besides

24   the one that you mentioned related to your nephews and your --

25   A    No.

1    Q   No, okay, thank you.

2            Have you, any member of your family or any close

3    friend ever been employed by a law enforcement agency?

4    A   No, ma'am.

5    Q   Okay.  And I don't know if I asked you this, but have you

6    ever served on a jury before?

7    A   No, this is my first time.

8    Q   Is there anything about your background or experiences,

9    ma'am, that would affect your ability to be a fair and

10   impartial juror in this case?

11   A   No, only with my disability because if I sit too long, my

12   sciatica, and I'm on some heavy narcotics for my pain

13   management.

14   Q   How long, roughly, can you sit before it starts to become

15   uncomfortable?

16   A   It is uncomfortable now, maybe an hour, without taking

17   medication, maybe an hour.

18           THE COURT:  Thank you very much for your candor,

19   ma'am.  You may be seated.

20           PROSPECTIVE JUROR:  My name is Darcy Coddington.

21                           EXAMINATION

22   BY THE COURT:

23   Q   What do you do for work?

24   A   Currently I work as an advocate for Convey Health Systems,

25   which is also United States Pharmaceuticals.  Previous to that

```
 1    I worked for 16 years in management at Goodwill, and also
 2    before that 30 years in management at United States Parcel
 3    Service.
 4    Q    Okay.  And in your current role as an advocate, what does
 5    that involve?
 6    A    It's basically taking phone calls.  It's a work from home
 7    position, taking phone calls, taking orders, questions,
 8    concerns --
 9    Q    Okay.
10    A    -- for over-the-counter products.
11    Q    Is that in the healthcare field?
12    A    Yes.
13    Q    Now, I think you said you worked in management for Goodwill
14    and UPS, what was the latest title that you held in those
15    organizations prior to your departure?
16    A    I was store manager, I was a division manager, I was a VP
17    of operations.
18    Q    Okay.  Are you married?
19    A    Yes.
20    Q    What does your spouse do for work?
21    A    She is a -- she works for a car dealership.
22    Q    Okay.  Has she held any other jobs prior to that role?
23    A    Yes, she has.  She was a driver at a couple different
24    places and prior to that, she was an FHP officer, and before
25    that, she was a Fort Pierce officer.
```

1   Q    Okay.  Is there anything about your spouse's prior work in

2   law enforcement that would impact your ability to be a fair and

3   impartial juror in this matter?

4   A    Nothing, no.

5   Q    All right.  Do you have any other relatives or close

6   friends who worked or currently work in law enforcement?

7   A    No.

8   Q    All right.  Have you ever served on a jury before?

9   A    No.

10  Q    Have you ever been involved in a criminal matter, either

11  yourself, a close relative or friend?

12  A    No.

13  Q    All right.  Is there anything in your background or

14  experiences that would affect your ability to be a fair and

15  impartial juror?

16  A    No, ma'am.

17          THE COURT:  You may be seated, thank you.

18                          EXAMINATION

19  BY THE COURT:

20  Q    Good morning, sir.

21  A    Good morning.  My name is Charles Kinkead, Juror Number 18.

22  Q    What do you for work?

23  A    I'm an insurance loss adjuster, currently employed at

24  Florida Peninsula Insurance Company as a supervising adjuster.

25  Q    Okay.  And how long have you worked in the insurance

1   business?

2   A    Fifteen years.

3   Q    Prior to that, did you hold any other positions?

4   A    Prior to that, I worked in my own business, Freight

5   Forwarding.

6   Q    Freight Forwarding, okay.  Have you ever worked in law

7   enforcement?

8   A    No.  I volunteered with the Port St. Lucie Police

9   Department a few years ago, but I have never worked in law

10   enforcement.

11   Q    Okay.  And when you did a little bit of that volunteer

12   work, what did you do?

13   A    Community patrols and I did some front desk work with them.

14   Q    Okay.  Are you married, sir?

15   A    Yes.

16   Q    What does your spouse do?

17   A    She is a school teacher.

18   Q    Has she held any other jobs besides teaching?

19   A    In the past, banking.

20   Q    Banking, okay.  Do you have any friends or relatives who

21   have worked in law enforcement?

22   A    No.

23   Q    Have you ever been on a jury before?

24   A    No, ma'am.

25   Q    Have you ever been involved in a criminal matter that

```
 1   concerned yourself, any member of your family or a close

 2   friend, either as a defendant, a victim or a witness?

 3   A    No, ma'am.

 4   Q    All right.  Is there anything in your background or

 5   experiences, sir, that would affect or otherwise impact your

 6   ability to be a fair and impartial juror in this case?

 7   A    No, ma'am.

 8             THE COURT:  Thank you, you may be seated.

 9                         EXAMINATION

10   BY THE COURT:

11   Q    Good morning, ma'am.

12   A    Good morning.  Teresa Rahrig.

13   Q    Your juror number?

14   A    Nineteen.

15   Q    Nineteen, excellent.  What do you do fork work?

16   A    I'm currently retired.

17   Q    And prior to your requirement?

18   A    Yes, about five years.  I worked 30 years for the State of

19   Florida in the environmental protection department.

20   Q    And what did you do for the environmental protection

21   department?

22   A    I helped to regulate underground and aboveground storage

23   tanks, I was a supervisor specialist and manager.

24   Q    Okay.

25   A    Prior to that, I worked for the health department as a
```

```
 1  health inspector in Collier County.
 2  Q    Are you married?
 3  A    Yes, I am.
 4  Q    What does your spouse do for work?
 5  A    He is a geologist, so he works for himself.
 6  Q    Okay.  Have either of you ever worked in law enforcement?
 7  A    No.
 8  Q    Do you have any close friends or family members who worked
 9  in law enforcement?
10  A    No.
11  Q    Have you ever served on a jury before?
12  A    No.
13  Q    All right.  Have you ever been involved in a criminal
14  matter, either yourself, a member of your family or a close
15  friend?
16  A    Yes.  Well, I was involved in civil issues regarding
17  administrative penalties for restaurants and underground and
18  aboveground tank violations for the State of Florida, so I
19  served as a witness for explaining the determination of the
20  penalties for those violations.
21  Q    Understood.  Any involvement in a criminal matter?
22  A    I don't know if it was criminal, there was a custody issue
23  with my stepson and he ended up getting custody of the child.
24  Q    Okay.  Is there anything about your involvement as a
25  witness in those penalty proceedings or in that family matter
```

```
 1   that you just discussed that would impact your ability to be a
 2   fair and impartial juror in this case?
 3   A    No.
 4   Q    Is there anything else in your background or experiences
 5   that would affect your ability to be a fair and impartial
 6   juror?
 7   A    No, ma'am.
 8            THE COURT:  Thank you very much, you may be seated.
 9                            EXAMINATION
10   BY THE COURT:
11   Q    Good morning.  Please tell us your name.
12   A    Good morning, my name is Jonathan Dibble.
13   Q    What do you do for work?
14   A    I am currently employed with the Martin County School
15   District, I work at Jenson Beach High School as utility,
16   maintenance, yardwork, stuff like that.
17   Q    How long have you been doing that work, sir?
18   A    It's been a little over a month now.
19   Q    And prior to that?
20   A    Prior to that, I was a houseman at the Hutchison Island
21   Resort and Spa.  I also worked at Publix for about four years.
22   Q    Okay.  Any other jobs besides the ones you just mentioned?
23   A    A couple.  I you worked at Toys R Us before they closed
24   down, I worked at Target, I worked at a wind instrument store.
25            THE COURT REPORTER:  I'm sorry, what store?
```

1            PROSPECTIVE JUROR:  A wind instrument store, band

2    instruments, clarinets, trumpets, things like that.

3    BY THE COURT:

4    Q    Are you married?

5    A    No, ma'am.

6    Q    Do you have any adult children?

7    A    No, ma'am.

8    Q    Have you ever served on a jury before?

9    A    No, ma'am.

10   Q    Do you have any connections to law enforcement, either

11   yourself, members of your family or close friends?

12   A    No, ma'am.

13   Q    Have you ever been involved in a criminal matter, either

14   yourself, any member of your family or close friend?

15   A    When I was -- yes, two of my uncles, one was involved with

16   child molestation and one was involved with arson.

17   Q    Okay.  Is there anything about those relatives' criminal

18   proceedings that would affect your ability, sir, to serve as a

19   fair and impartial juror in this case?

20   A    No, ma'am.

21   Q    Is there anything else in your background or experiences

22   that would influence your ability to be a fair and impartial

23   juror in this case?

24   A    No, ma'am.

25            THE COURT:  Thank you, you may be seated.

1                                EXAMINATION

2    BY THE COURT:

3    Q    All right.  Good morning.  We are at Juror Number 21, I

4    believe.

5    A    Right.

6    Q    Please tell us your name.

7    A    Glen Rubin.

8    Q    Good morning, sir.  What do you do for work?

9    A    I work for a small three person retail store.

10   Q    And what kind of store is that, sir?

11   A    We sell firearms and related products.

12   Q    How long have you been doing that?

13   A    Eight years.

14   Q    And prior to that?

15   A    I worked 35 years for the State of Florida, the last 19 as

16   a marshal for the Fourth District Court of Appeals; ten years

17   at the Florida Supreme Court; six years at the Attorney

18   General's Office.

19   Q    Okay.  Is there anything, sir, about your work as a marshal

20   in court security that would impact or influence your ability

21   to be a fair and impartial juror in this case?

22   A    No.

23   Q    Are you married, sir?

24   A    Yes.

25   Q    What does your spouse do for work?

1   A    She is a part-time teacher; before that, she was full-time;

2   before that, she worked at a lab at FSU.

3   Q    Okay.  What type of lab, if you recall?

4   A    Histology, so it is brain research for strokes.

5   Q    Do you have any adult children?

6   A    I have two, one works for University of Pittsburgh Library;

7   the other works housekeeping at Cleveland Clinic.

8   Q    Okay.  Do you have any other relatives or close friends who

9   work in law enforcement?

10  A    No, I do not.

11  Q    Have you ever served on a jury before?

12  A    No, I have not.

13  Q    Have you ever been involved in a criminal matter?

14  A    Indirectly.

15  Q    Could you describe that for us a bit.

16  A    My former brother-in-law's brother was a Jacksonville

17  Police Officer who was murdered.  The family asked me to attend

18  the execution of his killer, but at the last minute, because of

19  my position with the Court, the Judges asked me not to do so,

20  and somebody else replaced me.

21  Q    Okay.  Is there anything about that case, sir, that would

22  affect your ability to be a fair and impartial juror in this

23  case?

24  A    No, it would not.

25  Q    Anything else in your background or experiences that would

```
 1    affect your ability to be a fair and impartial juror?
 2    A    No, they would not.
 3              THE COURT:  All right, you may be seated.  Thank you.
 4                         EXAMINATION
 5    BY THE COURT:
 6    Q    Good morning, Juror Number 22.  Please tell us your name.
 7    A    Good morning.  My name is Debra Casper.
 8    Q    And what do you do for work?
 9    A    I manage a dental practice.
10    Q    How long have you been doing that?
11    A    More than 40 years.
12    Q    Okay.  Now, in your role as a manager of a dental practice,
13    can you tell us a little bit about what you do.
14    A    I oversee the daily operations and the staff, the dental
15    hygienists, the dentists, the dental assistants; submit
16    insurance, follow-up on insurance; hire, fire, clean a room, if
17    I need to, whatever.
18    Q    Pretty much everything.
19    A    Yes, ma'am.
20    Q    All right.  And do you do any bookkeeping or accounting in
21    your role?
22    A    I do not.
23    Q    Okay.
24    A    Whatever the computer -- I'll balance the day at the end of
25    the day that deposits match, but that's the extent of that.
```

```
1    Q    Okay.  Are you married?

2    A    I am.

3    Q    And what does your spouse do for work?

4    A    He is happily retired, but he was an operation's manager

5    for a cosmetics factory for 35 years.

6    Q    Do you have any adult children?

7    A    I do.  I have a daughter who is a speech and language

8    pathologist and a son who is an aerospace engineer.

9    Q    Very interesting, thank you.  Have you ever served on a

10   jury before?

11   A    No, I have not, Your Honor.

12   Q    Have you ever been involved in a criminal matter, either

13   yourself, a member of your family or a close friend?

14   A    No, I have not.

15   Q    Do you have any family members or close friends who have

16   worked in law enforcement?

17   A    No, I do not.

18   Q    Okay, all right.  Is there anything in your background or

19   experiences, ma'am, that would affect your ability to serve as

20   a fair and impartial juror in this case?

21   A    No.

22              THE COURT:  All right.  You may be seated.

23              Okay, we have arrived at Juror Number 23, I think it

24   is probably a good time for a brief break.

25              So if you could please leave your paddles on the
```

```
 1  chairs where you are sitting, we will be in recess for about
 2  ten to 15 minutes, and then we will resume.
 3            All rise for the jurors.
 4       (The jury retired from the courtroom at 11:04 a.m.)
 5            THE COURT:  All right.  We are in recess for ten
 6  minutes.
 7       (Recess was had at 11:05 a.m.; and the proceedings
 8       Resumed at 11:20 a.m.)
 9            THE COURT:  You may be seated, thank you.
10            Let's pick up where we left off.  I think we are at
11  Juror Number 23.
12                         EXAMINATION
13  BY THE COURT:
14  Q    Good morning.
15  A    Good morning.
16  Q    Please tell us your name and what you do for work.
17  A    My name is Erika Hatfield, I'm an educator.
18  Q    And what do you teach?
19  A    Currently, I am an interventionist and a Spanish teacher.
20  Q    Okay.  How long have you been teaching?
21  A    Fourteen years.
22  Q    Any jobs, other than teaching?
23  A    Nope, that's it.
24  Q    Are you married?
25  A    Yes.
```

1    Q    And what does your spouse do for work?

2    A    He is also a teacher, a band director.

3    Q    Band director, okay.  Do you have any adult children?

4    A    No.

5    Q    Have you ever served on a jury before?

6    A    Yes.

7    Q    Do you remember if it was a civil or a criminal case?

8    A    Civil.

9    Q    And without telling me the substance of the case, do you

10   know if the jury reached a verdict?

11   A    It was settled, no, we didn't reach one.

12   Q    Okay, all right.  Any other juror service?

13   A    No, ma'am.

14   Q    Okay.  Have you ever been involved in a criminal matter,

15   either yourself, a close family friend or a family member?

16   A    No, ma'am.

17   Q    All right.  Have you ever worked in law enforcement?

18   A    No.

19   Q    Have any of your relatives ever worked in law enforcement?

20   A    No, ma'am.

21   Q    Okay.  Is there anything in your background or experience,

22   ma'am, that would affect your ability to view the evidence in

23   this case based solely on the evidence presented and the law as

24   I instruct you?

25   A    No, ma'am.

```
 1              THE COURT:  All right.  You may be seated.

 2              PROSPECTIVE JUROR:  Thank you.

 3                          EXAMINATION

 4   BY THE COURT:

 5   Q    Good morning, ma'am.

 6   A    Good morning.

 7   Q    Please tell us your name and juror number.

 8   A    My name is Samantha Barreiros, I'm a stay-at-home mom.

 9   Q    All right.  And prior to caring for your children, ma'am,

10   did you hold any positions or jobs outside of the home?

11   A    Is used to work doing housekeeping.

12   Q    Okay.  Are you married?

13   A    Yeah.

14   Q    What does your spouse do?

15   A    My husband work for the water management and distribution

16   of the Tequesta.

17   Q    Okay.  Has your husband held any other jobs besides the

18   water management role?

19   A    Yes, he used to be a fisherman before that.

20   Q    Okay.  I know you care for your children, do you have any

21   adult children?

22   A    No.

23   Q    Okay.  Have you ever worked in law enforcement, ma'am?

24   A    I worked for law enforcement officers, and I have friends

25   that work for the law enforcement.
```

1   Q   So can you tell us a little bit about how is it that you

2   worked for law enforcement officers?

3   A   Cleaning their houses basically.

4   Q   Okay, okay.  Is there anything about your work cleaning

5   those homes, ma'am, that would affect your ability to be a fair

6   and impartial juror in this case?

7   A   No.

8   Q   All right.  And you mentioned you have some friends who

9   work in law enforcement, can you tell us a little bit about

10  that?

11  A   One is a sheriff and the other work for the Secret Service.

12  Q   Okay.  How long have you known these individuals?

13  A   Over five years.

14  Q   Okay.  Anything about your friendships or relationships

15  with those people that would affect your ability to be a fair

16  and impartial juror in this matter?

17  A   No.

18  Q   Okay.  Have you ever served on a jury before?

19  A   No.

20  Q   Have you ever been involved in a criminal matter that

21  concerned yourself, any member of your family or a close

22  friend?

23  A   No.

24  Q   Is there anything about your background or your

25  experiences, ma'am, that you think would impact or influence

```
 1   your ability to be a fair and impartial juror in this case?

 2   A   No.

 3             THE COURT:  All right, you may be seated.  Thank you.

 4                           EXAMINATION

 5   BY THE COURT:

 6   Q   Good morning, Juror Number 25.

 7   A   Hi.

 8   Q   Please tell us your name again.

 9   A   Amanda Tucker.

10   Q   Can you tell us what you do for work, please.

11   A   I'm the office manager and communications liaison for the

12   Hometown News Media Group.

13   Q   Do you do any bookkeeping or accounting in that role,

14   ma'am?

15   A   No, no.

16   Q   Okay.  How long have you worked there?

17   A   Today is 15 years, actually.

18   Q   Congratulations.

19   A   Thanks.

20   Q   Any other jobs?

21   A   Prior to that, I was a sales assistant at a truss plant,

22   and retail before that because I was in high school.

23   Q   Okay.  Are you married?

24   A   I am.

25   Q   And what does your spouse do for work?
```

```
 1   A    He is a superintendent for a construction company.

 2   Q    Has he held any other jobs?

 3   A    Foreman for a construction company, tile guy, construction

 4   his whole life.

 5   Q    Do you have any adult children?

 6   A    No, just younger ones.

 7   Q    Okay.  Have you, any member of your family or any close

 8   friend ever been employed by a law enforcement agency?

 9   A    No, ma'am.

10   Q    Have you ever served on a jury before?

11   A    I was called up, but everybody was dismissed, I guess they

12   settled it.

13   Q    Have you ever been involved in a criminal matter that

14   concerned yourself, any member of your family or a close

15   friend?

16   A    I have.

17   Q    Just briefly, if you could describe that for us.

18   A    About 12 years ago, I keyed a car, wrote a couple bad

19   checks, I was young and dumb.

20   Q    Sorry, I didn't catch that.

21   A    I was young and dumb.

22   Q    Did those matters result in a judicial resolution?

23   A    Yes.

24   Q    Okay.  Is there anything about those experiences, ma'am,

25   that would affect your ability to be a fair and impartial juror
```

```
 1   in this case?

 2   A    No, ma'am.

 3   Q    All right.  Anything else in your background or experiences

 4   that would influence your ability to be a fair and impartial

 5   juror?

 6   A    No, ma'am.

 7            THE COURT:  All right.  You may be seated,

 8   Ms. Tucker.  Thank you.

 9                          EXAMINATION

10   BY THE COURT:

11   Q    Good morning, Ms. Ziegler.

12   A    Yeah.

13   Q    Hello again.

14   A    Juror Number 26.

15   Q    What do you do for work?

16   A    I'm happily retired, but before that, I worked for the

17   court system for a circuit judge here in Palm Beach County.

18   Q    What was your role for that judge?

19   A    I was his judicial assistant.

20   Q    Okay.  How long did you serve as a judicial assistant?

21            Sorry, I think your mic might be off.

22   A    Sixteen years.

23   Q    All right.  Thank you very much.

24            And -- hold on.

25   A    Is that better?
```

```
 1   Q   Yes, thank you, thank you.
 2             Have you held any jobs prior to your role as a
 3   judicial assistant?
 4   A   I have.  I was an antique and art appraiser; prior to that,
 5   I was a technical writer for IBM.
 6   Q   For IBM?
 7   A   Yes.
 8   Q   Thank you.  Are you married?
 9   A   I am, and my husband is retired from the Post Office, 30
10   years.  I have one daughter, the accountant.
11   Q   All right.  Have you or any member of your family or any
12   close friends ever worked in law enforcement?
13   A   No.
14   Q   Have you ever served on a jury before?
15   A   No.
16   Q   Have you ever been involved in a criminal matter, either
17   yourself, a member of your family or a close friend?
18   A   No.
19   Q   All right.  Is there anything about your background or
20   experiences, ma'am, that would impact your ability to be a fair
21   and impartial juror in this case?
22   A   No.
23             THE COURT:  Thank you, you may be seated.
24             If you could pass the mic over, please.
25
```

```
 1                          EXAMINATION
 2   BY THE COURT:
 3   Q    Good morning, sir.  Please tell us your name and your juror
 4   number.
 5   A    Good morning.  My name is Juan Maldonado, Juror Number 27.
 6   Q    Good morning.  What do you do for work, sir?
 7   A    Right now, I'm a military retiree.
 8   Q    And tell us a little bit about your military service.
 9   A    I served until retirement, and I was in an air defense
10   unit.
11   Q    AR defense unit?
12   A    Air defense.
13   Q    Air defense, sorry.
14   A    After that, I served in a police department in Puerto Rico,
15   state police, for about five, six years, something like that.
16   Q    Are you currently working in law enforcement?
17   A    No, ma'am.
18   Q    Okay.  And when you were working for the police department
19   in Puerto Rico, what was your job?
20   A    Mainly I was assigned to the governor.
21   Q    To the governor?
22   A    Yes, ma'am.
23   Q    In a protective role?
24   A    Yes, ma'am.
25   Q    Okay, all right.  Are you married?
```

```
1    A    Yes, ma'am.  I am married to Reverend Dr. Luz Maldonado.

2    Q    So she has been a reverend all of her life?

3    A    Basically, yes.

4    Q    Has she held any other jobs?

5    A    No, ma'am.

6    Q    Now, is there anything about your prior military experience

7    or your work in the police department that would affect your

8    ability to be a fair and impartial juror in this case?

9    A    Not as former military or former law enforcement.

10   Q    Is the answer to that question no?

11   A    No, not from that.

12   Q    Is there anything else that would affect your ability?

13   A    Probably, yes, ma'am, I do believe.  I sent a letter

14   requesting to be assigned -- as my wife is a pastor in Sebring,

15   I'm having a hard time judging others.

16              Also, once I found out about the case, we had a

17   member of our church that was convicted about six months ago

18   basically with the same charges, basically the same, and we are

19   working hard with his family.  He is doing time right now and

20   his family is homeless and we are working hard with that

21   family.  That also broke our church assistants to about half,

22   so it has been hard for me.

23   Q    All right.  So do you believe, sir, that you could be fair

24   and impartial in this matter?

25   A    I hope so, but I don't know.
```

```
 1   Q    You have some doubts?

 2   A    Yes, ma'am.

 3   Q    Okay, all right.

 4              THE COURT:  Thank you, sir, you may be seated.

 5                          EXAMINATION

 6   BY THE COURT:

 7   Q    All right.  Juror Number 28.

 8   A    Yes, Juror Number 28, Carlos Sandigo.

 9   Q    Yes, sir.  I know your work as a home health aid.

10   A    Home health physical therapy assistant.

11   Q    How long have you been doing that work?

12   A    I have been doing it for about three years, but with this

13   agency, I have been about a year and a couple of months in.

14   Q    Any other jobs outside of the healthcare field?

15   A    If you want to just call it the odd jobs of working in a

16   supermarket produce department, something simplistic like that,

17   and retail on the side, going through school and everything.

18   Q    Okay, all right.  Are you married, sir?

19   A    No, but me and my girlfriend live together.

20   Q    Okay.  Do you have any adult children?

21   A    No, just four little ones.

22   Q    Now, have you ever worked in law enforcement, sir?

23   A    (No audible response.)

24   Q    Do you have any friends or family members who have worked

25   in law enforcement?
```

```
 1   A    No.

 2   Q    Have you ever served on a jury before?

 3   A    No.

 4   Q    Have you ever been involved in a criminal matter, either

 5   yourself, a member of your family or a close friend?

 6   A    No.

 7   Q    Okay.  I know you had your scheduling concern that you

 8   expressed earlier.  Is there anything other than that, sir,

 9   that you wish to tell us on the subject of being a fair and

10   impartial juror in this case?

11   A    It won't affect my -- I will be fair and impartial.

12        Can you rephrase that again?

13   Q    Sure.  Is there anything about your background or

14   experiences that would affect your ability to be fair and

15   impartial in this case?

16   A    No.

17        THE COURT:  All right.  You may be seated,

18   Mr. Sandigo.  Thank you.

19                      EXAMINATION

20   BY THE COURT:

21   Q    Hello.  Please tell us your name.

22   A    Jennifer Gabbard, 29 -- I wish I was.  I am a newly retired

23   teacher after 32 years.

24   Q    Congratulations.  What did you teach during your career as

25   a teacher?
```

```
1    A    Elementary school.

2    Q    Okay.  Any other positions outside of teaching?

3    A    High school jobs, waitressing, retail.

4    Q    Are you married?

5    A    I am.

6    Q    What does your spouse do for work?

7    A    He is a retired chief of police.

8    Q    Is that local?

9    A    Yes, Vero Beach.

10   Q    Vero Beach.  How long has he been in that role?

11   A    Well, he was 25 years as chief of police.

12   Q    Okay.  Is there anything about your husband's work in law

13   enforcement, ma'am, that would impact or influence your ability

14   to be a fair and impartial juror in this case?

15   A    You said to be honest, I really don't know.  I have never

16   served on a jury before, so I do not know what impact that

17   would have on me as a juror.

18        I have certainly heard a lot, I know a lot of police

19   officers, I can't say.  I would hope not, but I don't know.

20   Q    I understand, I appreciate your honesty.

21        Have you ever been involved in a criminal matter that

22   concerned yourself, any member of your family or a close

23   friend?

24   A    No.

25   Q    All right.  Have you ever served on a jury before, I think
```

```
 1   you said no?

 2   A    No.

 3            THE COURT:  Okay, all right.  You may be seated.

 4                         EXAMINATION

 5   BY THE COURT:

 6   Q    Good morning, Juror Number 30, I believe it is.

 7   A    Yes, right here.

 8   Q    All right, excellent.  Please tell us your name.

 9   A    Do you mind if I sit down while I talk --

10   Q    No, sir.

11   A    -- just to keep balance.

12   Q    Sure, sure.

13   A    Thank you.

14   Q    Please tell us your name.

15   A    Michael Simone.

16   Q    What do you do for work, sir?

17   A    I am a local landlord of historic houses here.

18   Q    How long have you been doing that?

19   A    Twenty-two years.

20   Q    And before that?

21   A    Environmental engineer scientist --

22   Q    Okay.

23   A    -- for 35 years.

24   Q    Are you married?

25   A    No, but I live with three dogs.
```

```
 1   Q    Okay.  What do they do for work?  No, I'm just kidding.

 2   A    Not enough.

 3   Q    All right.  Do you have any adult children?

 4   A    No, Your Honor.

 5   Q    Okay.  Have you ever worked in law enforcement, sir?

 6   A    No.

 7   Q    Do you have any close friends or relatives who have worked

 8   in law enforcement?

 9   A    No.

10   Q    Okay.  Have you ever served on a jury before?

11   A    No.

12   Q    Have you ever been involved in a criminal matter that

13   involved yourself, a member of your family or a close friend?

14   A    Can you define involved?

15   Q    Either as a defendant, a witness, or a victim.

16   A    A family member, does that count?

17   Q    Yes.

18   A    I wasn't involved, but I mean, I did have family members,

19   yes.

20   Q    All right.  You are welcome to tell us.  Are those family

21   members -- were they the accused in those proceedings or were

22   they witnesses?

23   A    Accused.

24   Q    Do you know if those matters resulted in a judicial

25   resolution; in other words --
```

```
1    A    Yes, they did.
2    Q    Okay.  Is there anything about those experiences or those
3    proceedings that would affect your ability, sir, to be a fair
4    and impartial juror in this case?
5    A    I can't tell exactly, because I don't know what the facts
6    are in this case, but I think based on what happened to these
7    family members and good friends, it would be hard for me to be
8    impartial, I mean, if it was, you know, the deciding moment.
9    Q    All right.  So am I understanding correctly that something
10   about those proceedings has led you to believe they were
11   treated unfairly?
12   A    Yeah.
13   Q    All right.  Is that by law enforcement or any other entity?
14   A    Law enforcement and the media, both were pretty
15   publicized --
16   Q    Okay.
17   A    -- events, yeah.
18   Q    All right.
19         THE COURT:  Thank you very much, sir.  You may remain
20   seated and hand over the mic to the next juror.
21                         EXAMINATION
22   BY THE COURT:
23   Q    All right.  Good morning, please tell us your name.
24   A    Kristen Aurand, Juror Number 31.
25   Q    What do you do for work?
```

```
 1    A    I work as a case manager.

 2    Q    In what capacity, like for an organization?

 3    A    Yeah, for an insurance company.

 4    Q    Okay.  How long have you worked for that insurance company?

 5    A    Almost a year.

 6    Q    And before that role?

 7    A    I worked for child protective investigations.

 8    Q    Okay.  When you were working for the child protective

 9    investigations, what did you do?

10    A    I had several roles there.  My last one was known as the

11    brain, where I did background work and did like background

12    checks and analysis work to inform the investigators before

13    they went out.

14    Q    Okay.  Have you held any other positions besides the one

15    you just identified?

16    A    Yes, I was also a child protective investigator supervisor

17    for five years, and I was a child protect investigator for

18    three years.

19    Q    All right.  Is there anything about that role doing the

20    child protective work that would impact your ability to be a

21    fair and impartial juror in this case?

22    A    No, ma'am.

23    Q    All right.  Are you married?

24    A    I am engaged.

25    Q    And what does your fiance do for work?
```

1   A   He actually just got a brand new job as a case manager for

2   the Department of Health.

3   Q   Do you have any adult children?

4   A   I have my son and my godson, who also lives with me.  My

5   godson works at Wawa, and my son has been working for Outback

6   and he also goes to school at UCF.

7   Q   Okay.  Do you have any close friends or family members who

8   have worked in law enforcement or currently work in law

9   enforcement?

10  A   I have a cousin who I'm not sure if she is still in law

11  enforcement, but she is in Pennsylvania.  I don't know exactly

12  what she does, I just know that she was a police officer.

13  Q   Okay.

14  A   And one of my former co-workers went to go work at Indian

15  River County Sheriff's Office, but I don't know if she is still

16  there or not, I don't know.

17  Q   Is there anything about those individuals prior and

18  possibly current work in law enforcement that would affect your

19  ability to be a fair and impartial juror in this case?

20  A   No, ma'am.

21  Q   All right.  Have you ever served on a jury before?

22  A   I have.

23  Q   Without telling me the nature of the case, do you remember

24  if it was a civil or criminal matter?

25  A   It was a criminal matter.

```
1    Q    Do you know if the jury reached a verdict?

2    A    We did.

3    Q    And were you the foreperson?

4    A    No, ma'am.

5    Q    Okay.  Any was that one criminal matter?

6    A    Yes.

7    Q    Any other instances of prior jury service?

8    A    No, ma'am.

9    Q    Okay.  Have you ever been involved in a criminal matter

10   that concerned yourself, any member of your family or a close

11   friend?

12   A    I'm not sure if it counts, but my ex-husband's niece is

13   currently in jail.

14   Q    All right.  Is there anything about that former relative's

15   criminal case that would impact your ability to serve as a fair

16   and impartial juror in this case?

17   A    No, ma'am.

18   Q    All right.  Is there anything in your background or

19   experiences, ma'am, that would affect your ability to be a fair

20   and impartial juror in this case?

21   A    Nothing at all, ma'am.

22             THE COURT:  Thank you, you may be seated.

23             PROSPECTIVE JUROR:  Alberto Velazquez, I work for

24   Preferred Private Care, accounting assistant.

25             Prior jobs, Hematology Oncology Associates, I ran the
```

```
 1   billing department there, and also just various different jobs

 2   prior to that, just going to school as well.

 3                           EXAMINATION

 4   BY THE COURT:

 5   Q   Okay.  Now, did you go to school to study accounting or

 6   bookkeeping?

 7   A   I still go to school, Indian River State College.

 8   Q   What was your degree in?

 9   A   Medical billing and also business administration and

10   accounting.

11   Q   Okay.  Have you ever worked in law enforcement?

12   A   No.

13   Q   Do you have any close friends or family members who have

14   worked in law enforcement?

15   A   My father was an MP, my brother-in-law is a sergeant for

16   the Pembroke Pines Police Department, my nephew he is a police

17   officer for Miami-Dade, the Sweetwater, and also I have a

18   nephew that is a Tennessee Highway Patrol officer.

19   Q   Tennessee Highway Patrol?

20   A   Yes.

21   Q   Is there anything, sir, about those relatives' work in law

22   enforcement, either current or in the past, that would affect

23   your ability to be a fair and impartial juror in this matter?

24   A   No.

25   Q   Is there anything else in your background or experience
```

 1    that would influence your ability to be a fair and impartial

 2    juror in this case?

 3    A    No.

 4              THE COURT:  All right.  Thank you very much, sir, you

 5    may be seated.

 6              PROSPECTIVE JUROR:  You didn't ask me about my wife

 7    or my priors.

 8    BY THE COURT:

 9    Q    I'm sorry, thank you for the reminder.

10    A    I was arrested several years ago, I had nine felony

11    charges, they were all dropped down to a misdemeanor because

12    someone brought to me, which was actual an ex-girlfriend of

13    mine, brought to me stolen merchandise.  I found out it was

14    stolen, I brought it to the police department, doing the right

15    thing, and I was arrested for it.

16              So even though I could be qualified for this, I

17    wouldn't be able to judge this person because I was incorrectly

18    judged for something I didn't do and I went and tried to do the

19    right thing, and like I said, everything was dropped down to

20    two misdemeanor charges, just because they needed somebody to

21    take the blame because they had nobody, so it's hard for me to

22    judge somebody because I was judged incorrectly.

23    Q    All right.  Thank you for that, sir.

24              Are you married?

25    A    Yes.

```
 1    Q    What does your spouse do for work?

 2    A    She works for Cleveland Clinic Martin Health.

 3    Q    What does she do?

 4    A    She is a medical assistant, she trains all of the medical

 5    assistants there, she's been there for about four and a half

 6    years now.

 7    Q    All right.  Besides what you have just mentioned, sir, is

 8    there anything else that you believe would preclude your

 9    ability to be a fair and impartial juror in this case?

10    A    No.

11               THE COURT:  All right, you may be seated.  Thank you.

12                              EXAMINATION

13    BY THE COURT:

14    Q    Good morning, Juror Number 33?

15    A    Yes.

16    Q    Please tell us your name and what you do for work.

17    A    Denyse Hunt, high school chemistry teacher.

18    Q    How long have you been teaching?

19    A    Thirty-eight years.

20    Q    Any other jobs besides your role as a teacher?

21    A    Yes, I did research early in my career, before I started

22    teaching.

23    Q    What type of research?

24    A    Biochemical research dealing with metabolism supplements

25    and it was --(unintelligible.)
```

```
 1              THE COURT REPORTER:  I'm sorry, I didn't hear the

 2    last part.

 3              PROSPECTIVE JUROR:  The supplement was later branded

 4    as Ensure.

 5    BY THE COURT:

 6    Q    Thank you.  Are you married?

 7    A    No.

 8    Q    Do you have any adult children?

 9    A    No.

10    Q    Have you ever served on a jury before?

11    A    No.

12    Q    Do you have any friends or family members who work in law

13    enforcement?

14    A    No.

15    Q    Have you ever been involved in a criminal matter that

16    concerned yourself, any member of your family or a close

17    friend?

18    A    No.

19    Q    Is there anything in your background or experiences, ma'am,

20    that would affect your ability to be a fair and impartial juror

21    in this case?

22    A    No.

23              THE COURT:  All right.  You may be seated, ma'am.

24    Thank you.

25
```

1                          <u>EXAMINATION</u>

2    BY THE COURT:

3    Q    Good morning, Juror Number 34.

4    A    Yes, sorry.  Pam Owens.

5    Q    What do you do for work?

6    A    I teach.

7    Q    What do you teach?

8    A    Fourth grade math and science.

9    Q    And how long have you been a teacher?

10   A    Over 30 years.

11   Q    Any jobs besides teaching?

12   A    You know, way back in college, but no.

13   Q    Are you married?

14   A    I am.

15   Q    And what does your spouse do for work?

16   A    He is a nurse practitioner.

17   Q    Has he held any other jobs besides the nursing role?

18   A    Just like a regular RN before that, but no.

19   Q    Okay.  Do you have any adult children?

20   A    I do, they are in college.

21   Q    All right.  Have you ever served on a jury before?

22   A    I have not.

23   Q    Do you have any members of your family or close friends who

24   work in law enforcement?

25   A    An uncle, but he is retired now.

```
 1   Q    Okay.  Is there anything about your uncle's prior job that

 2   would affect your ability to be a fair and impartial juror in

 3   this case?

 4   A    No.

 5   Q    Have you ever been involved in a criminal matter, either

 6   yourself, any member of your family or a close friend either as

 7   a defendant, a victim or a witness?

 8   A    No.

 9   Q    All right.  Is there anything about your background or

10   experiences that would impact your ability to be a fair and

11   impartial juror in this case?

12   A    No.

13              THE COURT:  Thank you, you may be seated.

14              PROSPECTIVE JUROR:  Nicholas Fiorella, 35.  I work as

15   a groundsman at a tree service company.  Prior, I have done

16   boat work and retail.

17                            EXAMINATION

18   BY THE COURT:

19   Q    Are you married, sir?

20   A    No.

21   Q    Do you have any adult children?

22   A    No.

23   Q    Have you served on a jury before?

24   A    No.

25   Q    Do you have any close friends or family members who work in
```

```
 1   law enforcement?

 2   A    No.

 3   Q    Have you ever been involved in a criminal matter that

 4   concerned yourself, any member of your family or a close

 5   friend?

 6   A    Yes, I have misdemeanor marijuana charges.

 7   Q    Is there anything about those instances, sir, that would

 8   impact your ability to be fair and impartial in this case?

 9   A    No.

10   Q    Is there anything else in your background or in your

11   experiences that would influence your ability to be a fair and

12   impartial juror in this case?

13   A    No.

14              THE COURT:  All right, you may be seated.  Thank you,

15   sir.

16              PROSPECTIVE JUROR:  My name is Mike Mollica, my

17   number is 36.

18                           EXAMINATION

19   BY THE COURT:

20   Q    Good morning, sir.  What do you do for work?

21   A    I'm retired now, but I worked in a warehouse.

22   Q    What did you do at the warehouse?

23   A    Shipping, receiving, pulling millions of parts for people.

24   Q    How long did you work in that warehouse?

25   A    Thirty-two years.
```

```
1   Q   Okay.  Any other jobs prior to your work in warehousing?

2   A   When I moved to Florida, I was working for R&M Fabrics

3   doing the same thing.

4   Q   Okay.  Are you married, sir?

5   A   Yes.

6   Q   What does your spouse do for work?

7   A   She is retired now, too, but she worked for IBM.  When she

8   moved to Florida, she worked for Tykes and Teens.

9   Q   Tucks (sic) and Teens?

10  A   Yes, it is mental place for young kids.

11  Q   Okay.  Have either of you ever worked in law enforcement?

12  A   No.

13  Q   Do you have any close friends or family members who worked

14  in law enforcement?

15  A   No.

16  Q   Have you ever served on a jury before?

17  A   No.

18  Q   Have you ever been involved in a criminal matter that

19  involved either yourself, a member of your family or a close

20  friend?

21  A   No.

22  Q   All right.  Is there anything in your background or in your

23  experiences, sir, that would affect your ability to be a fair

24  and impartial juror in this case?

25  A   No.
```

```
 1              THE COURT:  Thank you very much, Mr. Mollica.

 2              I'm going to now turn it over to the lawyers, they

 3   will each have some brief time to ask any follow-up questions

 4   of each of you.

 5              Again, if you feel uncomfortable about any line of

 6   questioning or prefer to speak in private, please let the Court

 7   know and we will arrange for that.

 8              So let's start with the Government, Ms. Acosta.

 9                   VOIR DIRE BY THE GOVERNMENT

10              MS. ACOSTA:  Thank you, Your Honor.

11              Good morning still.  I just have a few questions and

12   the Court has done a very thorough job, and we all appreciate

13   your patience and your candor.

14              Has anyone here ever been audited or a family member

15   been audited by the IRS?

16              Okay, I see a couple of hands.

17              I'll start with Mr. Stockton, Juror Number 1.

18              PROSPECTIVE JUROR:  Yes, ma'am.

19                        EXAMINATION

20   BY MS. ACOSTA:

21   Q   Can you tell me a little bit about -- were you audited?

22   A   It was more about a 401 pool -- no, I'm sorry.

23              I got put on short-term disability and I didn't

24   realize there were no taxes taken out of it, so I didn't pay

25   taxes on it.  I don't know if that's considered an audit or
```

```
 1   not.

 2   Q   Anything about that experience that would cause you to have

 3   any, you know, feelings against the IRS?

 4   A   No.

 5             MS. ACOSTA:  Thank you.

 6             Right here, thank you.

 7                         EXAMINATION

 8   BY MS. ACOSTA:

 9   Q   Juror Number 11.

10   A   Just my mother has been audited in the past.

11   Q   I'm sorry?

12   A   My mother has been audited in the past.

13   Q   Your mother, does she run a business?

14   A   She used to, yeah.

15   Q   Okay.  Anything about that that would --

16   A   No.

17   Q   -- affect your ability to be fair and impartial?

18   A   Uh-uh.

19             MS. ACOSTA:  Thank you.

20                         EXAMINATION

21   BY MS. ACOSTA:

22   Q   Number 15, Mr. Gray.

23   A   Yes.  I was audited for -- I worked for a company where

24   they took out the taxes and gave me a 10W40; however, I used my

25   own vehicle, my own gas and all of that, so I had itemized
```

```
 1    deductions that went with that and the IRS challenged me on

 2    those writeoffs and tried to make me pay taxes for that.

 3    Q    So something regarding your 1099?

 4    A    There wasn't a 1099, it was a 1040 --

 5    Q    Schedule --

 6    A    -- but I had 1099 writeoffs.

 7    Q    Okay.

 8    A    Is used my own vehicle to travel back and forth every

 9    place, hotels, all of that, which was a writeoff.  I was

10    licensed by the state to do fire equipment, but it was a permit

11    under a licensed company; therefore, I was an employee of the

12    company; however, the company treated us as if we were

13    subcontractors.

14    Q    Subcontractors?

15    A    So when it came to taxes, it had to be explained to them.

16    I ended up going to West Palm Beach, where it ended up me

17    versus the IRS, and we came to a settlement.

18    Q    Okay.  So is there anything about that experience --

19    obviously, this is going to be -- it is an IRS related case --

20    that experience that would affect your ability to be fair and

21    impartial here?

22    A    To be honest, the one thing I don't understand right now is

23    in that situation, and it was going to go to court, it was I

24    versus the United States of America putting the burden of proof

25    on me, where this seems to be the opposite, where it's the
```

```
 1    burden of proof is on the state or on the Government.
 2    Q    Right.  You were involved in a civil proceeding with the
 3    IRS, so this is a criminal proceeding and you are absolutely
 4    right, the burden is on the United States to prove the charges.
 5    A    So it was kind of --
 6    Q    Yes, it is kind of reverse.
 7    A    I felt it was, you know, unfair that --
 8    Q    That's a good point.
 9    A    -- it did come to the point of a settlement because the
10    cost of taking it to court was going to be me traveling to
11    Miami, paying for attorney fees and/or making a settlement.
12    Q    Okay.
13    A    It was kind of like --
14    Q    So does that it sound like maybe you were a little bit not
15    leaving a very good taste in your mouth maybe?
16    A    Not really, no.
17    Q    So I guess the question is, could you be fair and impartial
18    in a case that involves the IRS based on --
19    A    I believe I would try my best, but I would have it on the
20    back of my mind, of course, that I settled with them because it
21    was the least of two evils of either paying this much to go to
22    court or settle for this much, which was cheaper to do.
23    Q    Right, okay.
24    A    Which means it cost me money either way.
25    Q    Okay, I think I got it.  Thank you.
```

```
 1            MS. ACOSTA:  Anybody else?

 2                        EXAMINATION

 3   BY MS. ACOSTA:

 4   Q    Number 30.

 5   A    Hello.

 6   Q    Hello.  Can you tell me a little bit about --

 7   A    I have two family members deceased.

 8            THE COURT:  Can you please tell us your juror number?

 9            MS. ACOSTA:  Juror Number 30.

10            PROSPECTIVE JUROR:  Number 30.

11            THE COURT:  Thank you.

12            PROSPECTIVE JUROR:  Now, they weren't immediate

13   family, but they were cousins, you know, related and very

14   close, I was very close to them and it has affected me

15   regarding IRS auditing and criminal charges, prison times, you

16   know.

17            One was my cousin in Philadelphia, he was indicted

18   for being the consigliere to the Philadelphia New Jersey crime

19   family, and he did serve time.  He was an attorney, he was a

20   mob attorney and the Government said he got too close and they,

21   you know, charged him and he served.  He was disbarred and then

22   he got reinstated by three federal judges, I mean, he was a

23   great attorney and popular in Philadelphia, and the other one

24   was tax evasion.  You know, so yeah, he was receiving mob

25   money, you know, and he probably knew it.
```

```
1              I don't know the details, but I just know that he
2    wrote a book in prison or the federal penitentiary in
3    Las Vegas, and it was a very popular book, and his name was
4    Bobby Simone, and in the book, he gets into, you know, how
5    the -- you know, the Federal Government did things that
6    weren't -- you know.
7    BY MS. ACOSTA:
8    Q    Right.
9    A    You know, I can get into details if you like.
10   Q    No, that's fine.
11   A    And another family member in Rhode Island, when I was
12   younger, in the late '60s, early '70s, he invented the mood
13   ring and he also made them, and I was a kid.  We were the only
14   relatives in Rhode Island and watched them being made, and he
15   made a lot of money, and he it was a cash business mainly, you
16   know, flying rings to Miami, you know, Las Vegas, Los Angeles,
17   so he basically bought a huge yacht, you know, Rolls Royces,
18   and he got in trouble with the IRS, you know, and then he moved
19   to Florida, and he ran a great -- owned a greyhound track in
20   Hollywood, but both of these were -- it affected me personally
21   because when they took away that yacht, it affected me
22   personally, you know, so --
23   Q    So the Government took away the yacht.
24   A    Yeah, exactly.
25   Q    Okay, thank you.
```

1    A    You're welcome.

2              MS. ACOSTA:  Anybody else?

3              Okay.

4                        EXAMINATION

5    BY MS. ACOSTA:

6    Q    Ms. Keith, I just have a follow-up question.  If you are

7    selected, are you still going to be required to work at night

8    or do you think you can get the time off?

9              Juror Number 6, for the record.

10   A    Yeah, Number 6, I'm not sure.  It will be hard, I mean,

11   with my schedule.  My sisters watch the kids overnight and we

12   are short a night supervisor, we have one coming in from

13   Okeechobee to help us out, so I mean, I don't know.

14   Q    Thank you.  I just wanted to make sure that wasn't going to

15   be an issue for you.

16             THE COURT:  One and half minutes.

17             MS. ACOSTA:  Thank you, Your Honor.

18             There really are no right or wrong answers.  You

19   heard the general charges here, and sometimes the attorneys

20   don't ask the right question or ask it quite in the right way,

21   but some of you might know or think of something that really

22   you were ambivalent about or you don't want to say anything

23   about it, but really, this is the time because everybody in

24   this courtroom wants to pick fair and impartial jurors.

25             So I know it has been a long morning and I don't

```
 1   really want to drag this out any more than I have to, but
 2   that's -- I know some of you have already articulated that, and
 3   I'm not asking anyone who has already voiced that, but the
 4   others who sat here and listened and have had time to reflect,
 5   is there anything that we should know about you that would
 6   prevent you from being a fair and impartial juror?
 7               I see no hands.
 8               Your Honor, I have no further questions.
 9               THE COURT:  Thank you.
10               Mr. Entin.
11               MR. ENTIN:  Thank you, Your Honor.
12               Can I stand in front?
13               THE COURT:  Yes, you may.
14                     VOIR DIRE BY THE DEFENSE
15               MR. ENTIN:  Good now afternoon, ladies and gentlemen.
16   I guess all we need is a ping-pong ball for these paddles.
17               THE COURT:  Mr. Entin, I think I am going to have
18   trouble hearing you, so if you would remove your mask, please.
19               MR. ENTIN:  Thank you.
20               As the Judge has gone over, the most important part
21   of this proceeding, and it is the only time we get to talk to
22   you individually, is to decide whether you can be a fair and
23   impartial juror on behalf of a citizen of our community.  And
24   all of us live under these laws and all of us are required to
25   follow the law, and we have trials by jury.
```

1           So when we were talking earlier, and I appreciate the

2    honesty of some of you, you all come in here with life

3    experiences, you come in here with backgrounds that are

4    different; some are from law enforcement, some have had people

5    that have been in trouble on the other side of law, some have

6    different issues, and so you all come in here from a group of

7    our community and are selected to be on this jury.

8           So I represent Mr. Loute and all he wants is a fair

9    trial, and so as I sit here today -- and in a few minutes I

10   won't be able to speak to you again during this trial -- are

11   there any reasons that you can think of, either the nature of

12   the charge or anything you have heard or any aspects of the

13   case that would cause you to not be fair in giving Duronel

14   Loute a fair trial?  I mean, do you all agree he is entitled to

15   a fair trial?

16          Okay.  This is the opportunity where it is not your

17   life experience that is important, it is based on looking at

18   the evidence as presented and hearing the evidence from the

19   witness stand, and taking the law and logically deciding

20   whether or not he has committed a crime beyond a reasonable

21   doubt.  Do you all understand that?

22          It is not how he looks or how he acts or his

23   lifestyle, it is whether or not he committed a crime.  Does

24   everyone agree with that?

25          And that has to be proven only by the Government, do

```
 1   you all understand that?
 2           The Judge has explained to you that the Government,
 3   in our country, before a citizen's liberty can be taken, must
 4   prove beyond a reasonable doubt to the satisfaction of all 12
 5   jurors that he is, in fact, guilty.  Does everyone agree with
 6   that or does anyone disagree with that?
 7           Does anyone feel -- you know, we have school
 8   teachers, you know, and we have two kids come in and you ask
 9   them both what happened and you try to figure it out, and in
10   this arena, it is the Government's job to prove a citizen
11   guilty, it is not the citizen's job to prove his innocence.
12                            EXAMINATION
13   BY MR. ENTIN:
14   Q   And I think you talked a little about that, Mr. Gray.  Do
15   you understand that?
16   A   Yes.
17   Q   This is criminal, that's the difference.
18   A   I understand that.
19           MR. ENTIN:  I appreciate the honesty of you,
20   Ms. Gabbard and I believe also Ms. Castanza -- thank you for
21   holding up the paddle -- about, you know, your family
22   experiences with law enforcement and things like that.  That is
23   important for us to know now, and so knowing that there are a
24   number of witnesses, a significant number of witnesses that are
25   federal agents, which are law enforcement officers, and you are
```

```
 1   going -- the case is being brought by a federal agency, knowing

 2   that, I'm trying to advocate for a fair trial for my client.

 3                          EXAMINATION

 4   BY MR. ENTIN:

 5   Q   Ms. Gabbard, with your vast family experience, do you think

 6   you could be fair or can you be fair, because this is the only

 7   time I get to ask?  If you are selected and you are not fair,

 8   then I didn't get a fair trial.

 9   A   I would like to think that I could, but I don't know

10   because I have never been put in a situation to do that, so I

11   would like to think I could, but I don't know.

12   Q   Well, knowing your husband was a former chief of Vero

13   Police Department, would you feel odd telling him you found him

14   not guilty?

15   A   That wouldn't bother me.

16   Q   Okay.  The last chance I have to ask you, can you be fair

17   or you are not sure?

18   A   I think I can, but I don't know.  I hope I could.

19                          EXAMINATION

20   BY MR. ENTIN:

21   Q   How about you, Ms. Costanza, you said you thought you

22   probably would have problems sitting in a case like this.

23   A   I think I feel like her, I won't really know until the

24   final decision, but if I have to -- if I see two things that

25   give me equal say -- unfortunately, I'm not up to side on the
```

```
 1    side of the law because that's just the way I was brought up,

 2    but I'm going to lean towards the law's side on the most

 3    knowledgeable in the situation.

 4    Q    Okay.  But you understand law enforcement is not the law.

 5    The law is the law of the land and the Judge will tell you the

 6    law of the land.

 7    A    I understand that.

 8    Q    Law enforcement officers are human beings.

 9    A    If they feel he is guilty and I can't be shown any -- that

10    he isn't, I am going to believe them.

11    Q    Okay.  But you understand, as the Judge told you -- and I'm

12    not trying to be argumentive, I'm just --

13    A    I do, but emotionally and mentally, I -- I'm still going to

14    probably lean, that's just -- that's the way I am, I'm going to

15    lean towards what my father would recommend, I'm going to lean

16    towards people I was brought up with.

17              THE COURT:  Please use the microphone.

18              PROSPECTIVE JUROR:  I'm sorry.  I've been brought up

19    with a military family, a police family, the law.  Am I going

20    to say everybody is correct, am I going to say I have always

21    been good; no, I'm not, but when we are in this situation, I'm

22    not going to know if I can --

23    BY MR. ENTIN:

24    Q    Okay, I understand.

25    A    I'm being honest, I can't tell you.
```

1    Q   What the Judge told you is it is not both sides.   It's the

2    Government's job to put on their case and if they don't satisfy

3    a citizen in the community beyond all reasonable doubt, then

4    you must acquit whoever it is.   Can you do that?

5    A   I don't know.   Again --

6    Q   I can appreciate you being candid, because that's a good

7    answer, too.

8    A    I don't know.   I have not been put in that situation, I

9    don't know what my answer can be.

10        MR. ENTIN:   Does anyone disagree with the concepts

11   that the Court explained, where the Government has the sole

12   burden of proving the case and that you, in this case, may

13   never hear from somebody who is charged because they have no

14   obligation to do anything but just show up, does everyone

15   understand that?

16        PROSPECTIVE JUROR:   Can I ask a question based on

17   that?

18        THE COURT:   Thank you, ma'am.   I think we have

19   covered that, I appreciate it.

20        Mr. Entin, do you have any questions for any

21   additional jurors?

22        MR. ENTIN:   No specific questions, Judge.   Thank you.

23        THE COURT:   Any other questions?   You have just under

24   three minutes, if you wish.

25        MR. ENTIN:   Just as the Judge talked about and read

1    the charges, okay, you heard that there was a charge against

2    Mr. Loute.  Does anyone now feel in any way that he is guilty

3    of anything just because he is here today to go to trial?

4            Okay.

5            Does everyone understood it is sort of like a

6    traffic ticket, he has been ordered to come in here, you as

7    jurors will listen to the case and decide whether they met

8    their burden or not.

9            Yes, sir, Number 3.

10           THE COURT:  One second, let's wait for the

11   microphone.

12           PROSPECTIVE JUROR:  I have listened to some of the

13   other jurors and the audit questions and how the IRS tried to

14   work with them to start with and negotiate, and I'm just having

15   a problem understanding how it got to this point, that's all.

16           MR. ENTIN:  Okay, thank you for that.

17           All right.  I have no other questions, thank you.

18           THE COURT:  Thank you all very much.

19           Ladies and gentlemen, I'm going to ask that you

20   return to the juror assembly room for further instructions.  We

21   are still in the process of selecting this jury, so please do

22   not leave the courthouse.  We will then bring you back in in

23   approximately 20 minutes.  Thank you.

24           All rise for the jurors.

25      (The venire panel retired from the courtroom at

```
 1        12:11 p.m.)

 2             THE COURT:  Thank you.  Ms. Glass, if you would go,

 3   please, and get the remaining jurors, Jurors Number 37 through

 4   50, please, and escort them into the courtroom.

 5             THE COURTROOM DEPUTY:  Yes, Your Honor.

 6             THE COURT:  You all may be seated.

 7             MR. ENTIN:  Thank you, Judge.

 8             Judge, I had not asked you previously, how many

 9   alternates were you planning on selecting?

10             THE COURT:  Two.

11             MR. ENTIN:  Thank you.

12             THE COURT:  While we are waiting, there will be no

13   back strikes.  I will proceed in an alternating fashion,

14   starting with the Government.

15             Mr. Entin, you will have ten peremptories for the

16   first two, and one additional peremptory for the two

17   alternates; Government, you have your six peremptories.

18             Are there any for cause jurors that we could go over

19   now to streamline matters?

20             MR. ENTIN:  Judge, I would move to strike Juror 13,

21   Ms. Castanza, for cause, she could never say for sure she could

22   be fair.

23             THE COURT:  Any objection, Ms. Acosta?

24             MS. ACOSTA:  No, Your Honor.

25             THE COURT:  Juror Number 13 is stricken for cause.
```

```
1              MR. ENTIN:  I would also move to strike Juror

2    Number 29, she had the same answers, she indicated she was not

3    sure she could be fair.

4              THE COURT:  Any objection, Ms. Acosta?

5              MS. ACOSTA:  Is that Ms. Gabbard?

6              MR. ENTIN:  Yes.

7              MS. ACOSTA:  I thought she was more -- it was close,

8    but I thought she said she could be fair during the

9    questioning.  She did vacillate, I grant that, but I don't

10   think she said she couldn't be fair.

11             THE COURT:  All right.  I'm going to grant the

12   Defense request for a for cause as to Juror Number 29, I do

13   believe she displayed enough uncertainty on whether she could

14   be fair that it warrants a for cause.

15             So any additional for cause challenges, Mr. Entin?

16             MR. ENTIN:  One second.

17             Judge, I would move to strike Mr. Simone for cause, I

18   think he was all over the place in his answers, he was not

19   looking straight, he was looking towards the wall when he was

20   talking.

21             THE COURT:  I don't know what number you are

22   referring to?

23             MR. ENTIN:  I'm sorry, that was Number 30.

24             MS. ACOSTA:  Is that the one with the --

25             Your Honor, I have no -- I agree, I think he should
```

```
 1   be stricken for cause.

 2            THE COURT:  Juror Number 30 will be stricken for

 3   cause.

 4            MR. ENTIN:  That's all I have.

 5            THE COURT:  I also believe Juror 32 indicated he

 6   could not be fair.  Mr. Entin, what is your position with

 7   respect to Juror 32?

 8            MR. ENTIN:  I'm not moving for cause.

 9            THE COURT:  All right.  Ms. Acosta?

10            MS. ACOSTA:  I am, Your Honor, for that very reason.

11   He stated he couldn't be fair and impartial based on one of the

12   parishioners being charged and convicted of the same type of

13   offense and the family was now homeless.

14            THE COURT:  I think this individual was the person

15   who had been charged with stolen goods.

16            MS. ACOSTA:  Yes, Your Honor, I'm sorry.  I mixed

17   them up.  Yes, I ask he be stricken for cause as well.

18            THE COURT:  All right.  I do believe he was --

19            MS. ACOSTA:  I mean --

20            THE COURT:  -- pretty clear he could not be fair, so

21   32 is stricken for cause.

22            So far the for causes are 13, 29, 30 and 32.

23            Ms. Glass, are the remaining jurors in the hallway?

24            THE COURTROOM DEPUTY:  I'll check, Your Honor.

25            THE COURT:  Thank you.
```

1              MS. ACOSTA:  I have some additional ones.

2              THE COURT:  Let's go over that.

3              MS. ACOSTA:  Okay, Your Honor.  Number 5, she said

4     that she is a charge nurse of the COVID unit at the hospital,

5     and I do believe that she -- based on what is going on now, I

6     would ask that she be stricken for cause based on that.

7              THE COURT:  Any objection, Mr. Entin?

8              MR. ENTIN:  Yes, Judge.  I think she otherwise could

9     be a fair potential juror, we all have issues with our job.  I

10    mean, she works in a facility that has other workers, I would

11    ask that she not be struck.  I mean, she said she could do it,

12    it just would be hard.

13             THE COURT:  I don't know that she said she could do

14    it, I think she said there was a staffing shortage or staffing

15    crisis.

16             MS. ACOSTA:  She did.

17             THE COURT:  Let me consider that for a moment.

18             Ms. Acosta, do you have any more for cause

19    challenges?  I think there was one woman who said she

20    experienced or experiences a lot of back pain and she could sit

21    for an hour before it started to hurt her.

22             MS. ACOSTA:  Yes, Your Honor, I'm trying to find out

23    where she is, she was sitting on the end there.  I believe that

24    was Juror Number 16, she is in pain management and takes some

25    pretty strong medication, and she would have to stand up every

1    hour, so I would ask that she be stricken.

2            THE COURT:  Any objection, Mr. Entin, to a for cause

3    strike as to Juror 16?

4            MR. ENTIN:  In light of the fact she is on narcotics,

5    no, Your Honor.

6            THE COURT:  I can't hear you well, Mr. Entin.

7            MR. ENTIN:  I'm sorry, it is so short.  No, no

8    objection.

9            THE COURT:  All right, Juror Number 16 will be

10   stricken for cause.

11           MS. ACOSTA:  Which one are we on?

12           THE COURT:  So far we have stricken for cause 13, 16,

13   29, 30 and 32.

14           Ms. Acosta, do you have any more for cause

15   challenges?

16           MS. ACOSTA:  Your Honor, I was going to -- Ms. Keith,

17   I believe that she's going to have -- it is going to be really

18   difficult for her to serve as a juror.  She says she works

19   nights and has kids.  I'm not saying anything bad about her,

20   but she was nodding off when sitting in the chair waiting.

21           THE COURT:  Mr. Entin.

22           MR. ENTIN:  I would strenuously object.  There were

23   only four black potential jurors, my client is a black male.

24   She indicated -- she never said she couldn't do it and I don't

25   think it rises to the level of cause.

1          THE COURT:  All right.  I'll agree with the Defense

2   on this, I'm not going to strike Ms. Keith on that basis.

3          Any other for cause challenges, Ms. Acosta?

4          MS. ACOSTA:  Your Honor, it's Number 27 that I

5   misidentified earlier when I said that his wife is the

6   parishioner and one of the people in her parish was convicted

7   of the same type of crime, and the family is homeless and the

8   man's in prison.  I think he couldn't be fair, I think he was

9   pretty clear about that, Number 27.

10         THE COURT:  Mr. Entin, any response to number 27?

11         MR. ENTIN:  As much as I would like to keep him, he

12  said he did not know if he could be fair, so I have no

13  objection.

14         THE COURT:  Juror Number 27 is also stricken for

15  cause.

16         Any others before we call in the last batch of

17  jurors, Ms. Acosta?

18         MS. ACOSTA:  Let me just make sure, Your Honor, I

19  apologize.

20         No, Your Honor.

21         THE COURT:  Mr. Entin, any other for cause

22  challenges?

23         MR. ENTIN:  No, Your Honor.

24         THE COURT:  Let's bring in the other jurors.

25         MS. ACOSTA:  Yes, Your Honor.

```
 1              MR. ENTIN:  You don't think we could get a panel from
 2   this group?
 3              THE COURT:  I don't know, it's going to be tight,
 4   which is why we summoned more jurors.
 5              MR. ENTIN:  Okay.
 6              THE COURTROOM DEPUTY:  All rise.
 7       (Venire panel in at 12:20 p.m.)
 8              THE COURT:  Good afternoon, ladies and gentlemen.
 9   Thank you very much for your patience.
10              Ms. Glass, if you could state the case number,
11   please.
12              THE COURTROOM DEPUTY:  Case number
13   21-CR-14008-Cannon, United States of America versus Duronel
14   Loute.
15              THE COURT:  Good afternoon again.  My name is Aileen
16   Cannon and I welcome you to the Fort Pierce Courthouse.  I am a
17   United States District Judge for the Southern District of
18   Florida, and I want to welcome you here and extend my sincere
19   gratitude on behalf of the entire Southern District of Florida
20   and the parties in this case for your presence.
21              The right to trial by jury is a cherished right in
22   our constitutional democracy.  It is recognized, preserved and
23   protected by our constitution and it is one of the most
24   important duties that a citizen is called upon to perform.
25              Our framework allows litigants to select members of
```

1    their community to decide the outcome of a case that ends up in

2    court, and your role is vital to that system.

3          So although some of you may not have been thrilled

4    when you received the juror summons, I want to encourage you to

5    recognize the importance of jury service and thank you again

6    for your service today.

7          I assume, at least for some of you, this may be your

8    first experience being summoned for jury duty, but don't feel

9    apprehensive.  The Court and lawyers will familiarize you as we

10   go along and instruct you as to what your role and duties will

11   be.

12         Now, as far as precautions related to the COVID-19

13   pandemic, we have four air purifiers in the courtroom.  Those

14   are the white boxes you see in the corner, and we have

15   additional air purifiers in the jury deliberation room should

16   you be selected to serve on this jury.  We have some plexiglass

17   also in the jury box, but please be advised that it is not

18   affixed to the wood, so you should be careful as you move

19   around.  We have done or best to space you, and so we ask that

20   you please keep some distance between yourself and others.

21         There is, as you know, a mask mandate in federal

22   buildings, so we ask that you adhere to that closely; however,

23   there will be times where the lawyers and the witnesses are

24   permitted to remove their masks while they are questioning a

25   witness or while the witness is testifying, but other than

1    that, I will ask that everybody abide by that.

2            I want to introduce you to our court personnel for

3    this trial, starting with Ms. Teresa Glass, she is our

4    courtroom deputy.  She will manage the day-to-day operations of

5    the Court, and she is sitting right to my right.

6            In front of me, we have Ms. Diane Miller.  She is our

7    court reporter and she is taking down everything that I am

8    saying right now and she will transcribe everything that you

9    say, including all of the answers that you provide.  To make

10   her job easier, I ask that you please speak up as best you can

11   and that when you do stand up, that you raise your juror

12   paddles so we know your juror number.

13           We also have our court security officer here today,

14   Mr. Connely.  His job is to enforce the Court's orders and take

15   charge of the jury.  If you need information concerning your

16   personal welfare, please ask the courtroom deputy or the court

17   security officer and they will try to assist you, but please

18   don't ask them anything about the case to be tried.

19           Now, I'm going to ask the lawyers to introduce

20   themselves and to state on the record the names of any

21   witnesses who might testify in this trial, so please listen

22   carefully.

23           MS. ACOSTA:  Good afternoon.  My name is Diana

24   Acosta, and seated at counsel table is Special Agent Mark

25   Nirenberg from the IRS.

```
 1              Additional witnesses we will call are Louis Babino,

 2    he is a special agent with the IRS; Neville Barrant, who is a

 3    contractor with the IRS; Leandro Briones, another special agent

 4    with the IRS; a civilian, Natalie Delions; a custodian of

 5    records, Jennifer DeLuca, for Nations Direct Mortgage; a

 6    civilian witness, Malanie Moltime; Zakela Jackson; Special

 7    Agent Jason Leighton from the IRS; and Revenue Agent Stanley

 8    Lotman.  Also, the IRS coordinator, Renee McClain and a

 9    civilian, Jessica Quintero, and civilian Robert Velie.

10              THE COURT:  Thank you, Ms. Acosta.

11              Do any of you recognize any of the names just read?

12              I see no hands.

13              Mr. Entin.

14              MR. ENTIN:  Thank you, Your Honor.

15              Good afternoon my name is --

16              THE COURT:  You know what, I'm so sorry, I neglected

17    to have Ms. Glass swear the jurors in, so let's do that,

18    please.

19              THE COURTROOM DEPUTY:  Please rise and please raise

20    your right hands.

21       (Venire panel duly sworn.)

22              THE COURTROOM DEPUTY:  Thank you.

23              THE COURT:  You may be seated.

24              Mr. Entin, please proceed.

25              MR. ENTIN:  Thank you, Your Honor.
```

1              Good afternoon, ladies and gentlemen.  My name is

2    Michael Entin, I'm an attorney; sitting to my right is Mike

3    Rafael, he works in our office; and sitting to the right is

4    Mr. Loute, who is the Defendant in this case.

5              If the case proceeds to trial, the prospective

6    witnesses that may be called would be Maged Elbarki, Grant

7    Hemmingway, Ellie Simpson, Juanita Miguel, Greg Parents Danger,

8    Saintanelle Saintelus, Angela Singletary, Jaycena Vajda, Robert

9    Velie, Brittany Webb, Chereca Bartee, Angela Bass, Keyuna

10   Mobley, Shanta Monic Isaac, and possibly the witnesses that

11   they have identified as well.

12             THE COURT:  Do any of you all recognize any of the

13   names just read by Mr. Entin?

14             I see no hands.

15                    VOIR DIRE BY THE COURT

16             THE COURT:  I'm going to be asking you some questions

17   touching on your qualifications to serve as jurors in this

18   case.  The lawyers will also have some brief time to ask some

19   questions of you as well a bit later.

20             This part of the proceeding is known as voir dire,

21   which in Latin means to speak the truth.  I think that really

22   captures the purpose of this examination, which is to select a

23   group of jurors who are fair and impartial, who will follow the

24   law, and who will evaluate the issues in this case solely upon

25   the evidence presented without being influenced by any other

1    factors.

2          In service of that goal, we must determine if your

3    decision in this case would be influenced by opinions that you

4    now hold or by some personal experience or special knowledge

5    that you may have concerning the case to be tried.  In many

6    ways, this is the most important part of the proceeding, as we

7    are about to pick the judges of the facts.

8          I may bear the title of judge, but I won't decide the

9    outcome of the case.  My role is to see to it that the rules of

10   the courtroom are followed, but it is the jurors who serve as

11   judges of the facts.

12         Now, this questioning does take some time, so I ask

13   for your patience and if at any point you wish to speak in

14   private, outside the presence of your fellow jurors, please let

15   me know.  The only right answer is the truth, and please be

16   candid and complete with your answers.

17         If, at the end of jury selection, you are not chosen

18   to serve, please do not feel that your honesty or integrity has

19   been questioned in any way; it hasn't.  Either side can ask to

20   excuse a juror without giving a reason and some persons are

21   better suited to sit on one type of case than another, that is

22   all.

23         Now, why are we here?  We are here because an

24   indictment has been filed informing the Defendant that he is

25   accused of certain crimes, but as I will explain to you in a

1    bit more detail, the indictment is not evidence; it's simply an

2    accusation, and the Defendant has responded to that indictment

3    by saying that he is not guilty.

4          So it is the Government's burden to prove beyond a

5    reasonable doubt that the Defendant is guilty and that is what

6    you are here to determine.

7          I'm going to go over these concepts in a few minutes,

8    but to give you a brief overview of the allegations in this

9    case, the indictment alleges that the Defendant committed a

10   total of seven offenses.  The first four allege that the

11   Defendant, Mr. Loute, aided in the filing of false tax returns

12   in violation of Title 26, United States Code Section 7206,

13   subsection (2); and the last three offenses allege that the

14   Defendant willfully failed to pay income tax due in violation

15   of Title 26, United States Code Section 7203.

16         Now, according to the indictment, the Defendant,

17   Mr. Loute, operated a tax preparation business using the name

18   DTS Plus, and he worked as a tax preparer at DTS Plus.

19         According to the indictment, which again is simply an

20   accusation and is not evidence, the Defendant willfully aided

21   and assisted in and procured, counseled and advised in the

22   preparation and presentation to the Internal Revenue Service of

23   the United States individual income tax returns for the

24   taxpayer and tax year below, which was false and fraudulent as

25   to a material matter in that it falsely represented that the

1    taxpayer was entitled to receive the credit or had received the

2    income specified below, whereas the Defendant then and there

3    well knew the taxpayer was not entitled to receive the credit

4    or had not received the income.

5           The fifth, sixth and seventh offenses allege that

6    during the calendar years 2013, 2014 and 2015, in St. Lucie

7    County, Florida and elsewhere, the Defendant, Mr. Loute,

8    received taxable income on which taxable income was owing to

9    the United States income tax, but willfully failed to pay the

10   income tax due.

11          Have any of the jurors heard or read anything about

12   this case?  If so, please raise your hand.

13          I see no hands.

14          Now, does anybody here know the Defendant,

15   Mr. Duronel Loute?

16          I see no hands.

17          Now, this trial, this case is expected to last

18   approximately six business days, starting today.  The Court's

19   schedule generally runs from approximately 9:00 in the morning

20   until 5:30 in the evening, although today we will break early

21   at approximate 1:30.  Then we will resume tomorrow morning at

22   9:00 in the morning and run through the rest of the week and

23   Monday of next week.

24          Is there anybody here who has a special problem with

25   this anticipated schedule such that it would make it uniquely

```
 1  difficult for you to serve on this jury, such as nonrefundable
 2  airline tickets or a scheduled surgery?
 3            I see one juror raising her hand.
 4            Yes, ma'am, if you could please get the microphone.
 5  Our court security officer will bring it to you.
 6            PROSPECTIVE JUROR:  My name is Dedidra Akins.
 7                            EXAMINATION
 8  BY THE COURT:
 9  Q    Please tell us your juror number, ma'am.
10  A    Forty-four.
11  Q    Forty-four?
12  A    Yes.
13  Q    And your name is Ms. Akins?
14  A    Yes, Akins.
15  Q    What is your scheduling concern?
16  A    My scheduling concern is I have an elderly mother and a
17  disabled sister at home, okay.  My schedule -- where I work,
18  where I live at and work at is near my home and sometimes they
19  need me to come to assist them on something, you know, due to
20  their health or something.
21  Q    Is there anybody else that helps them?
22  A    No, all my -- all the people who live in my house, they
23  work in Stuart and down in Vero, so --
24            THE COURT:  All right.  Thank you very much, you may
25  be seated, Ms. Akins.
```

 1              Is there anybody else who has a unique scheduling

 2     concern with the anticipated schedule I just indicated?

 3                           EXAMINATION

 4     BY THE COURT:

 5     Q    Yes, Juror Number 39.

 6     A    The only thing I would have is my son, I have to take care

 7     of him.  My wife and daughter are leaving the state, and so

 8     they are heading out and we have no other family or no one else

 9     that may be able to get him from school besides me, that would

10     be my only issue.

11     Q    And what time do you have to pick your son up?

12     A    He gets out of school at 3:00 o'clock.

13              THE COURT:  Thank you, sir.

14              Any other jurors with scheduling difficulties?

15              All right.

16              I see no additional hands.

17              Does anybody here have any difficulty reading or

18     speaking the English language?

19              I see no hands.

20              Does anybody here have any physical disabilities or

21     impairments like hearing, sight or otherwise that would render

22     you incapable of performing your duty as a juror?

23              I see no hands.

24              Now, as I said earlier, we are here today because an

25     indictment was filed informing the Defendant he is accused of

1    certain crimes and he is called upon to respond to that

2    indictment.  The indictment is not evidence.  The Defendant in

3    this case responded to the indictment by saying the words, I am

4    not guilty, and those words carry a great deal of weight

5    because we are now beginning a jury trial where the Government

6    is required to prove beyond a reasonable doubt that the

7    Defendant is guilty before he may be found guilty.

8           And so the fact that an indictment exists does not

9    mean that what it alleges actually happened, that is what you

10   are here to determine and that is what the Government must

11   prove to you beyond a reasonable doubt.

12          Now, there are some very foundational concepts in our

13   criminal justice system that I would like to go over with you,

14   starting with the presumption of innocence.

15          How many of you have heard of a defendant's

16   presumption of innocence, and you can just nod your head if

17   that sounds familiar to you.

18          I'm seeing some nodding heads.

19          To reiterate, an indictment in a criminal case is

20   merely the accusatory paper which states the charge or charges

21   to be determined at a trial, but it is not evidence against the

22   Defendant or anyone else.  Indeed, the Defendant has entered a

23   plea of not guilty, as I said, and he is presumed by the law to

24   be innocent.

25          Every person charged with a crime in this country is

1    presumed innocent and that right is guarantied by our

2    constitution and so if we were to send you all back to the jury

3    deliberation room now and ask you to render a verdict, the only

4    verdict you could render is not guilty now, at this moment.

5              Do any of you have any difficulty accepting that as

6    the law?

7              I see no hands.

8              Now, the burden of proof -- this is the second

9    concept I would like to go over with you -- rests on the

10   Government because the Government in this case is accusing the

11   Defendant and it's the Government's burden to prove the charges

12   beyond a reasonable doubt.

13             I'm going to read to you the reasonable doubt

14   instruction that I would read to the jury, if you were selected

15   to serve on this jury, and it states as follows:

16             The Government's burden of proof is heavy, but it

17   doesn't have to prove a Defendant's guilt beyond all possible

18   doubt.  The Government's proof only has to exclude any

19   reasonable doubt concerning the Defendant's guilt.

20             A reasonable doubt is a real doubt, based on your

21   reason and common sense after you have carefully and

22   impartially considered all of the evidence in the case.

23             Proof beyond a reasonable doubt is proof so

24   convincing that you must be willing to rely on it and act on it

25   without hesitation in the most important of your own affairs.

```
 1              Does anybody here have any difficulty accepting that
 2    as the law?
 3              Now, along the same lines, the Government has the
 4    entire burden of proof.  That means there is nothing leftover
 5    for the Defense, there is nothing for the Defendant to prove to
 6    you or disprove to you.
 7              Does anybody have any difficulty or hesitation
 8    accepting that as the law?
 9              I see no hands.
10              Now, by a show of nodding heads, how many of you have
11    heard of a Defendant's right to remain silent?
12              All right, I see a lot of nodding heads.
13              As I have said before, the law does not require the
14    Defendant to prove innocence or to provide any evidence at all
15    and if a Defendant chooses not to testify, he -- you cannot
16    consider that in any way during your deliberations.
17              The Government has the burden to prove a Defendant's
18    guilt beyond a reasonable doubt and if it fails to do so, you
19    must find that the Defendant is not guilty.  So if a defendant
20    doesn't testify, you cannot hold it against him.
21              Does anybody have any difficulty accepting that as
22    the law?
23              I see no hands.
24              Now, as jurors, you will be required to judge the
25    testimony of witnesses, and to do so you must use certain
```

```
 1    common sense guidelines.  You communicate with people every day
 2    and each time you communicate with someone, you make a
 3    determination about whether the person with whom you are
 4    speaking is being sincere or accurate about what he or she is
 5    saying.
 6              Those same common sense guidelines are the ones that
 7    you are going to be required to use to judge the credibility,
 8    sincerity and accuracy of the witnesses that are going to be
 9    brought before you, regardless of the witness's profession.
10              Now, to reach a verdict, you may have to decide which
11    testimony to believe and which testimony not to believe and
12    when you are considering a witness's testimony, you can
13    consider various factors, including the witness's opportunity
14    and ability to see, hear or know the things the witnesses are
15    testifying about; the witness's memory; the witness's manner
16    while testifying; any interest the witness may have in the
17    outcome of the case; any other evidence that contradicts the
18    witness's testimony; the reasonableness of the witness's
19    testimony in light of all of the evidence; and any other
20    factors affecting believability.
21              Do any of you feel that you would be unable to
22    evaluate the credibility of witnesses as you are hearing
23    evidence in this case?
24              I see no hands.
25              Now, you are going to be hearing from law enforcement
```

```
 1    officers in this trial, special agents and other law
 2    enforcement witnesses.  The common sense guidelines that I have
 3    just gone over with you are the ones that you would need to
 4    apply to every witness, regardless of their profession.
 5              I would like to discuss law enforcement witnesses for
 6    a moment, though, in more detail.  Does anybody here have any
 7    particularly negative or positive feelings toward law
 8    enforcement that you simply would not be able to put aside if
 9    selected to serve on this jury?
10              I see Juror Number 46 raising his hand.
11                              EXAMINATION
12    BY THE COURT:
13    Q    Good afternoon, sir.  Please tell us your name.
14    A    Samuel Ingram.
15    Q    You may answer the question.
16    A    Yes, law enforcement killed my grandfather and my brother.
17    Q    Did I hear that -- say that again, law enforcement killed?
18    A    Yes.
19    Q    Now, sir, is there anything about that experience with your
20    family that would affect your ability to be a fair and
21    impartial juror in this case?
22    A    Yes.
23    Q    Can you elaborate briefly.
24    A    Just I don't think jury is not good for me, like being fair
25    in a case.
```

1              THE COURT:  Okay.  Thank you, you may be seated, sir.

2              Does anybody else here have particularly negative or

3    positive feelings towards law enforcement that you simply would

4    not be able to put aside if selected to serve on this jury?

5              I see no additional hands.

6              Now, do any of you think you would find law

7    enforcement officers more or less credible just because of

8    their employment; in other words, regardless of the various

9    factors I described earlier regarding how to assess a witness's

10   credibility?

11             I see no additional hands.

12             Now, I described earlier in brief fashion the

13   allegations in this case that involved, as I said, the

14   allegation of aiding in the filing of false tax returns and the

15   willful failure to pay taxes.  Is there anything about those

16   charges in particular that makes any of you feel like you would

17   not be an appropriate juror in this case?

18             I see no hands.

19             Now, sometimes we feel sorry for people in difficult

20   situations and unfortunately, sometimes we may also feel

21   prejudice, but neither sympathy nor prejudice can factor into

22   your deliberations.  You are the judges of the facts, if you

23   allow emotions to cloud your decision making, you will not be

24   fulfilling your responsibilities.

25             Is there anyone here who cannot put feelings aside or

```
 1    who cannot sit in judgment of others?

 2              I see no hands.

 3              Is there anyone here who feels they could not be fair

 4    to both sides and hear the evidence objectively?

 5              I see no hands.

 6              Now, you will be asked and instructed to disregard

 7    the consequences of any verdict rendered, so you will be asked

 8    not to be concerned with the imposition of any sentence because

 9    that is the sole province of the judge, not the jury.  Does

10    anybody here have any difficulty accepting that as the law?

11              I see no hands.

12              Now, as jurors, you may disagree on what the evidence

13    has shown.  One juror may believe one witness and not another

14    or you may believe part of what a witness says, but not another

15    part, and that is perfectly acceptable.

16              After you retire to the jury room, you must discuss

17    all of the facts and see if you can reach a unanimous verdict.

18    There is no room, however, for doubt concerning the law.  The

19    law is what I will instruct you it is and you must be willing

20    to accept the law even if you disagree with it.

21              Is there anybody here who cannot accept the

22    proposition that I have just stated, which is that you would be

23    required to follow the law even if you disagree with it?

24              I see no hands.

25              Now, does anybody here have any reason why you cannot
```

1    give this case your undivided attention and render an impartial

2    verdict based solely on the evidence presented and the law as I

3    instruct you?

4            I see no hands.

5            Now, let's see, it is close to 1:00 o'clock.  Because

6    it is nearly lunchtime, I'm going to break for lunch for 45

7    minutes, until 1:30, so you may leave the courthouse and then

8    come back to the jury assembly room where you first convened

9    and then we will bring you back to resume jury selection.

10           Please do not discuss this case or anything related

11   to this case with anybody, and we will see you after lunch.

12   Please leave your juror paddles on the chairs where you are

13   seated.  Thank you.

14           All rise for the jurors.

15       (The venire panel retired from the courtroom at

16       12:47 p.m.)

17           THE COURT:  You may be seated.

18           We will be in recess until 1:30.  Anything that needs

19   to be addressed at the moment, Mr. Entin?

20           MR. ENTIN:  Yes, Your Honor.  I was given a redacted

21   copy of the presentence investigation report of Ms. Delions,

22   and it is void of the portion you read about her having

23   strokes, it is not in here.

24           THE COURT:  It should have been in there.  Can I have

25   a copy of what --

```
1           MR. ENTIN:  Yes, Judge.

2           THE COURT:  That must have just been a mistake on our

3      end in the redaction.

4           You are correct, Mr. Entin, my apologies.  I don't

5      know how that happened.  We will give you a correct copy

6      following the lunch break.  Anything else?

7           MR. ENTIN:  That's all, Your Honor.

8           THE COURT:  All right.  Ms. Acosta, any luck on those

9      transcripts?

10          MS. ACOSTA:  Your Honor, they are being expedited,

11     they said it would be a two-hour turnaround time, so I think we

12     will have them back today some time in the afternoon, but

13     that's the latest, I got that at 11:00 o'clock.

14          THE COURT:  All right.  I'll see the parties back at

15     1:30.

16          THE COURTROOM DEPUTY:  All rise.

17       (Recess was had at 12:49 p.m.; and the proceedings

18       Resumed at 1:40 p.m.)

19          THE COURT:  All right.  You may be seated.

20          Ms. Glass, please call in the jurors.

21          THE COURTROOM DEPUTY:  Yes, Your Honor.

22       (Venire panel in at 1:41 p.m.)

23          THE COURT:  You may be seated.

24          Thank you, ladies and gentlemen, for your continued

25     patience.
```

1          Before we recessed for our lunch, I was about to

2    begin questioning each of you individually based on the

3    questionnaires that you supplied, so we will start that now.

4          The first juror we have, I believe, with us is Juror

5    Number 37.

6                              EXAMINATION

7    BY THE COURT:

8    Q   If you could please stand up tell us your name and juror

9    number, and what you do for work.

10   A   My name is Marcia Adelberg, I'm Juror Number 37, and I work

11   for a large research company in the IT department as a business

12   analyst.

13   Q   All right.  How long have you been doing that work, ma'am?

14   A   That kind of work or with this company?

15   Q   With the company, and then any other roles prior to with

16   this company.

17   A   I have been with this company for, I want to say two and a

18   half years, and I have worked a number of positions in IT as a

19   project manager and business analyst; various industries,

20   recruiting, in the medical field as well, doctors' offices and

21   a bunch of things.

22   Q   All sorts of things.

23   A   Yeah.

24   Q   And in these various roles, have you ever engaged in

25   accounting work or bookkeeping work?

1  A    Yes.

2  Q    Can you tell us a little bit about that.

3  A    I first started off my career in 1981 with Arthur Anderson,

4  and so I was up in Toronto, I was an auditor with them, so I

5  worked in preparing audit papers, did a little bit of tax

6  preparation, but I never signed off on opinions or anything.  I

7  didn't go that far with them, I just stayed at the staff level.

8  Q    Okay.  And did you get any degrees or certificates in

9  accounting or bookkeeping?

10  A    Yeah, I have a bachelors degree in accounting.

11  Q    Okay.  Now, this case, as I indicated earlier, involves

12  allegations of criminal violations of tax laws.  Given your

13  background doing accounting work and auditing work, is there

14  anything about that prior work that you think would interfere

15  with your ability to view the evidence in this case based

16  solely on what is presented in court?

17  A    I don't think so.  All of my work was done in Canada, it

18  was many, many years ago, so I mean, I would have to understand

19  what the law is that supports whatever it is, so as long as

20  that was explained to me, you know, I think I would be okay.

21  Q    All right.

22  A    I don't think I would hold back on old laws from Canada

23  from the '80s.

24  Q    Do you feel confident, ma'am, that you could adhere to the

25  law as I instruct you and base your decision only on the

```
1    evidence and the law as I instruct you?

2    A   I believe so.

3    Q   I have a few more questions for you.  Have you ever worked

4    in law enforcement?

5    A   I have not.

6    Q   Are you married?

7    A   I have a partner.

8    Q   Is your partner in law enforcement?

9    A   Not at all.

10   Q   Has your partner -- I guess what does your partner do for

11   work?

12   A   He is retired, he was also in IT as an analyst of sorts.

13   Q   Have you ever served on a jury before?

14   A   Never.

15   Q   Have you ever been involved in a criminal matter involving

16   yourself, a member of your family or a close friend either as a

17   defendant, a witness or a victim?

18   A   Yeah.  When I worked for my brother here in Florida, there

19   was a theft situation and -- in his medical practice, one of

20   the employees was stealing, and I was involved in that as a --

21   I'm not sure what.

22           I was kind of managing certain operations at the

23   time, so of course I was involved.  You know, I headed up the

24   investigation, so to speak, as we were trying to figure out

25   what happened to the money, so --
```

```
 1   Q   Is there anything about that experience or your involvement

 2   in investigating those matters that you think would preclude or

 3   impact your ability to serve as a fair and impartial juror in

 4   this case?

 5   A   I don't believe so.

 6   Q   Okay.  Is there anything else in your background or

 7   experiences, ma'am, that you think the parties or the Court

 8   should be aware of in deciding whether could serve as a fair

 9   and impartial juror in this matter?

10   A   Nothing comes to mind.

11            THE COURT:  Thank you very much, you may be seated.

12                          EXAMINATION

13   BY THE COURT:

14   Q   Juror Number 38, please tell us your name and what you do

15   for work.

16   A   Julie Bye, Juror Number 38.  I work for the City of Fort

17   Pierce as the executive assistant to the city engineer.

18   Q   And how long have you worked in that role?

19   A   Fifteen years.

20   Q   And prior to that job, did you have any other positions?

21   A   I lived in New York.

22   Q   All right.  Were you working in New York?

23   A   Yes, I was working for a stock brokerage firm.

24   Q   Okay.  Were you doing trading yourself or more in an

25   associate --
```

```
1    A    I was working for a trader.

2    Q    Okay.  Are you married?

3    A    Yes.

4    Q    What does your spouse do for work?

5    A    He is a retired utility worker.

6    Q    Okay.  Has he held any other jobs besides his utility work?

7    A    No.

8    Q    All right.  Have you or any member of your family or any

9    close friend ever been employed by a law enforcement agency?

10   A    I have quite a few friends, yes, that are.

11   Q    All right.  Now, is there anything about your relationships

12   with those friends and their work in law enforcement that you

13   think would influence your ability to be a fair and impartial

14   juror in this the matter?

15   A    No.

16   Q    Okay.  Have you ever served on a jury before?

17   A    No.

18   Q    Have you ever been involved in a criminal matter, either

19   yourself, any member of your family or a close friend, as a

20   defendant, victim or witness?

21   A    We have been victims, my husband and I have had our home

22   broken into twice here in Port St. Lucie.

23   Q    Is there anything about those experiences, ma'am, as a

24   victim that would preclude you from being a fair and impartial

25   juror in this case?
```

```
 1   A    No.
 2   Q    All right.  Is there anything else in your background or
 3   experiences that would interfere with your ability to be a fair
 4   and impartial juror in this case?
 5   A    No.
 6            THE COURT:  All right.  You may be seated, thank you.
 7                              EXAMINATION
 8   BY THE COURT:
 9   Q    Juror Number 39, good afternoon.
10   A    Hello.
11   Q    I know we spoke earlier about your childcare matters, I
12   want to ask you briefly, what do you do for work?
13   A    I'm a pastor.
14   Q    How long have you been a pastor?
15   A    Twenty years.
16   Q    Are you married?
17   A    Yes, ma'am.
18   Q    And what does your spouse do for work?
19   A    She was a teacher, now she is a wedding coordinator.
20   Q    Have you ever been -- have you ever worked in law
21   enforcement?
22   A    No, ma'am.
23   Q    Do you have any family members or close friends who work in
24   law enforcement?
25   A    Yes, ma'am.
```

1   Q    Tell us a little bit about that, please.

2   A    Mainly friends and congregants of the church that I am

3   close to that are in law enforcement.

4   Q    Okay.  Anything about your relationships with those

5   individuals that would impact or interfere with your ability to

6   be a fair and impartial juror in this matter?

7   A    No, ma'am.

8   Q    All right.  Have you ever served on a jury before?

9   A    No, ma'am.

10  Q    Have you ever been involved in a criminal matter?

11  A    No, ma'am.

12  Q    All right.  Is there anything else in your background or

13  experiences that you wish to alert the parties to and the Court

14  on the subject of whether you could serve as a fair and

15  impartial juror in this matter?

16  A    No, ma'am.

17             THE COURT:  You may be seated, thank you.

18                        EXAMINATION

19  BY THE COURT:

20  Q    Juror Number 40, please tell us your name.

21  A    My name is Bryan Graves, Juror Number 40.

22  Q    What do you do for work, sir?

23  A    I'm an attorney.

24  Q    What kind of law do you practice?

25  A    I practice civil litigation, specifically personal injury.

```
 1   Q    And how long have you been a practicing attorney?

 2   A    About seven years now.

 3   Q    Have you held any other jobs besides the role of an

 4   attorney?

 5   A    Not -- I mean, not since college, no.

 6   Q    Okay.  Are you married?

 7   A    I'm single.

 8   Q    Okay.  Do you have any adult children?

 9   A    No.

10   Q    All right.  Have you ever served on a jury before?

11   A    No.

12   Q    Have you ever been involved in a criminal matter?

13   A    Not personally, no.

14   Q    Any of your close friends or family members have any

15   involvement in a criminal matter?

16   A    No.

17   Q    Okay.  Is there anything else in your background, sir, or

18   in your experiences that would affect your ability to serve as

19   a fair and impartial juror in this case?

20   A    Impartially, no, but if I may add -- I'm not sure, you

21   know, if this is relevant, I may be going out of turn here, but

22   as an attorney, I do have a number of clients and a number of

23   commitments over the next couple of weeks that I'm kind of

24   meeting and a number of obligations that are time sensitive,

25   but as far as impartiality, no.
```

```
 1    Q    Now, those obligations that you have just referenced, are
 2    they court proceedings, can you elaborate a little bit on the
 3    time sensitive nature of those responsibilities?
 4    A    None of the responsibilities in the next two weeks are in
 5    litigation matters; however, they deal with -- they are time
 6    sensitive in the sense that I have multiple statements and
 7    mediations that are currently scheduled with insurance
 8    companies.
 9    Q    Okay.  Do you have any mediations or court proceedings
10    scheduled this week or Monday of next week?
11    A    No.
12              THE COURT:  All right.  I have nothing further, you
13    may be seated.  Thank you.
14                             EXAMINATION
15    BY THE COURT:
16    Q    Juror Number 41, good afternoon.  Please tell us your name
17    and what you do for work.
18    A    Jessica Iglesias, I'm a librarian and a branch manager in
19    Miami-Dade Public Library, Miami.
20    Q    How long have you been a librarian?
21    A    2011, I think.
22    Q    Okay.
23    A    Before that, I used to work for a committee action agency,
24    I was an auditor for federal, state and local programs, I used
25    to audit everything from HR to finances, and also -- how you
```

```
 1   say -- Head Start, stuff like that, and I also worked at a

 2   nonprofit before that.  I worked at Kelly Tractor in

 3   accounts --

 4   Q    Where?

 5   A    Kelly Tractor in accounts payable, that was my first job.

 6   Q    Accounts payable?

 7   A    I just started studying accounting, but I didn't finish, so

 8   I went on to organizational leadership.

 9             And let's see, and I used to -- I worked briefly for

10   a corrections in Miami, I was a corrections technician.

11   Q    Okay.  Now, as you know, this case involves allegations of

12   criminal violations of tax laws.  Is there anything about your

13   role in that auditing capacity that you mentioned that you

14   think would interfere with your ability to be a fair and

15   impartial juror in this case?

16   A    I hope not, I'm not sure.  I mean, this is my first time

17   here and I'm a little claustrophobic, so you are going to have

18   to bear with me.  I'm not very good in close surroundings,

19   please forgive me.

20   Q    That's okay, no apologies necessary.

21             Have you ever served as a juror before?

22   A    No.

23   Q    Have you ever been involved in a criminal matter, either

24   yourself, a member of your family or --

25   A    Right now, personally, we are going through something very
```

```
 1   personal with one of my daughters, and it is in the criminal

 2   court.

 3   Q    Okay.

 4   A    I cannot talk about that.

 5   Q    I understand.  We may have a need to speak with you

 6   privately, ma'am, outside of the presence of your fellow

 7   jurors.

 8             THE COURT:  And that applies to everybody here, if

 9   any of the questions make you feel uncomfortable and you prefer

10   to speak privately, please alert the Court.

11   BY THE COURT:

12   Q    Is there anything else in your background or experiences,

13   ma'am, that you believe would affect your ability to serve as a

14   fair and impartial juror in this case?

15   A    Like I said, it is my first time.  I pray I don't, but like

16   I said, this is my first time, I wouldn't know.

17             THE COURT:  Okay, thank you.  You may be seated.

18                          EXAMINATION

19   BY THE COURT:

20   Q    Juror Number 42, good afternoon.  Please tell us your name.

21   A    Good afternoon, my name is Sanoth Nath, 42 juror number.

22   Q    Good afternoon, thank you.  What do you do for work,

23   Mr. Nath?

24   A    I'm working at a gas station.

25   Q    I'm sorry, I can't hear you, sir.  Can you say that again?
```

```
 1    A    I say I work at Mobile Gas Station.

 2    Q    Mobile Gas Station, and what do you do at the gas station?

 3    A    It's a sales assistant.

 4    Q    Sales assistant, okay.  Have you held any other positions?

 5    A    I work before, like 7-Eleven.

 6    Q    7-Eleven?

 7    A    Yes, it was a long time before that.

 8    Q    Are you married?

 9    A    Yeah.

10    Q    What does your spouse do for work?

11    A    She doesn't work, she is homemaker.

12    Q    Okay.

13    A    Take care of my baby.

14    Q    Have you ever served on a jury before?

15    A    No.

16    Q    Have you ever been involved in a criminal matter?

17    A    No, ma'am.

18    Q    Do you work in law enforcement?

19    A    No.

20    Q    Do you have any family members or close friends who work in

21   law enforcement?

22    A    No.

23    Q    Okay.  Is there anything in your background or experiences,

24   sir, that you believe would affect your ability to serve as a

25   fair and impartial juror in this case?
```

```
 1   A    No, I have no idea.

 2   Q    I'm sorry?

 3   A    No, I don't know -- I have no idea, I don't know.

 4   Q    I want to ask you again, is there anything that you can

 5   think of that would make it difficult for you to be a fair

 6   juror in this case?

 7   A    No.

 8   Q    No, okay.  I want to make sure you feel you can be

 9   completely honest.  If there is anything that comes to mind,

10   you should let the Court know at this time.

11   A    Yeah, but I have no idea because this is my first time, so

12   I can't really -- I hope not.

13              THE COURT:  Thank you, sir.  You may be seated.

14              PROSPECTIVE JUROR:  Thank you.

15                            EXAMINATION

16   BY THE COURT:

17   Q    Juror Number 43, please let us know your name and what you

18   do for work.

19   A    My name is Marleni Vail and I'm a dependency case manager.

20   Q    I'm sorry?

21   A    I'm a dependency case manager.

22   Q    How long have you been a dependency case manager?

23   A    About six months now.

24   Q    And before that?

25   A    I worked in new home construction.
```

```
 1   Q   What type of work did you do in the home construction
 2   business?
 3   A   I worked as an assistant, and I worked as a design studio
 4   coordinator.
 5   Q   What kind of coordinator?
 6   A   Design studio.
 7   Q   Have you held any other jobs besides the ones you have just
 8   mentioned?
 9   A   No.
10   Q   All right.  Now, are you married?
11   A   No.
12   Q   Do you have any adult children?
13   A   No.
14   Q   Have you ever served on a jury before?
15   A   No.
16   Q   Have you, any member of your family or any close friend
17   ever been employed by a law enforcement agency?
18   A   I have a friend who is in a law enforcement agency.
19   Q   All right.  Do you know what your friend does for work
20   specifically?
21   A   Police officer.
22   Q   Okay.  Is there anything about your friend's role in law
23   enforcement that would interfere with your ability to be a fair
24   and impartial juror in this case?
25   A   No.
```

```
1    Q   All right.  Have you ever been involved in a criminal
2    matter that concerns yourself, any member of your family or a
3    close friend, either as a defendant, a victim or a witness?
4    A   No.
5    Q   All right.  Is there anything else in your background or
6    experiences, ma'am, that would preclude your ability to be a
7    fair and impartial juror in this case?
8    A   No.
9              THE COURT:  Thank you, you may be seated.
10                        EXAMINATION
11   BY THE COURT:
12   Q   Hello again, ma'am.  I know we spoke previously earlier.
13             What do you do for work?
14   A   I work for the school district.
15   Q   Oh, you do.  What do you do for the school district?
16   A   I work in the purchasing department, I'm a clerk there.
17   Q   I didn't catch that?
18   A   Purchasing clerk.
19   Q   Okay.  For the school district?
20   A   Excuse me?
21   Q   For the school district?
22   A   Yes.
23   Q   Okay.  Are you married?
24   A   No.
25   Q   Do you have any adult children and if so, what do they do
```

1   for work?

2   A    No, I do not.

3   Q    Have you ever been on a jury before?

4   A    Yes, I have.

5   Q    Do you know if it was a civil case or a criminal case?

6   A    It was civil.

7   Q    Civil.  Do you know if the jury reached a verdict, without

8   telling me what it was?

9   A    Yes, they did.

10  Q    It did reach a verdict.  Were you the foreperson, if you

11  remember?

12  A    No, I was not the foreperson, no.

13  Q    Okay.  Have you ever been involved in a criminal matter

14  that concerned yourself, a member of your family or a close

15  friend?

16  A    No.

17  Q    All right.  Is there anything else in your background or

18  experiences, ma'am, that would affect your ability to be a fair

19  and impartial juror in this case?

20  A    No, ma'am.

21           THE COURT:  All right, thank you.  You may be seated.

22                        EXAMINATION

23  BY THE COURT:

24  Q    Good afternoon, sir.  Please tell us your name and what you

25  do for work.

```
 1   A    Good afternoon.  My name is Robert Ervin, and I'm an
 2   attorney.
 3   Q    All right.  What kind of law do you practice?
 4   A    I am general counsel for an automotive dealership group.
 5   Q    How long have you worked for the dealership?
 6   A    About three and a half years.
 7   Q    Before that?
 8   A    I was general counsel for a home builder for about 14
 9   years.
10   Q    Have you held any other jobs besides that of an attorney?
11   A    As an attorney -- other than an attorney, no.
12   Q    Are you married?
13   A    Yes.
14   Q    What does your spouse do for work?
15   A    She is a high school principal.
16   Q    Now, have you or any member of your family or any close
17   friends ever worked in law enforcement?
18   A    Yes.  My stepbrother was a police officer with the City of
19   Gainesville, Florida for 25 years.  I have another close friend
20   who was a police officer with the City of Tallahassee for about
21   ten years, and another close friend who was an assistant state
22   attorney and is now a circuit judge in Gainesville.
23   Q    All right.  Now, given those relationships and the
24   associations, is there anything about that that would affect
25   your ability to serve as a fair and impartial juror in this
```

```
 1   case?
 2   A    No, I don't think so.
 3   Q    Have you ever served on a jury before?
 4   A    No.
 5   Q    Have you ever been involved in a criminal matter?
 6   A    I did some pro bono work for friends of friends, one was a
 7   DUI case and the other one was driving on a suspended license
 8   case, but other than that, no.
 9   Q    That was as an attorney?
10   A    Yes.
11   Q    Is there anything else in your background or experiences,
12   sir, that you believe would affect your ability to serve as a
13   fair and impartial juror in this case?
14   A    No, I don't think so.
15              THE COURT:  Thank you, you may be seated.
16                          EXAMINATION
17   BY THE COURT:
18   Q    Good afternoon, Mr. Ingram.
19   A    Good afternoon.
20   Q    What do you do for work, sir?
21   A    Power industrial research operator for a warehouse.
22   Q    For a warehouse, okay.  Now, how long have you been doing
23   that work?
24   A    I've been doing that work for ten years, but I've been
25   working for this company going on two years.
```

```
 1   Q    Have you held any other positions?

 2   A    No.

 3   Q    Okay.  Are you married?

 4   A    No.

 5   Q    Do you have any adult children?

 6   A    No.

 7   Q    Have you ever served on a jury before?

 8   A    No.

 9   Q    Have you ever been involved in any court in a criminal

10   matter that concerned yourself, any member of your family or a

11   close friend either as a defendant, witness or victim?

12   A    No.

13   Q    All right.  Have you, any member of your family or any

14   close friend ever been employed by a law enforcement agency?

15   A    No.

16   Q    All right.  Now, is there anything in your background or

17   experiences, sir, that would impact your ability to be a fair

18   and impartial juror in this case?

19   A    Not besides what happened with my family.

20   Q    All right, thank you.  I do have that noted.

21            THE COURT:  I have nothing further, sir.  Thank you.

22                            EXAMINATION

23   BY THE COURT:

24   Q    Good afternoon.  Please tell us your name.

25   A    Diane Totaleath, Juror 47.
```

```
 1    Q    What do you do for work, ma'am?

 2    A    Graphic artist.

 3    Q    Have you held any other jobs besides that of a graphic

 4    artist?

 5    A    No.

 6    Q    Are you married?

 7    A    Yes.

 8    Q    What does your spouse do for work?

 9    A    He is a retired Verizon employee and union rep.

10    Q    Have you or any member of your family or any close friend

11    ever been employed by a law enforcement agency?

12    A    Yes, both my grandfather was and my nephew is.

13    Q    A police officer?

14    A    Police officer.

15    Q    Okay.  Is there anything about their jobs that would affect

16    your ability to serve as a fair and impartial juror in this

17    case?

18    A    I don't believe so.

19    Q    Do you have any hesitation with respect to your ability to

20    be a fair and impartial juror?

21    A    No.

22    Q    All right.  Have you ever been involved in a criminal

23    matter, either yourself, any member of your family or a close

24    friend as a defendant, victim or witness?

25    A    No.
```

1    Q    Have you ever served on a jury before?

2    A    No.

3    Q    All right.  Anything else in your background or

4    experiences, ma'am, that would impede your ability to serve as

5    a fair and impartial juror?

6    A    No.

7              THE COURT:  You may be seated, thank you.

8                        EXAMINATION

9    BY THE COURT:

10   Q    Juror Number 48, please tell us your name.

11   A    My name is Fred Malik.

12   Q    Good afternoon, sir.  What do you do for work?

13   A    I'm retired.

14   Q    And prior to your retirement, what did you do for work?

15   A    I worked in Washington D.C. for the Federal Government.

16   Q    Doing what specifically?

17   A    Well, at the end, I was a contractor working on behalf of

18   the government, I worked in the information technology area.  I

19   have had several different careers in DC, so I don't know how

20   much time you have.

21   Q    In these different roles, did you ever serve as an

22   accountant or bookkeeper?

23   A    I was an internal auditor at the CIA.

24   Q    Okay.  Now, knowing that this case involves allegations of

25   violations of federal tax law, is there anything about your

```
 1    background, sir, in the auditing space or otherwise working for
 2    the federal government that you think would impede your ability
 3    to be a fair and impartial juror?
 4    A    No, ma'am.
 5    Q    Have you ever been involved in any court in a criminal
 6    matter?
 7    A    Not directly, no.
 8    Q    Okay.  Have you ever served on a jury before?
 9    A    Yes.
10    Q    Civil or criminal, if you recall?
11    A    Both.
12    Q    Civil?
13    A    Both.
14    Q    Both, okay.  How many total juries have you served on?
15    A    Three.
16    Q    Were you ever the foreperson?
17    A    No.
18    Q    No, okay.  Is there anything in your background or
19    experiences, sir, that you think would affect your ability to
20    be a fair and impartial juror?
21    A    No, ma'am.
22              THE COURT:  All right, you may be seated.  Thank you.
23                              EXAMINATION
24    BY THE COURT:
25    Q    Good afternoon.  Please tell us your name, Juror Number 49.
```

```
 1    A    My name is Tyffani Zeller.

 2    Q    Good afternoon.  What do you do for work?

 3    A    I am a juvenile probation officer with the Department of

 4    Juvenile Justice.

 5    Q    How long have you been doing that work?

 6    A    For six months.

 7    Q    And before that role, did you have any other positions?

 8    A    Yes, I was a secretary for the Department of Juvenile

 9    Justice.

10    Q    Okay.  Are you married?

11    A    No.

12    Q    Do you have any adult children?

13    A    No, ma'am.

14    Q    Have you ever served on a jury before?

15    A    Yes, ma'am.

16    Q    Criminal or civil, if you remember?

17    A    It was grand jury duty.

18    Q    Okay.  Were you the foreperson?

19    A    No, ma'am.

20    Q    Okay.  Have you ever been involved in any court in a

21    criminal matter that concerned yourself, any member of your

22    family or a close friend either as a defendant, a witness or a

23    victim?

24    A    No, ma'am, nothing personal, only work related.

25    Q    Okay.  Now, other than your work as a juvenile probation
```

```
 1   officer, do you have any other friends or relatives who work in
 2   law enforcement?
 3   A    No, ma'am.
 4   Q    And is there anything about your current role as a
 5   probation officer that you think would affect your ability to
 6   be a fair and impartial juror?
 7   A    No, ma'am.
 8            THE COURT:  All right.  You may be seated, thank you.
 9            PROSPECTIVE JUROR:  My name is Rebeca Barba and I
10   don't work.
11                           EXAMINATION
12   BY THE COURT:
13   Q    Have you held any jobs in the past?
14   A    Yes, I'm a trained chef and I used to work at a concrete
15   company as a project administrator.
16   Q    Are you married?
17   A    Yeah.
18   Q    And what does your spouse do for work?
19   A    He is an airplane pilot.
20   Q    Okay.  Have you or any member of your family ever worked in
21   law enforcement?
22   A    Yes.  I have several family members, but they work for the
23   federales in Mexico.
24   Q    Is there anything about your family's work in law
25   enforcement in Mexico that you think would affect your ability
```

1   to be a fair and impartial juror in this case?

2   A   I don't think so.  They were uncles and stuff from my

3   youth, so I really -- they have passed away.

4   Q   Do you think you could weigh the evidence in this case

5   objectively and make a decision based solely on the evidence

6   presented in the courtroom?

7   A   Yeah.

8   Q   All right.  Have you ever been involved in a criminal

9   matter that involved --

10  A   I messed up and said yes on that thing.  When I was a kid,

11  my mother was carjacked in front of me, but I don't think it

12  went to court.

13  Q   Is there anything about that experience with your mother

14  that would affect your ability to be a fair and impartial juror

15  in this case?

16  A   No.

17  Q   No, okay.  Have you ever served on a jury before?

18  A   No, I have not.

19  Q   Is there anything else in your background, ma'am, or in

20  your experiences that you think would affect your ability to be

21  a fair and impartial juror in this case?

22  A   No.

23          THE COURT:  All right.  Thank you.

24          I have a few more questions before I turn it over to

25  the lawyers, let's see.

1          Now, as I mentioned, this case involves possible

2    violations of federal criminal laws related to income tax, and

3    was investigated by the Internal Revenue Service.  Do any of

4    you have any disagreement with the idea that it is the duty of

5    all citizens to obey the income tax laws, as well as all other

6    laws of this country?

7          I see no hands.

8          Now, is there anyone who holds strong personal or

9    philosophical feelings about the tax system of the United

10   States or the Internal Revenue Service?

11         I see no hands.

12         Does anybody feel that violations of federal tax laws

13   should not be prosecuted as crimes by the United States?

14         I see no hands.

15         Now, we have covered this in some detail, but have

16   you, a family member or any close friend, other than the

17   individuals who have already spoken up, ever worked as an

18   accountant, bookkeeper, tax return preparer, certified public

19   accountant or enrolled agent?

20         Other than what you have said earlier.

21         I see no additional hands.

22         Are you, a family member or any close friend

23   affiliated with any group or organization, formal or informal,

24   that is engaged in protest against federal tax laws or federal

25   tax policy in general?

1        I see no hands.

2        And finally, do any of you believe that laws which

3    require a person to report his or her income on a tax return

4    infringe upon that person's rights in any way?

5        I see no hands.

6        I'm going to turn it over to the lawyers and they

7    will have a brief period of time to ask particular follow-up

8    questions, so Ms. Acosta.

9                    VOIR DIRE BY THE GOVERNMENT

10        MS. ACOSTA:  Thank you, Your Honor.

11                         EXAMINATION

12   BY MS. ACOSTA:

13   Q   Number 40, Mr. Gross.

14   A   Graves.

15   Q   I'm sorry.  I saw on your questionnaire that you worked as

16   a clerk in the USAO or am I misunderstanding that?

17   A   Yes, I was directly assigned to Shaniek Maynard, who I

18   believe is a judge now.

19   Q   I was trying to place you, that's what it was.

20   A   And it was here in Fort Pierce with this office.

21   Q   Anything about that experience that would --

22   A   I liked it, it was enjoyable, but --

23   Q   Okay.

24   A   -- I think I would be impartial as far as that's concerned.

25        MS. ACOSTA:  Thank you.

```
1                         EXAMINATION

2    BY MS. ACOSTA:

3    Q    Ms. Iglesias, that would be Juror Number 41.

4    A    Yes, ma'am.

5    Q    You said you work as a librarian in Miami.

6    A    Yes, I do.

7    Q    Are you commuting back and forth from here to Miami?

8    A    We are, this is our retirement place, we started doing this

9    four years ago.

10   Q    I just wanted to make sure.

11   A    It is a big sacrifice, but we wanted to get out of Miami.

12   Q    Okay, I just wanted to make sure.

13   A    My husband is close to retiring, so that's why we are doing

14   the sacrifice.

15   Q    I'm sure you are looking forward to that.

16   A    I'm looking forward to finding a job in this area when that

17   happens.

18            MS. ACOSTA:  Thank you.

19            PROSPECTIVE JUROR:  You're welcome.

20            MS. ACOSTA:  Everyone has heard about the IRS, but

21   does everyone understand this is a criminal matter, not a civil

22   matter?

23            I just want to be clear that there are two different

24   sides of the house to IRS, there is the civil and the criminal,

25   and the civil involves the audits and whether you overpaid or
```

1    underpaid, and they try to work out a negotiation and collect

2    the taxes.

3              Has anyone undergone that type of experience with the

4    IRS, or your family?

5              No one.

6              Now, has anyone here or close family member been

7    under investigation for criminal charges by the IRS at all, has

8    anyone had that experience?

9              Okay.

10             I know it is late and you just have undergone a long

11   process, and we appreciate your time and effort.

12             Just one follow-up question to just reiterate what

13   Your Honor has asked you guys, we just need to be sure that

14   there is nothing about this particular case or anything that

15   you have seen with the parties so far that would impact your

16   ability to be fair and impartial to both sides, that's really

17   what this is about.

18             We are trying to figure out who would be the most

19   fair and impartial jurors to both sides, and you have all been

20   very candid and we appreciate that, but that's just my last

21   question.  Is there anything that you can think of?

22             Okay, thank you.

23             THE COURT:  Mr. Entin.

24             MR. ENTIN:  Thank you, Your Honor.

25

1          <u>VOIR DIRE BY OF THE DEFENSE</u>

2          MR. ENTIN:  Good afternoon, ladies and gentlemen.  As

3    the Judge told you and I told you, my name is Michael Entin and

4    I represent Mr. Loute, and we have been here most of the day,

5    so I'm going to be very brief.

6          This is the only opportunity we have to find out if

7    there are any reasons, biases or any prejudices that you would

8    have that would deny Mr. Loute a fair opportunity to receive a

9    fair trial in this matter, so there is no right or wrong

10   answers.

11         You all have prior life experiences, you come in with

12   different backgrounds, different backgrounds from family

13   members.  Some of you have explained some of the issues that

14   you have in your life with being on this case, so it is the

15   only opportunity I have to speak with you one on one to find

16   out if Mr. Loute, who is a member of this community, can get a

17   fair trial from impartial jurors that will view the evidence,

18   listen to the law and render a fair verdict, so if anyone has a

19   problem, now is the only time to bring it up.  It is not a

20   problem, it is just good to know.

21         Everyone all right?

22                        <u>EXAMINATION</u>

23   BY MR. ENTIN:

24   Q   Mr. Malik, the fact you worked for the government a long

25   time and you were an auditor, do you think you would have any

1    sway towards the government as the plaintiff in this case?

2    A   I don't think so.

3            MR. ENTIN:   Does everyone understand police officers

4    are human beings and they have the same frailties as anybody

5    else?

6            Okay.

7                              EXAMINATION

8    BY MR. ENTIN:

9    Q   Mr. Graves, you had indicated you had gone to law school, I

10   think at FIU and then you did a law clerk program, or were you

11   an attorney when you worked for the U.S. Attorney's Office?

12   A   I was a law clerk.

13   Q   You were a law clerk?

14   A   Yes, sir.

15   Q   And you had worked under Susan Maynard, who is now a

16   magistrate.

17   A   Yes.

18   Q   How long did you work there?

19   A   It was a summer program of my 1L year.

20   Q   So it was like an internship.

21   A   Yes.

22   Q   And since you graduated from law school, have you

23   endeavored in criminal law in any way?

24   A   Yes, I worked as a criminal defense attorney in Miami with

25   the Law Office of Thomas Smoot, and I did that for about nine

```
 1   months.

 2   Q   Did you try cases?

 3   A   I'm sorry?

 4   Q   Did you try cases?

 5   A   No.

 6   Q   Okay.  Did you go to criminal court regularly?

 7   A   Yes.

 8   Q   Did you go to state and federal, or just state?

 9   A   State.

10   Q   Okay.  Do you feel you have any unique knowledge of federal

11   law that you bring with you?

12   A   Yes.

13   Q   Because the Judge is going to instruct you on the law, and

14   you are going to have to follow her law, and if you know laws

15   from other places, you understand that the law she tells you is

16   the law you need to follow.

17   A   I do, and I have only practiced in this jurisdiction.  The

18   only law that I have ever frankly looked up or researched was

19   in the Eleventh Circuit.

20   Q   Okay.  And when you worked as an intern in the U.S.

21   Attorney's Office, did you assist in a trial at all?

22   A   It was probably six or seven years ago, I don't recall.

23   Q   Okay.  Did you work on any IRS cases?

24   A   I don't believe so, no.

25   Q   Okay.  Now you do personal injury work only.
```

1    A    Yes.

2    Q    And how long did you do criminal defense work?

3    A    I did criminal defense post bar exam for, like I said, less

4    than a year, and I have done personal injury exclusively since.

5              MR. ENTIN:  Okay, thank you.

6                        EXAMINATION

7    BY MR. ENTIN:

8    Q    Mr. Ervin, you indicated you are also an attorney and you

9    dabbled, I think I heard you say that, in some criminal law

10   cases.  Did you ever practice criminal law?

11   A    No, this was pro bono work that I did for my company,

12   employee's that worked in our company at that time.

13   Q    Was it one case or did you do it frequently?

14   A    Actually, it was two cases with two different employees;

15   one was charged with DUI and the other was charged with driving

16   on a license that had been expired for more than three months.

17   Q    And in your capacity now with the company you work with, I

18   believe you said automotive --

19   A    Correct.

20   Q    -- do you go to federal court?

21   A    No.

22             MR. ENTIN:  Okay, thank you.

23                       EXAMINATION

24   BY MR. ENTIN:

25   Q    Ms. Iglesias, how are you?

```
 1   A    I'm fine.

 2   Q    Not to get into it, but you indicated you have a

 3   claustrophobia problem.

 4   A    It started when I worked at corrections.

 5   Q    That's fine.  No one is here to really get into it except

 6   if that's going to impede you in any way and you are going to

 7   go into a jury room, because sometimes you are confined.

 8   A    I have trouble with the elevators -- I have to get in with

 9   somebody on the elevator -- when I go on it by myself.

10   Q    I understand and I'm not at all disparaging that, but you

11   know, if we are having a trial here and you have to deliberate

12   and you are with 12 or 14 -- 12 jurors, and you are back in a

13   room, is that going to affect your deliberations, where you

14   need to get out of there because you don't like being in the

15   room?

16   A    I'll be very honest with you, I haven't been in a close

17   room with anybody, more than one or two people.  Where I work

18   right now, it is an open space, so I'm not in an enclosed area,

19   not even my office is enclosed.  I don't have an office, I have

20   an open space with everybody else.

21        I can't tell you how my reaction is going to be with

22   14 people, depending on the size of the room.

23   Q    Okay.  Knowing what you know about your situation, do you

24   think it would affect you in any way in listening to the case

25   or deliberating on the case if you are in a room doing that?
```

```
1    A    What I do normally is I concentrate on one point and don't

2    look at anything else.  That's what I've been doing here,

3    looking down and just concentrating on one point.  In this

4    case, I concentrated on the Judge and I try to -- so I can get

5    my breathing normal again.

6    Q    Okay.  When you are concentrating, do you think that takes

7    you away from other things that are going on?

8    A    It may happen, it may not, but I've been trying to listen

9    as carefully as possible to everything that's been told here.

10              MR. ENTIN:  Thank you for that, I appreciate that.

11                            EXAMINATION

12   BY MR. ENTIN:

13   Q    Ms. Vail, you had studied criminal justice.

14   A    That's correct.

15   Q    And when you were studying criminal justice, was there a

16   particular area that you wanted to get into?

17   A    Not necessarily.  While I was studying criminal justice, I

18   had an internship with my current company, so this is the

19   career I did aim for.

20   Q    I couldn't hear you.  You had an internship where?

21   A    With my company where I work now as a case manager, so this

22   was a career that I did aim for within case management.

23   Q    Where did you go to school?

24   A    Indian River State College.

25   Q    Okay.
```

1          THE COURT:  Three minutes.

2          MR. ENTIN:  Thank you, Judge.

3      That's all I have, thank you all.

4          THE COURT:  Thank you all very much.

5          So we are going to let you step out for another 15

6  minutes or so, I'm going to stay here with the lawyers while we

7  try to make some selections.

8          Please do not discuss the case with anybody or permit

9  anyone to talk to you about this case, and please keep in mind,

10  of course, that you can't have contact with any of the lawyers

11  or parties in this case.

12          Please rise for the jury, and you can take the

13  paddles with you to the jury assembly room.

14          MS. ACOSTA:  Your Honor, did you want to speak to one

15  of the jurors outside the presence of the other people?

16          THE COURT:  Which juror number was that?

17          MS. ACOSTA:  I'm trying to figure out where it is.

18      I believe it is Juror Number 41, Your Honor.

19      No, Your Honor, I'm sorry, that wasn't right.

20          THE COURT:  You all may go to the jury assembly room,

21  we will call you back as soon as possible.

22      (The venire panel retired from the courtroom 2:23 p.m.)

23          THE COURT:  All right.  Let's take up any for cause

24  challenges to the second group of jurors, which are Jurors 37

25  through 50.

1          MR. ENTIN:  Judge, I would move to excuse juror

2     Number 40, Mr. Graves, for cause.  He did work for a period of

3     time in the U.S. Attorney's Office in this particular area, in

4     this circuit.

5          He also worked under now Judge Maynard and Natalie

6     Delions, part of her case has been in front of Judge Maynard,

7     he worked there, and I just think it would be inappropriate if

8     he stays on this case.

9          THE COURT:  Ms. Acosta, what is your position?

10         MS. ACOSTA:  I have no objection.

11         THE COURT:  We will then strike Juror Number 40 for

12    cause for the reasons provided by Mr. Entin.

13         Any other for cause challenges, Mr. Entin?

14         MR. ENTIN:  I would move to strike Juror Number 41.

15    It appears that her claustrophobia does affect her ability to

16    concentrate.

17         THE COURT:  I would agree, Juror Number 41 is

18    stricken for cause based on her physical circumstances.

19         MR. ENTIN:  One second, Your Honor.

20         THE COURT:  I'm also going to invite any argument on

21    Number 47, she appears to have a bad cough and I think under

22    the circumstances, it might be best to not ask her to serve

23    this time around.

24         Mr. Entin.

25         MR. ENTIN:  I noticed that as well, I would agree.

```
1              THE COURT:  Any objection?

2              MS. ACOSTA:  No, Your Honor.

3              THE COURT:  Okay, so Juror Number 47 will be stricken

4    for cause.

5              There is also the matter of Juror 44, she said that

6    she cares for her relatives and is the only caregiver.

7              Mr. Entin?

8              MR. ENTIN:  I mean, I don't want to initiate it.

9              MS. ACOSTA:  Your Honor, I would be asking for that,

10   I was going to ask for cause.

11             THE COURT:  I asked if there was anybody else who

12   could care for them, other relatives, and she said no.  I don't

13   think it would be appropriate to put her relatives at risk of

14   being totally unattended if she is in court from 9:00 to 5:30

15   for the remainder of this week and Monday, so the Court is

16   going to strike Juror Number 44 for cause based on those

17   reasons.

18             Any other for cause challenges before we begin with

19   jury selection?

20             MR. ENTIN:  You have 39, which I don't know how you

21   are going to solve because he has no way to get his kid to

22   school.

23             THE COURT:  Any objection, Ms. Acosta?

24             MS. ACOSTA:  No, Your Honor.  I was going to ask that

25   you strike him as well for that reason.
```

1          THE COURT:  Okay, Juror 39 is stricken for cause.

2   Any other for cause challenges?

3          MS. ACOSTA:  Yes, Your Honor, Number 46.

4          THE COURT:  Any objection, Mr. Entin?

5          MR. ENTIN:  I'm not going to agree.

6          MS. ACOSTA:  Well, for the record, Your Honor, he

7   stated that law enforcement killed his brother and that he

8   could not -- his grandfather and he could not be fair and

9   impartial.

10          THE COURT:  I did hear him say he could not be fair.

11   In light of that statement, Mr. Entin, what is your argument?

12          MR. ENTIN:  I have no argument, I'm just not going to

13   agree.

14          THE COURT:  Juror Number 46 is stricken for cause

15   based on his statement that he could not be fair.

16          Any other for cause challenges, this is your final

17   opportunity to raise them?

18          MR. ENTIN:  No, Your Honor.

19          THE COURT:  Ms. Acosta?

20          MS. ACOSTA:  No, Your Honor.

21          THE COURT:  Juror Number 42, I'm not sure he

22   understood what was happening in terms of my questions, but

23   I'll hear from the parties on their views as to his ability to

24   be a fair and impartial juror.

25          MR. ENTIN:  I would object to striking him for cause,

```
 1    I think he understood the questions.  He works in a station,
 2    7-Eleven, he works in the community every day.
 3              THE COURT:  Okay.  I just heard him say, I have no
 4    idea, various times and --
 5              MS. ACOSTA:  He seemed confused, Your Honor, as far
 6    as during the questioning.
 7              MR. ENTIN:  I would ask you to re-question him
 8    because I think he has a job, he supports his family, he works
 9    at a 7-Eleven, he works at a petroleum company, he functions.
10              THE COURT:  Okay, all right.  I'll accept your
11    argument, Mr. Entin, and Mr. Nath, Juror 42, will remain.
12              Okay.  Now, that we have covered the for cause
13    challenges, we are going to begin.  As I said, no back strikes.
14    I'll start with the Government and ask whether you accept or
15    reject a particular juror, and then proceed as follows.
16              Okay, Ms. Acosta, Juror Number 1, accept or reject
17    Juror Number 1?
18              MS. ACOSTA:  Accept.
19              THE COURT:  Mr. Entin, accept or reject Juror Number
20    1?
21              MR. ENTIN:  Accept.
22              THE COURT:  Juror Number 1 is accepted and will be
23    Juror Number 1.
24              Mr. Entin, accept or reject Juror Number 2?
25              MR. ENTIN:  Reject.
```

```
 1              THE COURT:  Defense has used one peremptory.

 2              Ms. Acosta, accept or reject Juror Number 3?

 3              MS. ACOSTA:  Reject.

 4              THE COURT:  The Government has used one peremptory.

 5              Mr. Entin, accept or reject Juror Number 4?

 6              MR. ENTIN:  Reject.

 7              THE COURT:  Defense has used two peremptories.

 8              Ms. Acosta, accept or reject Juror Number 5?

 9              MS. ACOSTA:  I accept Juror Number 5.

10              THE COURT:  Mr. Entin, accept or reject Juror Number

11      5?

12              MR. ENTIN:  One second.

13              I accept.

14              THE COURT:  Juror Number 5 will be accepted and be

15      Juror Number 2.

16              Mr. Entin, accept or reject Juror Number 6?

17              MR. ENTIN:  Accept.

18              THE COURT:  Ms. Acosta, accept or reject Juror Number

19      6?

20              MS. ACOSTA:  I'm going to reject based on her

21      schedule, based on the fact she has been having a hard time

22      being here since she was up all night and probably doesn't know

23      if she can get away from her nighttime job.

24              THE COURT:  All right.  The Government has used a

25      second peremptory.
```

```
1            Ms. Acosta, accept or reject Juror Number 7?

2            MS. ACOSTA:  Accept.

3            THE COURT:  Mr. Entin, accept or reject Juror Number

4    7?

5            MR. ENTIN:  Accept.

6            THE COURT:  Juror Number 7 will be accepted and be

7    Juror Number 3.

8            Mr. Entin, accept or reject Juror Number 8?

9            MR. ENTIN:  Accept.

10           THE COURT:  Ms. Acosta, accept or reject Juror

11   Number 8?

12           MS. ACOSTA:  Accept.

13           THE COURT:  Juror Number 8 will be accepted, and be

14   Juror Number 4.

15           Ms. Acosta, do you accept or reject Juror Number 9?

16           MS. ACOSTA:  Accept.

17           THE COURT:  Mr. Entin, accept or reject Juror Number

18   9?

19           MR. ENTIN:  Accept.

20           THE COURT:  Juror Number 9 will be accepted as Juror

21   Number 5.

22           Mr. Entin, accept or reject Juror Number 10?

23           MR. ENTIN:  Reject.

24           THE COURT:  Defense has used its third peremptory.

25           Ms. Acosta, accept or reject Juror Number 11?
```

```
 1                MS. ACOSTA:  Accept.

 2                THE COURT:  Mr. Entin, accept or reject Juror Number

 3      11?

 4                MR. ENTIN:  Accept 11.

 5                THE COURT:  Juror Number 11 will be accepted and

 6      serve as Juror Number 6.

 7                Mr. Entin, accept or reject Juror Number 12,

 8      Ms. Miroslava Kloka?

 9                MR. ENTIN:  Reject.

10                THE COURT:  Defense has used four peremptories.

11                Skipping Juror Number 13, who previously was stricken

12      for cause, we are now at Juror Number 14.

13                Ms. Acosta, accept or reject Juror Number 14?

14                MS. ACOSTA:  Accept.

15                THE COURT:  Mr. Entin, accept or reject Juror Number

16      14?

17                MR. ENTIN:  Accept.

18                THE COURT:  Juror Number 14 will be accepted and be

19      Juror Number 7.

20                Mr. Entin, accept or reject Juror Number 15?

21                MR. ENTIN:  Accept.

22                THE COURT:  Ms. Acosta, accept or reject Juror

23      Number 15?

24                MS. ACOSTA:  Reject.

25                THE COURT:  The Government will use a peremptory as
```

```
 1   to Juror Number 15, which is its third peremptory.

 2            Ms. Acosta, accept or reject juror -- before I get

 3   there, I want to note for the record that Juror 16 was

 4   previously stricken for cause, so we are now at Juror

 5   Number 17.

 6            Ms. Acosta, accept or reject Juror 17?

 7            MS. ACOSTA:  Accept.

 8            THE COURT:  Mr. Entin, accept or reject Juror 17?

 9            MR. ENTIN:  Reject.

10            THE COURT:  The Defense has used a peremptory as to

11   Juror 17, which is its fifth peremptory.

12            Mr. Entin, accept or reject Juror Number 18?

13            MR. ENTIN:  Accept.

14            THE COURT:  Ms. Acosta, accept or reject Juror 18?

15            MS. ACOSTA:  Accept.

16            THE COURT:  Juror Number 18 will be accepted and be

17   Juror Number 8.

18            Ms. Acosta, accept or reject Juror Number 19?

19            MS. ACOSTA:  Accept.

20            THE COURT:  Mr. Entin, accept or reject Juror 18?

21            MR. ENTIN:  Reject.

22            No, 19.

23            THE COURT:  I'm sorry, did I say is 18?  I meant to

24   say do you accept or reject Juror Number 19?

25            MR. ENTIN:  Reject.
```

```
1              THE COURT:  Defense will use a peremptory as to Juror
2    19.  You have now used six peremptories, Mr. Entin.
3              Mr. Entin, accept or reject Juror Number 20?
4              MR. ENTIN:  Accept.
5              THE COURT:  Ms. Acosta, accept or reject Juror 20?
6              MS. ACOSTA:  Reject, Your Honor.
7              THE COURT:  The Government has now used four
8    peremptories.
9              Ms. Acosta, accept or reject Juror 21?
10             MS. ACOSTA:  Accept.
11             THE COURT:  Mr. Entin, accept or reject Juror 21?
12             MR. ENTIN:  Absolutely reject.
13             THE COURT:  Did I hear you say reject?
14             MR. ENTIN:  Yes.
15             THE COURT:  The Defense has used an additional
16   peremptory, which now gets us to seven Defense peremptories.
17             Mr. Entin, accept or reject Juror Number 22?
18             MR. ENTIN:  Accept.
19             THE COURT:  Ms. Acosta, accept or reject Juror 22?
20             MR. ENTIN:  Accept.
21             THE COURT:  Juror 22 will be accepted and be juror
22   number 9.
23             Ms. Acosta, accept or reject Juror 23?
24             MS. ACOSTA:  Accept.
25             THE COURT:  Mr. Entin, accept or reject Juror 23?
```

```
 1              MR. ENTIN:  Accept.

 2              THE COURT:  Juror 23 will be accepted and be Juror

 3    Number 10.

 4              Mr. Entin, accept or reject juror Number 24?

 5              MR. ENTIN:  Accept.

 6              THE COURT:  Ms. Acosta, accept or reject Juror 24?

 7              MS. ACOSTA:  Reject.

 8              THE COURT:  I have that the Government has now used

 9    five peremptories.

10              Ms. Acosta, accept or reject Juror Number 25?

11              MS. ACOSTA:  I accept Juror 25, Your Honor.

12              THE COURT:  Did I skip --

13              MS. ACOSTA:  I was just going to note that earlier I

14    noted, and I forgot to say anything, she is taking her kids for

15    visitation in Panama City on Friday, so just -- but I accept

16    her.

17              THE COURT:  All right.  That does present -- I don't

18    see how we would get around that seeing how this trial is not

19    anticipated to be concluded by Friday.

20              Mr. Entin, what is your position with respect to

21    Ms. Tucker?

22              MR. ENTIN:  I don't want to agree to excuse her.

23              THE COURT:  Well, how do you expect the Court to --

24    do you want to just not have trial then on Friday?

25              I don't see how we would get around that scheduling
```

1    issue, when she said she was going to be taking her children.

2              MR. ENTIN:  Judge, I had planned for what was left

3    and now we are adding cause in here and I know where I want to

4    end up, and I'm going to ask for an additional peremptory,

5    then.  You closed it and everyone said, This is where we are

6    at, and I had structured how I was proceeding.

7              THE COURT:  All right.  If the Court gives you an

8    additional peremptory, would you be satisfied?

9              MR. ENTIN:  Yes.

10             THE COURT:  All right.  Then you will have an

11   additional peremptory, sir, and Juror Number 25 will be

12   stricken for cause because of her scheduling issue this Friday.

13             Ms. Acosta, accept or reject Juror Number 26?

14             MS. ACOSTA:  Accept.

15             THE COURT:  Mr. Entin, accept or reject Juror

16   Number 26?

17             MR. ENTIN:  Reject.

18             THE COURT:  At this point, the Defense has used eight

19   peremptories, is that consistent with your notes, Mr. Entin.

20             MR. ENTIN:  Yes, I believe I have three left.

21             THE COURT:  Okay.

22             All right.  Mr. Entin, accept or reject Juror

23   Number 28?  We skipped 27, who was previously stricken for

24   cause.

25             MR. ENTIN:  Reject, Your Honor.

```
 1              THE COURT:  Defense has now used nine peremptories.

 2              We are skipping Jurors 29 and 30, who were previously

 3    stricken for cause.

 4              Ms. Acosta, accept or reject Juror Number 31?

 5              MS. ACOSTA:  Accept.

 6              THE COURT:  Mr. Entin, accept or reject Juror 31?

 7              MR. ENTIN:  Reject.

 8              The Defense has now used ten peremptories.

 9              Mr. Entin, accept or reject Juror Number 33?

10              MR. ENTIN:  Accept.

11              THE COURT:  Ms. Acosta, accept or reject Juror 33?

12              MS. ACOSTA:  Accept.

13              THE COURT:  Juror Number 33 is accepted and will be

14    Juror Number 11.

15              Ms. Acosta, accept or reject Juror Number 34?

16              MS. ACOSTA:  Accept.

17              THE COURT:  Mr. Entin, accept or reject Juror 34?

18              MR. ENTIN:  Accept.

19              THE COURT:  Juror Number 34 will be accepted and be

20    Juror Number 12.

21              Mr. Entin, accept or reject Juror Number 35 as

22    Alternate Number 1?

23              MR. ENTIN:  Accept.

24              THE COURT:  Ms. Acosta, accept or reject Juror Number

25    35 as Alternate Number 1?
```

```
 1              MS. ACOSTA:  Reject.

 2              THE COURT:  Ms. Acosta, accept or reject Juror

 3    Number 36 as Alternate Number 1?

 4              MS. ACOSTA:  Accept.

 5              THE COURT:  Mr. Entin, accept or reject Juror

 6    Number 36 as Alternate Number 1?

 7              MR. ENTIN:  Accept.

 8              THE COURT:  Juror Number 36 will be Alternate Number

 9    1.

10              MR. ENTIN:  Do I have two peremptories left for the

11    two alternates?

12              THE COURT:  You have used ten total, correct?

13              MR. ENTIN:  No, I have used 11, but now we are on the

14    alternates, so you said it would be one each.

15              THE COURT:  Yes.

16              MR. ENTIN:  So I have two.

17              THE COURT:  Well, I should have said this, but we are

18    not supposed to holdover peremptories for the first 12, but

19    since I didn't --

20              MR. ENTIN:  I'm not suggesting that, Your Honor, I'm

21    saying we are picking two alternates.

22              THE COURT:  That's correct.

23              MR. ENTIN:  That means I have two peremptories for

24    those alternates, is that --

25              THE COURT:  All right, all right, Mr. Entin.  So we
```

```
 1    have selected Juror Number 36 as Alternate Number 1.
 2              MR. ENTIN:  Yes, Your Honor.
 3              THE COURT:  Mr. Entin, accept or reject Juror
 4    Number 37 as Alternate Number 2?
 5              MR. ENTIN:  Reject.
 6              THE COURT:  Ms. Acosta, accept or reject Juror Number
 7    38 as Alternate Number 2?
 8              MS. ACOSTA:  Accept.
 9              THE COURT:  Mr. Entin, accept or reject Juror
10    Number 38 as Alternate Number 2?
11              MR. ENTIN:  Reject.
12              THE COURT:  I think that gets us to Juror Number 42.
13              Mr. Entin, accept or reject Juror Number 42?
14              MR. ENTIN:  Accept.
15              THE COURT:  Ms. Acosta, accept or reject Juror 42 as
16    our second alternate?
17              MS. ACOSTA:  Do I still have a peremptory?
18              MR. ENTIN:  I think she is out.
19              MS. ACOSTA:  I didn't know if I had any.
20              MR. ENTIN:  You used two.
21              MS. ACOSTA:  I used one on the peremptories, so I
22    just wanted to make sure I still had one, I only used one so
23    far, I wasn't sure.  If I have one, I will reject.
24              THE COURT:  I'm showing the Government has used six,
25    but it was given one additional for alternates as the Defense
```

1  was given, so it has not used any peremptories for alternates.

2          MS. ACOSTA:  I think I did.

3          THE COURT:  Am I incorrect, Ms. Acosta?

4          MS. ACOSTA:  I'm not sure, that's why I was checking.

5          I didn't know if the count started over once we

6  finished and we had 12, then we started again or --

7          THE COURT:  Yes.  You are given one additional for

8  the alternates.

9          MS. ACOSTA:  Okay, but I don't carryover what I

10  didn't use in the first --

11          THE COURT:  Correct, you had already used six, I

12  believe, for the first 12.

13          MS. ACOSTA:  Which one was the first peremptory I

14  want to make sure, I've got this right.

15          THE COURT:  I'm showing your first peremptory was

16  Juror Number 35.

17          MR. ENTIN:  And 35 is the alternate.

18          MS. ACOSTA:  For the alternate, and I used it, I used

19  my peremptory on that, Your Honor.

20          THE COURT:  So you don't have any.

21          MS. ACOSTA:  That's what I --

22          THE COURT:  Then Juror Number 42 will be our second

23  alternate.

24          MR. ENTIN:  Yes.

25          THE COURT:  Let me go over the names one final time

1    with the parties.  The jury is comprised of the following

2    individuals:  Juror Number 1, Mr. Stockton; Juror Number 2,

3    previously five, Ms. Terry; Juror Number 3, previously Juror 7,

4    Mr. Girouard; Juror Number 4, previously Juror 8, Ms. Sullivan;

5    Juror Number 9 -- I'm sorry, Juror Number 5, previously Juror

6    Number 9, Mr. Johnson; Juror Number 6, previously Juror Number

7    11, Mr. Ryder; Juror Number 7, previously Juror 14, Ms. Pons;

8    Juror Number 8, Previously Juror 18, Mr. Kinkead; Juror Number

9    Nine, previously Juror 22, Ms. Casper; Juror Number 10,

10   previously Juror 23, Ms. Hatfield; Juror Number 11, previously

11   Juror 33, Ms. Hunt; Juror Number 12, previously Juror 34,

12   Ms. Owens.  Our first alternate is Michael Mollica, previously

13   Juror Number 36; and our second alternate is Juror Number 42,

14   Mr. Nath.

15              Is that correct, Ms. Accosta?

16              MS. ACOSTA:  Yes, Your Honor.

17              THE COURT:  Mr. Entin, is that consistent with your

18   records?

19              MR. ENTIN:  Yes, Your Honor.

20              THE COURT:  All right, let's call the jurors in.

21              So what we are going to do is announce who the jurors

22   are, we are going to swear in the jury, and then we are going

23   to recess for the remainder of the day, and do preliminary

24   instructions in the morning, along with opening statements.

25              Any questions?

```
 1              MR. ENTIN:  No.

 2              MS. ACOSTA:  No.

 3              THE COURT:  All right, Ms. Glass, if you could get

 4     the jurors, please.

 5              THE COURTROOM DEPUTY:  Yes, Your Honor.

 6              MR. ENTIN:  Your Honor, am I allowed to leave some of

 7     the files here tonight or do I have to take everything?

 8              THE COURT:  You mean on counsel table in the

 9     courtroom?

10              MR. ENTIN:  Yeah.  I can move them, but yeah.

11              THE COURT:  Yes, you may.

12              MR. ENTIN:  It is just a lot to carry every night.

13              THE COURT:  While we are waiting, I do want to state

14     for the record that Mr. Entin has been supplied with a

15     corrected redacted version of Ms. Delions' presentence

16     investigation report and all the pertinent paragraphs related

17     to her physical and mental health have been included, including

18     what was previously missing, which was paragraph 66, so you

19     have now received that.

20              And Ms. Acosta, please let us know when those

21     transcripts have been given to Mr. Entin.

22              MS. ACOSTA:  I will, Your Honor.

23              THE COURT:  Please rise for the jury.

24        (Venire panel in at 2:57 p.m.)

25              THE COURT:  Thank you all.
```

```
 1              Thank you all for your patience, I know it has been a

 2    long day and we are very grateful for your patience.

 3              I'm going to now read out the names of the jurors who

 4    have been selected to serve on this jury, if I call your name,

 5    please stand up and remain standing.

 6              William Stockton, Tamara Lou Terry, Michael Robert

 7    Girouard, Lynda Louise Sullivan, Alphonson Johnson, Skip Ryder,

 8    Ana Laudeline Pons, Charles Rodger Kinkead, Debra Felice

 9    Casper, Erika Hatfield, Denyse Hunt, Pamela Owens, Michael

10    Mollica, and Sanoth Nath.

11              All right.  If I have not called your name, you may

12    return to the jury assembly room for further instructions.  If

13    I have called your name, just hang tight for a few moments

14    while everybody exits the courtroom.

15              If I can ask those sitting to please leave your

16    paddles in the courtroom.  Sorry about that.

17       (The remaining venire panel was excused.)

18              THE COURT:  All right, Ms. Glass, if you could start

19    to arrange the jurors in their seats, please.

20              THE COURTROOM DEPUTY:  Yes, Your Honor.

21       (Pause in the proceedings.)

22              THE COURT:  Thank you all again, you may be seated.

23              Ms. Glass, if you could please swear in the jury.

24              THE COURTROOM DEPUTY:  Can you please stand and

25    please raise your right hand.
```

```
 1        (Jury duly sworn.)

 2              THE COURTROOM DEPUTY:  Thank you.

 3              THE COURT:  Ladies and gentlemen, because we have

 4    gone longer today than anticipated, we are going to break

 5    momentarily and resume tomorrow at 10:00 in the morning, so

 6    please be prompt.

 7              So that we can get started right away, I'm going to

 8    read to you some instructions as follows:

 9              Ladies and gentlemen, you are reminded that you are

10    not to discuss the case with anyone or permit anyone to discuss

11    it with you.  Until you retire to the jury room at the end of

12    the case to deliberate on your verdict, you simply are not to

13    talk about this case.

14              Also, remember that you are not to read or listen to

15    anything touching on this case in any way.  If anyone should

16    try to talk to you about it, please bring it to my attention

17    promptly.

18              Keep in mind that you must not do any research or

19    make any investigation about the case on your own.  The only

20    evidence in this case is the testimony of the witnesses that

21    you hear in court and the evidence that is introduced during

22    the official proceedings in the courtroom.

23              Also, remember that you must not have any contact

24    with the attorneys, parties or witnesses in the case.  If you

25    should see them, keep in mind that they are not being rude to
```

```
 1    you, they are simply required to avoid any contact with you,

 2    and they aren't permitted to talk to you, just as you are not

 3    permitted to talk to them.

 4           Finally, please remember that you must not form any

 5    opinion about this case until all of the evidence has been

 6    presented.  You're required to keep an open mind until you

 7    start your deliberations at the end of the case.

 8           With that, I wish you all a pleasant evening and I

 9    thank you again for your patience today.

10           Please rise for the jury.

11       (The jury retired from the courtroom at 3:00 p.m.)

12           THE COURT:  You may be seated.

13           All right.  So as you heard we will be beginning

14    tomorrow at 10:00 a.m. because we went a bit past what I had

15    expected today.

16           Are there any issues that need to be addressed from

17    an evidentiary standpoint prior to closing for the day,

18    Mr. Entin?

19           MR. ENTIN:  No, Your Honor.

20           THE COURT:  Ms. Acosta?

21           MS. ACOSTA:  No, Your Honor.

22           THE COURT:  All right.  Have a pleasant evening, I'll

23    see you tomorrow.

24           Mr. Entin, if you want to just collect your items and

25    leave them.
```

```
1            MR. ENTIN:  I'll sort out what I need, thank you.

2            So we will be here at 10:00 tomorrow?

3            THE COURT:  Well, the lawyers should be here at 9:30

4   and we will start with the jury promptly at 10:00.  Thank you.

5            COURTROOM SECURITY OFFICER:  All rise.

6        (PROCEEDINGS ADJOURNED AT 3:04 P.M.)

7

8

9                    C-E-R-T-I-F-I-C-A-T-E

10           I hereby certify that the foregoing is

11       an accurate transcription and proceedings in the

12       above-entitled matter.

13
    6/6/2022                    /s/DIANE MILLER
14  DATE                        DIANE MILLER, RMR, CRR, CRC
                                Official Court Reporter
15                              United States District Court
                                101 South U.S. Highway 1
16                              Fort Pierce, FL  34950
                                772-467-2337
17

18

19

20

21

22

23

24

25
```

**BY MR. ENTIN: [9]**
125/13 126/4 126/20
127/23 184/23 185/8
187/7 187/24 189/12
**BY MS. ACOSTA: [8]**
116/20 117/8 117/21
120/3 121/7 122/5
181/12 182/2
**BY THE COURT: [74]**
28/2 28/17 29/6 33/2
35/8 36/10 40/8 40/23
41/6 41/16 42/2 42/19
43/15 44/8 45/3 45/13
46/22 48/6 49/16 50/11
53/13 55/15 56/24 58/17
60/7 62/6 63/22 65/23
68/5 69/22 71/19 73/6
75/14 77/22 79/19 81/10
83/10 84/3 85/2 87/5
89/13 91/4 93/5 95/10
97/2 99/6 100/20 102/5
104/22 108/4 109/8
110/13 111/5 112/2
113/18 114/19 144/8
145/4 150/12 155/7
158/13 160/8 161/19
163/15 165/11 165/19
167/16 169/11 170/23
172/17 173/23 175/9
176/24 178/12
**COURTROOM
SECURITY OFFICER:
[1]** 211/5
**MR. ENTIN: [121]**
3/15 4/7 5/6 6/8 6/24 7/1
8/25 11/22 12/15 13/6
13/9 14/5 14/13 15/19
15/22 16/2 19/21 27/1
123/11 123/15 123/19
125/19 128/10 128/22
128/25 129/16 130/7
130/11 130/20 131/1
131/6 131/16 131/23
132/4 132/8 133/8 134/4
134/7 134/22 135/11
135/23 136/1 136/5
139/14 139/25 153/20
154/1 154/7 183/24
184/2 185/3 187/5
187/22 189/10 190/2
191/1 191/14 191/19
191/25 192/8 192/20
193/5 193/12 193/18
193/25 194/7 194/21
194/25 195/6 195/12
195/17 196/5 196/9
196/19 196/23 197/4
197/9 197/17 197/21
198/9 198/13 198/21
198/25 199/4 199/12
199/14 199/18 199/20
200/1 200/5 200/22
201/2 201/9 201/17
201/20 201/25 202/7
202/10 202/18 202/23

203/7 203/10 203/13
203/16 203/20 203/23
204/2 204/5 204/11
204/14 204/18 204/20
205/17 205/24 206/19
207/1 207/6 207/10
207/12 210/19 211/1
**MS. ACOSTA: [101]**
3/7 3/11 6/13 6/20 8/6
8/8 9/18 9/22 10/3 10/6
10/12 14/9 16/1 16/5
16/12 17/4 17/11 17/18
17/20 18/25 19/4 19/16
26/7 116/10 117/5
117/19 120/1 120/9
122/2 122/17 130/24
131/5 131/7 131/24
132/10 132/16 132/19
133/1 133/3 133/16
133/22 134/11 134/16
135/4 135/18 135/25
138/23 154/10 181/10
181/25 182/18 182/20
190/14 190/17 191/10
192/2 192/9 192/24
193/3 193/6 193/20
194/5 194/18 195/3
195/9 195/20 196/2
196/12 196/16 197/1
197/14 197/24 198/7
198/15 198/19 199/6
199/10 199/24 200/7
200/11 200/13 201/14
202/5 202/12 202/16
203/1 203/4 204/8
204/17 204/19 204/21
205/2 205/4 205/9
205/13 205/18 205/21
206/16 207/2 207/22
210/21
**PROSPECTIVE
JUROR: [22]** 32/24
40/4 50/7 67/24 77/20
84/1 91/2 107/23 109/6
111/3 113/14 114/16
116/18 120/10 120/12
127/18 128/16 129/12
144/6 167/14 178/9
182/19
**THE COURT: [288]
THE COURTROOM
DEPUTY: [14]** 3/3
19/12 130/5 132/24
136/6 136/12 139/19
139/22 154/16 154/21
207/5 208/20 208/24
209/2

**'**
**'19 [1]** 4/23
**'19 or [1]** 4/23
**'20 [2]** 4/23 7/24
**'60s [1]** 121/12
**'70s [1]** 121/12
**'80s [1]** 156/23
**'87 [1]** 62/12

**/**
**/s/DIANE [1]** 211/13

**1**
**10 [8]** 16/11 41/23 42/3
42/16 63/25 196/22
200/3 206/9
**101 [3]** 1/14 1/17 211/15
**1040 [1]** 118/4
**1099 [3]** 118/3 118/4
118/6
**1099s [1]** 42/6
**10:00 [4]** 209/5 210/14
211/2 211/4
**10W40 [1]** 117/24
**11 [12]** 16/11 62/17
65/24 117/9 196/25
197/3 197/4 197/5
202/14 203/13 206/7
206/10
**116/181 [1]** 2/7
**11:00 o'clock [1]** 154/13
**11:04 [1]** 89/4
**11:05 [1]** 89/7
**11:20 [1]** 89/8
**12 [12]** 16/11 67/25
94/18 125/4 188/12
188/12 197/7 202/20
203/18 205/6 205/12
206/11
**12-CR-14008-Cannon
[1]** 19/13
**123/184 [1]** 2/8
**12:11 p.m [1]** 130/1
**12:20 [1]** 136/7
**12:47 p.m [1]** 153/16
**12:49 [1]** 154/17
**13 [8]** 43/16 69/23 69/24
130/20 130/25 132/22
134/12 197/11
**139 [1]** 2/4
**14 [10]** 13/12 71/20
171/8 188/12 188/22
197/12 197/13 197/16
197/18 206/7
**140 [1]** 2/6
**15 [14]** 5/24 16/2 67/4
70/9 71/1 73/7 74/4 89/2
93/17 117/22 190/5
197/20 197/23 198/1
**1500 [1]** 1/17
**16 [8]** 13/12 65/1 78/1
133/24 134/3 134/9
134/12 198/3
**17 [4]** 198/5 198/6 198/8
198/11
**18 [7]** 79/21 198/12
198/14 198/16 198/20
198/23 206/8
**181 [1]** 2/7
**184 [1]** 2/8
**19 [7]** 20/25 85/15
137/12 198/18 198/22
198/24 199/2
**1976 [1]** 70/3
**1978 [1]** 74/20

**1981 [1]** 156/3
**1:00 o'clock [1]** 153/5
**1:30 [4]** 143/21 153/7
153/18 154/15
**1:40 [1]** 154/18
**1:41 [1]** 154/22
**1L [1]** 185/19

**2**
**20 [5]** 54/4 76/22 129/23
199/3 199/5
**2004 [2]** 75/21 75/22
**2011 [1]** 163/21
**2013 [2]** 25/18 143/6
**2014 [3]** 25/18 50/22
143/6
**2015 [2]** 25/19 143/6
**2018 [1]** 50/19
**2020 [9]** 3/25 4/10 4/24
5/13 5/21 6/12 6/19 7/7
15/4
**2022 [2]** 1/5 211/13
**209 [1]** 2/9
**21 [3]** 85/3 199/9 199/11
**21-14008-CR-CANNON
[1]** 1/2
**21-CR-14008-Cannon
[2]** 3/4 136/13
**22 [6]** 68/1 87/6 199/17
199/19 199/21 206/9
**22/139 [1]** 2/4
**22/140 [1]** 2/6
**22nd [1]** 4/8
**23 [6]** 88/23 89/11
199/23 199/25 200/2
206/10
**2337 [2]** 1/25 211/16
**238 [1]** 1/8
**24 [3]** 1/5 200/4 200/6
**25 [8]** 27/22 47/8 93/6
101/11 171/19 200/10
200/11 201/11
**26 [9]** 24/22 24/25 37/9
45/1 95/14 142/12
142/15 201/13 201/16
**27 [6]** 97/5 135/4 135/9
135/10 135/14 201/23
**28 [5]** 29/7 29/9 99/7
99/8 201/23
**29 [6]** 100/22 131/2
131/12 132/22 134/13
202/2
**2:23 [1]** 190/22
**2:57 [1]** 207/24

**3**
**30 [17]** 36/15 40/5 42/4
73/10 78/2 81/18 96/9
102/6 112/10 120/4
120/9 120/10 131/23
132/2 132/22 134/13
202/2
**31 [5]** 44/9 44/25 104/24
202/4 202/6
**3100 [1]** 1/14
**32 [7]** 45/11 100/23
132/5 132/7 132/21

132/22 134/13
**33 [5]** 110/14 202/9
202/11 202/13 206/11
**33301 [1]** 1/18
**33401 [1]** 1/15
**34 [5]** 112/3 202/15
202/17 202/19 206/11
**34950 [2]** 1/24 211/16
**35 [9]** 70/5 85/15 88/5
102/23 113/14 202/21
202/25 205/16 205/17
**36 [6]** 114/17 203/3
203/6 203/8 204/1
206/13
**37 [5]** 130/3 155/5
155/10 190/24 204/4
**38 [4]** 158/14 158/16
204/7 204/10
**39 [4]** 145/5 160/9
192/20 193/1
**3:00 [1]** 210/11
**3:00 o'clock [1]** 145/12
**3:04 [1]** 211/6
**3rd [1]** 1/17

**4**
**40 [6]** 87/11 161/20
161/21 181/13 191/2
191/11
**401 [1]** 116/22
**401Ks [1]** 40/11
**41 [5]** 163/16 182/3
190/18 191/14 191/17
**42 [9]** 165/20 165/21
193/21 194/11 204/12
204/13 204/15 205/22
206/13
**43 [1]** 167/17
**44 [2]** 192/5 192/16
**45 [1]** 153/6
**46 [3]** 150/10 193/3
193/14
**47 [3]** 173/25 191/21
192/3
**48 [1]** 175/10
**49 [1]** 176/25
**4:00 [1]** 4/8
**4:20 [1]** 4/9

**5**
**50 [2]** 130/4 190/25
**5:30 [3]** 27/14 143/20
192/14

**6**
**6/6/2022 [1]** 211/13
**66 [1]** 207/18

**7**
**7-Eleven [4]** 166/5 166/6
194/2 194/9
**7203 [3]** 25/1 37/9
**7206 [2]** 24/23 142/12
**772-467-2337 [2]** 1/25
211/16

**8**

**8:59 [1]** 18/16

**9**

**9001 [1]** 50/3
**9:00 [5]** 27/14 27/16
143/19 143/22 192/14
**9:30 [1]** 211/3
**9:31 [1]** 18/17
**9:32 [1]** 19/8

**A**

**a.m [8]** 18/16 18/17 19/8
27/16 89/4 89/7 89/8
210/14
**abide [1]** 138/1
**ability [101]** 4/17 7/11
11/2 12/12 34/21 41/20
42/13 43/9 43/22 44/22
45/7 46/2 48/1 52/1 53/3
53/8 54/15 55/9 56/19
58/11 60/3 62/1 63/17
65/5 65/18 67/19 69/7
69/17 71/6 73/1 74/9
75/3 75/7 77/9 79/2
79/14 81/6 83/1 83/5
84/18 84/22 85/20 86/22
87/1 88/19 90/22 92/5
92/15 93/1 94/25 95/4
96/20 98/8 98/12 100/14
101/13 104/3 105/20
106/19 107/15 107/19
108/23 109/1 110/9
111/20 113/2 113/10
114/8 114/11 115/23
117/17 118/20 149/14
150/20 156/15 158/3
159/13 160/3 161/5
162/18 164/14 165/13
166/24 168/23 169/6
170/18 171/25 172/12
173/17 174/16 174/19
175/4 176/2 176/19
178/5 178/25 179/14
179/20 183/16 191/15
193/23
**able [10]** 11/24 29/13
34/3 36/1 36/16 109/17
124/10 145/9 150/8
151/4
**about [138]** 7/1 18/20
21/7 23/12 25/24 34/10
34/12 34/22 36/19 37/10
39/15 41/7 41/18 42/12
43/1 43/4 43/8 43/20
44/20 45/25 51/22 52/15
53/17 54/4 54/13 61/2
62/15 64/2 64/24 65/4
69/5 74/8 74/21 74/23
74/24 76/14 76/18 76/22
77/8 79/1 81/18 82/24
83/21 84/17 85/19 86/21
87/13 89/1 92/1 92/4
92/9 92/14 92/24 94/18
94/24 96/19 97/8 97/15
98/6 98/16 98/17 98/21

99/12 99/13 100/13
101/12 104/2 104/10
105/19 106/17 107/14
108/21 109/6 110/5
113/1 113/9 114/7 116/5
116/21 116/22 117/2
117/15 118/18 120/6
122/22 122/23 123/5
125/14 125/21 126/21
128/25 134/19 135/9
138/18 141/7 143/11
149/3 149/4 149/15
150/19 151/15 153/22
155/1 156/2 156/14
158/1 159/11 159/23
160/1 161/1 161/4
162/2 164/12 165/4
167/23 168/22 171/6
171/8 171/20 171/24
174/15 175/25 178/4
178/24 179/13 180/9
181/21 182/20 183/14
183/17 185/25 188/23
190/9 208/16 209/13
209/16 209/19 210/5
**above [2]** 54/12 211/12
**above-entitled [1]**
211/12
**aboveground [2]** 81/22
82/18
**absolutely [2]** 119/3
199/12
**accept [105]** 38/19
152/20 152/21 194/10
194/14 194/16 194/18
194/19 194/21 194/24
195/2 195/5 195/8 195/9
195/10 195/13 195/16
195/17 195/18 196/1
196/2 196/3 196/5 196/8
196/9 196/10 196/12
196/15 196/16 196/17
196/19 196/22 196/25
197/1 197/2 197/4 197/7
197/13 197/14 197/15
197/17 197/20 197/21
197/22 198/2 198/6
198/7 198/8 198/12
198/13 198/14 198/15
198/18 198/19 198/20
198/24 199/3 199/4
199/5 199/9 199/10
199/11 199/17 199/18
199/19 199/20 199/23
199/24 199/25 200/1
200/4 200/5 200/6
200/10 200/11 200/15
201/13 201/14 201/15
201/22 202/4 202/5
202/6 202/9 202/10
202/11 202/12 202/15
202/16 202/17 202/18
202/21 202/23 202/24
203/2 203/4 203/5 203/7
204/3 204/6 204/8 204/9
204/13 204/14 204/15

**acceptable [2]** 38/14
152/15
**accepted [12]** 194/22
195/14 196/6 196/13
196/20 197/5 197/18
198/16 199/21 200/2
202/13 202/19
**accepting [11]** 31/9 32/3
32/10 32/23 34/1 38/8
147/5 148/1 148/8
148/21 152/10
**accomplish [1]** 11/23
**according [6]** 4/11 4/16
5/15 25/6 142/16 142/19
**Accosta [1]** 206/15
**account [1]** 3/23
**accountant [13]** 39/25
40/1 40/18 42/6 42/23
42/24 45/5 54/10 54/14
96/10 175/22 180/18
180/19
**accountant/treasurer [1]**
45/5
**accounting [17]** 41/4
41/4 44/18 45/16 45/17
46/1 64/8 87/20 93/13
107/24 108/5 108/10
155/25 156/9 156/10
156/13 164/7
**accounts [3]** 164/3 164/5
164/6
**accuracy [2]** 34/15
149/8
**accurate [3]** 34/12 149/4
211/11
**accusation [4]** 24/14
25/17 142/2 142/20
**accusations [1]** 30/5
**accusatory [2]** 30/24
146/20
**accused [6]** 24/12 30/2
103/21 103/23 141/25
145/25
**accuser [1]** 31/12
**accusing [1]** 147/10
**ACOSTA [62]** 1/13 3/7
3/9 4/10 6/9 6/10 8/3
9/16 11/5 12/20 14/16
17/15 18/23 19/16 26/6
26/8 116/8 130/23 131/4
132/9 133/18 134/14
135/3 135/17 138/24
139/10 154/8 181/8
191/9 192/23 193/19
194/16 195/2 195/8
195/18 196/1 196/10
196/15 196/25 197/13
197/22 198/2 198/6
198/14 198/19 199/5
199/9 199/19 199/23
200/6 200/10 201/13
201/22 202/11 202/15
202/24 203/2 204/6
204/15 205/3 207/20
210/20
**acquit [1]** 128/4

**act [1]** 147/24
**action [1]** 163/23
**acts [1]** 124/22
**actual [1]** 109/12
**actually [7]** 13/5 30/12
41/13 93/17 106/1 146/9
187/14
**add [2]** 4/4 162/20
**adding [1]** 201/3
**addition [2]** 26/11 26/17
**additional [21]** 8/19
11/7 16/6 37/2 46/6
128/21 130/16 131/15
133/1 137/15 139/1
145/16 151/5 151/11
180/21 199/15 201/4
201/8 201/11 204/25
205/7
**address [1]** 3/21
**addressed [4]** 9/9 9/10
153/19 210/16
**Adelberg [1]** 155/10
**adequately [2]** 9/1 15/17
**adhere [4]** 21/12 21/16
137/22 156/24
**ADJOURNED [1]** 211/6
**adjuster [2]** 79/23 79/24
**administration [1]**
108/9
**administrative [1]** 82/17
**administrator [3]** 42/5
56/1 178/15
**admitted [1]** 5/22
**adult [33]** 47/11 48/18
48/20 51/10 51/12 54/21
56/8 57/22 59/15 61/5
62/24 64/18 66/18 68/19
72/15 75/25 84/6 86/5
88/6 90/3 91/21 94/5
99/20 103/3 106/3 111/8
112/19 113/21 162/8
168/12 169/25 173/5
177/12
**advance [1]** 23/18
**advise [2]** 17/9 25/7
**advised [3]** 15/6 137/17
142/21
**advocate [3]** 77/24 78/4
126/2
**aerospace [1]** 88/8
**affairs [3]** 23/20 32/2
147/25
**affect [49]** 7/11 45/7
53/7 56/19 65/18 73/1
75/1 75/3 77/9 79/14
81/5 83/5 84/18 86/22
87/1 88/19 90/22 92/5
92/15 94/25 98/7 98/12
100/11 100/14 104/3
106/18 107/19 108/22
111/20 113/2 115/23
117/17 118/20 150/20
162/18 165/13 166/24
170/18 171/24 172/12
174/15 176/19 178/5
178/25 179/14 179/20

188/13 188/24 191/15
**affected [7]** 5/20 7/16
8/1 13/12 120/14 121/20
121/21
**affecting [2]** 35/2
149/20
**affects [1]** 4/12
**affiliated [2]** 46/8
180/23
**after [10]** 9/3 12/5 19/2
31/23 38/15 97/14
100/23 147/21 152/16
153/11
**afternoon [22]** 123/15
136/8 136/15 138/23
139/15 140/1 150/13
154/12 160/9 163/16
165/20 165/21 165/22
170/24 171/1 172/18
172/19 173/24 175/12
176/25 177/2 184/2
**afterward [1]** 26/5
**again [29]** 16/8 20/18
26/2 26/7 32/11 32/12
48/7 53/15 53/18 55/16
64/3 69/25 93/8 95/13
100/12 116/5 124/10
128/5 136/15 137/5
142/19 150/17 165/25
167/4 169/12 189/5
205/6 208/22 210/9
**against [9]** 31/1 33/15
33/25 46/9 117/3 129/1
146/21 148/20 180/24
**agency [20]** 29/11 47/22
48/23 51/18 54/25 58/2
59/18 61/14 63/6 64/22
77/3 94/8 99/13 126/1
159/9 163/23 168/17
168/18 173/14 174/11
**agent [23]** 3/11 3/12
17/24 18/1 18/9 18/9
19/18 26/9 26/9 26/11
26/12 26/14 26/15 26/16
40/1 42/24 70/24 138/24
139/2 139/3 139/7 139/7
180/19
**agents [4]** 27/8 35/18
125/25 150/1
**ago [16]** 14/23 51/20
52/9 52/10 65/9 67/3
67/4 73/22 74/25 80/9
94/18 98/17 109/10
156/18 182/9 186/22
**agree [10]** 124/14
124/24 125/5 131/25
135/1 191/17 191/25
193/5 193/13 200/22
**agreed [1]** 10/4
**aid [2]** 25/7 99/8
**aided [4]** 24/21 37/7
142/11 142/20
**aiding [1]** 151/14
**AILEEN [3]** 1/10 20/2
136/15

**A**

aim [2] 189/19 189/22
air [7] 21/2 62/17 97/9
97/12 97/13 137/13
137/15
aircraft [4] 47/1 47/2
47/7 47/8
airline [2] 27/21 144/2
airplane [1] 178/19
Akins [4] 144/6 144/13
144/14 144/25
Albert [1] 45/15
Alberto [1] 107/23
alert [2] 161/13 165/10
algae [1] 59/12
all [272]
allegation [1] 151/14
allegations [11] 14/15
24/19 25/2 37/4 37/11
39/5 142/8 151/13
156/12 164/11 175/24
allege [8] 24/21 24/24
25/4 37/6 37/8 142/10
142/13 143/5
alleges [6] 4/21 24/19
25/18 30/12 142/9 146/9
allow [3] 13/16 37/20
151/23
allowed [1] 207/6
allows [2] 20/12 136/25
alluded [1] 30/15
almost [3] 14/16 45/18
105/5
along [5] 20/22 32/6
137/10 148/3 206/24
alongside [1] 70/6
Alphonson [3] 33/5 62/8
208/7
already [4] 123/2 123/3
180/17 205/11
also [51] 3/12 5/22 7/15
11/12 14/1 21/6 22/11
23/18 26/14 37/17 38/4
45/15 49/22 59/3 66/6
69/3 70/6 70/7 71/1
76/16 77/25 78/1 83/21
90/2 98/16 98/21 105/16
106/4 106/6 108/1 108/9
108/17 121/13 125/20
131/1 132/5 135/14
140/18 151/20 157/12
163/25 164/1 187/8
191/5 191/20 192/5
209/14 209/23
altering [1] 7/10
alternate [15] 202/22
202/25 203/3 203/6
203/8 204/1 204/4 204/7
204/10 204/16 205/17
205/18 205/23 206/12
206/13
alternates [9] 130/9
130/17 203/11 203/14
203/21 203/24 204/25
205/1 205/8

alternating [1] 130/13
alternative [1] 3/23
although [4] 20/15
27/15 137/3 143/20
always [2] 9/11 127/20
am [34] 5/7 6/13 29/12
30/6 66/13 70/11 82/3
83/14 88/2 89/19 93/24
96/9 98/1 100/22 101/5
102/17 104/9 105/24
112/14 123/17 127/10
127/14 127/19 127/20
132/10 136/16 138/7
146/3 161/2 171/4 177/3
181/16 205/3 207/6
Amanda [2] 28/5 93/9
ambivalent [1] 122/22
AMERICA [4] 1/4
39/16 118/24 136/13
Ana [2] 71/22 208/8
analysis [1] 105/12
analyst [3] 155/12
155/19 157/12
Anderson [1] 156/3
Angela [5] 27/5 27/6
68/23 140/8 140/9
Angeles [1] 121/16
announce [1] 206/21
another [18] 11/6 28/15
38/13 38/14 50/23 57/12
61/9 61/9 63/2 71/11
121/11 139/3 141/21
152/13 152/14 171/19
171/21 190/5
answer [8] 24/2 46/14
71/8 98/10 128/7 128/9
141/15 150/15
answers [10] 22/6 24/3
46/15 67/12 122/18
131/2 131/18 138/9
141/16 184/10
anticipate [1] 10/10
anticipated [7] 17/17
26/3 27/19 143/25 145/2
200/19 209/4
antique [1] 96/4
anxiety [5] 4/15 7/16
7/22 8/6 15/1
any [343]
anybody [42] 16/16
26/22 27/9 28/14 29/19
29/22 31/9 32/3 32/9
32/22 33/25 34/3 35/14
35/24 37/22 38/8 38/21
38/24 39/20 46/7 120/1
122/2 143/14 143/24
144/21 145/1 145/17
145/20 148/1 148/7
148/21 150/6 151/2
152/10 152/21 152/25
153/11 180/12 185/4
188/17 190/8 192/11
anyhow [1] 15/12
anyone [22] 27/18 31/1
38/1 39/14 116/14 123/3
125/6 125/7 128/10

129/1 149/22 151/25
152/3 180/8 183/3 183/6
183/8 184/18 190/9
209/10 209/10 209/15
anything [126] 4/4
11/20 14/4 15/18 25/23
36/18 37/10 41/7 41/18
42/12 43/8 43/20 44/20
45/25 47/24 49/9 51/22
53/2 53/6 54/13 55/8
56/18 58/10 60/1 61/25
63/16 64/9 65/4 65/17
67/18 69/5 69/16 72/25
74/8 74/21 74/24 75/6
77/8 79/1 79/13 81/4
82/24 83/4 84/17 84/21
85/19 86/21 86/25 88/18
90/21 92/4 92/14 92/24
94/24 95/3 96/19 98/6
98/12 100/8 100/13
101/12 104/2 105/19
106/17 107/14 107/18
108/21 108/25 110/8
111/19 113/1 113/9
114/7 114/10 115/22
117/2 117/15 118/18
122/22 123/5 124/12
128/14 129/3 134/19
138/18 143/11 150/19
151/15 153/10 153/18
154/6 156/6 156/14
158/1 158/6 159/11
159/23 160/2 161/4
161/12 162/17 164/12
165/12 166/23 167/4
167/9 168/22 169/5
170/17 171/24 172/11
173/16 174/15 175/3
175/25 176/18 178/4
178/24 179/13 179/19
181/21 183/14 183/21
189/2 200/14 209/15
anyway [1] 33/22
apologies [3] 28/15
154/4 164/20
apologize [2] 3/12
135/19
apparently [2] 7/9 10/22
Appeals [1] 85/16
appear [2] 4/3 7/4
appearances [3] 1/12
3/5 19/15
appears [2] 191/15
191/21
applies [1] 165/8
apply [2] 35/21 150/4
appointment [4] 9/21
9/22 11/15 73/14
appraiser [1] 96/4
appreciate [12] 20/15
37/1 71/16 101/20
116/12 124/1 125/19
128/6 128/19 183/11
183/20 189/10
apprehensive [2] 20/21
137/9

apprentice [1] 66/21
approach [1] 15/17
appropriate [4] 10/22
11/1 151/17 192/13
approximate [1] 143/21
approximately [5] 27/12
27/14 129/23 143/18
143/19
aquatic [2] 59/7 59/8
AR [1] 97/11
Arcadia [1] 48/10
are [246]
area [7] 23/22 54/7
175/18 182/16 188/18
189/16 191/3
areas [2] 59/11 59/11
aren't [1] 210/2
arena [1] 125/10
argument [5] 4/6 191/20
193/11 193/12 194/11
argumentive [1] 127/12
around [7] 4/9 4/17
16/20 137/19 191/23
200/18 200/25
arrange [4] 24/1 76/16
116/7 208/19
arrangements [1] 18/23
arrested [2] 109/10
109/15
arrived [1] 88/23
arson [1] 84/16
art [1] 96/4
Arthur [1] 156/3
articulated [1] 123/2
artist [2] 174/2 174/4
as [287]
aside [6] 36/1 37/23
50/16 150/8 151/4
151/25
ask [59] 5/4 6/5 6/9 9/4
9/11 9/15 11/12 12/15
13/3 13/10 13/13 21/4
21/11 22/7 22/14 22/24
23/17 24/6 26/1 26/2
26/4 38/21 39/4 67/13
75/2 109/6 116/3 122/20
122/20 125/8 126/7
126/16 128/16 129/19
132/17 133/6 133/11
134/1 137/19 137/22
138/1 138/10 138/16
138/18 138/19 140/18
141/12 141/19 147/3
160/12 167/4 181/7
191/22 192/10 192/24
194/7 194/14 201/4
208/15
asked [10] 22/6 38/4
77/5 86/17 86/19 130/8
152/6 152/7 183/13
192/11
asking [9] 6/16 13/4
13/6 16/9 21/14 22/22
123/3 140/16 192/9
aspects [1] 124/12
assembly [5] 129/20

153/8 190/13 190/20
208/12
assess [1] 151/9
assigned [3] 97/20 98/14
181/17
assist [6] 21/25 22/16
25/7 138/17 144/19
186/21
assistance [1] 75/21
assistant [18] 19/1 26/8
45/16 45/17 68/1 68/17
93/21 95/19 95/20 96/3
99/10 107/24 110/4
158/17 166/3 166/4
168/3 171/21
assistants [3] 87/15
98/21 110/5
assisted [1] 142/21
associate [3] 57/12
57/17 158/25
Associates [1] 107/25
associations [2] 49/1
171/24
assume [3] 12/13 20/19
137/7
assuming [1] 10/12
Atlanta [1] 63/2
attend [1] 86/17
attention [4] 7/20 38/25
153/1 209/16
attorney [23] 1/14 14/9
16/22 26/8 85/17 119/11
120/19 120/20 120/23
140/2 161/23 162/1
162/4 162/22 171/2
171/10 171/11 171/11
171/22 172/9 185/11
185/24 187/8
Attorney's [3] 185/11
186/21 191/3
attorneys [4] 20/23 26/1
122/19 209/24
audible [1] 99/23
audibly [1] 22/8
audit [6] 50/20 50/21
116/25 129/13 156/5
163/25
audited [6] 116/14
116/15 116/21 117/10
117/12 117/23
auditing [4] 120/15
156/13 164/13 176/1
auditor [7] 50/3 50/4
50/7 156/4 163/24
175/23 184/25
audits [2] 40/12 182/25
Aurand [1] 104/24
AUSA [1] 1/13
auto [1] 68/17
automotive [2] 171/4
187/18
available [5] 8/10 8/18
11/8 18/15 18/19
Avenue [1] 1/17
avoid [2] 17/12 210/1
aware [5] 7/9 9/3 10/20

**A**

aware... [2] 10/21 158/8
away [6] 121/21 121/23
179/3 189/7 195/23
209/7

**B**

Babino [3] 17/24 26/12
139/1
baby [1] 166/13
bachelors [1] 156/10
back [22] 27/22 33/17
44/15 45/11 52/10 72/4
112/12 118/8 119/20
129/22 130/13 133/20
147/2 153/8 153/9
154/12 154/14 156/22
182/7 188/12 190/21
194/13
background [50] 47/24
49/9 53/2 55/8 56/18
58/10 60/1 61/25 63/16
65/17 67/18 69/16 72/25
75/6 76/14 77/8 79/13
81/4 83/4 84/21 86/25
88/18 90/21 92/24 95/3
96/19 100/13 105/11
105/11 107/18 108/25
111/19 113/9 114/10
115/22 156/13 158/6
160/2 161/12 162/17
165/12 166/23 169/5
170/17 172/11 173/16
175/3 176/1 176/18
179/19
backgrounds [3] 124/3
184/12 184/12
backwards [1] 13/15
bad [5] 10/19 33/11
94/18 134/19 191/21
balance [2] 87/24
102/11
ball [1] 123/16
band [3] 84/1 90/2 90/3
banking [2] 80/19 80/20
bar [1] 187/3
Barba [1] 178/9
Barrant [2] 26/12 139/2
Barreiros [1] 91/8
bars [1] 48/15
Bartee [2] 27/6 140/9
base [1] 156/25
based [24] 23/5 31/22
39/1 43/23 46/2 54/16
90/23 104/6 119/18
124/17 128/16 132/11
133/5 133/6 147/20
153/2 155/2 156/15
179/5 191/18 192/16
193/15 195/20 195/21
basically [6] 78/6 92/3
98/3 98/18 98/18 121/17
basis [4] 4/4 5/18 11/17
135/2
Bass [2] 27/6 140/9
batch [1] 135/16

be [343]
Beach [6] 28/9 83/15
95/17 101/9 101/10
118/16
bear [3] 23/13 141/8
164/18
because [47] 4/19 5/25
7/9 12/16 21/7 24/10
30/1 30/7 33/22 36/5
51/20 71/10 77/11 86/18
93/22 104/5 109/11
109/17 109/20 109/21
109/22 119/9 119/20
121/21 122/23 126/6
126/10 127/1 128/6
128/13 129/3 141/23
145/24 146/5 147/10
151/7 152/8 153/5
167/11 186/13 188/7
188/14 192/21 194/8
201/12 209/3 210/14
become [2] 9/3 77/14
becomes [1] 5/14
been [155] 4/19 5/12 7/7
7/13 7/16 7/24 8/17 9/9
9/10 10/20 12/25 13/23
15/5 20/16 24/5 24/11
36/15 43/2 45/17 47/8
47/17 47/22 48/23 49/5
51/17 52/11 52/22 54/25
55/4 55/18 56/2 56/14
58/2 58/6 58/24 59/18
59/22 60/12 61/14 61/21
62/11 63/6 63/8 63/12
64/22 65/14 67/7 69/12
70/2 71/25 72/19 73/11
74/17 76/11 77/3 79/10
80/23 80/25 82/13 83/17
83/18 84/13 85/12 86/13
87/10 88/12 89/20 90/14
92/20 94/8 94/13 96/16
98/2 98/22 99/11 99/12
99/13 100/4 101/10
101/21 102/18 103/12
106/5 107/9 110/5
110/18 111/15 112/9
113/5 114/3 115/18
116/14 116/15 117/10
117/12 122/25 124/5
126/10 127/18 127/21
128/8 129/6 132/15
137/3 141/19 141/24
153/24 154/2 155/13
155/17 157/15 159/9
159/18 159/21 160/14
160/20 161/10 162/1
162/12 163/20 164/23
166/16 167/22 168/17
169/1 170/3 170/13
172/5 172/22 172/24
172/24 173/9 173/14
174/11 174/22 176/5
177/5 177/20 179/8
183/6 183/19 184/4
187/16 188/16 189/2
189/8 189/9 191/6

195/21 207/14 207/17
207/21 208/1 208/4
210/5
before [99] 1/10 12/17
12/21 13/14 13/19 17/2
20/5 22/10 30/9 32/15
34/15 47/15 49/3 51/1
52/5 56/12 57/11 58/4
59/1 59/20 63/4 63/10
65/8 66/11 66/22 68/18
69/10 72/2 72/9 72/17
73/16 73/24 74/22 76/9
77/6 77/14 78/2 78/24
79/8 80/23 82/11 83/23
84/8 86/1 86/2 86/11
88/10 90/5 91/19 92/18
93/22 94/10 95/16 96/14
100/2 101/16 101/25
102/20 103/10 105/6
105/12 106/21 110/21
111/10 112/18 112/21
113/23 115/16 125/3
133/21 135/16 146/7
148/13 149/9 155/1
157/13 159/16 161/8
162/10 163/23 164/2
164/21 166/5 166/7
166/14 167/24 168/14
170/3 171/7 172/3 173/7
175/1 176/8 177/7
177/14 179/17 179/24
192/18 198/2
begin [4] 20/5 155/2
192/18 194/13
beginning [5] 3/5 4/23
30/7 146/5 210/13
begun [1] 18/23
behalf [6] 3/7 19/16 20/6
123/23 136/19 175/17
being [30] 5/10 7/11 9/7
20/6 22/17 23/6 34/11
36/20 45/7 49/11 70/6
100/9 120/18 121/14
123/6 126/1 127/25
128/6 132/12 137/8
140/25 149/4 150/24
154/10 159/24 184/14
188/14 192/14 195/22
209/25
beings [2] 127/8 185/4
believability [2] 35/3
149/20
believe [48] 5/8 11/15
11/19 33/18 33/21 34/18
34/18 36/20 38/12 38/13
41/8 41/19 61/19 66/17
71/4 85/4 98/13 98/23
102/6 104/10 110/8
119/19 125/20 127/10
131/13 132/5 132/18
133/5 133/23 134/17
149/11 149/11 152/13
152/14 155/4 157/2
158/5 165/13 166/24
172/12 174/18 181/2
181/18 186/24 187/18

190/18 201/20 205/12
below [4] 25/10 25/13
142/24 143/2
besides [24] 48/13 55/20
57/15 60/18 60/24 62/13
67/5 73/21 76/23 80/18
83/22 91/17 105/14
110/7 110/20 112/11
112/17 145/9 159/6
162/3 168/7 171/10
173/19 174/3
best [7] 21/4 43/17
70/24 119/19 137/19
138/10 191/22
better [6] 8/22 10/17
24/8 70/25 95/25 141/21
between [3] 21/9 70/22
137/20
beyond [20] 24/15 30/8
30/14 31/13 31/19 31/25
32/19 33/8 33/9 33/19
124/20 125/4 128/3
142/4 146/6 146/11
147/12 147/17 147/23
148/18
biases [1] 184/7
big [2] 71/2 182/11
billing [2] 108/1 108/9
bills [1] 29/13
Biochemical [1] 110/24
bit [26] 20/20 25/2 43/1
43/4 53/17 61/2 62/15
64/2 64/24 76/14 80/11
86/15 87/13 92/1 92/9
97/8 116/21 119/14
120/6 140/19 142/1
156/2 156/5 161/1 163/2
210/14
black [2] 134/23 134/23
blame [1] 109/21
bleeding [1] 5/18
boat [1] 113/16
Bobby [1] 121/4
bond [6] 4/19 9/9 9/20
10/2 10/4 10/4
bono [2] 172/6 187/11
book [3] 121/2 121/3
121/4
bookkeeper [6] 39/25
40/18 42/23 43/18
175/22 180/18
bookkeeping [13] 41/8
42/5 43/2 43/8 54/7 54/9
54/13 64/6 87/20 93/13
108/6 155/25 156/9
books [1] 40/12
border [2] 51/19 51/25
Boston [1] 68/21
both [16] 11/13 38/2
41/2 52/8 70/25 104/14
121/20 125/9 128/1
152/4 174/12 176/11
176/13 176/14 183/16
183/19
bother [1] 126/15
bought [1] 121/17

box [3] 21/6 47/13
137/17
boxes [2] 21/3 137/14
brain [3] 5/19 86/4
105/11
branch [1] 163/18
brand [1] 106/1
branded [1] 111/3
bread [1] 29/12
break [5] 88/24 143/20
153/6 154/6 209/4
breaking [1] 16/20
breathing [1] 189/5
brief [14] 8/21 13/2
15/13 16/24 18/14 24/18
76/14 88/24 116/3
140/18 142/8 151/12
181/7 184/5
briefly [8] 6/24 12/20
13/17 16/14 94/17
150/23 160/12 164/9
Brighton [1] 48/9
bring [10] 5/5 29/13
36/22 129/22 135/24
144/5 153/9 184/19
186/11 209/16
Briones [3] 18/1 26/13
139/3
Brittany [2] 27/6 140/9
broadly [1] 23/3
broke [1] 98/21
broken [1] 159/22
brokerage [1] 158/23
brother [13] 36/14 40/4
40/9 40/19 41/17 64/25
65/4 86/16 86/16 108/15
150/16 157/18 193/7
brother's [1] 41/19
brought [10] 13/12
34/15 109/12 109/13
109/14 126/1 127/1
127/16 127/18 149/9
Bryan [1] 161/21
Buffalo [1] 70/21
builder [1] 171/8
buildings [2] 76/3
137/22
bunch [1] 155/21
burden [20] 24/14 30/18
31/11 31/13 31/18 32/4
32/7 32/19 33/7 118/24
119/1 119/4 128/12
129/8 142/4 147/8
147/11 147/16 148/4
148/17
business [17] 25/4 27/13
43/2 44/17 53/24 57/19
66/9 80/1 80/4 108/9
117/13 121/15 142/17
143/18 155/11 155/19
168/2
Bye [1] 158/16

**C**

C-E-R-T-I-F-I-C-A-T-E
[1] 211/9

**C**

**calendar [2]** 25/18 143/6
**call [24]** 11/5 17/6 17/8
17/20 17/22 17/24 18/1
18/3 18/6 18/8 19/5
19/11 20/20 26/17 27/2
46/16 76/4 99/15 135/16
139/1 154/20 190/21
206/20 208/4
**called [13]** 17/5 20/11
21/5 21/17 26/3 26/10
30/3 94/11 136/24 140/6
146/1 208/11 208/13
**calling [3]** 3/3 17/13
19/12
**calls [2]** 78/6 78/7
**came [5]** 7/8 61/19 65/11
118/15 118/17
**can [74]** 3/4 6/14 6/24
8/14 8/22 10/1 10/17
11/23 17/1 20/15 21/5
21/21 22/8 24/6 33/5
36/25 37/17 37/19 38/16
43/1 43/4 46/17 61/2
62/15 71/9 75/15 76/14
76/16 77/14 87/13 92/1
92/9 93/10 100/12
103/14 116/21 120/6
120/8 121/9 122/8
123/12 123/22 124/11
125/3 126/6 126/16
126/18 127/22 128/4
128/6 128/9 128/16
138/10 141/19 146/16
149/12 150/23 151/21
152/17 153/24 156/2
163/2 165/25 167/4
167/8 183/21 184/16
189/4 190/12 195/23
207/10 208/15 208/24
209/7
**can't [17]** 5/22 6/4 33/20
71/8 71/8 71/10 71/14
71/14 101/19 104/5
127/9 127/25 134/6
165/25 167/12 188/21
190/10
**Canada [2]** 156/17
156/22
**candid [6]** 17/6 24/3
46/15 128/6 141/16
183/20
**candor [3]** 71/16 77/18
116/13
**CANNON [7]** 1/2 1/10
3/4 19/13 20/2 136/13
136/16
**cannot [14]** 21/19 32/17
33/15 33/24 33/24 37/23
37/23 148/15 148/20
151/25 152/1 152/21
152/25 165/4
**capacity [4]** 43/9 105/2
164/13 187/17
**captures [2]** 23/2 140/22
**car [2]** 78/21 94/18

**care [11]** 13/22 15/3
15/7 45/20 45/22 68/11
91/20 107/24 145/6
166/13 192/12
**career [6]** 44/21 100/24
110/21 156/3 189/19
189/22
**careers [1]** 175/19
**careful [2]** 21/7 137/18
**carefully [5]** 26/4 31/23
138/22 147/21 189/9
**caregiver [3]** 68/1 68/11
192/6
**cares [1]** 192/6
**caring [1]** 91/9
**carjacked [1]** 179/11
**Carlos [2]** 29/9 99/8
**Carolina [1]** 15/8
**Carriers [2]** 73/12 73/14
**carry [3]** 30/7 146/4
207/12
**carryover [1]** 205/9
**case [204]** 1/2 3/3 4/19
4/20 5/23 5/25 6/4 9/8
9/20 11/15 14/16 19/11
19/12 20/4 20/8 20/13
22/6 22/17 23/5 23/8
23/10 24/19 25/24 26/4
26/9 27/12 30/5 30/23
31/12 31/24 33/17 33/18
33/21 34/25 35/6 35/16
36/21 37/13 38/25 39/7
39/18 41/10 41/20 42/14
43/10 43/23 44/22 46/2
49/11 52/7 52/13 52/13
52/14 52/14 54/15 55/4
55/10 56/14 58/12 60/3
61/19 62/2 63/12 63/18
65/6 67/1 67/5 67/20
69/8 69/18 71/17 73/2
75/4 77/10 81/6 83/2
84/19 84/23 85/21 86/21
86/23 88/20 90/7 90/9
90/23 92/6 93/1 95/1
96/21 98/8 98/16 100/10
100/15 101/14 104/4
104/6 105/1 105/21
106/1 106/19 106/23
107/15 107/16 107/20
109/2 110/9 111/21
113/3 113/11 114/8
114/12 115/24 118/19
119/18 124/13 126/1
126/22 128/2 128/12
128/12 129/7 136/10
136/12 136/20 137/1
138/18 140/4 140/5
140/18 140/24 141/3
141/5 141/9 141/21
142/9 143/12 143/17
146/3 146/19 147/10
147/22 149/17 149/23
150/21 150/25 151/13
151/17 153/1 153/10
153/11 156/11 156/15
158/4 159/25 160/4

162/13 164/11 164/15
165/14 166/25 167/6
167/19 167/21 167/22
168/24 169/7 170/5
170/5 170/19 172/1
172/7 172/8 172/13
173/18 174/17 175/24
179/1 179/4 179/15
179/21 180/1 183/14
184/14 185/1 187/13
188/24 188/25 189/4
189/21 189/22 190/8
190/9 190/11 191/6
191/8 209/10 209/12
209/13 209/15 209/19
209/20 209/24 210/5
210/7
**cases [6]** 52/16 186/2
186/4 186/23 187/10
187/14
**cash [1]** 121/15
**cashier [1]** 68/23
**Casino [1]** 48/9
**Casper [3]** 87/7 206/9
208/9
**Castanza [2]** 125/20
130/21
**catch [2]** 94/20 169/17
**cause [45]** 117/2 124/13
130/18 130/21 130/25
131/12 131/14 131/15
131/17 132/1 132/3
132/8 132/17 132/21
133/6 133/18 134/2
134/10 134/12 134/14
134/25 135/3 135/15
135/21 190/23 191/2
191/12 191/13 191/18
192/4 192/10 192/16
192/18 193/1 193/2
193/14 193/16 193/25
194/12 197/12 198/4
201/3 201/12 201/24
202/3
**causes [1]** 132/22
**cerebrospinal [1]** 15/6
**certain [7]** 24/12 30/3
34/8 141/25 146/1
148/25 157/22
**certainly [1]** 101/18
**certificates [1]** 156/8
**certified [5]** 40/1 40/5
42/23 59/7 180/18
**certify [1]** 211/10
**chair [1]** 134/20
**chairs [2]** 89/1 153/12
**challenged [1]** 118/1
**challenges [11]** 131/15
133/19 134/15 135/3
135/22 190/24 191/13
192/18 193/2 193/16
194/13
**chance [1]** 126/16
**change [10]** 9/11 9/17
9/20 10/5 10/6 10/8
11/16 14/18 16/8 16/8

**characteristics [1]** 8/4
**charge [10]** 22/13 28/23
30/24 31/13 74/20
124/12 129/1 133/4
138/15 146/20
**charged [9]** 31/4 37/4
120/21 128/13 132/12
132/15 146/25 187/15
187/15
**charges [13]** 30/25
98/18 109/11 109/20
114/6 119/4 120/15
122/19 129/1 146/20
147/11 151/16 183/7
**Charles [2]** 79/21 208/8
**Charleston [1]** 15/8
**cheaper [1]** 119/22
**check [1]** 132/24
**checking [1]** 205/4
**checks [2]** 94/19 105/12
**chef [1]** 178/14
**chemistry [1]** 110/17
**Chereca [2]** 27/6 140/9
**cherished [2]** 20/8
136/21
**Cheryl [1]** 53/16
**chief [3]** 101/7 101/11
126/12
**child [7]** 82/23 84/16
105/7 105/8 105/16
105/17 105/20
**childcare [1]** 160/11
**children [37]** 28/8 47/11
48/18 48/20 51/10 51/12
54/21 56/8 57/22 59/15
61/5 62/24 64/18 66/18
68/19 72/15 75/25 84/6
86/5 88/6 90/3 91/9
91/20 91/21 94/5 99/20
103/3 106/3 111/8
112/19 113/21 162/8
168/12 169/25 173/5
177/12 201/1
**choose [1]** 71/9
**chooses [1]** 148/15
**chosen [1]** 141/17
**chunk [1]** 16/23
**chunks [1]** 16/19
**church [3]** 98/17 98/21
161/2
**CIA [1]** 175/23
**circuit [4]** 95/17 171/22
186/19 191/4
**circumstances [2]**
191/18 191/22
**citizen [5]** 20/11 123/23
125/10 128/3 136/24
**citizen's [2]** 125/3
125/11
**citizens [2]** 39/11 180/5
**city [6]** 28/9 158/16
158/17 171/18 171/20
200/15
**civil [21]** 52/7 52/18
61/18 61/19 65/10 67/1
82/16 90/7 90/8 106/24

119/2 161/25 170/5
170/6 170/7 176/10
176/12 177/16 182/21
182/24 182/25
**civilian [4]** 139/4 139/6
139/9 139/9
**civilians [1]** 27/3
**claims [1]** 13/9
**Claire [1]** 50/24
**clarinets [1]** 84/2
**class [3]** 50/8 50/9 50/13
**claustrophobia [2]**
188/3 191/15
**claustrophobic [1]**
164/17
**clean [1]** 87/16
**cleaning [3]** 57/19 92/3
92/4
**clear [6]** 6/6 21/19 33/6
132/20 135/9 182/23
**clearly [2]** 8/1 22/8
**clerk [7]** 73/14 169/16
169/18 181/16 185/10
185/12 185/13
**Cleveland [3]** 28/24
86/7 110/2
**client [2]** 126/2 134/23
**clients [3]** 18/7 71/1
162/22
**Clinic [3]** 28/24 86/7
110/2
**close [83]** 42/22 47/19
47/21 48/22 49/6 51/17
52/24 54/24 56/15 58/1
58/7 59/17 59/23 61/13
61/22 63/13 64/21 67/8
68/24 69/13 74/15 74/19
76/12 77/2 79/5 79/11
81/1 82/8 82/14 84/11
84/14 86/8 88/13 88/15
90/15 92/21 94/7 94/14
96/12 96/17 100/5
101/22 103/7 103/13
106/7 107/10 108/13
111/16 112/23 113/6
113/25 114/4 115/13
115/19 120/14 120/14
120/20 131/7 153/5
157/16 159/9 159/19
160/23 161/3 162/14
164/18 166/20 168/16
169/3 170/14 171/16
171/19 171/21 173/11
173/14 174/10 174/23
177/22 180/16 180/22
182/13 183/6 188/16
**closed [2]** 83/23 201/5
**closely [3]** 5/25 21/16
137/22
**closer [1]** 5/5
**closest [1]** 73/25
**closing [1]** 210/17
**cloud [2]** 37/21 151/23
**co [2]** 12/9 106/14
**co-workers [2]** 12/9
106/14

**C**

Coddington [1] 77/20
Code [5] 24/23 25/1
37/9 142/12 142/15
collaterally [1] 9/7
collect [2] 183/1 210/24
college [8] 49/21 57/25
64/20 108/7 112/12
112/20 162/5 189/24
Collier [1] 82/1
colloquy [1] 9/13
come [14] 6/1 9/4 13/12
14/17 14/18 119/9 124/2
124/3 124/6 125/8 129/6
144/19 153/8 184/11
comes [2] 158/10 167/9
coming [1] 122/12
commissioner [1] 69/3
commitments [1] 162/23
committed [4] 24/20
124/20 124/23 142/9
committee [1] 163/23
common [8] 31/23 34/8
34/12 35/19 147/21
149/1 149/6 150/2
communicate [4] 34/9
34/10 149/1 149/2
communications [1]
93/11
community [10] 20/13
49/21 57/25 80/13
123/23 124/7 128/3
137/1 184/16 194/2
commuting [1] 182/7
companies [3] 50/1 50/1
163/8
company [37] 45/16
50/20 50/24 51/2 51/15
60/23 60/24 60/25 64/7
64/19 66/6 66/7 72/5
73/22 79/24 94/1 94/3
105/3 105/4 113/15
117/23 118/11 118/12
118/12 155/11 155/14
155/15 155/16 155/17
172/25 178/15 187/11
187/12 187/17 189/18
189/21 194/9
complete [3] 24/3 46/15
141/16
completely [1] 167/9
compliance [1] 51/2
comprised [1] 206/1
computer [3] 18/4 51/14
87/24
computers [1] 61/3
concentrate [2] 189/1
191/16
concentrated [1] 189/4
concentrating [2] 189/3
189/6
concept [1] 147/9
concepts [6] 24/17 30/16
37/15 128/10 142/7
146/12
concern [4] 100/7

144/15 144/16 145/2
concerned [22] 15/11
38/6 47/18 49/6 52/23
55/5 61/22 67/8 74/18
76/12 81/1 92/21 94/14
101/22 107/10 111/16
114/4 152/8 170/14
173/10 177/21 181/24
concerning [9] 22/14
22/16 23/10 31/21 38/17
138/15 141/5 147/19
152/18
concerns [2] 78/8 169/2
concluded [1] 200/19
conclusion [1] 31/15
concrete [2] 66/10
178/14
condition [4] 8/13 8/13
13/23 15/16
conditions [1] 8/17
conduct [1] 8/20
conducted [1] 16/23
confident [1] 156/24
confined [1] 188/7
confused [1] 194/5
Congratulations [2]
93/18 100/24
congregants [1] 161/2
connections [2] 71/5
84/10
Connely [3] 22/12 42/17
138/14
consequences [2] 38/5
152/7
consider [6] 32/17 34/20
36/7 133/17 148/16
149/13
consideration [1] 18/22
considered [3] 31/24
116/25 147/22
considering [2] 34/19
149/12
consigliere [1] 120/18
consistent [2] 201/19
206/17
constitution [4] 20/10
31/5 136/23 147/2
constitutional [2] 20/9
136/22
construction [9] 43/6
53/24 54/7 66/7 94/1
94/3 94/3 167/25 168/1
consultant [1] 50/19
contact [8] 4/20 4/22
4/24 5/2 74/4 190/10
209/23 210/1
contacted [1] 18/25
contained [1] 30/5
continuance [4] 3/23
8/21 8/23 15/13
continued [1] 154/24
continues [1] 41/17
contracted [1] 17/6
contractor [3] 26/13
139/3 175/17
contractors [1] 29/11

contradicts [2] 34/25
149/17
convened [1] 153/8
converse [1] 38/21
Convey [1] 77/24
convicted [3] 98/17
132/12 135/6
convincing [2] 31/25
147/24
coordinating [1] 21/25
coordinator [5] 26/20
139/8 160/19 168/4
168/5
copy [3] 153/21 153/25
154/5
corner [2] 21/3 137/14
correct [12] 5/10 7/5
17/19 127/20 154/4
154/5 187/19 189/14
203/12 203/22 205/11
206/15
corrected [1] 207/15
corrections [8] 36/14
48/10 48/11 48/25 65/1
164/10 164/10 188/4
correctly [1] 104/9
cosmetics [1] 88/5
cost [2] 119/10 119/24
Costanza [2] 69/24
126/21
cough [1] 191/21
could [55] 4/21 4/25
7/11 19/11 21/9 27/2
27/23 28/3 31/8 36/3
38/1 38/25 41/13 86/15
88/25 94/17 96/24 98/23
109/16 119/17 126/6
126/9 126/11 126/18
130/18 130/21 130/21
131/3 131/8 131/13
132/6 132/20 133/8
133/11 133/13 133/20
135/12 136/1 136/10
144/4 147/4 152/3 155/8
156/24 158/8 161/14
179/4 192/12 193/8
193/8 193/10 193/15
207/3 208/18 208/23
couldn't [6] 37/12
131/10 132/11 134/24
135/8 189/20
counsel [12] 3/10 9/21
9/23 11/16 19/14 19/17
25/7 26/8 138/24 171/4
171/8 207/8
counseled [1] 142/21
count [3] 16/6 103/16
205/5
counter [1] 78/10
country [5] 31/4 39/12
125/3 146/25 180/6
counts [7] 16/3 16/4
16/6 16/7 16/10 74/20
107/12
County [8] 25/19 58/21
64/25 82/1 83/14 95/17

106/15 143/7
couple [7] 69/1 78/23
83/23 94/18 99/13
116/16 162/23
course [4] 21/10 119/20
157/23 190/10
courses [1] 49/24
court [76] 1/1 1/23 1/24
2/6 4/2 6/14 8/10 11/8
14/11 15/13 17/16 17/21
18/19 19/2 20/14 20/22
21/1 21/18 21/22 22/1
22/3 22/11 22/15 22/21
23/24 23/25 47/17 49/5
50/5 52/13 52/22 59/22
74/22 83/25 85/16 85/17
85/20 86/19 95/17 111/1
116/6 116/12 118/23
119/10 119/22 128/11
137/2 137/9 138/2 138/5
138/7 138/13 138/16
140/15 144/5 156/16
158/7 161/13 163/2
163/9 165/2 165/10
167/10 173/9 176/5
177/20 179/12 186/6
187/20 192/14 192/15
200/23 201/7 209/21
211/14 211/15
Court's [4] 22/13 27/13
138/14 143/18
courthouse [4] 20/1
129/22 136/16 153/7
courtroom [24] 16/16
19/8 21/2 21/24 22/4
22/15 23/15 54/16 89/4
122/24 129/25 130/4
137/13 138/4 138/16
141/10 153/15 179/6
190/22 207/9 208/14
208/16 209/22 210/11
cousin [7] 41/2 41/3
51/19 51/20 69/4 106/10
120/17
cousins [1] 120/13
cover [1] 11/19
covered [3] 128/19
180/15 194/12
covers [1] 14/25
COVID [6] 17/6 20/25
28/24 29/10 133/4
137/12
COVID-19 [1] 137/12
CPA [5] 41/3 43/17
45/15 45/23 45/25
CR [4] 1/2 3/4 19/13
136/13
CRC [2] 1/23 211/14
credibility [9] 11/2
34/14 35/5 35/15 35/20
36/7 149/7 149/22
151/10
credible [2] 36/5 151/7
credit [4] 25/12 25/14
143/1 143/3
crime [6] 31/4 120/18

124/20 124/23 135/7
146/25
crimes [6] 24/12 30/3
39/21 141/25 146/1
180/13
criminal [91] 11/14
30/17 30/23 39/8 47/17
49/5 52/7 52/13 52/23
55/4 56/14 58/6 59/22
61/18 61/21 63/12 65/14
67/1 67/2 67/7 69/12
72/19 74/17 76/11 76/23
79/10 80/25 82/13 82/21
82/22 84/13 84/17 86/13
88/12 90/7 90/14 92/20
94/13 96/16 100/4
101/21 103/12 106/24
106/25 107/5 107/9
107/15 111/15 113/5
114/3 115/18 119/3
120/15 125/17 146/13
146/19 156/12 157/15
159/18 161/10 162/12
162/15 164/12 164/23
165/1 166/16 169/1
170/5 170/13 172/5
173/9 174/22 176/5
176/10 177/16 177/21
179/8 180/2 182/21
182/24 183/7 185/23
185/24 186/6 187/2
187/3 187/9 187/10
189/13 189/15 189/17
crisis [2] 28/25 133/15
cross [6] 6/4 8/15 8/22
9/2 10/18 11/25
cross-examination [2]
8/15 8/22
cross-examine [4] 6/4
9/2 10/18 11/25
CRR [2] 1/23 211/14
current [5] 78/4 106/18
108/22 178/4 189/18
currently [23] 8/16
10/24 13/22 16/19 19/1
40/11 40/13 43/6 44/17
45/23 48/9 53/20 66/4
77/24 79/6 79/23 81/16
83/14 89/19 97/16 106/8
107/13 163/7
custodian [4] 17/21
17/22 26/18 139/4
custodians [1] 26/21
custody [2] 82/22 82/23
Customer [1] 57/17
customers [1] 50/25
customized [1] 39/5
Customs [2] 51/19 51/25

**D**

D.C [1] 175/15
dabbled [1] 187/9
dad [1] 44/12
Dade [2] 108/17 163/19
daily [2] 29/10 87/14
Danger [2] 27/4 140/7

**D**

**Darcy** [1]  77/20
**date** [2]  9/25 211/14
**daughter** [6]  45/5 45/7
68/23 88/7 96/10 145/7
**daughters** [1]  165/1
**day** [24]  1/7 8/21 10/10
10/17 11/6 11/23 12/2
12/4 12/6 22/1 22/1
27/15 27/16 34/9 87/24
87/25 138/4 138/4 149/1
184/4 194/2 206/23
208/2 210/17
**days** [2]  27/13 143/18
**DC** [1]  175/19
**deal** [3]  30/7 146/4
163/5
**dealership** [3]  78/21
171/4 171/5
**dealing** [1]  110/24
**Debra** [2]  87/7 208/8
**deceased** [1]  120/7
**decide** [8]  20/13 23/14
34/17 123/22 129/7
137/1 141/8 149/10
**deciding** [3]  104/8
124/19 158/8
**decision** [8]  23/8 33/24
37/21 126/24 141/3
151/23 156/25 179/5
**decorations** [1]  76/3
**Dedidra** [1]  144/6
**deductions** [1]  118/1
**defend** [1]  9/1
**defendant** [67]  1/8 1/16
3/17 15/6 18/2 24/11
24/15 24/20 24/24 25/6
25/13 25/20 30/2 30/4
30/9 31/1 31/2 32/16
32/17 32/20 33/10 33/14
33/22 37/7 37/13 47/19
49/7 52/24 55/6 56/16
58/8 59/24 63/14 67/9
69/14 81/2 103/15 113/7
140/4 141/24 142/2
142/5 142/9 142/11
142/14 142/16 142/20
143/2 143/7 143/14
145/25 146/2 146/7
146/22 146/22 147/11
148/5 148/14 148/15
148/19 148/19 157/17
159/20 169/3 173/11
174/24 177/22
**defendant's** [16]  3/21
30/19 30/21 31/11 31/19
31/21 32/13 32/19 33/7
33/9 34/4 146/15 147/17
147/19 148/11 148/17
**defense** [28]  2/8 15/17
27/2 32/8 97/9 97/11
97/12 97/13 123/14
131/12 135/1 148/5
184/1 185/24 187/2
187/3 195/1 195/7
196/24 197/10 198/10

199/1 199/15 199/16
201/18 202/1 202/8
204/25
**define** [1]  103/14
**definition** [1]  31/17
**degree** [2]  108/8 156/10
**degrees** [1]  156/8
**delay** [1]  16/20
**deli** [1]  61/8
**deliberate** [2]  188/11
209/12
**deliberating** [1]  188/25
**deliberation** [3]  31/7
137/15 147/3
**deliberations** [6]  32/18
37/20 148/16 151/22
188/13 210/7
**Delions** [25]  3/22 4/11
4/11 4/16 4/21 5/2 5/11
5/15 8/5 10/10 10/18
10/23 11/5 12/12 12/20
13/4 13/20 15/15 17/3
18/6 18/11 26/18 139/4
153/21 191/6
**Delions'** [6]  3/24 6/11
6/18 9/17 11/14 207/15
**DeLuca** [3]  17/22 26/18
139/5
**democracy** [2]  20/9
136/22
**dental** [4]  87/9 87/12
87/14 87/15
**Dentex** [1]  45/6
**dentists** [1]  87/15
**deny** [1]  184/8
**Denyse** [2]  110/17 208/9
**department** [27]  36/14
48/10 48/11 48/25 59/2
65/1 65/2 65/5 69/2 69/3
80/9 81/19 81/21 81/25
97/14 97/18 98/7 99/16
106/2 108/1 108/16
109/14 126/13 155/11
169/16 177/3 177/8
**departments** [1]  70/22
**departure** [1]  78/15
**dependency** [3]  167/19
167/21 167/22
**depending** [1]  188/22
**deposits** [1]  87/25
**Depot** [1]  63/2
**depression** [4]  4/16 7/17
7/22 15/1
**deputy** [5]  21/24 22/15
70/20 138/4 138/16
**describe** [3]  25/2 86/15
94/17
**described** [3]  36/6 151/9
151/12
**description** [1]  24/18
**design** [2]  168/3 168/6
**desk** [1]  80/13
**DeSoto** [1]  48/10
**despite** [1]  53/6
**detail** [9]  10/8 10/8
24/13 24/17 25/3 36/25

142/7 176/6 180/15
**details** [2]  121/1 121/9
**determination** [2]  82/19
149/3
**determinations** [1]
34/10
**determine** [7]  14/14
23/7 24/16 30/13 141/2
142/6 146/10
**determined** [2]  30/25
146/21
**Detroit** [1]  69/1
**diagnosed** [2]  8/17 15/1
**DIANA** [5]  1/13 3/7
19/16 26/7 138/23
**diane** [7]  1/23 1/25 22/2
138/6 173/25 211/13
211/14
**Dibble** [1]  83/12
**DICOM** [1]  45/6
**did** [80]  10/7 10/10
15/19 15/19 25/6 40/4
41/4 42/5 42/8 42/12
44/13 48/11 62/17 62/22
64/8 64/15 66/5 72/7
73/10 75/19 80/3 80/11
80/12 80/13 81/20 91/10
94/22 95/20 100/24
103/18 104/1 105/9
105/11 105/11 107/2
108/5 110/21 114/22
114/24 119/9 120/19
121/5 131/9 133/16
135/12 150/17 156/5
156/8 158/20 168/1
170/9 170/10 172/6
175/14 175/21 177/7
185/10 185/18 185/25
186/2 186/4 186/6 186/8
186/21 186/23 187/2
187/3 187/10 187/11
187/13 189/19 189/22
189/23 190/14 191/2
193/10 198/23 199/13
200/12 205/2
**didn't** [19]  33/23 50/5
52/3 73/13 90/11 94/20
109/6 109/18 111/1
116/23 116/24 126/8
156/7 164/7 169/17
203/19 204/19 205/5
205/10
**difference** [1]  125/17
**different** [12]  5/24 5/24
78/23 108/1 124/4 124/6
175/19 175/21 182/23
184/12 184/12 187/14
**difficult** [10]  27/20 31/9
32/3 37/16 39/17 41/9
134/18 144/1 151/19
167/5
**difficulties** [1]  145/14
**difficulty** [15]  28/12
28/14 29/17 29/19 32/9
32/22 33/25 35/14 38/8
145/17 147/5 148/1

148/7 148/21 152/10
**dire** [11]  2/5 16/23
22/21 22/25 23/1 116/9
123/14 140/15 140/20
181/9 184/1
**Direct** [2]  26/19 139/5
**directed** [1]  6/2
**directly** [4]  5/1 22/2
176/7 181/17
**director** [3]  51/1 90/2
90/3
**disabilities** [2]  29/22
145/20
**disability** [2]  77/11
145/23
**disabled** [2]  75/18
144/17
**disagree** [6]  38/11 125/6
128/10 152/12 152/20
152/23
**disagreed** [1]  38/22
**disagreement** [2]  39/10
180/4
**disbarred** [1]  120/21
**disclosure** [2]  3/24
14/23
**discovered** [2]  4/22 4/25
**discovery** [1]  13/14
**discuss** [12]  11/20 30/16
35/23 36/24 38/15 76/15
150/5 152/16 153/10
190/8 209/10 209/10
**discussed** [3]  8/6 17/2
83/1
**discussion** [1]  16/24
**dismiss** [1]  16/4
**dismissed** [3]  61/20 65/9
94/11
**dismissing** [1]  16/6
**disparaging** [1]  188/10
**displayed** [1]  131/13
**disprove** [2]  32/8 148/6
**disputed** [1]  5/15
**disregard** [2]  38/5 152/6
**distance** [3]  21/8 21/10
137/20
**distribution** [1]  91/15
**district** [18]  1/1 1/1 1/11
1/24 20/2 20/3 20/7 74/5
83/15 85/16 136/17
136/17 136/19 169/14
169/15 169/19 169/21
211/15
**division** [2]  1/2 78/16
**divorced** [3]  47/10 57/21
73/10
**DJ'd** [1]  66/10
**docket** [1]  3/21
**doctor** [1]  42/4
**doctor's** [2]  42/8 42/13
**doctors'** [1]  155/20
**document** [1]  6/17
**documenting** [3]  6/11
8/4 15/9
**documents** [1]  18/5

**does** [91]  4/16 10/7
18/11 23/17 26/22 27/9
28/14 29/19 29/22 30/11
31/8 32/3 32/9 32/15
32/22 33/14 33/25 34/3
35/14 35/24 38/8 38/20
38/24 39/20 40/12 51/8
55/25 57/24 60/22 62/20
64/13 65/2 66/14 68/16
70/12 73/13 76/2 76/3
78/4 78/20 80/16 82/4
85/25 88/3 90/1 91/14
93/25 101/6 103/16
105/25 106/12 110/1
110/3 112/15 115/6
117/13 119/14 124/23
125/5 125/6 125/7
128/10 128/14 129/2
129/5 141/12 143/14
145/17 145/20 146/8
148/1 148/7 148/13
148/21 150/6 151/2
152/9 152/25 157/10
159/4 160/18 166/10
168/19 171/14 174/8
178/18 180/12 182/21
185/3 191/15 200/17
**doesn't** [9]  4/3 4/13 10/8
15/11 31/19 147/17
148/20 166/11 195/22
**dogs** [1]  102/25
**doing** [32]  5/24 50/17
51/13 53/5 58/24 61/4
62/11 71/25 73/19 75/21
83/17 85/12 87/10 91/11
98/19 99/11 99/12
102/18 105/19 109/14
115/3 155/13 156/13
158/24 172/22 172/24
175/16 177/5 182/8
182/13 188/25 189/2
**don't** [90]  4/15 7/2 7/16
7/18 9/4 9/8 9/10 9/25
10/19 11/17 11/23 12/10
12/18 12/23 13/1 13/9
13/10 13/15 14/21 17/16
29/12 33/18 33/21 36/15
44/12 50/1 52/15 53/18
66/17 71/9 77/5 82/22
98/25 101/15 101/19
104/5 106/11 106/15
106/16 116/25 118/22
121/1 122/13 122/20
122/22 122/25 126/9
126/11 126/18 128/2
128/5 128/8 128/9 131/9
131/21 133/13 134/24
136/1 136/3 137/8
138/18 150/24 154/4
156/17 156/22 158/5
165/15 167/3 167/3
172/2 172/14 174/18
175/19 178/10 179/2
179/11 185/2 186/22
186/24 188/14 188/19
189/1 192/8 192/12

**D**

**don't... [6]** 192/20 200/17 200/22 200/25 205/9 205/20
**done [11]** 15/23 16/19 21/1 61/3 73/25 74/22 113/15 116/12 137/19 156/17 187/4
**dosage [2]** 7/13 7/23
**doubt [30]** 24/15 30/9 30/14 31/14 31/17 31/20 31/21 31/22 31/22 31/25 32/20 33/8 33/9 33/19 38/17 124/21 125/4 128/3 142/5 146/6 146/11 147/12 147/13 147/18 147/19 147/20 147/20 147/23 148/18 152/18
**doubts [1]** 99/1
**down [9]** 22/4 70/6 83/24 102/9 109/11 109/19 138/7 144/23 189/3
**Dr [1]** 98/1
**draft [1]** 14/23
**drag [1]** 123/1
**driver [3]** 62/10 71/24 78/23
**driver's [1]** 74/20
**driving [2]** 172/7 187/15
**dropped [2]** 109/11 109/19
**drugs [1]** 9/12
**drunk [1]** 74/20
**DTS [5]** 17/25 25/5 25/5 142/18 142/18
**due [5]** 24/25 25/22 142/14 143/10 144/19
**DUI [2]** 172/7 187/15
**duly [4]** 2/9 22/20 139/21 209/1
**dumb [2]** 94/19 94/21
**during [16]** 7/3 7/17 8/14 17/25 18/2 21/13 25/18 32/18 70/5 100/24 124/10 131/8 143/6 148/16 194/6 209/21
**DURONEL [8]** 1/7 3/4 19/13 19/22 24/20 124/13 136/13 143/15
**duties [5]** 20/11 20/24 21/23 136/24 137/10
**duty [6]** 29/24 39/10 137/8 145/22 177/17 180/4

**E**

**each [13]** 7/3 16/22 16/23 21/3 34/9 34/9 36/24 46/13 116/3 116/4 149/2 155/2 203/14
**earlier [23]** 14/14 14/22 18/12 22/8 30/1 30/15 36/7 37/3 44/21 46/14 48/24 62/13 100/8 124/1

135/5 145/24 151/9 151/12 156/11 160/11 169/12 180/20 200/13
**early [3]** 110/21 121/12 143/20
**easier [2]** 22/7 138/10
**easy [1]** 4/25
**Eau [1]** 50/24
**educator [1]** 89/17
**effectively [1]** 11/24
**effort [1]** 183/11
**eight [5]** 52/10 53/22 85/13 110/19 201/18
**Eighteen [1]** 55/19
**either [40]** 24/6 39/15 47/19 49/7 52/24 55/5 56/15 58/7 59/24 63/14 67/9 69/13 72/19 79/10 81/2 82/6 82/14 84/10 84/13 88/12 90/15 96/16 100/4 103/15 108/22 113/5 113/6 115/11 115/19 119/21 119/24 124/11 141/19 157/16 159/18 164/23 169/3 173/11 174/23 177/22
**El [2]** 49/21 52/10
**elaborate [2]** 150/23 163/2
**Elbarki [2]** 27/3 140/6
**elderly [1]** 144/16
**electrical [1]** 68/21
**electrician's [1]** 66/21
**elects [1]** 32/17
**elementary [3]** 56/1 60/16 101/1
**elevator [1]** 188/9
**elevators [1]** 188/8
**Eleven [4]** 166/5 166/6 194/2 194/9
**Eleventh [1]** 186/19
**Ellie [2]** 27/4 140/7
**else [35]** 16/8 31/1 65/17 75/6 83/4 84/21 86/20 86/25 95/3 98/12 108/25 110/8 114/10 120/1 122/2 144/21 145/1 145/8 146/22 151/2 154/6 158/6 160/2 161/12 162/17 165/12 169/5 170/17 172/11 175/3 179/19 185/5 188/20 189/2 192/11
**elsewhere [2]** 25/19 143/7
**email [5]** 4/9 4/10 4/18 5/9 5/14
**Emily [1]** 3/11
**emit [1]** 21/3
**emotional [3]** 8/13 11/10 18/21
**emotionally [1]** 127/13
**emotions [2]** 37/21 151/23
**employed [21]** 42/10 42/11 47/22 48/23 51/17

54/2 54/2 59/18 61/14 63/6 63/8 64/4 64/22 77/3 79/23 83/14 94/8 159/9 168/17 173/14 174/11
**employee [3]** 61/11 118/11 174/9
**employee's [1]** 187/12
**employees [4]** 5/24 49/25 157/20 187/14
**employment [3]** 36/6 53/18 151/8
**enclosed [2]** 188/18 188/19
**encourage [1]** 137/4
**end [10]** 18/9 24/3 87/24 133/23 141/17 154/3 175/17 201/4 209/11 210/7
**endeavored [1]** 185/23
**ended [4]** 8/23 82/23 118/16 118/16
**ends [2]** 20/13 137/1
**enforce [2]** 22/12 138/14
**enforcement [104]** 7/8 35/19 35/23 36/1 36/5 36/18 47/22 48/23 48/25 51/17 54/25 56/3 56/6 58/2 59/18 61/14 63/6 64/22 67/11 67/16 68/25 69/6 70/17 71/2 71/5 71/12 72/22 72/23 74/13 74/15 76/7 77/3 79/2 79/6 80/7 80/10 80/21 82/6 82/9 84/10 86/9 88/16 90/17 90/19 91/23 91/24 91/25 92/2 92/9 94/8 96/12 97/16 98/9 99/22 99/25 101/13 103/5 103/8 104/13 104/14 106/8 106/9 106/11 106/18 108/11 108/14 108/22 111/13 112/24 114/1 115/11 115/14 124/4 125/22 125/25 127/4 127/8 149/25 150/2 150/5 150/8 150/16 150/17 151/3 151/7 157/4 157/8 159/9 159/12 160/21 160/24 161/3 166/18 166/21 168/17 168/18 168/23 171/17 173/14 174/11 178/2 178/21 178/25 193/7
**engaged [5]** 46/9 62/19 105/24 155/24 180/24
**engineer [4]** 68/21 88/8 102/21 158/17
**English [2]** 29/20 145/18
**enjoyable [1]** 181/22
**enough [5]** 15/13 103/2 131/13
**enrolled [3]** 40/1 42/24 180/19
**ensure [1]** 21/21 111/4

**entered [3]** 19/8 31/2 146/22
**entertain [1]** 4/2
**ENTIN [86]** 1/16 1/17 3/14 3/18 4/1 5/4 6/22 8/11 10/17 10/23 11/6 11/9 11/18 11/20 15/18 18/19 19/20 19/22 26/25 123/10 123/17 128/20 130/15 131/15 132/6 133/7 134/2 134/6 134/21 135/10 135/21 139/13 139/24 140/2 140/13 153/19 154/4 183/23 184/3 191/12 191/13 191/24 192/7 193/4 193/11 194/1 194/19 194/24 195/5 195/10 195/16 196/3 196/8 196/17 196/22 197/2 197/7 197/15 197/20 198/8 198/12 198/20 199/2 199/3 199/11 199/17 199/25 200/4 200/20 201/15 201/19 201/22 202/6 202/9 202/17 202/21 203/5 203/25 204/3 204/9 204/13 206/17 207/14 207/21 210/18 210/24
**entire [5]** 8/12 20/7 32/7 136/19 148/4
**entitled [6]** 25/12 25/14 124/14 143/1 143/3 211/12
**entity [1]** 104/13
**entry [1]** 3/21
**environmental [4]** 68/22 81/19 81/20 102/21
**equal [1]** 126/25
**equipment [6]** 73/10 73/16 73/18 73/19 73/21 118/10
**Erika [2]** 89/17 208/9
**Ervin [2]** 171/1 187/8
**escort [1]** 130/4
**ESQ [1]** 1/16
**essentially [1]** 23/1
**estate [1]** 48/21
**evaluate [5]** 23/5 35/5 35/15 140/24 149/22
**evasion [1]** 120/24
**even [5]** 38/22 109/16 152/20 152/23 188/19
**evening [4]** 27/15 143/20 210/8 210/22
**events [1]** 104/17
**ever [142]** 39/25 42/22 47/14 47/17 47/22 48/23 49/3 49/5 51/17 52/5 52/19 52/22 54/25 55/2 55/4 56/2 56/2 56/12 56/14 58/2 58/4 58/6 59/18 59/20 59/22 61/14 61/16 61/21 63/4 63/6

63/8 63/10 63/12 64/22 65/8 65/14 66/22 67/7 67/11 69/10 69/12 70/16 72/17 72/19 72/22 73/24 74/12 74/17 76/9 76/11 77/3 77/6 79/8 79/10 80/6 80/23 80/25 82/6 82/11 82/13 84/8 84/13 86/11 86/13 88/9 88/12 90/5 90/14 90/17 90/19 91/23 92/18 92/20 94/8 94/10 94/13 96/12 96/14 96/16 99/22 100/2 100/4 101/21 101/25 103/5 103/10 103/12 106/21 107/9 108/11 111/10 111/15 112/21 113/5 114/3 115/11 115/16 115/18 116/14 155/24 157/3 157/13 157/15 159/9 159/16 159/18 160/20 160/20 161/8 161/10 162/10 162/12 164/21 164/23 166/14 166/16 168/14 168/17 169/1 170/3 170/13 171/17 172/3 172/5 173/7 173/9 173/14 174/11 174/22 175/1 175/21 176/5 176/8 176/16 177/14 177/20 178/20 179/8 179/17 180/17 186/18 187/10
**every [12]** 31/4 34/9 35/21 52/20 57/7 118/8 133/25 146/25 149/11 150/4 194/2 207/12
**everybody [10]** 21/21 21/21 38/20 94/11 122/23 127/20 138/1 165/8 188/20 208/14
**everybody's [1]** 21/1
**everyone [9]** 124/24 125/5 128/14 129/5 182/20 182/21 184/21 185/3 201/5
**everything [13]** 16/8 22/4 22/5 42/5 42/6 87/18 99/17 109/19 138/7 138/8 163/25 189/9 207/7
**evidence [44]** 23/5 24/13 25/18 30/4 30/25 31/24 32/16 34/25 35/2 35/6 35/16 38/2 38/12 39/1 43/22 43/23 46/2 46/3 54/15 90/22 90/23 124/18 124/18 140/25 142/1 142/20 146/2 146/21 147/22 148/14 149/17 149/19 149/23 154/2 152/12 153/2 156/15 157/1 179/4 179/5 184/17 209/20 209/21 210/5
**evidentiary [2]** 17/1

**E**

evidentiary... [1] 210/17
evils [1] 119/21
ex [5] 74/4 74/6 74/7
 107/12 109/12
ex-girlfriend [1] 109/12
ex-husband's [1] 107/12
exactly [11] 4/5 6/7 6/23
 8/20 9/19 9/25 16/4
 44/13 104/5 106/11
 121/24
exam [1] 187/3
examination [88] 8/15
 8/22 22/25 23/3 28/1
 28/16 29/5 33/1 35/7
 36/9 40/7 40/22 41/15
 42/1 42/18 43/14 44/7
 45/2 45/12 46/21 48/5
 49/15 53/12 55/14 56/23
 58/16 60/6 62/5 63/21
 65/22 68/4 69/21 71/18
 73/5 75/13 77/21 79/18
 81/9 83/9 85/1 87/4
 89/12 91/3 93/4 95/9
 97/1 99/5 100/19 102/4
 104/21 108/3 110/12
 112/1 113/17 114/18
 116/19 117/7 117/20
 120/2 122/4 125/12
 126/3 126/19 140/22
 144/7 145/3 150/11
 155/6 158/12 160/7
 161/18 163/14 165/18
 167/15 169/10 170/22
 172/16 173/22 175/8
 176/23 178/11 181/11
 182/1 184/22 185/7
 187/6 187/23 189/11
examine [4] 6/4 9/2
 10/18 11/25
examiner [1] 18/4
example [2] 4/12 33/15
excellent [5] 45/9 50/16
 68/6 81/15 102/8
except [1] 188/5
exclude [4] 3/21 4/1
 31/20 147/18
exclusion [1] 33/19
exclusively [1] 187/4
excuse [5] 24/7 141/20
 169/20 191/1 200/22
excused [1] 208/17
execution [3] 17/25 18/3
 86/18
executive [1] 158/17
exist [1] 15/11
exists [2] 30/11 146/8
exits [1] 208/14
expect [2] 11/17 200/23
expected [3] 27/12
 143/17 210/15
expedited [3] 11/13
 11/17 154/10
experience [24] 23/9
 36/19 47/25 52/17 53/5
 62/16 74/21 75/6 90/21

98/6 108/25 117/2
 118/18 118/20 124/17
 126/5 137/8 141/4
 150/19 158/1 179/13
 181/21 183/3 183/8
experienced [1] 133/20
experiences [48] 49/10
 53/3 55/9 56/18 58/10
 60/2 62/1 63/17 65/18
 67/18 69/17 72/25 77/8
 79/14 81/5 83/4 84/21
 86/25 88/19 92/25 94/24
 95/3 96/20 100/14 104/2
 107/19 111/19 113/10
 114/11 115/23 124/3
 125/22 133/20 158/7
 159/23 160/3 161/13
 162/18 165/12 166/23
 169/6 170/18 172/11
 173/17 175/4 176/19
 179/20 184/11
expired [1] 187/16
explain [2] 24/12 141/25
explained [5] 118/15
 125/2 128/11 156/20
 184/13
explaining [1] 82/19
expressed [1] 100/8
extend [2] 20/5 136/18
extent [7] 5/18 6/5 7/25
 8/15 13/10 13/23 87/25
extremely [2] 11/13
 11/17
extrusion [1] 50/10

**F**

Fabrics [1] 115/2
facelift [1] 76/5
facility [1] 133/10
fact [9] 5/13 14/15 30/11
 31/6 125/5 134/4 146/8
 184/24 195/21
factor [2] 37/19 151/21
factors [8] 23/6 34/20
 35/2 36/6 141/1 149/13
 149/20 151/9
factory [1] 88/5
facts [10] 23/13 23/16
 37/20 38/16 53/8 104/5
 141/7 141/11 151/22
 152/17
facts and [1] 53/8
failed [5] 24/24 25/21
 37/8 142/14 143/9
fails [3] 32/20 33/8
 148/18
failure [1] 151/15
fair [138] 23/4 23/21
 36/20 37/12 38/2 39/17
 41/9 41/20 42/14 43/10
 44/22 45/8 48/1 49/11
 52/1 53/3 55/9 56/19
 58/11 60/3 62/1 63/18
 65/6 65/19 67/19 69/7
 69/18 71/6 73/1 74/9
 75/3 75/7 77/9 79/2

79/14 79/16 83/2 83/5
 84/19 84/22 85/21 86/22
 87/1 88/20 92/5 92/15
 93/1 94/25 95/4 96/20
 98/8 98/23 100/9 100/11
 100/14 101/14 104/3
 105/21 106/19 107/15
 107/19 108/23 109/1
 110/9 111/20 113/2
 113/10 114/8 114/11
 115/23 117/17 118/20
 119/17 122/24 123/6
 123/22 124/8 124/13
 124/14 124/15 126/2
 126/6 126/6 126/7 126/8
 126/16 130/22 131/3
 131/8 131/10 131/14
 132/6 132/11 132/20
 133/9 135/8 135/12
 140/23 150/20 150/24
 152/3 158/3 158/8
 159/13 159/24 160/3
 161/6 161/14 162/19
 164/14 165/14 166/25
 167/5 168/23 169/7
 170/18 171/25 172/13
 173/17 174/16 174/20
 175/5 176/3 176/20
 178/6 179/11 179/14
 179/21 183/16 183/19
 184/8 184/9 184/17
 184/18 193/8 193/10
 193/15 193/24
fairly [1] 36/16
faith [1] 10/19
false [6] 24/22 25/10
 37/7 142/11 142/24
 151/14
falsely [2] 25/11 142/25
familiar [1] 146/17
familiarize [2] 20/23
 137/9
family [110] 29/12 39/24
 42/22 46/7 47/18 47/21
 48/22 49/6 51/16 52/24
 53/24 54/24 55/5 56/15
 58/1 58/7 59/17 59/23
 61/13 61/22 63/13 64/21
 65/15 67/8 68/24 69/13
 70/19 71/2 72/20 72/23
 74/12 74/18 76/12 77/2
 81/1 82/8 82/14 82/25
 84/11 84/14 86/17 88/13
 88/15 90/15 90/15 92/21
 94/7 94/14 96/11 96/17
 98/19 98/20 98/21 99/24
 100/5 101/22 103/13
 103/16 103/18 103/20
 104/7 106/7 107/10
 108/13 111/12 111/16
 112/23 113/6 113/25
 114/4 115/13 115/19
 116/14 120/7 120/13
 120/19 121/11 125/21
 126/5 127/19 127/19
 132/13 135/7 145/8

150/20 157/16 159/8
 159/19 160/23 162/14
 164/24 166/20 168/16
 169/2 170/14 171/16
 173/10 173/13 173/19
 174/10 174/23 177/22
 178/20 178/22 180/16
 180/22 183/4 183/6
 184/12 194/8
family's [1] 178/24
far [15] 5/19 5/19 8/19
 15/10 16/3 70/22 132/22
 134/12 137/12 156/7
 162/25 181/24 183/15
 194/5 204/23
farm [1] 55/22
fashion [2] 130/13
 151/12
father [7] 28/8 43/17
 45/15 45/23 70/20
 108/15 127/15
father's [2] 44/20 45/25
FBI [1] 70/24
FDA [2] 50/20 50/21
federal [24] 20/1 39/8
 39/21 46/9 46/9 52/14
 74/5 120/22 121/2 121/5
 125/25 126/1 137/21
 163/24 175/15 175/25
 176/2 180/2 180/12
 180/24 180/24 186/8
 186/10 187/20
federales [1] 178/23
feel [29] 20/20 20/21
 23/23 24/5 24/5 34/3
 35/4 35/15 37/11 37/16
 37/17 39/20 116/5 125/7
 129/2 137/8 141/18
 149/21 151/16 151/19
 151/20 156/24 165/9
 167/8 180/12 186/10
feelings [7] 35/25 37/23
 117/3 150/7 151/3
 151/25 180/9
feels [2] 38/1 152/3
fees [1] 119/11
Felice [1] 208/8
fellow [4] 23/25 33/20
 141/14 165/6
felony [1] 109/10
felt [2] 17/5 119/7
fencing [2] 62/23 62/24
few [12] 24/13 24/18
 39/4 76/13 80/9 116/11
 124/9 142/7 157/3
 159/10 179/24 208/13
FHP [1] 78/24
fiance [1] 105/25
fiancee [1] 62/20
field [4] 70/2 78/11
 99/14 155/20
Fifteen [2] 80/2 158/19
fifth [3] 25/16 143/5
 198/11
figure [4] 125/9 157/24

183/18 190/17
filed [4] 24/11 30/2
 141/24 145/25
files [1] 207/7
filing [4] 24/22 37/7
 142/11 151/14
final [3] 126/24 193/16
 205/25
finally [2] 181/2 210/4
finances [1] 163/25
find [11] 10/1 13/3
 32/20 33/9 33/22 36/4
 133/22 148/19 151/6
 184/6 184/15
finding [1] 182/16
fine [3] 121/10 188/1
 188/5
finish [2] 6/24 164/7
finished [1] 205/6
Fiorella [1] 113/14
fire [8] 62/17 73/10
 73/16 73/18 73/19 73/21
 87/16 118/10
firearms [1] 85/11
firm [1] 158/23
first [32] 3/21 5/14 12/4
 12/23 17/20 18/6 20/20
 21/23 24/21 25/3 27/3
 30/17 37/6 68/6 77/7
 130/16 137/8 142/10
 153/8 155/4 156/3 164/5
 164/16 165/15 165/16
 167/11 203/18 205/10
 205/12 205/13 205/15
 206/12
fiscal [1] 44/15
fisherman [1] 91/19
FIU [1] 185/10
five [8] 58/25 73/22
 81/18 92/13 97/15
 105/17 200/9 206/3
FL [1] 211/16
FLORIDA [22] 1/1 1/6
 1/15 1/18 1/24 20/3 20/7
 25/19 48/10 79/24 81/19
 82/18 85/15 85/17 115/2
 115/8 121/19 136/18
 136/19 143/7 157/18
 171/19
flsd.uscourts.gov [1]
 1/25
fluid [1] 15/6
flying [1] 121/16
follow [15] 16/24 23/4
 34/4 38/22 41/14 87/16
 116/3 122/6 123/25
 140/23 152/23 181/7
 183/12 186/14 186/16
follow-up [7] 16/24
 41/14 87/16 116/3 122/6
 181/7 183/12
followed [2] 23/15
 141/10
following [3] 27/2 154/6
 206/1
follows [3] 147/15

**F**

follows... [2] 194/15 209/8
Force [1] 62/17
foregoing [1] 211/10
Foreman [1] 94/3
foreperson [7] 52/19 66/24 107/3 170/10 170/12 176/16 177/18
forgive [1] 164/19
forgot [1] 200/14
fork [1] 81/15
forklift [2] 50/13 51/14
form [1] 210/4
formal [2] 46/8 180/23
former [9] 36/14 48/10 74/8 86/16 98/9 98/9 106/14 107/14 126/12
FORT [13] 1/2 1/6 1/15 1/18 1/24 20/1 70/6 70/25 78/25 136/16 158/16 181/20 211/16
forth [3] 57/19 118/8 182/7
Forty [2] 144/10 144/11
Forty-four [2] 144/10 144/11
forward [2] 182/15 182/16
Forwarding [2] 80/5 80/6
found [5] 30/10 98/16 109/13 126/13 146/7
foundational [1] 146/12
four [18] 21/2 24/21 25/3 30/6 37/6 57/10 61/8 83/21 99/21 110/5 134/23 137/13 142/10 144/10 144/11 182/9 197/10 199/7
Fourteen [2] 47/3 89/21
Fourth [2] 85/16 112/8
FPL [2] 70/21 70/22
frailties [1] 185/4
framework [2] 20/12 136/25
Francisco [1] 51/13
frankly [1] 186/18
fraudulent [2] 25/10 142/24
Fred [1] 175/11
Freight [2] 80/4 80/6
frequently [3] 51/21 51/22 187/13
fresh [1] 44/16
Friday [5] 28/8 200/15 200/19 200/24 201/12
friend [56] 42/22 47/19 47/22 48/23 49/6 51/17 52/24 54/24 56/15 58/2 59/17 61/14 61/23 63/14 64/21 67/9 69/13 72/20 74/19 76/12 77/3 79/11 81/2 82/15 84/14 88/13 90/15 92/22 94/8 94/15 96/17 100/5 101/23

103/13 107/11 111/17 113/6 114/5 115/20 157/16 159/9 159/19 168/16 168/18 168/19 169/3 170/15 171/19 171/21 173/11 173/14 174/10 174/24 177/22 180/16 180/22
friend's [3] 64/6 70/24 168/22
friends [34] 43/18 43/21 68/25 70/25 71/2 74/15 79/6 80/20 82/8 84/11 86/8 88/15 91/24 92/8 96/12 99/24 103/7 104/7 106/7 108/13 111/12 112/23 113/25 115/13 159/10 159/12 160/23 161/2 162/14 166/20 171/17 172/6 172/6 178/1
friendships [1] 92/14
front [9] 9/24 12/24 13/15 22/2 80/13 123/12 138/6 179/11 191/6
FSU [1] 86/2
Fuld [1] 36/12
fulfilling [2] 37/22 151/24
full [2] 64/20 86/1
full-time [2] 64/20 86/1
functions [1] 194/9
further [11] 4/4 11/20 12/10 14/4 15/18 20/23 123/8 129/20 163/12 173/21 208/12

**G**

Gabbard [4] 100/22 125/20 126/5 131/5
Gainesville [2] 171/19 171/22
gallery [1] 16/16
gas [8] 57/5 57/12 57/15 117/25 165/24 166/1 166/2 166/2
gatekeeper [1] 5/11
gather [1] 16/14
gave [1] 117/24
general [5] 46/10 122/19 171/4 171/8 180/25
General's [1] 85/18
generally [2] 27/13 143/19
gentlemen [12] 19/10 19/21 19/25 23/11 123/15 129/19 136/8 140/1 154/24 184/2 209/3 209/9
geologist [1] 82/5
Georgia [1] 63/3
get [31] 17/14 27/23 40/25 41/24 51/20 52/16 121/9 122/8 123/21 126/7 126/8 130/3 136/1 144/4 145/9 156/8

182/11 184/16 188/2 188/5 188/8 188/14 189/4 189/16 192/21 195/23 198/2 200/18 200/25 207/3 209/7
gets [4] 121/4 145/12 199/16 204/12
getting [4] 7/19 42/6 57/5 82/23
girl [1] 44/15
girlfriend [2] 99/19 109/12
Girouard [3] 58/19 206/4 208/7
give [12] 11/6 12/2 24/18 31/15 33/15 38/19 38/25 76/19 126/25 142/8 153/1 154/5
given [8] 15/13 153/20 156/12 171/23 204/25 205/1 205/7 207/21
gives [3] 7/6 12/5 201/7
giving [2] 24/7 124/13 141/20
Glass [12] 19/11 21/24 22/19 130/2 132/23 136/10 138/3 139/17 154/20 207/3 208/18 208/23
Glen [1] 85/7
go [31] 13/15 18/4 20/22 24/17 33/17 36/25 40/2 59/11 71/10 106/14 108/5 108/7 118/23 119/21 129/3 130/2 130/18 133/2 137/10 142/7 146/13 147/9 156/7 186/6 186/8 187/20 188/7 188/9 189/23 190/20 205/25
goal [2] 23/7 141/2
godson [2] 106/4 106/5
goes [3] 9/13 70/23 106/6
going [100] 4/17 5/4 6/1 8/10 8/23 10/14 10/15 10/16 11/12 12/1 12/11 16/15 16/18 17/14 18/6 18/8 22/22 24/17 26/1 26/2 31/14 33/22 34/13 34/15 37/15 38/4 39/4 46/12 71/10 71/11 71/13 71/14 99/17 108/2 116/2 118/16 118/19 118/23 119/10 122/7 122/14 127/1 126/1 127/2 127/10 127/13 127/14 127/15 127/19 127/20 127/22 129/19 131/11 133/5 134/16 134/17 134/17 135/2 136/3 138/19 140/16 142/7 147/13 149/7 149/8 149/25 153/6 162/21 164/17 164/25 172/25 181/6 184/5 186/13

186/14 188/6 188/6 188/13 188/21 189/7 190/5 190/6 191/20 192/10 192/16 192/21 192/24 193/5 193/12 194/13 195/20 200/13 201/1 201/4 206/21 206/22 206/22 208/3 209/4 209/7
gone [4] 123/20 150/3 185/9 209/4
good [97] 3/8 3/9 3/13 3/14 3/15 3/18 19/10 19/17 19/19 19/21 19/25 26/7 28/18 29/7 36/11 36/12 42/3 42/20 42/21 44/9 44/10 45/4 45/14 46/23 46/24 48/7 49/17 51/5 53/14 55/16 56/25 57/1 58/18 60/8 62/7 63/23 66/1 66/2 69/23 71/20 73/9 75/15 79/20 79/21 81/11 81/12 83/11 83/12 85/3 85/8 87/6 87/7 88/24 89/14 89/15 91/5 91/6 93/6 95/11 97/3 97/5 97/6 102/6 104/7 104/23 110/14 112/3 114/20 116/11 119/8 119/15 123/15 127/21 128/6 136/8 136/15 138/23 139/15 140/1 150/13 150/24 160/9 163/16 164/18 165/20 165/21 165/22 170/24 171/1 172/18 172/19 173/24 175/12 176/25 177/2 184/2 184/20
goods [1] 132/15
Goodwill [2] 78/1 78/13
got [14] 61/20 64/11 64/11 64/18 76/22 106/1 116/23 119/25 120/20 120/22 121/18 129/15 154/13 205/14
government [54] 1/13 2/7 3/6 3/22 4/1 10/20 10/21 11/12 13/2 16/4 19/15 26/17 27/8 30/8 30/13 31/13 32/6 32/18 33/7 33/8 33/18 33/21 35/18 37/13 116/8 116/9 119/1 120/20 121/5 121/23 124/25 125/2 128/11 130/14 130/17 146/5 146/10 147/10 147/10 148/3 148/17 175/15 175/18 176/2 181/9 184/24 185/1 194/14 195/4 195/24 197/25 199/7 200/8 204/24
Government's [11] 12/13 24/14 30/18 31/18 31/20 125/10 128/2

142/4 147/11 147/16 147/18
governor [2] 97/20 97/21
grade [2] 21/4 112/8
graduated [1] 185/22
grand [1] 177/17
grandfather [3] 150/16 174/12 193/8
grant [6] 13/18 14/1 27/3 131/9 131/11 140/6
graphic [2] 174/2 174/3
grateful [1] 208/2
gratitude [2] 20/6 136/19
Graves [4] 161/21 181/14 185/9 191/2
Gray [3] 73/8 117/22 125/14
great [4] 30/7 120/23 121/19 146/4
Greg [2] 27/4 140/7
greyhound [1] 121/19
Gross [1] 181/13
groundsman [1] 113/15
group [9] 27/3 46/8 93/12 124/6 136/2 140/23 171/4 180/23 190/24
guarantied [2] 31/5 147/1
guess [5] 53/5 94/11 119/17 123/16 157/10
guidelines [7] 34/8 34/13 34/13 35/19 149/1 149/6 150/2
guilt [9] 31/11 31/19 31/21 32/19 33/7 33/9 147/17 147/19 148/18
guilty [22] 24/15 30/6 30/9 30/10 31/3 31/8 32/21 33/10 33/22 125/5 125/11 126/14 127/9 129/2 142/3 142/5 146/4 146/7 146/7 146/23 147/4 148/19
guy [1] 94/3
guys [2] 15/25 183/13

**H**

had [54] 4/11 4/22 4/23 5/13 5/16 5/20 9/11 10/13 12/6 14/16 17/6 18/16 25/12 25/15 55/22 57/19 67/4 74/1 74/4 74/20 89/7 98/16 100/7 105/10 109/10 109/21 117/25 118/6 118/15 123/4 124/4 130/8 131/2 132/15 143/1 143/4 154/17 159/21 175/19 183/8 185/9 185/9 185/15 187/16 189/18 189/18 189/20 201/2 201/6 204/19 204/22 205/6 205/11 210/14

# H

**half [10]** 9/3 16/1 27/15 62/17 72/8 98/21 110/5 122/16 155/18 171/6
**hallway [1]** 132/23
**hand [7]** 25/24 41/13 104/20 143/12 144/3 150/10 208/25
**hands [53]** 25/25 26/24 27/11 28/13 29/21 29/25 31/10 32/5 32/11 34/2 34/5 35/17 36/3 37/2 37/14 37/25 38/3 38/10 38/23 39/3 39/13 39/19 39/23 46/6 46/11 116/16 123/7 139/12 139/20 140/14 143/13 143/16 145/16 145/19 145/23 147/7 148/9 148/23 149/24 151/5 151/11 151/18 152/2 152/5 152/11 152/24 153/4 180/7 180/11 180/14 180/21 181/1 181/5
**handyman [2]** 66/6 66/9
**hang [1]** 208/13
**happen [2]** 8/24 189/8
**happened [7]** 30/12 104/6 125/9 146/9 154/5 157/25 173/19
**happening [1]** 193/22
**happens [1]** 182/17
**happily [2]** 88/4 95/16
**hard [9]** 98/15 98/19 98/20 98/22 104/7 109/21 122/10 133/12 195/21
**has [103]** 4/22 4/23 7/7 7/24 8/1 8/17 9/9 12/25 13/11 13/11 13/23 15/13 18/19 21/1 24/5 24/6 24/11 27/18 28/23 31/2 31/20 32/6 32/18 33/7 33/18 33/21 34/24 36/14 38/12 40/15 41/17 60/23 60/24 61/3 66/16 70/14 78/22 78/23 80/18 91/17 94/2 98/2 98/4 98/22 101/10 104/10 106/5 112/17 116/12 116/14 117/10 117/12 120/14 122/25 123/3 123/20 124/20 124/25 125/2 128/11 129/6 133/10 134/19 141/18 141/24 142/2 143/24 145/1 146/22 147/18 148/3 148/17 152/13 157/10 159/6 182/20 183/3 183/6 183/7 183/13 184/18 191/6 192/21 194/8 195/1 195/4 195/7 195/21 195/24 196/24 197/10 198/10 199/7 199/15 200/8 201/18 202/1 202/8 204/24

205/1 207/14 208/1 210/5
**hasn't [1]** 141/19
**Hatfield [3]** 89/17 206/10 208/9
**hats [1]** 54/12
**have [559]**
**have no [1]** 131/25
**haven't [1]** 188/16
**having [9]** 4/20 5/2 7/19 71/4 98/15 129/14 153/22 188/11 195/21
**he [148]** 4/9 4/22 4/23 14/10 24/11 25/5 30/2 30/3 30/9 31/3 33/22 37/8 40/11 40/12 40/13 40/15 44/13 44/13 45/24 56/1 57/24 60/23 60/24 61/3 64/14 64/15 64/16 64/17 65/2 65/3 66/21 68/17 68/20 69/2 69/4 70/13 70/14 70/15 70/21 76/2 76/3 76/4 82/5 82/5 82/23 88/4 88/4 90/2 91/19 94/1 94/2 98/19 101/7 101/10 101/11 106/1 106/6 108/16 112/16 112/17 112/25 120/17 120/19 120/19 120/19 120/20 120/21 120/21 120/22 120/22 120/22 120/24 120/25 121/1 121/4 121/12 121/13 121/14 121/15 121/17 121/18 121/18 121/19 124/8 124/14 124/20 124/22 124/22 124/23 125/5 127/9 127/10 129/2 129/3 129/6 131/18 131/18 131/19 131/19 131/25 132/5 132/11 132/11 132/17 132/18 132/20 135/8 135/8 135/11 135/12 135/12 139/2 140/3 141/24 142/3 142/18 145/12 145/25 146/1 146/7 146/23 148/15 149/4 157/12 157/12 159/5 159/6 174/9 178/19 191/2 191/5 191/7 191/8 192/21 193/6 193/7 193/8 193/10 193/15 193/21 194/1 194/1 194/2 194/5 194/8 194/8 194/8 194/9 194/9
**head [2]** 146/16 164/1
**headed [1]** 157/23
**heading [1]** 145/8
**heads [6]** 30/20 30/22 32/12 146/18 148/10 148/12
**health [14]** 7/21 8/15 11/11 18/21 29/10 77/24 81/25 82/1 99/9 99/10

106/2 140/2 144/20 207/17
**healthcare [2]** 78/11 99/14
**hear [19]** 4/6 15/19 21/19 34/21 38/2 52/3 73/3 111/1 128/13 134/6 149/14 150/17 152/4 165/25 189/20 193/10 193/23 199/13 209/21
**heard [14]** 25/23 30/21 32/13 101/18 122/19 124/12 129/1 143/11 146/15 148/11 182/20 187/9 194/3 210/13
**hearing [16]** 9/9 9/21 9/23 10/2 10/4 21/21 29/23 35/5 35/16 35/18 75/1 123/18 124/18 145/21 149/22 149/25
**hearings [1]** 9/19
**heart [1]** 30/17
**heavily [1]** 8/11
**heavy [3]** 31/18 77/12 147/16
**held [30]** 40/9 40/17 47/6 48/13 50/17 55/20 57/9 57/16 59/5 60/18 60/24 66/16 70/14 78/14 78/22 80/18 91/17 94/2 96/2 98/4 105/14 112/17 159/6 162/3 166/4 168/7 171/10 173/1 174/3 178/13
**helicopter [1]** 47/5
**Hello [7]** 69/25 95/13 100/21 120/5 120/6 160/10 169/12
**help [2]** 50/21 122/13
**helped [1]** 81/22
**helps [1]** 144/21
**Hematology [1]** 107/25
**Hemmingway [2]** 27/4 140/7
**her [78]** 4/12 4/17 4/17 4/23 4/24 5/19 5/19 6/2 6/4 6/5 6/5 6/13 7/3 7/11 7/21 7/22 7/22 8/1 8/6 8/6 8/12 8/13 8/15 9/2 9/9 9/23 11/2 11/2 11/10 11/25 12/12 13/2 13/6 13/10 13/12 13/17 13/13 13/25 14/9 14/10 15/15 17/6 17/8 17/13 18/21 22/7 27/23 41/2 45/7 61/10 62/22 74/4 98/2 126/23 133/21 134/18 134/19 135/6 138/10 144/3 153/22 181/3 186/14 191/6 191/15 191/15 191/18 191/22 192/6 192/13 195/20 195/23 200/14 200/16 200/22 201/1 201/12 207/17

**here [85]** 3/20 9/4 14/11 15/2 15/8 20/6 21/25 24/10 24/10 24/16 26/22 27/18 28/14 29/19 29/22 30/1 30/13 31/9 32/3 35/14 35/24 37/22 38/1 38/8 38/21 38/24 39/14 39/20 42/17 46/7 57/25 68/2 95/17 102/7 102/17 116/14 117/6 118/21 122/19 123/4 124/2 124/3 124/6 124/9 129/3 129/6 136/18 138/13 141/23 141/23 142/6 143/14 143/24 145/17 145/20 145/24 146/10 148/1 150/6 151/2 151/25 152/3 152/10 152/21 152/25 153/23 157/18 159/22 162/21 164/17 165/8 181/20 182/7 183/6 184/4 188/5 188/11 189/2 189/9 190/6 195/22 201/3 207/7 211/2 211/3
**hereby [1]** 211/10
**hesitation [7]** 32/1 32/9 32/22 44/3 147/25 148/7 174/19
**Hi [4]** 42/4 43/17 67/24 93/7
**high [7]** 29/11 44/16 83/15 93/22 101/3 110/17 171/15
**Highway [4]** 1/14 108/18 108/19 211/15
**him [14]** 33/15 33/25 120/21 126/13 126/13 135/11 145/7 145/9 148/20 192/25 193/10 193/25 194/3 194/7
**himself [1]** 82/5
**hire [1]** 87/16
**his [27]** 3/16 22/12 31/12 33/24 42/4 60/24 86/18 94/4 95/19 98/19 98/20 121/3 124/22 125/11 131/18 135/5 138/14 150/10 157/19 159/6 181/3 192/21 193/7 193/8 193/15 193/23 194/8
**Histology [1]** 86/4
**historic [1]** 102/17
**hold [11]** 23/9 33/15 33/24 64/15 75/19 80/3 91/10 95/24 141/4 148/20 156/22
**holding [1]** 125/21
**holdover [1]** 203/18
**holds [2]** 39/14 180/8
**Hollywood [1]** 121/20
**home [15]** 29/9 29/13 63/2 70/8 78/6 91/8 91/10 99/9 99/10 144/17 144/18 159/21 167/25

168/1 171/8
**homeless [2]** 98/20 132/13 135/7
**homemaker [1]** 166/11
**homes [1]** 92/5
**Hometown [1]** 93/12
**honest [7]** 71/8 71/13 101/15 118/22 127/25 167/9 188/16
**honesty [4]** 101/20 124/2 125/19 141/18
**Honor [76]** 3/8 3/15 4/7 4/8 5/6 6/13 8/8 9/18 14/9 14/13 14/21 16/1 16/5 16/12 17/4 17/11 17/20 18/25 19/4 27/1 88/11 103/4 116/10 122/17 123/8 123/11 130/5 130/24 131/25 132/10 132/16 132/24 133/3 133/22 134/5 134/16 135/4 135/18 135/20 135/23 135/25 139/14 139/25 153/20 154/7 154/10 154/21 181/10 183/13 183/24 190/14 190/18 190/19 191/19 192/2 192/9 192/24 193/3 193/6 193/18 193/20 194/5 199/6 200/11 201/25 203/20 204/2 205/19 206/16 206/19 207/5 207/6 207/22 208/20 210/19 210/21
**Honor's [1]** 11/22
**HONORABLE [1]** 1/10
**hope [6]** 16/19 98/25 101/19 126/18 164/16 167/12
**hopefully [1]** 16/20
**hoping [1]** 17/12
**hospital [3]** 55/17 68/22 133/4
**hotels [1]** 118/9
**hour [6]** 16/1 77/16 77/17 133/21 134/1 154/11
**house [2]** 144/22 182/24
**housekeeping [2]** 86/7 91/11
**houseman [1]** 83/20
**houses [2]** 92/3 102/17
**how [79]** 5/17 5/19 5/19 7/25 13/11 13/12 15/25 20/17 30/20 32/12 33/16 36/7 40/15 42/8 45/17 47/2 48/11 52/9 53/21 55/17 57/9 58/24 60/12 62/11 67/3 70/2 71/25 72/7 74/2 77/14 79/25 83/17 85/12 87/10 89/20 92/1 92/12 93/16 95/20 99/11 101/10 102/18 105/4 110/18 112/9 114/24 121/4 124/22

**H**

**how... [31]** 124/22
126/21 129/13 129/15
130/8 146/15 148/10
151/9 154/5 155/13
158/18 160/14 162/1
163/20 163/25 167/22
171/5 172/22 175/19
176/14 177/5 185/18
187/2 187/25 188/21
192/20 200/18 200/18
200/23 200/25 201/6
**however [7]** 21/7 38/17
117/24 118/12 137/22
152/18 163/5
**HR [1]** 163/25
**huge [1]** 121/17
**hum [1]** 21/4
**human [3]** 54/9 127/8
185/4
**Hunt [3]** 110/17 206/11
208/9
**hurt [1]** 133/21
**husband [8]** 61/10 70/24
91/15 91/17 96/9 126/12
159/21 182/13
**husband's [3]** 69/4
101/12 107/12
**Hutchison [1]** 83/20
**hygienists [1]** 87/15

**I**

**I'll [20]** 4/6 6/15 13/18
16/2 20/3 36/23 37/5
40/25 41/24 87/24
116/17 132/24 135/1
154/14 188/16 193/23
194/10 194/14 210/22
211/1
**I'm [158]** 5/4 5/9 5/17
5/18 6/6 6/16 8/20 11/12
16/9 20/2 22/5 22/22
24/17 26/1 26/2 26/8
28/8 28/15 28/23 29/10
29/13 30/22 31/14 32/14
33/22 36/14 37/15 39/4
40/11 40/15 40/25 42/11
44/1 45/15 45/15 46/12
47/5 48/9 49/21 50/5
50/19 54/3 54/19 57/5
57/6 60/11 66/4 67/25
68/2 70/1 71/10 71/11
71/13 71/14 71/24 73/10
73/13 75/1 75/18 77/12
79/23 81/16 83/25 89/17
91/8 93/11 95/16 97/7
98/15 103/1 106/10
107/12 109/9 111/1
114/21 116/2 116/22
117/11 122/10 123/3
126/2 126/25 127/2
127/11 127/12 127/13
127/14 127/15 127/18
127/21 127/21 127/25
129/14 129/19 131/11
131/23 132/8 132/16

133/22 134/7 134/19
135/2 138/19 139/16
140/2 140/16 142/7
146/18 147/13 153/6
155/10 157/21 160/13
161/23 162/7 162/20
162/23 163/18 164/16
164/17 164/18 165/24
165/25 167/2 167/19
167/20 167/21 169/16
171/1 175/13 178/14
181/6 181/15 182/15
182/16 184/5 186/3
188/1 188/10 188/18
190/6 190/17 190/19
191/20 193/5 193/12
193/21 195/20 198/23
201/4 203/20 203/20
204/24 205/4 205/15
206/5 208/3 209/7
**I've [7]** 50/9 127/18
172/24 172/24 189/2
189/8 205/14
**I-N-D-E-X [1]** 2/1
**IAFF16949 [2]** 50/4
50/7
**IBM [3]** 96/5 96/6 115/7
**idea [6]** 39/10 167/1
167/3 167/11 180/4
194/4
**identified [2]** 105/15
140/11
**Iglesias [3]** 163/18 182/3
187/25
**immediate [1]** 120/12
**immigration [1]** 52/14
**impact [39]** 4/17 41/19
42/13 43/9 43/21 44/21
46/1 47/25 49/10 51/25
53/3 54/14 55/9 60/2
62/1 63/17 65/5 69/7
69/17 71/6 74/9 74/22
74/24 79/2 81/5 83/1
85/20 92/25 96/20
101/13 101/16 105/20
107/15 113/10 114/8
158/3 161/5 173/17
183/15
**impairments [2]** 29/23
145/21
**impartial [113]** 23/4
23/21 36/20 37/12 39/1
39/17 41/9 41/20 42/14
43/10 44/22 45/8 48/1
49/11 52/1 53/4 55/10
56/19 58/12 60/3 62/2
63/18 65/6 65/19 67/20
69/8 69/18 71/7 73/1
74/10 75/4 75/7 77/10
79/3 79/15 81/6 83/2
83/5 84/19 84/22 85/21
86/22 87/1 88/20 92/6
92/16 93/1 94/25 95/4
96/21 98/8 98/24 100/10
100/11 100/15 101/14
104/4 104/8 105/21

106/7 107/16 107/20
108/23 109/1 110/9
111/20 113/2 113/11
114/8 114/12 115/24
117/17 118/21 119/17
122/24 123/6 123/23
132/11 140/23 150/21
153/1 158/3 158/9
159/13 159/24 160/4
161/6 161/15 162/19
164/15 165/14 166/25
168/24 169/7 170/19
171/25 172/13 173/18
174/16 174/20 175/5
176/3 176/20 178/6
179/1 179/14 179/21
181/24 183/16 183/19
184/17 193/9 193/24
**impartiality [1]** 162/25
**impartially [1]** 31/24
147/22 162/20
**impede [6]** 41/19 42/13
43/9 175/4 176/2 188/6
**importance [1]** 137/1
**important [11]** 6/4
20/11 20/17 23/12 32/2
123/20 124/17 125/23
136/24 141/6 147/25
**imposition [2]** 38/6
152/8
**inadequate [1]** 20/22
**inappropriate [1]** 191/7
**incapable [2]** 29/24
145/22
**included [1]** 207/17
**includes [1]** 11/15
**including [6]** 10/24 22/4
34/20 138/9 149/13
207/17
**income [20]** 24/25 25/9
25/13 25/15 25/20 25/21
25/22 39/8 39/11 142/14
142/23 143/2 143/4
143/8 143/8 143/9
143/10 180/2 180/5
181/3
**incomplete [1]** 7/4
**inconsistent [1]** 7/4
**incorrect [1]** 205/3
**incorrectly [2]** 109/17
109/22
**Indeed [2]** 31/2 146/22
**independent [1]** 6/17
**Indian [5]** 28/24 64/25
106/14 108/7 189/24
**indicated [8]** 131/2
132/5 134/24 145/2
156/11 185/9 187/8
188/2
**indication [2]** 15/2
15/10
**indicted [1]** 120/17
**indictment [26]** 16/10
24/11 24/13 24/19 25/6
25/17 30/2 30/4 30/4
30/6 30/11 30/23 37/5

39/6 141/24 142/1 142/2
142/9 142/16 142/19
145/25 146/2 146/2
146/3 146/8 146/19
**indirectly [2]** 5/1 86/14
**indispensable [1]** 20/14
**individual [5]** 17/10
25/9 46/12 132/14
142/23
**individually [2]** 123/22
155/2
**individuals [6]** 69/6
92/12 106/17 161/5
180/17 206/2
**industrial [2]** 49/24
172/21
**industries [1]** 155/19
**influence [8]** 84/22
85/20 92/25 95/4 101/13
109/1 114/11 159/13
**influenced [4]** 23/6 23/8
140/25 141/3
**influx [1]** 29/11
**inform [1]** 105/12
**informal [2]** 46/8 180/23
**information [19]** 5/7 5/8
5/10 5/11 5/12 7/15 7/21
7/22 7/25 8/14 12/17
12/21 12/25 13/3 14/17
15/11 22/14 138/15
175/18
**informing [4]** 24/11
30/2 141/24 145/25
**infringe [1]** 181/4
**Ingram [2]** 150/14
112/18
**initiate [1]** 192/8
**initiative [1]** 49/25
**injury [3]** 161/25 186/25
187/4
**innocence [7]** 30/18
30/21 32/16 125/11
146/14 146/16 148/14
**innocent [4]** 31/3 31/5
146/24 147/1
**inquire [2]** 10/23 12/20
**inquiry [1]** 6/6
**inspection [2]** 73/16
73/19
**inspector [1]** 82/1
**installation [1]** 73/20
**instances [2]** 107/7
114/7
**instruct [13]** 20/24
38/18 39/2 43/24 46/3
54/17 90/24 137/10
152/19 153/3 156/25
157/1 186/13
**instructed [2]** 38/4
152/6
**instruction [2]** 31/14
147/14
**instructions [4]** 129/20
206/24 208/12 209/8
**instructor [3]** 49/21
49/23 50/17

**instrument [2]** 83/24
84/1
**instruments [1]** 84/2
**insurance [8]** 79/23
79/24 79/25 87/16 87/16
105/3 105/4 163/7
**integral [1]** 5/25
**integrity [2]** 24/5 141/18
**intended [3]** 9/1 23/19
23/20
**intently [1]** 33/13
**interest [2]** 34/24 149/16
**interesting [1]** 88/9
**interfere [15]** 43/22
44/21 46/1 47/25 54/15
58/11 60/2 67/19 69/7
75/7 156/14 160/3 161/5
164/14 168/23
**intern [1]** 186/20
**internal [7]** 25/8 39/9
39/16 142/22 175/23
180/3 180/10
**internship [3]** 185/20
189/18 189/20
**interventionist [1]** 89/19
**interview [7]** 7/20 12/9
13/2
**interviewed [3]** 7/7 7/11
7/19
**interviews [4]** 7/3 7/5
7/17 14/10
**introduce [4]** 21/22 26/1
138/2 138/19
**introduced [1]** 209/21
**introducing [1]** 17/13
**introduction [3]** 17/24
50/9 50/10
**invasive [1]** 59/12
**invented [1]** 121/12
**investigated [2]** 39/9
180/3
**investigating [1]** 158/2
**investigation [9]** 8/19
14/19 14/20 14/25
153/21 157/24 183/7
207/16 209/19
**investigations [2]** 105/7
105/9
**investigator [4]** 3/16
12/8 105/16 105/17
**investigators [1]** 105/12
**investing [1]** 49/22
**invite [1]** 191/20
**involve [1]** 78/5
**involved [67]** 44/17
47/17 49/5 52/22 55/4
56/14 56/15 58/6 58/7
59/22 59/23 61/21 63/12
63/13 65/14 65/15 67/7
69/12 69/13 72/19 74/17
76/11 76/21 79/10 80/25
82/13 82/16 84/13 84/15
84/16 86/13 88/12 90/14
92/20 94/13 96/16 100/4
101/21 103/12 103/13
103/14 103/18 107/9

**I**

**involved... [24]** 111/15
113/5 114/3 115/18
115/19 119/2 151/13
157/15 157/20 157/23
159/18 161/10 162/12
164/23 166/16 169/1
170/13 172/5 173/9
174/22 176/5 177/20
179/8 179/9
**involvement [4]** 82/21
82/24 158/1 162/15
**involves [8]** 5/23 39/7
119/18 156/11 164/11
175/24 180/1 182/25
**involving [1]** 157/15
**IRS [36]** 17/21 19/18
26/12 26/13 26/14 26/15
26/16 26/20 26/21 36/15
40/5 40/13 40/15 41/18
42/7 116/15 117/3 118/1
118/17 118/19 119/3
119/18 120/15 121/18
129/13 138/25 139/2
139/3 139/4 139/7 139/8
182/20 182/24 183/4
183/7 186/23
**is [599]**
**Isaac [2]** 27/7 140/10
**Island [4]** 51/13 83/20
121/11 121/14
**isn't [1]** 127/10
**ISO [1]** 50/3
**issue [11]** 11/19 12/22
15/17 17/23 28/7 28/23
82/22 122/15 145/10
201/1 201/12
**issues [10]** 9/10 9/13
17/1 23/5 82/16 124/6
133/9 140/24 184/13
210/16
**it [253]**
**it's [14]** 30/25 49/24
71/13 78/6 78/6 83/18
109/21 118/25 128/1
135/4 136/3 142/1
147/11 166/3
**itemized [1]** 117/25
**items [1]** 210/24
**its [5]** 33/18 33/21
196/24 198/1 198/11

**J**

**Jack [1]** 47/13
**Jackson [3]** 17/11 26/20
139/6
**Jacksonville [1]** 86/16
**Jacqueline [1]** 63/25
**jail [1]** 107/13
**JAMES [4]** 1/16 35/10
49/19 73/8
**JANUARY [3]** 1/5 4/9
75/22
**Jason [3]** 18/3 26/14
139/7
**Jay [1]** 36/12

**Jaycena [2]** 27/5 140/8
**Jennifer [4]** 17/22 26/18
100/22 139/5
**Jenson [1]** 83/15
**Jersey [1]** 120/18
**Jessica [5]** 18/8 26/21
27/7 139/9 163/18
**job [19]** 22/7 22/12
41/19 57/11 97/19 106/1
113/1 116/12 125/10
125/11 128/2 133/9
138/10 138/14 158/20
164/5 182/16 194/8
195/23
**jobs [38]** 48/13 51/4
55/20 60/18 60/24 62/13
66/8 66/16 70/4 70/14
72/9 73/21 78/22 80/18
83/22 89/22 91/10 91/17
93/20 94/2 96/2 98/4
99/14 99/15 101/3
107/25 108/1 110/20
112/11 112/17 115/1
159/6 162/3 168/7
171/10 174/3 174/15
178/13
**Johnson [4]** 33/5 62/8
206/6 208/7
**Jonathan [1]** 83/12
**Jones [1]** 75/16
**Juan [1]** 97/5
**Juanita [2]** 27/4 140/7
**judge [46]** 1/11 4/14
6/24 8/25 9/8 9/24 11/22
14/5 20/2 23/13 34/7
34/14 38/7 74/5 95/17
95/18 109/17 109/22
123/20 125/2 127/5
127/11 128/1 128/22
128/25 130/7 130/8
130/20 131/17 133/8
136/17 141/8 148/24
149/7 152/9 154/1
171/22 181/18 184/3
186/13 189/4 190/2
191/1 191/5 191/6 201/2
**judged [2]** 109/18
109/22
**judges [8]** 23/12 23/16
37/20 86/19 120/22
141/7 141/11 151/22
**judging [2]** 35/20 98/15
**judgment [2]** 37/23
152/1
**judicial [5]** 94/22 95/19
95/20 96/3 103/24
**judiciary [1]** 74/9
**Julie [1]** 158/16
**juries [2]** 24/8 176/14
**jurisdiction [1]** 186/17
**juror [351]**
**jurors [52]** 16/25 19/5
19/7 22/19 22/23 23/15
25/23 28/12 29/4 29/16
33/20 34/6 38/11 89/3
122/24 125/5 128/21

129/7 129/13 129/24
130/3 130/3 130/18
132/23 134/23 135/17
135/24 136/4 139/17
140/17 140/23 141/10
141/14 143/11 145/14
148/24 152/12 153/14
154/20 165/7 183/19
184/17 188/12 190/15
190/24 190/24 202/2
206/20 206/21 207/4
208/3 208/19
**jury [123]** 1/10 2/9
10/15 12/17 12/24 13/15
14/3 16/16 19/2 20/8
20/17 20/20 21/6 22/13
23/3 23/21 24/3 24/4
27/20 30/8 31/6 31/16
33/17 36/2 38/7 38/15
47/14 49/3 52/5 52/16
55/2 56/12 58/4 59/20
61/16 63/4 63/10 65/8
66/22 67/5 69/10 72/17
73/24 73/25 76/9 77/6
79/8 80/23 82/11 84/8
86/11 88/10 89/4 90/5
90/10 92/18 94/10 96/14
100/2 101/16 101/25
103/10 106/21 107/1
107/7 111/10 112/21
113/23 115/16 123/25
124/7 129/21 136/21
137/5 137/8 137/15
137/16 137/17 138/15
141/17 144/1 146/5
147/2 147/14 147/15
150/9 150/24 151/4
152/9 152/16 153/8
153/9 157/13 159/16
161/8 162/10 166/14
168/14 170/3 170/7
172/3 173/7 175/1 176/8
177/14 177/17 179/17
188/7 190/12 190/13
190/20 192/19 206/1
206/22 207/23 208/4
208/12 208/23 209/1
209/11 210/10 210/11
211/4
**just [109]** 6/6 6/21 6/24
9/3 12/25 13/14 14/2
14/25 15/19 17/4 17/7
17/19 17/12 20/17 25/3
25/17 26/23 27/10 30/20
32/23 33/6 35/20 36/5
36/22 37/5 37/5 40/1
40/19 40/25 41/24 43/21
44/13 48/14 52/16 57/5
65/3 65/11 67/6 67/12
68/1 75/1 76/4 76/19
83/1 83/22 94/6 94/17
99/15 99/21 102/11
103/1 105/15 106/1
106/12 108/1 108/2
109/20 110/7 112/18
116/11 117/10 121/1

122/6 122/14 127/1
127/12 127/14 128/14
128/23 128/25 129/3
129/14 133/12 135/18
139/11 140/13 145/2
146/15 150/3 150/24
151/7 152/22 154/2
156/7 163/1 164/7 168/7
182/10 182/12 182/23
183/10 183/12 183/12
183/13 183/20 184/20
186/8 189/3 191/7
193/12 194/3 200/13
200/15 200/24 204/22
207/12 208/13 210/2
210/24
**justice [7]** 30/17 146/13
177/4 177/9 189/13
189/15 189/17
**juvenile [4]** 177/3 177/4
177/8 177/25

**K**

**K-L-O-K-A [1]** 68/9
**K8 [2]** 60/17 60/18
**Karol [3]** 35/10 40/24
49/19
**keep [7]** 102/11 135/11
137/20 190/9 209/18
209/25 210/6
**Keith [6]** 57/3 57/4
58/15 122/6 134/16
135/2
**Kelly [2]** 164/2 164/5
**key [1]** 72/10
**keyed [1]** 94/18
**Keyuna [2]** 27/7 140/9
**kid [4]** 44/12 121/13
179/10 192/21
**kidding [1]** 103/1
**kids [5]** 115/10 122/11
125/8 134/19 200/14
**killed [3]** 150/16 150/17
193/7
**killer [1]** 86/18
**kind [13]** 49/21 68/2
70/14 85/10 119/5 119/6
119/13 155/14 157/22
161/24 162/23 168/5
171/3
**Kinkead [3]** 79/21 206/8
208/8
**Kloka [3]** 67/24 68/9
197/8
**knew [3]** 25/14 120/25
143/3
**know [141]** 4/15 5/14
5/18 5/20 5/22 6/18 6/22
7/2 7/12 7/16 7/18 9/8
9/10 10/17 11/18 12/16
12/18 13/3 13/8 13/9
13/10 14/6 14/21 21/1
23/25 33/1 34/21 36/15
40/1 40/9 42/5 44/12
44/13 46/17 48/24 52/15
53/6 53/17 62/22 64/2

71/9 71/10 71/14 73/18
76/17 77/5 82/22 90/10
91/20 98/25 99/9 100/7
101/15 101/16 101/18
101/19 103/24 104/5
104/8 106/11 106/12
106/15 106/16 107/1
112/12 116/7 116/25
117/3 119/7 120/13
120/16 120/21 120/24
120/25 121/1 121/1
121/4 121/5 121/6 121/9
121/16 121/16 121/17
121/18 121/22 122/13
122/21 122/25 123/2
123/5 125/7 125/8
125/21 125/23 126/9
126/11 126/18 126/23
127/22 128/5 128/8
128/9 131/21 133/13
135/12 136/3 137/21
138/12 139/16 141/15
143/14 144/19 149/14
154/5 156/20 157/23
160/11 162/21 164/11
165/16 167/3 167/3
167/10 167/17 168/19
169/12 170/5 170/7
175/19 183/10 184/20
186/14 188/11 188/23
192/20 195/22 201/3
204/19 205/5 207/20
208/1
**knowing [6]** 45/6 125/23
126/1 126/12 175/24
188/23
**knowledge [4]** 5/17 23/9
141/4 186/10
**knowledgeable [1]**
127/3
**known [4]** 22/25 92/12
105/10 140/20
**Kristen [1]** 104/24

**L**

**lab [2]** 86/2 86/3
**ladies [12]** 19/10 19/21
19/25 23/11 123/15
129/19 136/8 140/1
154/24 184/2 209/3
209/9
**laid [1]** 9/6
**lakes [1]** 59/11
**land [2]** 127/5 127/6
**landlord [1]** 102/17
**landscaping [1]** 70/15
**language [3]** 29/20 88/7
145/18
**large [1]** 155/11
**Las [2]** 121/3 121/16
**Las Vegas [1]** 121/3
**last [17]** 4/3 24/23 27/12
33/5 37/8 52/3 61/10
68/8 85/15 86/18 105/10
111/2 126/16 135/16
142/13 143/17 183/20

# L

**late [4]** 3/23 13/16 121/12 183/10
**later [3]** 22/24 111/3 140/19
**latest [2]** 78/14 154/13
**Latin [1]** 140/21
**latitude [1]** 15/13
**Laudeline [1]** 208/8
**Lauderdale [3]** 1/18 70/7 70/25
**law [175]** 1/17 7/8 23/4 31/3 31/9 32/4 32/10 32/15 32/23 34/1 34/4 35/19 35/23 35/25 36/5 36/17 38/9 38/17 38/18 38/19 38/22 39/2 43/17 43/19 43/23 46/3 47/22 48/23 48/25 51/17 54/16 54/25 56/2 56/5 58/2 59/18 61/14 63/6 64/22 64/25 67/11 67/15 68/25 69/6 70/16 71/2 71/5 71/12 72/22 72/23 74/4 74/6 74/7 74/12 74/15 76/6 77/3 79/2 79/6 80/6 80/9 80/21 82/6 82/9 84/10 86/9 88/16 90/17 90/19 90/23 91/23 91/24 91/25 92/2 92/9 94/8 96/12 97/16 98/9 99/22 99/25 101/12 103/5 103/8 104/13 104/14 106/8 106/8 106/10 106/18 108/11 108/14 108/15 108/21 111/12 112/24 114/1 115/11 115/14 123/25 124/4 124/5 124/19 125/22 125/25 127/1 127/4 127/4 127/5 127/5 127/6 127/8 127/19 140/24 146/23 147/6 148/2 148/8 148/13 148/22 149/25 150/1 150/5 150/7 150/16 150/17 151/3 151/6 152/10 152/18 152/19 152/20 152/23 153/2 156/19 156/25 157/1 157/4 157/8 159/9 159/12 160/20 160/24 161/3 161/24 166/18 166/21 168/17 168/18 168/22 171/3 171/17 173/14 174/11 175/25 178/2 178/21 178/24 184/18 185/9 185/10 185/12 185/13 185/22 185/23 185/25 186/11 186/13 186/14 186/15 186/16 186/18 187/9 187/10 193/7
**law's [3]** 65/4 86/16 127/2
**laws [17]** 20/18 39/8

39/11 39/12 39/21 46/9 123/24 156/12 156/22 164/12 180/2 180/5 180/6 180/12 180/24 181/2 186/14
**lawyers [13]** 21/13 21/20 22/24 116/2 137/9 137/23 138/19 140/18 179/25 181/6 190/6 190/10 211/3
**leadership [1]** 164/8
**leakage [1]** 15/6
**lean [5]** 50/9 127/2 127/14 127/15 127/15
**Leandro [2]** 26/13 139/3
**least [5]** 5/15 20/15 20/19 119/21 137/7
**leave [9]** 16/16 41/4 88/25 129/22 153/7 153/12 207/6 208/15 210/25
**leaves [1]** 16/7
**leaving [2]** 119/15 145/7
**led [1]** 104/10
**left [8]** 3/16 3/16 5/7 65/3 89/10 201/2 201/20 203/10
**leftover [2]** 32/7 148/4
**legal [2]** 18/25 23/1
**Leighton [3]** 18/4 26/14 139/7
**lending [2]** 17/23 17/23
**lengthy [1]** 11/18
**less [3]** 36/5 151/17 187/3
**let [22]** 6/8 6/9 6/15 9/15 21/1 23/25 26/6 29/18 33/3 33/15 38/21 40/2 52/15 116/6 133/17 135/18 141/14 167/10 167/17 190/5 205/25 207/20
**let's [16]** 8/21 19/14 22/18 33/17 46/20 89/10 116/8 129/10 133/2 135/24 139/17 153/5 164/9 179/25 190/23 206/20
**letter [2]** 9/24 98/13
**level [2]** 134/25 156/7
**liaison [2]** 70/22 93/11
**liberty [1]** 125/3
**librarian [3]** 163/18 163/20 182/5
**Library [2]** 86/6 163/19
**license [2]** 172/7 187/16
**licensed [2]** 118/10 118/11
**lie [1]** 30/16
**life [8]** 43/3 73/16 94/4 98/2 124/2 124/17 184/11 184/14
**lifestyle [1]** 124/23
**light [7]** 4/5 13/16 14/15 35/2 134/4 149/19 193/11
**like [46]** 4/3 7/12 12/16

12/19 17/10 21/22 35/23 50/3 61/4 64/9 65/12 72/1 72/10 74/1 76/4 83/16 84/2 97/15 99/16 105/2 105/11 109/19 112/18 119/13 119/14 121/9 125/22 126/9 126/11 126/22 126/23 129/5 135/11 145/21 146/13 147/9 150/5 150/24 151/16 164/1 165/15 165/15 165/6 185/20 187/3 188/14
**liked [1]** 181/22
**limited [1]** 13/20
**line [2]** 6/6 116/5
**lines [3]** 11/1 32/6 148/3
**lineup [1]** 17/16
**linked [1]** 15/5
**listed [3]** 27/8 40/2 48/14
**listen [6]** 26/4 129/7 138/21 184/18 189/8 209/14
**listened [2]** 123/4 129/12
**listening [2]** 33/13 188/24
**litigants [2]** 20/12 136/25
**litigation [2]** 161/25 163/5
**little [27]** 4/12 25/2 43/1 43/4 53/17 61/2 62/5 64/2 64/6 64/24 76/14 80/11 83/18 87/13 92/1 92/9 97/8 99/21 116/21 119/14 120/6 125/14 156/2 156/5 161/1 163/2 164/17
**live [7]** 68/20 73/11 99/19 102/25 123/24 144/18 144/22
**lived [1]** 158/21
**lives [3]** 68/21 68/23 106/4
**loan [1]** 64/19
**local [3]** 101/8 102/17 163/24
**location [2]** 50/21 50/24
**logically [1]** 124/19
**long [56]** 8/23 18/11 40/15 42/8 45/17 47/2 48/11 51/13 51/19 52/9 53/21 53/24 55/17 57/9 58/24 60/12 62/11 65/9 67/3 70/2 71/25 72/7 77/11 77/14 79/25 83/17 85/12 87/10 89/20 92/12 93/16 95/20 99/11 101/10 102/18 105/4 110/18 112/9 114/24 122/25 155/13 156/19 158/18 160/14 162/1 163/20 166/7 167/22 171/5 172/22 177/5

183/10 184/24 185/18 187/2 208/2
**long-term [1]** 8/23
**longer [2]** 16/19 209/4
**look [1]** 189/2
**looked [1]** 186/18
**looking [9]** 4/6 6/7 68/3 124/17 131/19 131/19 182/15 182/16 189/3
**looks [1]** 124/22
**Los [1]** 121/16
**loss [10]** 3/24 6/11 6/18 10/22 14/24 15/2 15/3 15/9 15/10 79/23
**lot [8]** 30/22 50/12 101/18 101/18 121/15 133/20 148/12 207/12
**Lotman [3]** 18/9 26/15 139/8
**Lots [1]** 32/14
**Lou [1]** 208/6
**loud [3]** 26/3 26/23 27/10
**Louis [3]** 17/24 26/12 139/1
**Louise [1]** 208/7
**lounges [1]** 48/15
**LOUTE [29]** 1/7 3/4 3/17 3/19 4/20 4/22 5/1 6/1 6/1 9/1 19/13 19/22 24/20 24/21 24/24 25/4 25/20 124/8 124/14 129/2 136/14 140/4 142/11 142/17 143/7 143/15 184/4 184/8 184/16
**low [1]** 21/4
**low-grade [1]** 21/4
**Lucie [4]** 25/19 80/8 143/6 159/22
**luck [1]** 154/8
**lunch [4]** 153/6 153/11 154/6 155/1
**lunchtime [1]** 153/6
**lurks [1]** 17/8
**Luz [1]** 98/1
**Lynda [2]** 60/9 208/7

# M

**ma'am [124]** 28/3 28/18 29/1 40/14 41/21 41/24 44/9 44/23 47/8 47/16 47/20 47/23 48/2 48/12 48/17 49/4 49/12 53/14 54/19 55/17 56/18 58/5 58/9 58/13 59/4 59/16 59/19 59/21 59/25 60/4 60/10 62/1 65/18 69/16 71/17 72/21 72/24 72/25 75/19 76/15 77/4 77/9 77/19 79/16 80/24 81/3 81/7 81/11 83/7 84/5 84/7 84/9 84/12 84/20 84/24 87/19 88/19 90/13 90/16 90/20 90/22 90/25 91/5 91/9 91/23 92/5

92/25 93/14 94/9 94/24 95/2 95/6 96/20 97/17 97/22 97/24 98/1 98/5 98/13 99/2 101/13 105/22 106/20 107/4 107/8 107/17 107/19 107/21 111/19 111/23 116/18 128/18 144/4 144/9 155/13 156/24 158/7 159/23 160/17 160/22 160/25 161/7 161/9 161/11 161/16 165/6 165/13 166/17 169/6 169/12 170/18 170/20 174/1 175/4 176/4 176/21 177/13 177/15 177/19 177/24 178/3 178/7 179/19 182/4
**made [6]** 10/20 18/2 18/19 121/13 121/14 121/15
**Maged [2]** 27/3 140/6
**magistrate [1]** 185/16
**Maine [1]** 73/23
**mainly [4]** 43/6 97/20 121/15 161/2
**maintain [2]** 21/8 21/9
**maintenance [1]** 83/16
**major [1]** 64/9
**majority [1]** 43/3
**make [30]** 6/21 8/10 8/17 11/8 16/17 18/15 22/7 27/19 34/10 37/11 39/17 41/8 46/17 75/2 118/2 122/14 135/18 138/9 143/25 149/2 165/9 167/5 167/8 179/5 182/10 182/12 190/7 204/22 205/14 209/19
**makes [2]** 23/22 151/16
**making [3]** 37/21 119/11 151/23
**Malanie [3]** 18/7 26/19 139/6
**Maldonado [2]** 97/5 98/1
**male [1]** 134/23
**Malik [2]** 175/11 184/24
**man's [1]** 135/8
**manage [2]** 87/9 138/4
**management [12]** 43/2 50/8 50/23 50/25 77/13 78/1 78/2 78/13 91/15 91/18 133/24 189/22
**manager [17]** 41/3 41/4 72/10 78/16 78/16 81/23 87/12 88/4 93/11 105/1 106/1 155/19 163/18 167/19 167/21 167/22 189/21
**managing [1]** 157/22
**mandate [1]** 137/21
**manner [2]** 34/23 149/15
**manufacturer [1]** 72/4

USA vs. DURONSLET

**M**

**manufacturing [1]** 73/22
**many [12]** 23/11 30/20 32/12 54/12 74/25 130/8 141/5 146/15 148/10 156/18 156/18 176/14
**Marcia [1]** 155/10
**marijuana [2]** 76/22 114/6
**marine [2]** 53/24 54/7
**Marines [1]** 64/16
**Mark [4]** 3/11 18/9 26/9 138/24
**Marleni [1]** 167/19
**married [48]** 47/9 48/16 51/6 54/19 55/23 57/20 59/13 60/20 62/18 64/11 66/12 68/14 70/10 72/13 75/23 78/18 80/14 82/2 84/4 85/23 88/1 89/24 91/12 93/23 96/8 97/25 98/1 99/18 101/4 102/24 105/23 109/24 111/6 112/13 113/19 115/4 157/6 159/2 160/16 162/6 166/8 168/10 169/23 171/12 173/3 174/6 177/10 178/16
**marshal [2]** 85/16 85/19
**Martin [3]** 58/21 83/14 110/2
**mask [5]** 21/11 21/14 36/13 123/18 137/21
**masks [2]** 35/12 137/24
**massage [2]** 70/7 70/8
**match [1]** 87/25
**material [2]** 25/11 142/25
**materialize [1]** 33/16
**math [2]** 50/15 112/8
**matter [71]** 3/20 25/11 47/18 48/1 49/6 52/23 58/6 59/22 59/23 61/18 61/21 65/10 65/14 65/19 67/7 69/12 72/19 74/18 76/11 79/3 79/10 80/25 82/14 82/21 82/25 84/13 86/13 88/12 90/14 92/16 92/20 94/13 96/16 98/24 100/4 101/21 103/12 106/24 106/25 107/5 107/9 108/23 111/15 113/5 114/3 115/18 142/25 157/15 158/9 159/14 159/18 161/6 161/10 161/15 162/12 162/15 164/23 166/16 169/2 170/13 172/5 173/10 174/23 176/6 177/21 179/9 182/21 182/22 184/9 192/5 211/12
**matters [12]** 11/3 15/16 16/20 22/6 36/25 76/21 94/22 103/24 130/19

158/2 160/11 163/5
**may [113]** 7/10 12/9 13/15 13/24 14/9 18/18 19/5 19/9 20/16 20/20 23/10 23/13 28/10 29/3 29/14 30/9 34/10 34/17 34/19 35/18 38/11 38/12 38/13 40/20 41/22 43/12 44/6 44/24 45/10 46/5 48/3 49/13 53/11 55/12 56/22 58/14 60/5 62/4 63/20 65/21 67/22 69/20 71/17 73/4 75/12 77/19 79/17 81/8 83/8 84/25 87/3 88/22 89/9 91/1 93/3 95/7 96/23 99/4 100/17 102/3 104/19 107/22 109/5 110/11 111/23 113/13 114/14 123/13 128/12 130/6 137/3 137/7 139/23 140/6 141/5 141/8 144/24 145/9 146/7 149/10 149/16 150/15 151/1 151/20 152/12 152/13 152/14 153/7 153/17 154/19 154/23 158/11 160/6 161/17 162/20 162/21 163/13 165/5 165/17 167/13 169/9 170/21 172/15 175/7 176/22 178/8 189/8 189/8 190/20 207/11 208/11 208/22 210/12
**maybe [4]** 77/16 77/17 119/14 119/15
**Maynard [5]** 9/25 181/17 185/15 191/5 191/6
**McClain [3]** 17/21 26/20 139/8
**me [64]** 4/3 5/9 6/8 6/9 9/4 9/15 12/2 13/1 13/17 14/22 19/23 21/20 22/2 26/6 26/8 29/18 33/6 33/15 38/21 40/2 44/11 52/15 86/17 86/19 86/20 90/9 98/22 99/19 101/17 104/7 106/4 106/23 109/6 109/12 109/13 109/21 116/21 117/24 118/1 118/2 118/16 118/25 119/10 119/24 120/6 120/14 121/20 121/21 126/15 126/25 133/17 135/18 138/6 141/15 144/19 145/9 150/24 156/20 164/18 164/19 169/20 170/8 179/11 205/25
**Meade [1]** 53/16
**mean [21]** 10/13 30/12 62/13 64/9 75/22 76/17 103/18 104/8 120/22 122/10 122/13 124/14

132/9 133/10 133/11 146/9 156/18 162/5 164/16 192/8 207/8
**means [6]** 23/1 32/7 119/24 140/21 148/4 203/23
**meant [1]** 198/23
**meantime [1]** 11/8
**mechanic [7]** 47/5 47/7 47/8 58/23 59/3 59/6 68/18
**media [2]** 93/12 104/14
**mediations [2]** 163/7 163/9
**medical [11]** 6/10 8/4 15/9 15/15 45/21 55/20 108/9 110/4 110/4 155/20 157/19
**medication [9]** 4/14 7/2 7/23 9/12 10/24 10/25 13/21 77/17 133/25
**medications [9]** 4/15 7/2 7/3 7/10 7/12 7/13 8/16 13/13 72/3
**medicines [1]** 13/24
**meeting [1]** 162/24
**member [64]** 42/22 46/7 47/18 47/21 48/22 51/16 52/23 54/24 56/15 58/1 58/7 59/17 59/24 61/13 61/22 63/13 64/21 65/15 67/8 69/13 72/20 74/18 76/12 77/2 81/1 82/14 84/14 88/13 90/15 92/21 94/7 94/14 96/11 96/17 98/17 100/5 101/22 103/13 103/16 107/10 111/16 113/6 114/4 115/19 116/14 121/1 157/16 159/8 159/19 164/24 168/16 169/2 170/14 171/16 173/10 173/13 174/10 174/23 177/21 178/20 180/22 183/6 184/16
**members [29]** 20/12 23/25 39/24 45/22 55/5 68/24 70/19 72/23 74/12 82/8 84/11 88/15 99/24 103/18 103/21 104/7 106/7 108/13 111/12 112/23 113/25 115/13 120/7 136/25 160/23 162/14 166/20 178/22 184/13
**memorandum [1]** 7/5
**memory [16]** 3/24 4/12 5/19 6/5 6/11 6/18 10/22 14/24 15/2 15/3 15/9 15/10 34/23 37/5 51/5 149/15
**mental [10]** 7/21 8/13 8/15 9/12 11/10 12/12 12/22 18/21 115/10 207/17
**mentally [1]** 127/13

**mention [1]** 6/15
**mentioned [15]** 11/9 25/3 39/7 48/24 53/17 54/8 64/2 74/25 76/24 83/22 92/8 110/7 164/13 168/8 180/1
**merchandise [1]** 109/13
**merely [2]** 30/24 146/20
**messed [1]** 179/10
**met [1]** 129/7
**metabolism [1]** 110/24
**Mexico [3]** 50/20 178/23 178/25
**Miami [10]** 108/17 119/11 121/16 163/19 163/19 164/10 182/5 182/7 182/11 185/24
**Miami-Dade [2]** 108/17 163/19
**mic [4]** 5/5 95/21 96/24 104/20
**MICHAEL [10]** 1/16 1/17 19/22 58/19 102/15 140/2 184/3 206/12 208/6 208/9
**Michigan [4]** 68/2 68/22 68/23 69/4
**microphone [4]** 27/23 127/17 129/11 144/4
**might [5]** 33/16 95/21 122/21 138/21 191/22
**Miguel [2]** 27/4 140/7
**Mike [4]** 3/16 19/23 114/16 140/2
**military [8]** 62/14 62/15 62/15 97/7 97/8 98/6 98/9 127/19
**miller [6]** 1/23 1/25 22/2 138/6 211/13 211/14
**millions [1]** 114/23
**mind [11]** 7/10 53/7 75/1 102/9 119/20 158/10 167/9 190/9 209/18 209/25 210/6
**mine [4]** 28/23 71/1 73/16 109/13
**ministroke [5]** 4/11 4/11 5/16 6/12 6/19
**ministrokes [2]** 15/5 15/21
**Minnesota [1]** 68/20
**minor [1]** 10/22
**minute [1]** 86/18
**minutes [13]** 16/2 16/22 24/18 89/2 89/6 122/16 124/9 128/24 129/23 142/7 153/7 190/1 190/6
**Miroslava [3]** 67/24 68/7 197/8
**misdemeanor [3]** 109/11 109/20 114/6
**misidentified [1]** 135/5
**missing [1]** 207/18
**mistake [1]** 154/2
**misunderstanding [1]** 181/16

**misunderstood [1]** 33/11
**Mix [1]** 66/10
**mixed [1]** 132/16
**mob [2]** 120/20 120/24
**Mobile [1]** 166/1 166/2
**Mobley [2]** 27/7 140/10
**mock [1]** 73/25
**molestation [1]** 84/16
**Mollica [4]** 114/16 116/1 206/12 208/10
**Moltime [3]** 18/8 26/19 139/6
**mom [1]** 91/8
**moment [13]** 8/2 28/3 35/24 37/6 41/1 41/24 68/12 70/13 104/8 133/17 147/4 150/6 153/19
**momentarily [2]** 18/15 209/5
**moments [2]** 24/13 208/13
**Monday [4]** 27/17 143/23 163/10 192/15
**money [5]** 29/13 119/24 120/25 121/15 157/25
**Monic [1]** 140/10
**month [1]** 83/18
**months [11]** 13/13 14/23 41/5 50/22 72/1 98/17 99/13 167/23 177/6 186/1 187/16
**mood [1]** 121/12
**more [28]** 4/15 9/5 12/4 12/5 24/12 24/17 25/3 28/23 36/5 36/25 39/4 39/5 41/14 87/11 116/22 123/1 131/7 133/18 134/14 136/4 142/1 150/6 151/7 157/3 158/24 179/24 187/16 188/17
**morning [76]** 3/8 3/9 3/13 3/14 3/15 3/18 11/4 13/19 17/3 19/10 19/17 19/19 19/21 19/25 26/7 27/14 28/18 29/7 36/11 36/12 42/3 42/20 42/21 44/9 44/10 45/4 45/14 46/23 46/24 48/7 49/17 53/14 55/16 56/25 57/1 58/18 60/8 62/7 63/23 66/1 66/2 69/23 71/20 73/9 75/15 79/20 79/21 81/11 81/12 83/11 83/12 85/3 85/8 87/6 87/7 89/14 89/15 91/5 91/6 93/6 95/11 97/3 97/5 97/6 102/6 104/23 110/14 112/3 114/20 116/11 122/25 143/19 143/21 143/22 206/24 209/5
**mortgage [5]** 17/23 17/23 26/19 64/19 139/5

Page 227

Case 2:21-cr-14008-AMC   Document 140   Entered on FLSD Docket 06/07/2022   Page 227 of 238
USA vs. DURONAL JOLITE

**M**

**most [12]** 16/1 20/10 23/11 32/1 76/20 123/20 127/2 136/23 141/6 147/25 183/18 184/4
**Mostly [1]** 52/18
**mother [6]** 117/10 117/12 117/13 144/16 179/11 179/13
**motion [10]** 3/21 4/1 9/6 9/21 9/22 11/15 11/21 14/14 14/15 15/12
**MOTIONS [1]** 2/3
**mouth [1]** 119/15
**move [8]** 50/2 130/20 131/1 131/17 137/18 191/1 191/14 207/10
**moved [4]** 68/2 115/2 115/8 121/18
**moving [4]** 21/7 38/11 55/16 132/8
**MP [1]** 108/15
**Mr [18]** 4/1 5/4 18/19 40/24 67/23 117/22 125/14 185/9 191/12 195/16 197/2 198/8 199/2 202/9 203/5 204/13 206/7 206/14
**Mr. [111]** 3/14 3/17 3/18 3/18 3/19 4/20 4/22 5/1 6/1 6/1 6/22 8/11 9/1 10/17 10/23 11/6 11/9 11/18 11/20 15/18 19/20 24/21 24/24 25/4 25/20 26/25 29/15 46/20 100/18 116/1 116/17 123/10 123/17 124/8 128/20 129/2 130/15 131/15 131/17 132/6 133/7 134/2 134/6 134/21 135/10 135/21 138/14 139/13 139/24 140/4 140/13 142/11 142/17 143/7 143/15 153/19 154/4 165/23 172/18 181/13 183/23 184/4 184/8 184/16 184/24 187/8 191/2 191/13 191/24 192/7 193/4 193/11 194/11 194/11 194/19 194/24 195/5 195/10 196/3 196/8 196/17 196/22 197/7 197/15 197/20 198/12 198/20 199/3 199/11 199/17 199/25 200/4 200/20 201/15 201/19 201/22 202/6 202/17 202/21 203/25 204/3 204/9 206/2 206/4 206/6 206/8 206/17 207/14 207/21 210/18 210/24
**Mr. Connely [1]** 138/14
**Mr. Duronel [1]** 143/15
**Mr. Entin [70]** 3/14

3/18 6/22 8/11 10/17 10/23 11/6 11/9 11/18 11/20 15/18 19/20 26/25 123/10 123/17 128/20 130/15 131/15 132/6 133/7 134/2 134/6 134/21 135/10 135/21 139/13 139/24 140/13 153/19 154/4 183/23 191/13 191/24 192/7 193/4 193/11 194/11 194/19 194/24 195/5 195/10 196/3 196/8 196/17 196/22 197/7 197/15 197/20 198/12 198/20 199/3 199/11 199/17 199/25 200/4 200/20 201/15 201/19 201/22 202/6 202/22 203/5 204/3 204/9 206/17 207/14 207/21 210/18
**Mr. Ervin [1]** 187/8
**Mr. Girouard [1]** 206/4
**Mr. Graves [1]** 191/2
**Mr. Gross [1]** 181/13
**Mr. Ingram [1]** 172/18
**Mr. Johnson [1]** 206/6
**Mr. Kinkead [1]** 206/8
**Mr. Loute [21]** 3/17 3/19 4/20 4/22 5/1 6/1 6/1 9/1 24/21 24/24 25/4 25/20 124/8 129/2 140/4 142/11 142/17 143/7 184/4 184/8 184/16
**Mr. Malik [1]** 184/24
**Mr. Mollica [1]** 116/1
**Mr. Nath [2]** 165/23 194/11
**Mr. Rafael [1]** 3/18
**Mr. Sandigo [2]** 29/15 100/18
**Mr. Simone [1]** 131/17
**Mr. Stockton [3]** 46/20 116/17 206/2
**Ms [40]** 26/6 28/6 28/20 58/15 65/21 95/11 122/6 125/20 126/5 126/21 130/2 130/21 131/5 132/23 134/16 135/2 136/10 138/3 139/17 144/13 144/25 189/13 193/19 195/2 195/8 196/1 196/10 198/2 199/9 200/6 200/10 201/13 202/11 203/2 204/6 206/4 206/11 207/3 208/18 208/23
**Ms. [87]** 3/9 3/22 3/24 4/10 5/2 5/11 5/15 6/9 6/10 6/11 6/18 8/3 8/5 9/16 9/17 10/10 10/18 10/23 11/5 11/5 11/14 12/12 12/20 12/20 13/4 13/20 14/16 15/15 17/3 17/15 18/11 18/23 19/11

22/23 22/24 28/11 45/4 45/10 57/4 95/8 116/8 125/20 130/23 131/4 132/9 133/18 134/14 135/3 135/17 138/6 139/10 153/21 154/8 154/20 181/8 182/3 187/25 191/9 192/23 194/16 195/18 196/15 196/25 197/8 197/13 197/22 198/6 198/14 198/18 199/5 199/19 199/23 200/21 202/4 202/15 202/24 204/15 205/3 206/3 206/7 206/9 206/10 206/12 206/15 207/15 207/20 210/20
**Ms. Accosta [1]** 206/15
**Ms. Acosta [43]** 3/9 4/10 6/9 6/10 8/3 9/16 11/5 12/20 14/16 17/15 18/23 116/8 130/23 131/4 132/9 133/18 134/14 135/3 135/17 139/10 154/8 181/8 191/9 192/23 194/16 195/18 196/15 196/25 197/13 197/22 198/6 198/14 198/18 199/5 199/19 199/23 202/4 202/15 205/3 207/20 210/20
**Ms. Casper [1]** 206/9
**Ms. Delions [16]** 5/2 5/11 5/15 8/5 10/10 10/18 10/23 11/5 12/12 12/20 13/4 13/20 15/15 17/3 18/11 153/21
**Ms. Delions' [6]** 3/24 6/11 6/18 9/17 11/14 207/15
**Ms. Diane [2]** 22/2 138/6
**Ms. Gabbard [1]** 125/20
**Ms. Glass [3]** 19/11 22/19 154/20
**Ms. Hatfield [1]** 206/10
**Ms. Iglesias [2]** 182/3 187/25
**Ms. Keith [1]** 57/4
**Ms. Miroslava [1]** 197/8
**Ms. Natalie [1]** 3/22
**Ms. Owens [1]** 206/12
**Ms. Pons [1]** 206/7
**Ms. Terry [1]** 206/3
**Ms. Tucker [3]** 28/11 95/8 200/21
**Ms. Ziegler [2]** 45/4 45/10
**much [25]** 15/25 40/20 42/16 44/6 45/9 53/5 55/13 61/12 74/1 77/18 83/8 87/18 95/23 104/19 109/4 116/1 119/21 119/22 129/18 135/11 136/9 144/24 158/11

175/20 190/4
**multiple [1]** 163/6
**murdered [1]** 86/17
**must [21]** 11/16 23/7 30/13 32/20 33/9 34/8 38/15 38/18 125/3 128/4 141/2 146/10 147/24 148/19 148/25 152/16 152/19 154/2 209/18 209/23 210/4
**MVA [1]** 40/5
**my [152]** 3/15 9/6 17/18 18/25 19/21 19/22 19/23 20/2 21/25 23/14 26/7 28/8 28/15 29/9 29/11 33/11 36/12 36/14 40/4 40/19 41/2 41/3 43/3 43/17 43/17 43/18 44/12 45/5 45/7 45/7 45/15 51/19 51/20 64/25 67/24 68/23 69/3 70/20 70/24 70/25 71/22 74/4 75/2 76/20 77/7 77/11 77/11 77/12 77/20 79/21 80/4 82/23 83/12 84/15 86/16 86/19 87/7 89/17 91/8 91/15 96/9 97/5 98/14 99/19 100/11 105/10 106/4 106/4 106/4 106/5 106/14 107/12 108/15 108/15 108/16 109/6 109/7 110/21 114/16 114/16 117/10 117/12 117/24 117/25 118/8 119/19 119/20 120/17 122/11 122/11 126/2 127/15 128/9 134/23 136/15 136/18 138/5 138/23 139/15 140/1 140/2 141/9 144/6 144/16 144/17 144/18 144/22 144/22 145/6 145/7 145/10 150/16 150/16 154/4 155/10 156/3 156/17 157/18 159/21 161/21 164/5 164/16 165/1 165/15 165/16 165/21 166/13 167/11 167/19 171/1 171/18 173/19 174/12 174/12 175/11 177/1 178/9 179/2 179/11 182/13 183/20 184/3 185/19 187/11 188/19 188/21 189/5 189/18 189/21 193/22 205/19 209/16
**myself [2]** 20/6 188/9

**N**

**name [75]** 19/22 20/2 22/9 25/5 26/7 28/4 29/8 29/9 33/3 36/12 49/18 53/15 57/2 58/18 60/8 62/7 63/23 65/24 67/24 68/6 68/8 71/21 71/22

75/15 77/20 79/21 83/11 83/12 85/6 87/6 87/7 89/16 89/17 91/7 91/8 93/8 97/3 97/5 100/21 102/8 102/14 104/23 110/16 114/16 121/3 136/15 138/23 139/15 140/1 142/17 144/6 144/13 150/13 155/8 155/10 158/14 161/20 161/21 163/16 165/20 165/21 167/17 167/19 170/24 171/1 173/24 177/1 178/9 184/3 208/4 208/11 208/13
**names [9]** 26/3 26/5 26/23 27/10 138/20 139/11 140/13 205/25 208/3
**narcotic [1]** 69/3
**narcotics [3]** 76/20 77/12 134/4
**Nashville [1]** 47/13
**Natalie [7]** 3/22 4/10 4/21 18/6 26/18 139/4 191/5
**Nath [5]** 165/21 165/23 194/11 206/14 208/10
**National [1]** 45/5
**Nations [2]** 26/19 139/5
**nature [8]** 37/3 37/10 39/5 52/15 76/19 106/23 124/11 163/3
**Navy [1]** 70/15
**NE [1]** 1/17
**near [1]** 144/18
**nearly [1]** 153/6
**necessarily [1]** 189/17
**necessary [1]** 164/20
**need [14]** 12/10 22/13 35/21 87/17 123/16 138/15 144/19 150/3 165/5 183/13 186/16 188/14 210/16 211/1
**needed [1]** 109/20
**needs [1]** 153/18
**negative [4]** 35/25 39/15 150/7 151/2
**neglected [1]** 139/16
**negotiate [1]** 129/14
**negotiation [1]** 183/1
**neither [3]** 37/19 70/18 151/21
**nephew [3]** 108/16 108/18 174/12
**nephews [2]** 76/20 76/24
**never [11]** 7/8 7/9 13/12 80/9 101/15 126/10 128/13 130/21 134/24 156/6 157/14
**Neville [2]** 26/12 139/2
**new [8]** 40/14 48/21 70/21 106/1 120/18 158/21 158/22 167/25
**newly [1]** 100/22

**N**

News [1] 93/12
next [7] 19/23 27/17
104/20 143/23 162/23
163/4 163/10
Nicholas [1] 113/14
niece [1] 107/12
night [5] 57/7 122/7
122/12 195/22 207/12
nights [2] 57/7 134/19
nighttime [1] 195/23
nine [4] 109/10 185/25
202/1 206/9
Nineteen [2] 81/14
81/15
Nirenberg [6] 3/11
18/10 19/18 26/9 26/11
138/25
no [393]
nobody [1] 109/21
nod [1] 146/16
nodding [7] 30/20 30/22
32/12 134/20 146/18
148/10 148/12
None [1] 163/4
nonprofit [2] 40/11
164/2
nonrefundable [2] 27/1
144/1
noon [1] 16/20
Nope [1] 89/23
normal [1] 189/5
normally [1] 189/1
not [202] 4/16 5/15 6/6
6/13 6/20 7/5 7/19 8/8
8/23 8/25 9/18 10/7 11/5
12/16 14/14 15/7 17/14
18/12 20/16 20/21 21/7
22/16 23/13 23/19 24/4
24/5 24/6 24/13 25/14
25/15 25/17 29/13 30/4
30/6 30/11 30/25 31/3
31/8 32/15 32/17 32/20
33/10 33/14 33/24 34/3
34/18 36/1 37/21 38/2
38/6 38/7 38/13 38/14
38/22 38/25 39/21 43/25
44/2 45/6 45/7 52/4
60/19 64/9 67/10 67/12
67/14 67/17 70/8 71/14
74/4 75/21 86/10 86/12
86/19 86/24 87/2 87/22
88/11 88/14 88/17 98/9
98/11 101/16 101/19
103/2 106/10 106/16
107/12 112/22 117/1
119/14 119/16 122/10
123/3 124/13 124/16
124/20 124/22 124/23
125/11 126/7 126/14
126/17 126/25 127/4
127/12 127/21 127/22
128/1 128/8 129/8
129/22 130/8 131/2
131/18 132/6 132/8
132/20 133/11 134/19

135/2 135/12 137/3
137/17 141/17 141/18
142/1 142/3 142/20
143/3 143/4 146/2 146/4
146/8 146/21 146/23
147/4 148/13 148/15
148/19 149/11 150/8
150/24 151/4 151/17
151/23 152/3 152/8
152/9 152/13 152/14
153/10 153/23 157/5
157/9 157/21 162/5
162/5 162/13 162/20
164/16 164/16 164/18
167/12 170/2 170/12
173/19 176/7 179/18
180/13 182/21 184/19
188/2 188/10 188/18
188/19 189/8 189/17
190/8 191/22 193/5
193/8 193/8 193/10
193/12 193/15 193/21
200/18 200/24 203/18
203/20 205/1 205/4
208/11 209/10 209/12
209/14 209/18 209/23
209/25 210/2 210/4
note [2] 198/3 200/13
noted [2] 173/20 200/14
notes [1] 201/19
nothing [11] 32/7 32/8
79/4 107/21 148/4 148/5
158/10 163/12 173/21
177/24 183/14
notice [1] 14/22
noticed [1] 191/25
notified [1] 7/9
November [1] 75/22
now [169] 5/16 14/21
16/3 16/9 17/2 18/14
20/25 21/17 21/22 22/5
22/11 22/18 22/22 23/7
23/9 23/17 24/2 24/10
25/2 25/23 26/1 27/12
28/14 30/1 30/7 30/20
30/23 31/6 31/8 31/11
31/14 32/3 32/6 32/12
32/15 33/14 34/3 34/6
34/8 34/17 35/18 35/23
36/4 36/17 37/3 37/15
38/1 38/4 38/11 38/24
39/4 39/7 39/14 39/20
39/24 41/7 41/17 42/11
43/20 45/6 45/16 45/18
46/7 46/12 47/14 50/16
51/16 52/22 54/19 57/10
58/1 64/17 67/25 70/16
71/4 73/7 74/12 77/16
78/13 83/18 87/12 97/7
98/6 98/19 99/22 108/5
110/6 112/25 114/21
115/7 116/2 118/22
120/12 123/15 125/23
129/2 130/19 132/13
133/5 137/12 138/8
138/19 141/4 141/12

141/22 142/16 143/14
143/17 145/24 146/5
146/12 147/3 147/4
147/8 148/3 148/10
148/24 149/10 149/25
150/19 151/6 151/12
151/19 152/6 152/12
152/25 153/5 155/3
156/11 159/11 160/19
162/2 163/1 164/11
164/25 167/23 168/10
171/16 171/22 171/23
172/22 173/16 175/24
177/25 180/1 180/8
180/15 181/18 183/6
184/19 185/15 186/25
187/17 188/18 189/21
191/5 194/12 197/12
198/4 199/2 199/7
199/16 200/8 201/3
202/1 202/8 203/13
207/19 208/3
number [230]
Number 12 [4] 67/25
197/7 202/20 206/11
Number 13 [4] 43/16
69/23 130/25 197/11
Number 14 [2] 71/20
197/12 197/18
Number 15 [4] 73/7
197/20 197/23 198/1
Number 16 [1] 133/24
Number 17 [1] 198/5
Number 18 [3] 79/21
198/12 198/16
Number 19 [2] 198/18
198/24
Number 20 [1] 199/3
Number 23 [1] 88/23
Number 24 [1] 200/4
Number 26 [4] 45/1
95/14 201/13 201/16
Number 27 [2] 97/5
135/14
Number 28 [5] 29/7
29/9 99/7 99/8 201/23
Number 29 [2] 131/2
131/12
Number 3 [3] 40/24
196/7 206/3
Number 30 [3] 102/6
120/9 132/2
Number 34 [3] 112/3
202/15 202/19
Number 36 [4] 203/3
203/6 203/8 204/1
Number 37 [4] 130/3
155/5 155/10 204/4
Number 38 [3] 158/14
158/16 204/10
Number 39 [2] 145/5
160/9
Number 40 [2] 191/2
191/11
Number 42 [1] 204/12
Number 43 [1] 167/17

Number 46 [2] 150/10
193/14
Number 47 [1] 192/3
Number 48 [1] 175/10
Number 49 [1] 176/25
Number 5 [1] 55/16
Number 6 [1] 206/6
Number 7 [3] 196/1
196/6 206/7
Number 8 [6] 60/8
196/8 196/11 196/13
198/17 206/8
numerous [1] 7/8
nurse [4] 28/23 66/15
112/16 133/4
nursing [5] 55/21 68/1
68/17 75/21 112/17

**O**

o'clock [3] 145/12 153/5
154/13
obey [2] 39/11 180/5
object [4] 12/3 14/6
134/22 193/25
objection [11] 14/7
130/23 131/4 133/7
134/2 134/8 135/13
191/10 192/1 192/23
193/4
objectively [3] 38/2
152/4 179/5
obligation [1] 128/14
obligations [2] 162/24
163/1
obtain [2] 11/13 18/23
obtaining [1] 23/21
obviously [2] 4/1 118/19
occurred [1] 9/25
October [10] 3/25 4/10
4/24 5/13 5/21 6/12 6/19
7/7 7/24 15/4
odd [2] 99/15 126/13
off [8] 40/2 57/6 89/10
95/21 122/8 134/20
156/3 156/6
offended [1] 24/15
offense [1] 132/13
offenses [10] 24/20
24/24 25/3 25/16 37/4
37/6 37/8 142/10 142/13
143/5
offer [1] 6/14
office [20] 1/14 19/24
42/4 42/8 42/13 43/18
51/13 64/16 85/18 93/11
96/9 106/15 140/3
181/20 185/11 185/25
186/21 188/19 188/19
191/3
officer [23] 22/11 22/12
22/15 42/17 64/19 70/20
78/24 78/25 86/17
106/12 108/17 108/18
138/13 138/17 144/5
168/21 171/18 171/20
174/13 174/14 177/3

178/1 178/5
officers [11] 35/19 36/5
71/1 91/24 92/2 101/19
125/25 127/8 150/1
151/7 185/3
offices [1] 1/17 155/20
official [3] 1/23 209/22
211/14
offshore [1] 50/2
Oh [1] 169/15
okay [248]
Okeechobee [1] 122/13
old [1] 156/22
once [3] 61/17 98/16
205/5
Oncology [1] 107/25
one [102] 4/15 6/2 6/9
8/2 8/21 11/23 12/1 12/2
12/15 17/4 17/11 20/10
26/20 27/22 29/10 36/8
38/12 38/12 40/2 40/2
41/14 43/17 48/12 48/20
48/20 51/12 51/13 52/12
56/11 57/23 61/8 61/9
61/10 63/2 63/2 64/19
64/19 67/6 68/20 69/2
70/18 71/10 76/1 76/17
76/24 84/15 84/16 86/6
90/11 92/11 96/10
105/10 105/14 106/14
107/5 118/22 120/17
120/23 122/12 122/16
129/10 130/16 131/16
131/24 132/11 133/19
134/11 135/6 136/23
141/21 144/3 145/8
152/13 152/13 157/19
165/1 172/6 172/7 183/5
183/12 184/15 184/15
187/13 187/15 188/5
188/17 189/1 189/3
190/14 191/19 195/1
195/4 195/12 203/14
204/21 204/22 204/22
204/23 204/25 205/7
205/13 205/25
ones [10] 17/12 35/21
48/13 83/22 94/6 99/21
133/1 149/6 150/3 168/7
only [30] 4/3 23/20 24/2
29/11 31/8 31/20 46/14
53/5 77/11 121/13
123/21 124/25 126/6
134/23 141/15 145/6
145/10 147/3 147/18
156/25 177/24 184/6
184/15 184/19 186/17
186/18 186/25 192/6
204/22 209/19
open [6] 8/21 8/23 14/11
188/18 188/20 206/14
open-ended [1] 8/23
opening [8] 10/15 12/5
12/17 14/3 15/14 15/25
76/4 206/24
openings [2] 12/16 14/2

# O

**operated [2]** 25/4 142/17
**operation [1]** 22/1
**operation's [1]** 88/4
**operations [4]** 78/17 87/14 138/4 157/22
**operator [1]** 172/21
**opinion [1]** 210/5
**opinions [3]** 23/8 141/3 156/6
**opportunity [11]** 9/2 12/19 13/20 34/20 36/24 124/16 149/13 184/6 184/8 184/15 193/17
**oppose [1]** 12/14
**opposite [1]** 118/25
**order [1]** 4/20
**ordered [1]** 129/6
**orders [3]** 22/13 78/7 138/14
**organization [5]** 45/21 46/8 47/4 105/2 180/23
**organizational [1]** 164/8
**organizations [3]** 40/12 43/4 78/15
**other [111]** 8/3 8/4 8/7 8/16 12/8 17/2 21/15 22/6 23/6 28/12 29/4 29/16 34/9 34/25 35/2 38/5 38/24 39/12 40/17 47/6 48/13 48/15 48/25 50/17 51/4 51/13 55/20 56/11 57/15 59/5 59/5 60/18 60/24 64/15 66/8 66/10 66/16 67/5 73/21 74/23 75/20 76/21 76/23 78/22 79/5 80/3 80/18 83/22 86/7 86/8 89/22 90/12 91/17 92/11 93/20 94/2 98/4 99/14 100/8 101/2 103/25 104/13 105/14 107/7 110/20 112/17 115/1 120/23 124/5 128/23 129/13 129/17 133/10 135/3 135/21 135/24 137/25 140/25 145/8 145/14 149/17 149/19 150/1 151/8 155/15 158/20 159/6 162/3 166/4 168/7 171/10 171/11 172/7 172/8 173/1 174/3 177/7 177/25 178/1 180/5 180/16 180/20 186/15 187/15 189/7 190/15 191/13 192/12 192/18 193/2 193/16
**others [7]** 24/8 37/24 98/15 123/4 135/16 137/20 152/1
**otherwise [6]** 12/6 29/23 81/5 133/8 145/21 176/1
**our [33]** 20/5 20/8 20/10 20/12 20/17 30/17 31/5 98/17 98/21 123/23

# P

**P-R-O-C-E-E-D-I-N-G-S [1]** 2/14
**p.m [12]** 4/8 4/9 130/1 136/7 153/16 154/17 154/18 154/22 190/22 207/24 210/11 211/6
**PA [1]** 1/17
**paddle [4]** 21/18 21/20 46/17 125/21
**paddles [6]** 88/25 123/16 138/12 153/12 190/13 208/16

124/7 125/3 133/9 136/22 136/23 136/25 138/2 138/3 138/6 138/13 140/3 144/5 146/12 147/1 154/2 155/1 159/21 182/8 187/12 204/16 205/22 206/12 206/13
**out [36]** 9/6 10/1 13/3 13/12 14/18 14/18 22/18 26/2 26/23 27/10 44/16 70/13 98/16 105/13 109/13 116/24 117/24 122/13 123/1 125/9 133/22 145/8 145/12 157/24 162/21 182/11 183/1 183/18 184/6 184/16 188/14 190/5 190/17 204/18 208/3 211/1
**Outback [1]** 106/5
**outcome [6]** 20/13 23/14 34/24 137/1 141/9 149/17
**outside [10]** 23/24 70/20 76/3 76/5 91/10 99/14 101/2 141/14 165/6 190/15
**over [29]** 4/19 13/12 20/3 24/17 33/17 35/20 36/25 42/17 76/17 78/10 83/18 92/13 96/24 104/20 112/10 116/2 123/20 130/18 131/18 133/2 142/7 146/13 147/9 150/3 162/23 179/24 181/6 205/5 205/25
**overlooked [1]** 28/15
**overnight [3]** 57/5 57/12 122/11
**overpaid [1]** 182/25
**oversee [1]** 87/14
**overview [1]** 142/8
**owed [1]** 25/21
**Owens [3]** 112/4 206/12 208/9
**owing [1]** 143/8
**own [7]** 32/2 80/4 117/25 117/25 118/8 147/25 209/19
**owned [2]** 66/6 121/19

**PAGE [1]** 2/2
**PAGES [1]** 1/8
**pain [3]** 77/12 133/20 133/24
**Palm [2]** 95/17 118/16
**Pam [1]** 112/4
**Pamela [1]** 208/9
**Panama [2]** 28/9 200/15
**pandemic [1]** 137/13
**panel [13]** 2/4 19/8 22/20 23/25 129/25 136/1 136/7 139/21 153/15 154/22 190/22 207/24 208/17
**paper [2]** 30/24 146/20
**papers [1]** 156/5
**paragraph [2]** 7/1 207/18
**paragraphs [1]** 207/16
**Parcel [1]** 78/2
**Parents [2]** 27/4 140/7
**parish [1]** 135/6
**parishioner [1]** 135/6
**parishioners [1]** 132/12
**part [25]** 4/14 4/23 5/25 10/19 13/19 22/25 23/12 33/5 38/13 38/14 49/22 52/3 64/6 67/25 68/13 70/7 70/9 86/1 111/2 123/20 140/20 141/6 152/14 152/15 191/6
**part-time [6]** 64/6 67/25 68/13 70/7 70/9 86/1
**particular [9]** 35/24 36/24 40/9 151/16 181/7 183/14 189/16 191/3 194/15
**particularly [3]** 35/25 150/7 151/2
**particulars [1]** 17/14
**parties [11]** 20/7 23/24 136/20 154/14 158/7 161/13 183/15 190/11 193/23 206/1 209/24
**partner [4]** 157/7 157/8 157/10 157/10
**partners [1]** 66/7
**parts [1]** 114/23
**Paso [2]** 49/21 52/10
**pass [1]** 96/24
**passed [1]** 179/3
**past [6]** 80/19 108/22 117/10 117/12 178/13 210/14
**pastor [3]** 98/14 160/13 160/14
**Patent [1]** 51/12
**pathologist [1]** 88/8
**patience [8]** 23/18 116/13 136/9 141/13 154/25 208/1 208/2 210/9
**patients [2]** 29/10 29/12
**Patrol [2]** 108/18 108/19
**patrols [1]** 80/13
**Pause [1]** 208/21

**paver [2]** 60/23 60/24
**paving [1]** 60/25
**pay [9]** 24/25 25/22 29/13 37/8 116/24 118/2 142/14 143/9 151/15 119/21
**payable [2]** 164/5 164/6
**paying [3]** 7/19 119/11 119/21
**Pembroke [1]** 108/16
**penalties [2]** 82/17 82/20
**penalty [1]** 82/25
**pending [1]** 14/16
**Peninsula [1]** 79/24
**penitentiary [1]** 121/2
**Pennsylvania [1]** 106/11
**people [14]** 4/13 5/23 37/16 92/15 114/23 124/4 127/16 135/6 144/22 149/1 151/19 188/17 188/22 190/15
**people I [1]** 127/16
**per [1]** 10/4
**peremptories [16]** 130/15 130/17 195/7 197/10 199/2 199/8 199/16 200/9 201/19 202/1 202/8 203/10 203/18 203/23 204/21 205/1
**peremptory [18]** 130/16 195/1 195/4 195/25 196/24 197/25 198/1 198/10 198/11 199/1 199/16 201/4 201/8 201/11 204/17 205/13 205/15 205/19
**perfectly [2]** 38/14 152/15
**perform [2]** 20/11 136/24
**performing [2]** 29/24 145/22
**period [2]** 181/7 191/2
**permissibility [1]** 15/15
**permissible [1]** 18/13
**permit [5]** 15/16 16/22 118/10 190/8 209/10
**permitted [6]** 16/24 21/14 22/24 137/24 210/2 210/3
**person [8]** 31/4 34/11 85/9 109/17 132/14 146/25 149/3 181/3
**person's [1]** 181/4
**personal [2]** 22/14 23/9 23/20 36/19 138/16 141/4 161/25 165/1 177/24 180/8 186/25 187/4
**personally [5]** 76/21 121/20 121/22 162/13 164/25
**personnel [2]** 21/23 138/2
**persons [2]** 24/7 141/20

**pertaining [1]** 12/21
**pertains [3]** 5/11 16/8 31/16
**pertinent [4]** 11/3 11/9 18/20 207/16
**pet [2]** 70/5 71/1
**petroleum [1]** 194/9
**petting [1]** 55/22
**PFMEA [1]** 50/8
**pharmaceutical [1]** 51/2
**Pharmaceuticals [1]** 77/25
**pharmacy [2]** 61/9 61/9
**Philadelphia [3]** 120/17 120/18 120/23
**philosophical [1]** 180/9
**Phoenix [1]** 50/15
**phone [2]** 78/6 78/7
**phrase [1]** 23/1
**physical [9]** 8/13 11/10 18/21 29/22 64/6 99/10 145/20 191/18 207/17
**physician [3]** 13/22 15/3 15/7
**pick [6]** 10/15 23/12 89/10 122/24 141/7 145/11
**picking [1]** 203/21
**PIERCE [10]** 1/2 1/6 1/15 1/24 20/1 78/25 136/16 158/17 181/20 211/16
**pilot [1]** 178/19
**Pines [1]** 108/16
**ping [1]** 123/16
**ping-pong [1]** 123/16
**Pittsburgh [1]** 86/6
**place [6]** 11/14 115/10 118/9 131/18 181/19 182/8
**places [2]** 78/24 186/15
**plaintiff [3]** 1/5 3/5 185/1
**planned [1]** 201/2
**planning [1]** 130/9
**plant [3]** 41/3 58/23 93/21
**plays [1]** 6/3
**plea [11]** 9/11 9/13 9/17 9/20 10/5 10/6 10/8 11/16 14/18 31/2 146/23
**pleasant [2]** 210/8 210/22
**please [115]** 3/2 3/5 19/2 19/11 20/21 21/4 21/6 21/9 21/11 21/17 21/20 22/7 22/9 22/14 22/16 22/18 23/18 23/25 24/2 24/4 25/24 26/4 27/23 28/3 28/18 29/7 33/3 39/16 44/14 46/16 48/7 49/17 53/14 57/2 58/18 60/8 61/7 62/7 63/23 64/24 65/24 71/20 75/15 83/11 85/6 87/6 88/25 89/16 91/7 93/8 93/10

**P**

**please...** [64] 96/24 97/3 100/21 102/8 102/14 104/23 110/16 116/6 120/8 123/18 127/17 129/21 130/3 130/4 136/11 137/17 137/20 138/10 138/16 138/17 138/21 139/18 139/19 139/19 139/24 141/14 141/15 141/18 143/12 144/4 144/9 150/13 153/10 153/12 154/20 155/8 158/14 161/1 161/20 163/16 164/19 165/10 165/20 167/17 170/24 173/24 175/10 176/25 190/8 190/9 190/12 207/4 207/20 207/23 208/5 208/15 208/19 208/23 208/24 208/25 209/6 209/16 210/4 210/10
**plethora** [1] 66/10
**plexiglass** [2] 21/6 137/16
**plural** [2] 15/20 15/21
**Plus** [5] 17/25 25/5 25/6 142/18 142/18
**point** [10] 10/20 21/19 33/20 119/8 119/9 129/15 141/13 189/1 189/3 201/18
**police** [25] 69/2 70/20 70/22 70/25 80/8 86/17 97/14 97/15 97/18 98/7 101/7 101/11 101/18 106/12 108/16 108/16 109/14 126/13 127/19 168/21 171/18 171/20 174/13 174/14 185/3
**policy** [2] 46/10 180/25
**polymers** [1] 50/9
**pong** [1] 123/16
**Pons** [3] 71/22 206/7 208/8
**pool** [1] 116/22
**popular** [2] 120/23 121/3
**Port** [2] 80/8 159/22
**portion** [1] 153/22
**portions** [1] 11/9
**position** [7] 12/2 40/9 78/7 86/19 132/6 191/9 200/20
**positions** [16] 40/18 47/6 50/18 57/15 59/5 64/15 75/20 80/3 91/10 101/2 105/14 155/18 158/20 166/4 173/1 177/7
**positive** [4] 35/25 39/15 150/7 151/3
**possession** [2] 6/10 8/3
**possible** [15] 15/6 31/19 39/7 147/17 180/1 189/9

190/21
**possibly** [3] 26/17 106/18 140/10
**post** [3] 64/16 96/9 187/3
**postal** [1] 64/14
**postpone** [2] 12/11 14/1
**postponement** [1] 15/14
**potential** [3] 17/5 133/9 134/23
**potentially** [3] 8/21 27/2 27/7
**Power** [1] 172/21
**practice** [7] 87/9 87/12 157/19 161/24 161/25 171/3 187/10
**practiced** [1] 186/17
**practicing** [1] 162/1
**practitioner** [1] 112/16
**pray** [1] 165/15
**precautions** [2] 20/25 137/12
**preclude** [6] 36/20 49/10 110/8 158/2 159/24 169/6
**precluded** [2] 5/1 5/2
**precludes** [1] 4/20
**prefer** [4] 23/23 76/15 116/6 165/9
**Preferred** [2] 45/20 107/24
**prejudice** [5] 37/16 37/18 37/19 151/21 151/21
**prejudices** [1] 184/7
**preliminary** [1] 206/23
**preparation** [7] 11/7 25/4 25/8 50/21 142/17 142/22 156/6
**prepare** [5] 8/22 10/17 12/2 50/20 50/25
**preparer** [8] 25/5 39/25 40/5 41/18 42/23 43/19 142/18 180/18
**preparers** [1] 41/2
**preparing** [3] 54/9 54/14 156/5
**prescription** [1] 72/3
**presence** [7] 12/20 13/2 23/24 136/20 141/14 165/6 190/15
**present** [4] 3/15 10/15 14/9 200/17
**presentation** [2] 25/8 142/22
**presented** [15] 5/9 16/15 22/17 23/6 39/1 43/23 46/3 54/16 90/23 124/18 140/25 153/2 156/16 179/6 210/6
**presentence** [5] 14/19 14/20 14/25 153/21 207/15
**preserve** [1] 59/11
**preserved** [3] 14/8 20/9 136/22

**presiding** [1] 20/3
**presumed** [4] 31/3 31/4 31/23 147/1
**presumption** [4] 30/18 30/21 146/14 146/16
**PRETRIAL** [1] 2/3
**pretty** [6] 73/25 87/18 104/14 132/20 133/25 135/9
**prevent** [1] 123/6
**Previous** [1] 77/25
**previously** [19] 130/8 169/12 197/11 198/4 201/23 202/2 206/3 206/3 206/4 206/5 206/6 206/7 206/8 206/9 206/10 206/10 206/11 206/12 207/18
**principal** [1] 171/15
**principles** [1] 30/16
**prior** [41] 7/5 47/6 51/4 52/16 53/7 53/23 62/22 66/5 66/8 70/4 74/25 75/19 78/15 78/22 78/24 79/1 80/3 80/4 81/17 81/25 83/19 83/20 85/14 91/9 93/21 96/2 96/4 98/6 106/17 107/7 107/25 108/2 113/1 113/15 115/1 155/15 156/14 158/20 175/14 184/11 210/17
**prior to** [1] 210/17
**priors** [1] 109/7
**prison** [3] 120/15 121/2 135/8
**private** [10] 16/24 23/24 43/6 45/20 68/13 70/7 70/8 107/24 116/6 141/14
**privately** [3] 76/16 165/6 165/10
**pro** [2] 172/6 187/11
**probably** [10] 52/10 52/11 71/11 88/24 98/13 120/25 126/22 127/14 186/22 195/22
**probation** [3] 177/3 177/25 178/5
**probe** [3] 6/6 8/15 13/25
**problem** [9] 7/19 8/1 27/18 33/12 129/15 143/24 184/19 184/20 188/3
**problems** [1] 126/22
**proceed** [4] 29/18 130/13 139/24 194/15
**proceeding** [9] 21/10 21/13 74/25 119/2 119/3 123/21 140/20 141/6 201/6
**proceedings** [20] 6/23 11/14 18/16 20/20 20/23 76/15 76/23 82/25 84/18 89/7 103/21 104/3 104/10 154/17 163/2

163/9 208/21 209/22 211/6 211/11
**proceeds** [1] 140/5
**process** [5] 12/10 65/12 72/3 129/21 183/11
**processed** [1] 11/16
**procure** [1] 25/7
**procured** [1] 142/21
**produce** [1] 99/16
**produced** [1] 142/2
**products** [2] 78/10 85/11
**profess** [1] 12/18
**profession** [6] 34/16 35/22 36/25 41/8 149/9 150/4
**professions** [1] 43/20
**program** [3] 49/24 185/10 185/19
**programs** [1] 163/24
**project** [2] 155/19 178/15
**prompt** [1] 209/6
**promptly** [3] 27/16 209/17 211/4
**prong** [1] 14/13
**proof** [15] 30/19 31/18 31/20 31/24 31/25 32/4 32/7 118/24 119/1 147/8 147/16 147/18 147/23 147/23 148/4
**proper** [1] 9/2
**proposition** [1] 152/22
**prosecuted** [3] 9/7 39/21 180/13
**prosecutor** [2] 5/8 14/17
**prospective** [1] 140/5
**protect** [1] 105/17
**protected** [2] 20/10 136/23
**protection** [5] 51/19 51/25 62/17 81/19 81/20
**protective** [5] 97/23 105/7 105/8 105/16 105/20
**protest** [2] 46/9 180/24
**prove** [22] 24/15 30/8 30/14 31/13 31/19 32/8 32/16 32/19 33/7 33/8 119/4 125/4 125/10 125/11 142/4 146/6 146/11 147/11 147/17 148/5 148/14 148/17
**proven** [3] 33/18 33/21 124/25
**provide** [6] 8/14 11/18 32/16 76/14 138/9 148/24
**provided** [3] 5/12 14/23 191/12
**province** [2] 38/7 152/9
**proving** [2] 31/11 128/12
**pry** [1] 23/19
**PSI** [10] 6/14 6/15 6/16 6/17 8/6 8/7 8/11 11/10

15/10 18/20
**Pubilx** [1] 61/8
**public** [4] 40/1 42/24 163/19 180/18
**publicized** [1] 104/15
**Publix** [2] 61/9 83/21
**Puerto** [3] 50/22 97/14 97/19
**pull** [1] 10/7
**pulling** [1] 114/23
**pulling millions** [1] 114/23
**purchasing** [2] 169/16 169/18
**purifiers** [3] 21/2 137/13 137/15
**purportedly** [1] 3/23
**purpose** [3] 23/2 23/20 140/22
**purposes** [1] 16/18
**put** [13] 14/15 17/7 36/1 37/23 41/13 116/23 126/10 128/2 128/8 150/8 151/4 151/25 192/13
**putting** [1] 118/24

**Q**

**qualifications** [2] 22/23 140/17
**qualified** [1] 109/16
**quality** [4] 50/8 50/23 50/25 51/1
**Quarto** [1] 50/20
**question** [18] 5/14 6/9 12/12 13/20 22/16 33/11 35/10 44/11 75/2 98/10 119/17 122/6 122/20 128/16 150/15 183/12 183/21 194/7
**questioned** [2] 24/6 141/19
**questioning** [13] 11/1 13/14 15/15 23/17 23/19 23/22 46/13 116/6 131/9 137/24 141/12 155/2 194/6
**questionnaire** [1] 181/15
**questionnaires** [3] 16/14 18/15 155/3
**questions** [24] 6/5 21/14 22/5 22/22 22/24 39/4 78/7 116/3 116/11 123/8 128/20 128/22 128/23 129/13 129/17 140/16 140/19 157/3 165/9 179/24 181/8 193/22 194/1 206/25
**Quintero** [4] 18/8 26/21 27/7 139/9
**quite** [3] 76/13 122/20 159/10
**quote** [1] 15/4

**R**

**Rafael** [4] 3/16 3/18

**R**

**Rafael... [2]** 19/23 140/3
**Rahrig [1]** 81/12
**raise [9]** 21/17 21/20 25/24 46/17 138/11 139/19 143/12 193/17 208/25
**raising [2]** 144/3 150/10
**ran [2]** 107/25 121/19
**rather [1]** 13/13
**re [1]** 194/7
**re-question [1]** 194/7
**reach [6]** 34/17 38/16 90/11 149/10 152/17 170/10
**reached [3]** 90/10 107/1 170/7
**reaction [1]** 188/21
**read [18]** 15/20 25/23 26/2 26/23 27/10 31/14 32/23 37/3 128/25 139/11 140/13 143/11 147/13 147/14 152/22 208/3 209/8 209/14
**reading [3]** 28/14 29/19 145/17
**ready [2]** 42/6 66/10
**real [4]** 4/25 31/22 48/21 147/20
**realize [1]** 116/24
**really [17]** 10/4 10/7 57/6 60/19 101/15 119/16 122/18 122/21 122/23 123/1 126/23 134/17 140/21 167/12 179/3 183/16 188/5
**Realtor [1]** 64/5
**reason [9]** 23/22 24/7 31/23 38/24 132/10 141/20 147/21 152/25 192/25
**reasonable [24]** 24/15 30/9 30/14 31/14 31/17 31/21 31/22 31/25 32/19 33/8 33/9 33/19 124/20 125/4 128/3 142/5 146/6 146/11 147/12 147/13 147/19 147/20 147/23 148/18
**reasonableness [2]** 35/1 149/18
**reasons [4]** 124/11 184/7 191/12 192/17
**Rebeca [1]** 178/9
**rebuttal [1]** 17/7
**recall [6]** 9/25 52/7 52/9 86/3 176/10 186/22
**receipt [1]** 20/16
**receive [5]** 25/12 25/14 143/1 143/3 184/8
**received [12]** 4/9 4/18 9/24 13/11 25/12 25/15 25/20 137/4 143/1 143/4 143/8 207/19
**receiving [2]** 114/23 120/24

**recently [3]** 65/3 65/3 68/2
**recess [11]** 10/16 16/13 17/2 18/14 18/16 89/1 89/5 89/7 153/18 154/17 206/23
**recessed [1]** 155/1
**recessing [1]** 12/5
**recognize [6]** 26/5 26/22 27/9 137/5 139/11 140/12
**recognized [2]** 20/9 136/22
**recommend [1]** 127/15
**recommendation [1]** 10/7
**record [12]** 12/3 14/6 14/12 17/4 17/7 19/15 22/10 122/9 138/20 193/6 198/3 207/14
**records [10]** 6/11 6/17 8/4 15/19 17/13 17/22 17/25 26/19 139/5 206/18
**recruiting [1]** 155/20
**redacted [4]** 8/11 18/20 153/20 207/15
**redaction [1]** 154/3
**reference [2]** 14/24 15/8
**referenced [1]** 163/1
**referring [1]** 131/22
**reflect [1]** 123/4
**refresh [1]** 37/5
**regarding [5]** 36/7 82/16 118/3 120/15 151/9
**regardless [6]** 34/16 35/22 36/6 149/9 150/4 151/8
**regular [2]** 5/16 112/18
**regularly [1]** 186/6
**regulate [1]** 81/22
**regulatory [1]** 51/2
**reinstated [1]** 120/22
**reiterate [3]** 30/23 146/19 183/12
**reject [82]** 194/15 194/16 194/19 194/24 194/25 195/2 195/3 195/5 195/6 195/8 195/10 195/16 195/18 195/20 196/1 196/3 196/8 196/10 196/15 196/17 196/22 196/23 196/25 197/2 197/7 197/9 197/13 197/15 197/20 197/22 197/24 198/2 198/6 198/8 198/9 198/12 198/14 198/18 198/20 198/21 198/24 198/25 199/3 199/5 199/6 199/9 199/11 199/12 199/13 199/17 199/19 199/23 199/25 200/4 200/6 200/7 200/10 201/13 201/15 201/17 201/22 201/25

**202/1 202/6 202/7 202/9 202/11 202/15 202/17 202/21 202/24 203/1 203/2 203/5 204/3 204/5 204/6 204/9 204/11 204/13 204/15 204/23
**relate [1]** 11/10
**related [12]** 8/12 39/8 44/17 76/24 85/11 118/19 120/13 137/12 153/10 177/24 180/2 207/16
**relationships [6]** 69/5 71/5 92/14 159/11 161/4 177/2
**relative [1]** 79/11
**relative's [3]** 51/22 74/8 107/14
**relatives [18]** 36/18 36/19 40/17 43/21 56/5 63/8 67/15 76/6 79/5 80/20 86/8 90/19 103/7 121/14 178/1 192/6 192/12 192/13
**relatives' [3]** 41/7 84/17 108/21
**relator [1]** 64/4
**relevant [1]** 162/21
**relocating [1]** 15/7
**rely [3]** 5/10 32/1 147/24
**remain [7]** 30/19 32/13 34/4 104/19 148/11 194/11 208/5
**remainder [3]** 10/16 192/15 206/23
**remaining [4]** 18/7 130/3 132/23 208/17
**remember [12]** 4/13 5/23 11/2 61/18 67/3 90/7 106/23 170/11 177/16 209/14 209/23 210/4
**remembering [1]** 8/1
**remind [1]** 64/3
**reminded [1]** 209/9
**reminder [1]** 109/9
**remove [4]** 21/14 36/13 123/18 137/24
**render [9]** 29/23 31/7 31/8 38/25 145/21 147/3 147/4 153/1 184/18
**rendered [2]** 38/5 152/7
**Renee [3]** 17/20 26/20 139/8
**rep [1]** 174/9
**repeat [2]** 22/9 33/5
**rephrase [1]** 100/12
**replaced [1]** 86/20
**report [5]** 10/7 14/25 153/21 181/3 207/16
**reported [2]** 1/23 15/5
**reporter [7]** 1/23 22/3 50/5 83/25 111/1 138/7 211/14
**represent [3]** 19/22 124/8 184/4

**representative [1]** 57/17
**represented [2]** 25/11 142/25
**request [8]** 4/5 8/23 9/23 13/19 14/1 16/15 19/3 131/12
**requesting [1]** 98/14
**requests [3]** 12/1 12/15 16/23
**require [3]** 32/15 148/13 181/3
**required [12]** 30/8 34/7 34/14 37/9 122/7 123/24 146/6 148/24 149/7 152/23 210/1 210/6
**requirement [3]** 21/11 21/16 81/17
**research [7]** 86/4 110/21 110/23 110/24 155/11 172/21 209/18
**researched [1]** 186/18
**resolution [2]** 94/22 103/25
**resolve [2]** 17/1
**resort [2]** 4/3 83/21
**resources [1]** 54/9
**respect [6]** 11/2 14/5 17/3 132/7 174/19 200/20
**respective [1]** 21/23
**respond [2]** 30/3 146/1
**responded [3]** 30/5 142/2 146/3
**response [2]** 12/14 44/4 99/23 135/10
**responsibilities [4]** 37/22 151/24 163/3 163/4
**rest [2]** 27/17 143/22
**restate [1]** 44/11
**restaurants [2]** 48/15 82/17
**rests [2]** 31/12 147/9
**result [5]** 3/24 6/11 6/18 13/21 94/22
**resulted [1]** 103/24
**resume [6]** 11/3 27/16 89/2 143/21 153/9 209/5
**Resumed [3]** 18/17 89/8 154/18
**retail [8]** 61/4 72/11 72/12 85/9 93/22 99/17 101/3 113/16
**retire [3]** 38/15 152/16 209/11
**retired [28]** 43/17 51/9 62/21 64/14 64/17 66/4 69/2 70/24 70/25 73/10 81/16 88/4 89/4 95/16 96/9 100/22 101/7 112/25 114/21 115/7 129/25 153/15 157/12 159/5 174/9 175/13 190/22 210/11
**retiree [1]** 97/7
**retirement [6]** 62/22

**66/5 73/17 97/9 175/14 182/8
**retiring [1]** 182/13
**return [7]** 25/9 39/25 42/23 129/20 180/18 181/3 208/12
**returns [6]** 24/22 37/7 54/14 142/11 142/23 151/14
**revealed [2]** 12/25 14/14
**revenue [9]** 18/9 25/8 26/16 39/9 39/16 139/7 142/22 180/3 180/10
**reverend [2]** 98/1 98/2
**reverse [1]** 119/6
**review [2]** 6/14 6/15
**rewriting [1]** 50/22
**Rhode [2]** 121/11 121/14
**Rico [2]** 97/14 97/19
**right [223]**
**rights [1]** 181/4
**ring [1]** 121/13
**rings [1]** 121/16
**Ripple [2]** 63/25 65/21
**rise [11]** 19/7 89/3 129/24 136/6 139/19 153/14 154/16 190/12 207/23 210/10 211/5
**rises [1]** 134/25
**risk [1]** 192/13
**River [5]** 28/24 64/25 106/15 108/7 189/24
**RMR [2]** 1/23 211/14
**RN [1]** 112/18
**Robert [6]** 26/21 27/6 139/9 140/8 171/1 208/6
**Rodger [1]** 208/8
**role [44]** 6/4 20/14 20/24 23/14 43/8 44/18 45/25 47/6 49/23 50/16 51/23 54/13 55/18 57/9 59/1 66/8 70/4 70/5 72/9 73/21 74/8 78/4 78/22 87/12 87/21 91/18 93/13 95/18 96/2 97/23 101/10 105/6 105/19 110/20 112/17 137/2 137/10 141/9 158/18 162/3 164/13 168/22 177/7 178/4
**roles [5]** 40/2 105/10 155/15 155/24 175/21
**Rolls [1]** 121/17
**room [22]** 16/17 31/7 33/18 38/15 38/17 87/16 129/20 137/15 147/3 152/16 152/18 153/8 188/7 188/13 188/15 188/17 188/22 188/25 190/13 190/20 208/12 209/11
**Rosenberg [1]** 9/8
**roughly [3]** 52/9 67/3 77/14
**Royces [1]** 121/17

Page 232

**R**

Rubin [1] 85/7
rude [1] 209/25
rules [2] 23/14 141/9
ruling [2] 11/23 14/5
run [3] 27/16 117/13
143/22
runs [2] 27/14 143/19
RV [2] 66/6 66/8
Ryder [4] 65/25 67/23
206/7 208/7

**S**

sacrifice [2] 182/11
182/14
safety [3] 21/2 50/13
73/16
said [46] 4/10 22/4 22/8
25/17 30/1 31/2 32/15
41/14 46/14 68/11 71/4
78/13 101/15 102/1
109/19 120/20 126/21
131/8 131/10 133/3
133/11 133/13 133/14
133/19 134/24 135/5
135/12 145/24 146/23
148/13 151/13 154/11
165/15 165/16 179/10
180/20 182/5 187/3
187/18 192/5 192/12
194/13 201/1 201/5
203/14 203/17
Saintanaelle [1] 27/5
Saintanelle [1] 140/8
Saintelus [2] 27/5 140/8
sales [5] 57/17 70/15
93/21 166/3 166/4
Samantha [1] 91/8
same [12] 32/6 34/12
50/24 98/18 98/18 115/3
131/2 132/12 135/7
148/3 149/6 185/4
Samuel [1] 150/14
San [1] 51/13
sanction [1] 4/2
Sandigo [4] 29/9 29/15
99/8 100/18
Sandra [1] 75/16
Sanoth [2] 165/21
208/10
sat [1] 123/4
satisfaction [1] 125/4
satisfied [1] 201/8
satisfy [1] 128/2
Saturday [1] 4/8
saw [1] 181/15
say [30] 6/1 8/21 15/19
33/17 33/20 51/20 52/11
71/9 71/11 71/14 71/14
101/19 122/22 126/25
127/20 127/20 130/21
138/9 150/17 155/17
164/1 165/25 166/1
187/9 193/10 194/3
198/23 198/24 199/13
200/14

saying [9] 22/5 30/6
34/12 134/19 138/8
142/3 146/3 149/5
203/21
says [4] 8/1 38/13
134/18 152/14
schedule [9] 27/13 27/19
118/5 122/11 143/19
143/25 144/17 145/2
195/21
scheduled [5] 27/21 29/1
144/2 163/7 163/10
scheduling [10] 28/6
28/12 29/16 100/7
144/15 144/16 145/1
145/14 200/25 201/12
school [33] 43/7 44/16
53/20 53/21 53/23 54/6
56/1 60/16 63/3 80/17
83/14 83/15 93/22 99/17
101/1 101/3 106/6 108/2
108/5 108/7 110/17
125/7 145/9 145/12
169/14 169/15 169/19
169/21 171/15 185/9
185/22 189/23 192/22
sciatica [1] 77/12
science [3] 51/14 68/22
112/8
Scientific [1] 68/21
scientist [1] 102/21
se [1] 10/4
search [2] 17/25 18/3
seated [77] 3/2 18/18
19/9 19/17 19/23 21/24
28/10 29/3 29/14 40/21
41/22 43/12 44/6 44/24
45/10 46/5 48/3 49/13
52/12 53/11 55/12 56/22
58/14 60/5 62/4 63/20
65/21 67/22 69/20 71/17
73/4 75/12 77/19 79/17
81/8 83/8 84/25 87/3
88/22 89/9 91/1 93/3
95/7 96/23 99/4 100/17
102/3 104/20 107/22
109/5 110/11 111/23
113/13 114/14 130/6
138/24 139/23 144/25
151/1 153/13 153/17
154/19 154/23 158/11
160/6 161/17 163/13
165/17 167/13 169/9
170/21 172/15 175/7
176/22 178/8 208/22
210/12
seats [1] 208/19
Sebring [1] 98/14
second [15] 4/14 7/1
14/13 30/18 68/21
129/10 131/16 147/8
190/24 191/19 195/12
195/25 204/16 205/22
206/13
Secondly [1] 12/19
Secret [1] 92/11

secretary [1] 177/8
section [6] 8/12 24/23
25/1 37/9 142/12 142/15
sections [1] 18/20
security [9] 22/11 22/15
48/9 48/15 70/23 85/20
138/13 138/17 144/5
see [79] 5/9 8/12 10/19
21/3 23/14 25/25 26/24
27/11 27/22 28/8 28/13
29/21 29/25 31/10 32/5
32/11 34/2 34/5 34/21
35/17 36/3 36/8 37/2
37/14 37/25 38/3 38/10
38/16 38/23 39/13 39/19
39/23 45/1 46/6 46/11
116/16 123/7 126/24
137/14 139/12 140/14
141/9 143/13 143/16
144/3 145/16 145/19
145/23 147/7 148/9
148/12 148/23 149/14
149/24 150/10 151/5
151/11 151/18 152/2
152/5 152/11 152/17
152/24 153/4 153/5
153/11 154/14 164/9
179/25 180/7 180/11
180/22 181/1 181/1
181/5 200/18 200/25
209/25 210/23
seeing [6] 12/11 29/11
30/22 32/14 146/18
200/18
seek [1] 8/19
seeking [2] 6/22 8/20
seemed [1] 194/5
seems [1] 118/25
seen [1] 183/15
sees [1] 14/21
seized [2] 17/25 18/5
select [4] 20/12 23/3
136/25 140/22
selected [13] 24/4 31/16
36/2 65/9 122/7 124/7
126/7 137/16 147/14
150/9 151/4 204/1 208/4
selecting [3] 14/3 129/21
130/9
selection [6] 16/17 19/3
24/4 141/17 153/9
192/19
selections [1] 190/7
self [3] 42/11 64/4 64/9
self-employed [2] 42/11
64/4
self-taught [1] 64/9
sell [1] 85/11
send [2] 31/6 147/2
sending [1] 42/6
sense [10] 31/23 34/8
34/13 35/19 52/16
147/21 149/1 149/6
150/2 163/6
sensitive [3] 162/24
163/3 163/6

sent [2] 72/4 98/13
sentence [2] 38/6 152/8
separate [1] 10/2
September [1] 15/4
sequence [3] 10/9 17/17
17/12
sergeant [1] 108/15
serious [1] 5/17
serve [49] 22/23 23/15
24/4 24/8 27/20 31/16
36/2 37/12 41/20 42/14
43/9 44/22 56/19 58/11
63/17 65/18 69/7 71/6
73/1 74/9 75/3 84/18
88/19 95/20 107/15
120/19 134/18 137/16
140/17 141/10 141/18
144/1 147/15 150/9
151/4 158/3 158/8
161/14 162/18 165/13
166/24 171/25 172/12
174/16 175/4 175/21
191/22 197/6 208/4
served [54] 47/14 49/3
52/5 52/19 55/2 56/12
58/4 59/20 61/16 63/4
63/10 65/8 66/22 69/10
72/17 73/24 76/9 77/6
79/8 82/11 82/19 84/8
86/11 88/9 90/5 92/18
94/10 96/14 97/9 97/14
100/2 101/16 101/25
103/10 106/21 111/10
112/21 113/23 115/16
120/21 157/13 159/16
161/8 162/10 164/21
166/14 168/14 172/3
173/7 175/1 176/8
176/14 177/14 179/17
service [23] 20/17 20/18
20/20 23/7 25/8 39/9
39/16 53/7 57/17 61/10
67/5 78/3 90/12 92/11
97/8 107/7 113/15 137/5
137/6 141/2 142/22
180/3 180/10
set [1] 74/1
settle [1] 119/22
settled [4] 52/13 90/11
94/12 119/20
settlement [3] 118/17
119/9 119/11
seven [8] 24/20 52/10
52/11 52/12 142/10
162/2 186/22 199/16
seventh [3] 25/16 52/12
143/5
several [5] 30/15 105/10
109/10 175/19 178/22
severe [1] 4/2
Shaniek [1] 181/17
Shanta [2] 27/7 140/10
she [175] 3/25 4/12 4/21
5/13 5/15 5/20 5/22 5/22
5/24 5/25 6/3 7/1 7/2 7/6
7/7 7/10 7/11 7/12 7/13

7/15 7/16 7/17 7/17 7/18
7/23 7/23 7/24 8/1 8/1
8/16 8/17 9/7 9/8 9/9
9/11 9/23 10/3 10/21
10/24 10/24 10/25 12/21
12/23 13/6 13/9 13/11
13/12 13/13 13/14 13/21
13/22 13/23 13/24 14/16
14/22 14/25 15/2 15/2
15/5 15/7 17/5 17/5
17/11 19/1 21/24 21/25
22/3 22/3 45/6 51/9 51/9
57/24 57/25 62/22 66/15
66/16 68/23 73/11 73/13
74/5 78/21 78/21 78/22
78/23 78/23 78/24 78/25
80/17 80/18 86/1 86/1
86/2 98/2 98/4 106/10
106/11 106/12 106/12
106/15 110/2 110/3
110/4 110/4 115/7 115/7
115/7 115/8 117/13
117/14 130/21 130/21
131/2 131/2 131/2 131/3
131/7 131/8 131/8 131/9
131/10 131/10 131/13
131/13 133/3 133/4
133/5 133/6 133/8
133/10 133/11 133/11
133/11 133/13 133/13
133/14 133/16 133/19
133/20 133/23 133/23
133/24 133/25 134/1
134/4 134/18 134/18
134/20 134/24 134/24
134/24 138/3 138/4
138/5 138/6 138/7 138/8
149/4 160/19 160/19
166/11 166/11 171/15
186/15 191/21 192/5
192/6 192/12 192/14
195/21 195/22 195/23
200/14 201/1 201/1
204/18
she's [4] 4/14 6/1 110/5
134/17
shed [1] 4/5
sheriff [2] 70/20 92/11
Sheriff's [4] 64/25 65/2
65/5 106/15
Shipping [1] 114/23
short [6] 4/9 12/6 27/15
116/23 122/12 124/7
short-term [1] 116/23
shortage [1] 133/14
should [16] 12/24 39/21
43/25 44/2 123/5 131/25
137/15 137/18 153/24
158/8 167/10 180/13
203/17 209/15 209/25
211/3
show [3] 74/1 128/14
148/10
showing [5] 30/20 32/12
74/2 204/24 205/15
shown [3] 38/12 127/9

**S**

**shown... [1]** 152/13
**sic [1]** 115/9
**side [10]** 16/22 24/6
71/10 71/12 99/17 124/5
126/25 127/1 127/2
141/19
**sides [6]** 38/2 128/1
152/4 182/24 183/16
183/19
**sight [2]** 29/23 145/21
**sigma [1]** 50/9
**signed [1]** 156/6
**significant [2]** 9/7
125/24
**Sikorsky [2]** 47/1 47/2
**silent [4]** 30/19 32/13
34/4 148/11
**similarly [1]** 36/4
**Simone [3]** 102/15 121/4
131/17
**simplistic [1]** 99/16
**simply [10]** 24/8 24/14
36/1 37/12 142/1 142/19
150/8 151/3 209/12
210/1
**Simpson [2]** 27/4 140/7
**since [14]** 4/23 4/24 4/25
7/7 7/24 15/7 62/12 70/3
75/21 162/5 185/22
187/4 195/22 203/19
**sincere [4]** 20/5 34/11
136/18 149/4
**sincerity [2]** 34/14 149/8
**single [1]** 162/7
**Singletary [2]** 27/5
140/8
**sir [88]** 8/12 29/7 32/25
33/4 35/13 36/11 36/13
37/1 40/10 40/20 45/14
45/17 46/5 46/23 47/25
48/7 48/16 49/10 49/17
51/3 51/5 51/6 53/2
54/19 58/18 59/13 60/2
62/7 62/9 63/17 63/20
67/18 73/9 74/21 75/6
79/20 80/14 81/5 83/17
84/18 85/8 85/10 85/19
85/23 86/21 97/3 97/6
98/23 99/4 99/9 99/18
99/22 100/8 102/10
102/16 103/5 104/3
104/19 108/21 109/4
109/23 110/7 113/19
114/7 114/15 114/20
115/4 115/23 129/9
145/13 150/13 150/19
151/1 161/22 162/17
165/25 166/24 167/13
170/24 172/12 172/20
173/17 173/21 175/12
176/1 176/19 185/14
201/11
**sister [6]** 43/19 50/21
74/4 74/6 74/7 144/17
**sisters [1]** 122/11

**sit [8]** 37/23 77/11 77/14
102/9 124/9 133/20
141/21 152/1
**sitter [1]** 70/5
**sitting [10]** 7/18 71/1
89/1 126/22 133/23
134/20 138/5 140/2
140/3 208/15
**situation [7]** 118/23
126/10 127/3 127/21
128/8 157/19 188/23
**situations [2]** 37/17
151/20
**six [18]** 27/12 41/4 50/9
50/22 52/11 52/11 73/11
85/17 97/15 98/17
130/17 143/18 167/23
177/6 186/22 199/2
204/24 205/11
**Sixteen [1]** 95/22
**sixth [2]** 25/16 143/5
**size [1]** 188/22
**skills [1]** 50/1
**skip [3]** 65/25 200/12
208/7
**skipped [1]** 201/23
**skipping [2]** 197/11
202/2
**small [3]** 43/6 43/18
85/9
**Smoot [1]** 185/25
**so [191]** 4/18 4/21 4/24
5/3 5/7 5/13 6/14 6/21
7/1 7/7 7/12 7/21 8/17
8/21 9/4 10/17 10/25
11/15 11/16 11/18 12/6
13/3 13/4 13/24 14/2
15/1 15/8 15/10 16/6
16/7 16/10 16/13 16/19
17/8 17/15 17/15 18/11
20/14 21/4 21/9 21/18
21/20 23/17 24/2 24/14
25/24 27/15 29/12 30/11
31/25 32/20 33/14 34/7
36/15 40/13 41/5 42/7
46/14 46/17 47/11 48/18
50/1 51/10 54/4 54/21
57/19 65/11 66/17 68/2
76/17 82/5 82/18 86/4
86/19 88/25 92/1 98/2
98/22 98/23 98/25
101/16 104/9 109/16
109/21 116/8 116/24
117/25 118/3 118/15
118/18 119/3 119/5
119/14 119/17 120/24
121/17 121/22 121/23
122/13 122/25 123/18
124/1 124/6 124/8 124/9
125/23 126/10 129/21
131/15 132/20 132/22
134/1 134/7 134/12
135/12 137/3 137/18
137/19 137/22 138/12
138/21 139/16 139/17
141/12 142/4 143/12

**144 [2]** 145/7 146/8
147/2 147/23 148/18
148/19 148/25 152/7
153/7 154/11 155/3
156/4 156/4 156/17
156/18 156/19 157/2
157/23 157/24 157/25
158/5 164/7 164/17
167/11 169/25 172/2
172/14 174/18 175/19
179/2 179/3 181/8
182/13 183/15 184/5
184/9 184/14 184/18
185/2 185/20 186/24
188/18 189/4 189/18
189/21 190/5 190/6
192/3 192/15 198/4
200/15 203/14 203/16
203/25 204/21 204/22
205/1 205/20 206/21
207/18 209/5 209/7
210/13 211/2
**social [1]** 55/22
**Sold [1]** 66/10
**sole [3]** 38/7 128/11
152/9
**solely [10]** 23/5 39/1
43/23 46/2 54/16 90/23
140/24 153/2 156/16
179/5
**solve [1]** 192/21
**some [50]** 3/23 13/24
16/24 18/4 20/15 20/19
21/6 21/8 22/24 23/9
24/7 24/8 36/18 46/12
76/22 77/12 80/13 92/8
99/1 116/3 122/21 123/2
124/2 124/4 124/4 124/5
129/12 133/1 133/24
137/3 137/7 137/16
137/20 140/16 140/18
140/18 141/4 141/12
141/20 146/12 146/18
154/12 172/6 180/15
184/13 184/13 187/9
190/7 207/6 209/8
**somebody [5]** 86/20
109/20 109/22 128/13
188/9
**someone [4]** 34/10 73/11
109/12 149/2
**something [13]** 9/3
12/13 12/18 17/8 97/15
99/16 104/9 109/18
118/3 122/21 144/19
144/20 164/25
**sometimes [11]** 4/12
5/23 7/4 7/5 37/16 37/17
122/19 144/18 151/19
151/20 188/7
**somewhat [1]** 16/21
**son [6]** 76/1 88/8 106/4
106/5 145/6 145/11
**soon [1]** 190/21
**sorry [34]** 28/15 37/16
40/11 40/15 40/25 44/1

**50/5 54/3 54/19 73/13
83/25 94/20 95/21 97/13
109/9 111/1 112/4
116/22 117/11 127/18
131/23 132/16 134/7
139/16 151/19 165/25
167/2 167/20 181/15
186/3 190/19 198/23
206/5 208/16
**sort [3]** 4/18 129/5 211/1
**sorts [2]** 155/22 157/12
**sound [1]** 119/14
**sounds [1]** 146/17
**South [3]** 1/14 15/8
211/15
**SOUTHERN [6]** 1/1
20/3 20/7 74/5 136/17
136/19
**Spa [1]** 83/21
**space [5]** 54/13 137/19
176/1 188/18 188/20
**Spacial [1]** 18/1
**spacing [1]** 16/18
**Spanish [1]** 89/19
**speak [17]** 12/17 21/4
21/5 21/17 22/7 23/2
23/23 116/6 124/10
138/10 140/21 141/13
157/24 165/5 165/10
184/15 190/14
**speaking [8]** 21/19
22/10 23/3 29/20 34/11
46/18 145/18 149/4
**special [20]** 3/11 3/12
17/24 18/9 19/17 23/9
26/9 26/11 26/12 26/13
26/15 27/18 49/24
138/24 139/2 139/3
139/6 141/4 143/24
150/1
**specialist [1]** 81/23
**species [1]** 59/12
**specific [1]** 128/22
**specifically [7]** 37/4
37/11 58/22 59/23
161/25 168/20 175/16
**specified [2]** 25/13 143/2
**speech [1]** 88/7
**spinning [1]** 5/8
**spoke [2]** 160/11 169/12
**spoken [1]** 180/17
**spouse [26]** 51/8 55/25
60/22 64/13 66/14 68/16
70/12 70/16 78/20 80/16
82/4 85/25 88/3 90/1
91/14 93/25 101/6 110/1
112/15 115/6 159/4
160/18 166/10 171/14
174/8 178/18
**spouse's [1]** 79/1
**sprayer [2]** 59/7 59/8
**St [4]** 25/19 80/8 143/6
159/22
**staff [2]** 87/14 156/7
**staffing [3]** 28/25 133/14
133/14

**stand [13]** 12/21 12/24
13/14 28/3 33/3 46/16
123/12 124/19 133/25
138/11 155/8 208/5
208/24
**standing [1]** 208/5
**standpoint [1]** 210/17
**Stanley [3]** 18/9 26/15
139/7
**start [14]** 12/9 14/3
22/10 26/6 46/20 116/8
116/17 129/14 155/3
164/1 194/14 208/18
210/7 211/4
**started [12]** 7/12 10/13
10/25 110/21 133/21
156/3 164/7 182/8 188/4
205/5 205/6 209/7
**starting [8]** 19/15 27/13
40/2 46/13 130/14 138/3
143/18 146/14
**starts [2]** 30/24 77/14
**state [22]** 12/13 18/1
19/14 59/7 69/4 81/18
82/18 85/15 97/15 108/7
118/10 119/1 136/10
138/20 145/7 163/24
171/21 186/8 186/8
186/9 189/24 207/13
**stated [4]** 43/21 132/11
152/22 193/7
**statement [5]** 18/2 74/22
74/24 193/11 193/15
**statements [6]** 7/4 7/6
10/16 15/14 163/6
206/24
**states [31]** 1/1 1/4 1/11
1/24 3/8 15/4 19/17 20/2
24/23 24/25 25/9 25/21
31/12 37/9 39/16 39/22
77/25 78/2 118/24 119/4
136/13 136/17 142/12
142/15 142/23 143/9
146/20 147/15 180/10
180/13 211/15
**stating [1]** 17/5
**station [7]** 57/5 57/12
165/24 166/1 166/2
166/2 194/1
**stations [1]** 57/15
**status [1]** 19/3
**stay [2]** 91/8 190/6
**stayed [1]** 156/7
**stays [1]** 191/8
**stealing [1]** 157/20
**step [1]** 190/5
**stepbrother [1]** 171/18
**steps [1]** 11/3
**stepson [1]** 82/23
**still [13]** 17/8 42/10 65/2
68/2 106/10 106/15
108/7 116/11 122/7
127/13 129/21 204/17
204/22
**stock [1]** 158/23
**Stockton [4]** 46/20

**S**

Stockton... [3] 116/17
206/2 208/6
stolen [3] 109/13 109/14
132/15
storage [1] 81/22
store [6] 78/16 83/24
83/25 84/1 85/9 85/10
stores [1] 72/10
straight [1] 131/19
strategic [1] 49/25
streamline [1] 130/19
strenuously [1] 134/22
stress [1] 20/17
stricken [19] 130/25
132/1 132/2 132/17
132/21 133/6 134/1
134/10 134/12 135/14
191/18 192/3 193/1
193/14 197/11 198/4
201/12 201/23 202/3
strike [9] 130/20 131/1
131/17 134/3 135/2
191/11 191/14 192/16
192/25
strikes [2] 130/13
194/13
striking [1] 193/25
stroke [11] 3/24 5/13
5/16 5/17 5/17 5/20 5/20
7/25 13/7 13/11 13/21
strokes [3] 15/20 86/4
153/23
strong [3] 39/14 133/25
180/8
struck [1] 133/11
structured [1] 201/6
Stuart [1] 144/23
student [3] 56/11 57/25
64/20
studied [1] 189/13
studio [2] 168/3 168/6
study [2] 64/8 108/5
studying [3] 164/7
189/15 189/17
stuff [4] 42/7 83/16
164/1 179/2
stunned [1] 4/18
subcontractors [2]
118/13 118/14
subject [3] 20/25 100/9
161/14
submit [1] 87/15
submittals [1] 50/25
subsection [2] 24/23
142/13
substance [1] 90/9
such [6] 10/25 15/3
27/19 27/20 143/25
144/1
suffer [1] 9/12
suffered [3] 3/25 13/6
15/2
suffering [1] 15/5
suffers [6] 7/15 7/16
7/17 7/18 10/21 10/25

sufficiently [3] 6/6
11/19 15/16
suggesting [1] 203/20
Suite [2] 1/14 1/17
suited [2] 24/8 141/21
Sullivan [3] 60/9 206/4
208/7
summary [1] 18/10
summer [1] 185/19
summoned [2] 136/4
137/8
summons [2] 20/16
137/4
superintendent [1] 94/1
supermarket [1] 99/16
supervising [1] 79/24
supervision [1] 9/10
supervisor [5] 48/9 57/5
81/23 105/16 122/12
supplement [1] 111/3
supplements [1] 110/24
supplied [2] 155/3
207/14
supports [2] 156/19
194/8
supposed [2] 5/9 203/18
Supreme [1] 85/17
sure [28] 6/21 35/11
46/17 75/2 100/13
102/12 102/12 106/10
107/12 122/10 122/14
126/17 130/21 131/3
135/18 157/21 162/20
164/16 167/8 182/10
182/12 182/15 183/13
193/21 204/22 204/23
205/4 205/14
surgery [2] 27/21 144/2
surprised [1] 12/24
surrendered [1] 10/3
surroundings [1] 164/18
Susan [1] 185/15
suspended [1] 172/7
sway [2] 71/11 185/11
swayed [2] 71/15
swear [3] 139/17 206/22
208/23
Sweetwater [1] 108/17
sworn [8] 2/4 2/9 22/19
22/20 52/12 61/20
139/21 209/1
sympathy [3] 37/15
37/19 151/21
system [9] 20/14 20/17
30/17 39/15 50/23 95/17
137/2 146/13 180/9
systems [2] 50/8 77/24

**T**

table [5] 3/10 19/17 26/9
138/24 207/8
take [16] 10/25 11/12
12/2 16/19 22/13 23/17
45/22 67/12 109/21
138/14 141/12 145/6
166/13 190/12 190/23

207/7
taken [1] 7/14 116/24
125/3
takes [6] 7/23 12/21
12/23 13/14 133/24
189/6
taking [17] 7/13 7/24
8/16 10/24 13/21 13/24
22/3 28/8 77/16 78/6
78/7 78/7 119/10 124/19
138/7 200/14 201/1
talk [9] 13/17 102/9
123/21 165/4 190/9
209/13 209/16 210/2
210/3
talked [2] 125/14 128/25
talking [2] 124/1 131/20
talks [1] 7/1
Tallahassee [1] 171/20
Tamara [1] 208/6
tank [1] 82/18
tanks [1] 81/23
target [4] 9/24 57/17
61/11 83/24
tasks [1] 5/24
taste [1] 119/15
taught [3] 50/8 50/9
64/9
tax [43] 24/22 24/25
25/4 25/5 25/9 25/10
25/22 39/11 39/15 39/21
39/25 40/5 41/2 41/18
42/23 43/19 44/17 46/9
46/10 54/10 54/14
120/24 142/11 142/14
142/17 142/18 142/23
142/24 143/9 143/10
151/14 156/5 156/12
164/12 175/25 180/2
180/5 180/9 180/12
180/18 180/24 180/25
181/3
taxable [4] 25/20 25/20
143/8 143/8
taxation [1] 39/8
taxes [12] 37/7 37/8
44/12 44/13 54/9 116/24
116/25 117/24 118/2
118/15 151/15 183/2
taxpayer [7] 18/7 25/10
25/12 25/14 142/24
143/1 143/3
teach [7] 49/23 50/15
60/14 89/18 100/24
112/6 112/7
teacher [15] 51/9 56/11
60/11 60/12 63/3 80/17
86/1 89/19 90/2 100/23
100/25 110/17 110/20
112/9 160/19
teachers [1] 125/8
teaching [10] 49/25
60/18 73/20 80/18 89/20
89/22 101/2 110/18
110/22 112/11
tech [2] 61/9 66/8

technical [1] 96/5
technician [5] 44/15
66/6 70/1 70/6 164/10
technology [2] 60/15
175/18
Teens [2] 115/8 115/9
telemarketer [1] 48/20
tell [61] 28/4 28/18 29/7
43/1 43/4 48/7 49/17
53/14 53/18 57/2 58/18
60/8 61/2 61/7 62/7
62/15 63/23 64/24 65/24
71/10 71/20 75/15 83/11
85/6 87/6 87/13 89/16
91/7 92/1 92/9 93/8
93/10 97/3 97/8 100/9
100/21 102/8 102/14
103/20 104/5 104/23
110/16 116/21 120/6
120/8 127/5 127/25
144/9 150/13 155/8
156/2 158/14 161/1
161/20 163/16 165/20
170/24 173/24 175/10
176/25 188/21
telling [4] 90/9 106/23
126/13 170/8
tells [1] 186/15
ten [5] 5/23 16/2 16/22
85/16 89/2 89/5 130/15
171/21 172/24 202/8
203/12
Tennessee [3] 47/13
108/18 108/19
Tequesta [1] 91/16
Teresa [3] 21/24 81/12
138/3
term [2] 8/23 116/23
terms [3] 10/9 35/20
193/22
Terry [3] 28/20 206/3
208/6
testify [8] 18/12 32/17
33/14 33/23 33/25
138/21 148/15 148/20
testifying [7] 10/11
21/15 34/22 34/24
137/25 149/15 149/16
testimony [13] 34/7
34/18 34/18 34/19 35/1
35/1 148/25 149/11
149/11 149/12 149/18
149/19 209/20
Thailand [1] 50/19
than [25] 8/7 12/4 12/6
17/2 18/12 21/15 24/8
48/15 59/5 74/23 87/11
89/22 100/8 123/1
137/25 141/21 171/11
172/8 177/25 180/16
180/20 187/4 187/16
188/17 209/4
thank [149] 3/2 4/7 14/7
18/18 19/6 19/24 20/18
27/1 27/24 28/11 28/22
33/12 35/13 36/13 36/23

37/1 40/20 41/12 41/22
42/16 43/12 44/16 44/24
45/9 46/5 48/3 49/9
49/14 51/3 51/5 52/5
52/21 53/11 55/12 56/22
58/14 60/5 61/12 63/20
64/1 65/13 65/21 67/22
68/10 69/20 71/17 73/4
73/24 75/12 77/1 77/18
79/17 81/8 83/8 84/25
87/3 88/9 89/9 91/2 93/3
95/8 95/23 96/1 96/1
96/8 96/23 99/4 100/18
102/13 104/19 107/22
109/4 109/9 109/23
110/11 110/16 111/24
113/13 114/14 116/1
116/10 117/5 117/6
117/19 119/25 120/11
121/25 122/14 122/17
123/9 123/11 123/19
125/20 128/18 128/22
129/16 129/17 129/18
129/23 130/2 130/7
130/11 132/25 136/9
137/5 139/10 139/14
139/22 139/25 144/24
145/13 151/1 153/13
154/24 158/11 160/6
161/17 163/13 165/17
165/22 167/13 167/14
169/9 170/21 172/15
173/20 173/21 175/7
176/22 178/8 179/23
181/10 181/25 182/18
183/22 183/24 187/5
187/22 189/10 190/2
190/3 190/4 207/25
208/1 208/22 209/2
210/9 211/1 211/4
Thanks [1] 93/19
that [741]
that's [40] 7/16 12/6
15/23 16/9 38/14 49/2
54/20 66/11 74/23 76/3
87/25 89/23 116/25
119/8 121/10 123/2
125/17 127/1 127/14
127/14 128/6 129/15
132/4 154/7 154/13
164/20 181/19 181/24
182/13 183/16 183/20
188/5 188/6 189/2 189/9
189/14 190/3 203/22
205/4 205/21
that's what [1] 16/9
theft [1] 157/19
their [24] 19/14 20/13
21/14 21/23 28/8 35/22
36/6 46/7 50/23 50/25
70/21 72/4 92/3 128/2
129/8 137/1 137/24
144/20 150/4 151/8
159/12 174/15 193/23
208/19
them [34] 7/23 7/24

**T**

**them...** [32] 22/16 26/2 40/12 51/21 59/12 61/8 72/3 76/15 76/20 80/13 118/15 119/20 120/14 121/13 121/14 125/9 127/10 129/14 130/4 132/17 138/18 144/19 144/21 154/12 156/4 156/7 192/12 193/17 207/10 209/25 210/3 210/25

**themselves** [2] 26/2 138/20

**then** [45] 10/5 10/6 10/16 11/3 12/7 13/14 13/18 14/3 16/13 16/14 17/21 17/23 18/1 18/3 18/6 18/7 18/8 25/13 26/2 50/23 52/12 64/16 65/12 70/21 71/13 89/2 120/21 121/18 126/8 128/3 129/22 143/2 143/21 153/7 153/9 155/15 185/10 191/11 194/15 200/24 201/5 201/10 205/6 205/22 206/22

**therapist** [2] 70/8 70/9

**therapy** [2] 64/7 99/10

**there** [185] 4/3 4/24 6/14 7/18 9/13 9/20 9/20 9/21 9/22 9/23 10/2 10/4 10/5 10/6 12/7 12/8 14/21 14/24 15/1 15/8 15/9 17/1 18/21 21/10 25/13 26/11 26/14 27/18 28/24 30/15 32/7 32/8 36/18 37/10 37/22 38/1 38/17 38/21 39/14 41/7 41/18 42/10 42/12 43/8 43/20 44/20 45/25 47/24 48/25 49/9 51/4 51/22 53/2 53/6 53/21 54/13 55/8 56/18 60/1 61/25 63/16 65/4 65/17 67/18 69/5 69/16 71/14 72/25 74/8 74/21 77/8 79/1 79/13 81/4 82/22 82/24 83/4 84/17 84/21 85/19 86/21 88/18 90/21 92/4 92/24 93/16 94/24 96/19 98/6 98/12 100/8 100/13 101/12 104/2 105/10 105/19 106/16 106/17 107/14 107/18 108/1 108/21 108/25 110/5 110/5 110/8 111/19 113/1 113/9 114/7 114/10 115/22 116/24 118/4 118/18 122/18 123/5 124/11 125/23 129/1 130/12 130/18 133/14 133/19 133/23 134/22 137/21 137/23 143/2 143/24 144/21

145/1 146/12 148/4 148/5 150/19 151/15 151/25 152/3 152/18 152/21 153/24 156/13 157/18 158/1 158/6 159/11 159/23 160/2 161/12 162/17 164/12 165/12 166/23 167/4 167/9 168/22 169/5 169/16 170/17 171/24 172/11 173/16 174/15 175/25 176/18 178/4 178/24 179/13 179/19 180/8 182/23 182/24 183/14 183/21 184/7 184/9 185/18 188/14 189/15 191/7 192/5 192/11 198/3 210/16

**therefore** [1] 118/11

**these** [15] 6/2 20/20 24/17 25/2 30/16 37/3 50/7 92/12 104/6 121/20 123/16 123/24 142/7 155/24 175/21

**they** [76] 5/8 5/8 5/10 7/9 7/13 9/11 12/14 21/3 21/14 21/15 22/15 30/17 34/3 34/12 35/15 38/1 47/11 47/13 48/18 51/11 54/21 56/10 61/7 63/1 66/20 67/17 71/1 74/1 76/17 76/20 83/23 87/2 94/11 103/1 103/21 103/22 104/1 104/10 105/13 109/11 109/20 109/21 112/20 116/2 117/24 120/12 120/13 120/20 121/21 127/9 128/2 128/13 129/7 137/24 138/17 140/11 144/18 144/22 145/8 152/3 154/10 154/11 163/2 163/5 163/5 169/25 170/9 178/22 179/2 179/3 181/6 183/1 185/4 209/25 210/1 210/2

**They're** [1] 49/24

**thing** [6] 109/15 109/19 115/3 118/22 145/6 179/10

**things** [17] 6/2 9/6 11/24 34/21 50/3 61/3 61/4 66/11 74/1 84/2 121/5 125/22 126/24 149/14 155/21 155/22 189/7

**think** [88] 9/4 9/7 10/22 11/1 11/23 12/10 12/23 13/1 13/15 15/12 15/16 18/12 23/2 36/4 41/23 42/17 69/6 69/17 78/13 88/23 89/10 92/25 95/21 101/25 104/6 119/25 122/8 122/21 123/17 124/11 125/14 126/5 126/9 126/11 126/18

126/22 128/18 131/10 131/18 131/25 132/14 133/8 133/14 133/19 134/25 135/8 135/8 136/1 140/21 150/24 151/6 154/11 156/14 156/17 156/20 156/22 158/2 158/7 159/13 163/21 164/14 167/5 172/2 172/14 176/2 176/19 178/5 178/25 179/2 179/4 179/11 179/20 181/24 183/21 184/25 185/2 185/10 187/9 188/24 189/6 191/7 191/21 192/13 194/1 194/8 204/12 204/18 205/2

**third** [5] 30/19 51/14 72/10 196/24 198/1

**Thirty** [6] 40/16 42/9 73/19 73/22 110/19 114/25

**Thirty-eight** [1] 110/19

**Thirty-five** [1] 73/22

**Thirty-two** [1] 114/25

**this** [269]

**Thomas** [1] 185/25

**thorough** [1] 116/12

**those** [60] 7/3 9/10 11/1 11/14 11/16 11/17 11/18 13/25 15/16 16/4 16/25 18/24 21/2 21/3 26/5 27/10 30/6 34/12 36/25 37/10 40/17 69/5 69/5 71/5 71/5 76/15 78/14 82/20 82/25 84/17 92/5 92/15 94/22 94/24 103/20 103/21 103/24 104/2 104/2 104/10 106/17 108/21 114/7 118/2 137/13 146/4 149/6 151/15 154/8 158/2 159/12 159/23 161/4 163/1 163/3 171/23 192/16 203/24 207/20 208/15

**though** [3] 6/16 109/16 150/6

**thought** [3] 126/21 131/7 131/8

**three** [19] 24/23 27/8 37/8 51/12 57/14 68/20 72/8 85/9 99/12 102/25 105/18 120/22 128/24 142/13 171/6 176/15 187/16 190/1 201/20

**thrilled** [2] 20/16 137/3

**through** [9] 4/22 17/16 27/17 59/11 99/17 130/3 143/22 164/25 190/25 207/20 208/15

**throughout** [1] 21/10

**ticket** [1] 129/6

**tickets** [2] 27/21 144/2

**tight** [2] 136/3 208/13

**tile** [1] 94/3

**time** [62] 9/5 12/5 12/23 13/25 15/25 22/24 23/17 31/7 34/9 41/14 42/7 49/22 51/20 52/20 53/25 61/19 64/6 64/20 65/9 67/25 68/13 70/7 70/9 77/7 86/1 86/1 88/24 98/15 98/19 116/3 120/19 122/8 122/23 123/4 123/21 126/7 140/18 141/12 145/11 149/2 154/11 154/12 157/23 162/24 163/3 163/5 164/16 165/15 165/16 166/7 167/10 167/11 175/20 181/7 183/11 184/19 184/25 187/12 191/3 191/23 195/21 205/25

**times** [6] 7/8 21/13 52/11 120/15 137/23 194/4

**timing** [2] 13/16 13/21

**tired** [1] 57/6

**title** [8] 23/13 24/22 24/25 37/9 78/14 141/8 142/12 142/15

**today** [26] 10/13 10/15 11/13 11/17 12/5 12/6 12/16 14/2 22/12 22/12 27/13 27/15 27/15 30/1 93/17 124/9 129/3 137/6 138/13 143/18 143/20 145/24 154/12 209/4 210/9 210/15

**together** [3] 51/20 73/11 99/19

**told** [5] 127/11 128/1 184/3 184/3 189/9

**tomorrow** [10] 11/3 12/7 14/2 14/3 27/16 143/21 209/5 210/14 210/23 211/2

**tonight** [1] 207/7

**too** [6] 53/5 68/17 77/11 115/7 120/20 128/7

**took** [5] 7/23 11/14 117/24 121/21 121/23

**topic** [3] 10/23 14/4 15/24

**topics** [1] 13/25

**Toronto** [1] 156/4

**total** [4] 24/20 142/10 176/14 203/12

**Totaleath** [1] 173/25

**totally** [1] 192/14

**touching** [3] 22/23 140/17 209/15

**toward** [2] 35/25 150/7

**towards** [7] 71/11 127/2 127/15 127/16 131/19 151/3 185/1

**Toys** [1] 83/23

**track** [1] 121/19

**Tractor** [2] 164/2 164/5

**trader** [1] 159/1

**trading** [2] 49/22 158/24

**traffic** [1] 129/6

**trained** [1] 178/14

**training** [5] 50/3 50/4 50/7 50/13 50/17

**trains** [1] 110/4

**transcribe** [1] 138/8

**transcribing** [1] 22/3

**TRANSCRIPT** [1] 1/10

**transcription** [1] 211/11

**transcripts** [6] 6/23 9/16 11/13 18/24 154/9 207/21

**transpired** [1] 9/19

**travel** [1] 118/8

**traveling** [1] 119/10

**treasurer** [1] 45/5

**treat** [2] 29/10 59/12

**treated** [2] 104/11 118/12

**treatment** [1] 13/11

**tree** [1] 113/15

**trial** [32] 1/10 3/20 11/3 12/11 13/19 20/8 21/24 23/12 30/8 30/25 31/15 124/9 124/10 124/14 124/15 126/2 126/8 129/3 136/21 138/3 138/21 140/5 143/17 146/5 146/21 150/1 184/9 184/17 186/21 188/11 200/18 200/24

**trials** [1] 123/25

**tried** [7] 21/8 23/10 109/18 118/2 129/13 138/18 141/5

**trooper** [1] 69/4

**trouble** [5] 76/22 121/18 123/18 124/5 188/8

**Truck** [1] 62/10

**true** [1] 12/18

**truly** [1] 20/14

**trumpets** [1] 84/2

**truss** [1] 93/21

**truth** [5] 23/2 24/2 46/14 140/21 141/15

**Truthfully** [1] 71/8

**try** [11] 21/9 22/16 119/19 125/9 138/17 183/1 186/2 186/4 189/4 190/7 209/16

**trying** [8] 126/2 127/12 133/22 157/24 181/19 183/18 189/8 190/17

**Tucker** [6] 28/5 28/6 28/11 93/9 95/8 200/21

**Tucks** [1] 115/9

**Tuesday** [1] 10/12

**turn** [6] 37/15 46/12 116/2 162/21 179/24 181/6

**turnaround** [1] 154/11

**TVs** [1] 74/1

**Twenty** [5] 54/2 54/5 60/13 102/19 160/15

**Twenty-two** [2] 60/13

**T**

**Twenty-two... [1]** 102/19
**twice [1]** 159/22
**two [35]** 12/1 12/15 16/19 18/7 48/20 60/13 70/24 72/1 84/15 86/6 102/19 109/20 114/25 119/21 120/7 125/8 126/24 130/10 130/16 130/16 154/11 155/17 163/4 172/25 182/23 187/14 187/14 188/17 195/7 203/10 203/11 203/16 203/21 203/23 204/20
**two-hour [1]** 154/11
**Tyffani [1]** 177/1
**Tykes [1]** 115/8
**type [7]** 86/3 110/23 132/12 135/7 141/21 168/1 183/3

**U**

**U.S [7]** 1/14 26/8 51/12 185/11 186/20 191/3 211/15
**Uber [1]** 71/24
**UCF [1]** 106/6
**uh [2]** 117/18 117/18
**Uh-uh [1]** 117/18
**unable [3]** 35/4 35/15 149/21
**unanimous [2]** 38/16 152/17
**unattended [1]** 192/14
**uncertainty [1]** 131/13
**uncle [2]** 41/2 112/25
**uncle's [1]** 113/1
**uncles [3]** 69/1 84/15 179/2
**uncomfortable [5]** 23/23 77/15 77/16 116/5 165/9
**under [10]** 13/22 15/3 15/7 118/11 123/24 128/23 183/7 185/15 191/5 191/21
**undergone [2]** 183/3 183/10
**underground [2]** 81/22 82/17
**underpaid [1]** 183/1
**understand [31]** 4/17 6/3 6/22 8/25 11/22 17/16 23/18 34/6 36/17 38/20 41/17 50/5 55/17 71/3 101/20 118/22 124/21 125/1 125/15 125/18 127/4 127/7 127/11 127/24 128/15 156/18 165/5 182/21 185/3 186/15 188/10
**understanded [2]** 15/12 129/5
**understanding [2]** 104/9 129/15

**understood [4]** 65/13 82/21 193/22 194/1
**undivided [2]** 38/25 153/1
**unemployed [1]** 61/10
**unfair [1]** 119/7
**unfairly [1]** 104/11
**unfamiliar [1]** 20/21
**unfortunately [3]** 37/17 126/25 151/20
**unintelligible [2]** 52/2 110/25
**union [1]** 174/9
**unique [5]** 28/6 28/12 29/16 145/1 186/10
**uniquely [2]** 27/19 143/25
**unit [4]** 28/24 97/10 97/11 133/4
**UNITED [28]** 1/1 1/4 1/11 1/24 3/7 19/16 20/2 24/22 24/25 25/9 25/21 31/12 37/9 39/15 39/22 77/25 78/2 118/24 119/4 136/13 136/17 142/12 142/15 142/23 143/9 180/9 180/13 211/15
**University [2]** 50/15 86/6
**unreasonable [3]** 9/4 13/1 13/16
**until [15]** 11/5 14/2 17/6 27/14 65/24 71/13 75/22 97/9 126/23 143/20 153/7 153/18 209/11 210/5 210/6
**until January [1]** 75/22
**up [46]** 7/8 16/20 16/24 20/13 21/4 28/3 28/8 36/22 41/14 41/14 46/16 74/1 75/21 82/23 87/16 89/10 94/11 116/3 118/16 118/16 122/6 125/21 126/25 127/1 127/16 127/18 128/14 132/17 133/25 137/1 138/10 138/11 145/11 155/8 156/4 157/23 179/10 180/17 181/7 183/12 184/19 186/18 190/23 195/22 201/4 208/5
**update [1]** 19/2
**upon [9]** 20/11 20/16 21/5 21/17 30/3 136/24 140/24 146/1 181/4
**UPS [1]** 78/14
**us [75]** 1/14 21/25 22/11 28/4 28/18 29/7 33/3 43/1 43/4 48/7 49/17 53/14 53/18 57/2 58/18 60/8 61/2 61/7 62/7 62/15 63/23 64/3 64/24 65/24 70/18 71/20 74/2 75/15 76/19 83/11 83/23 85/6 86/15 87/6 87/13

89/17 90/7 92/1 92/9 93/8 93/10 94/17 97/3 97/8 100/9 100/21 102/8 102/14 103/20 104/23 110/16 118/12 120/8 122/13 123/24 123/24 125/23 144/9 150/13 155/4 155/8 156/2 158/14 161/1 161/20 163/16 165/20 167/17 170/24 173/24 175/10 176/25 199/16 204/12 207/20
**USA [2]** 3/4 19/13
**USAO [1]** 181/16
**use [9]** 8/14 34/8 34/14 127/17 148/25 149/7 197/25 199/1 205/10
**used [37]** 50/15 68/17 69/2 72/3 91/11 91/19 117/14 117/24 118/8 163/23 163/24 164/9 178/14 195/1 195/4 195/7 195/24 196/24 197/10 198/10 199/2 199/7 199/15 200/8 201/18 202/1 202/8 203/12 203/13 204/20 204/21 204/22 204/24 205/1 205/11 205/18 205/18
**using [2]** 25/4 142/17
**Utilities [1]** 58/21
**utility [1]** 83/15 159/5 159/6

**V**

**VA [1]** 45/22
**vacillate [1]** 131/9
**Vail [2]** 167/19 189/13
**Vajda [2]** 27/5 140/8
**Valdosta [1]** 63/3
**various [12]** 7/10 34/20 36/6 40/2 50/1 61/3 108/1 149/13 151/8 155/19 155/24 194/4
**vast [1]** 126/5
**Vegas [2]** 121/3 121/16
**vehicle [2]** 117/25 118/8
**Velazquez [2]** 45/15 107/23
**Velie [4]** 26/21 27/6 139/9 140/9
**venire [12]** 2/4 16/17 19/8 22/20 129/25 136/7 139/21 153/15 154/22 190/22 207/24 208/17
**verdict [18]** 31/7 31/8 34/17 38/5 38/16 39/1 90/10 107/1 147/3 147/4 149/10 152/7 152/17 153/2 170/7 170/10 184/18 209/12
**Verizon [1]** 174/9
**Vero [4]** 101/9 101/10 126/12 144/23

**version [3]** 8/11 18/20 207/15
**versus [5]** 3/4 19/13 118/17 118/24 136/13
**vertigo [4]** 4/16 7/18 7/19 7/22
**very [36]** 11/18 40/20 42/16 44/6 45/9 50/12 51/21 51/21 51/22 55/13 61/12 77/18 83/8 88/9 95/23 104/19 109/4 116/1 116/12 119/15 120/13 120/14 121/3 129/18 132/10 136/9 144/24 146/12 158/11 164/18 164/25 183/20 184/5 188/16 190/4 208/2
**veterinary [2]** 70/1 70/6
**victim [22]** 47/19 49/7 52/25 55/6 56/16 58/8 59/24 63/14 67/9 69/14 74/22 74/24 81/2 103/15 113/7 157/17 159/20 159/24 169/3 173/11 174/24 177/23
**victims [1]** 159/21
**Victoria [1]** 69/24
**video [1]** 17/12
**videos [2]** 17/13 18/5
**view [7]** 43/22 46/2 53/8 54/15 90/22 156/15 184/17
**views [2]** 39/14 193/23
**violation [4]** 24/22 24/25 142/12 142/14
**violations [9]** 39/8 39/20 82/18 82/20 156/12 164/12 175/25 180/2 180/12
**virtually [1]** 4/24
**visitation [1]** 200/15
**vital [1]** 137/2
**Voelker [1]** 3/12
**voice [1]** 5/5
**voiced [1]** 123/3
**void [2]** 5/12 153/22
**voir [11]** 2/5 16/23 22/21 22/25 23/1 116/9 123/14 140/15 140/20 181/9 184/1
**voluntarily [1]** 10/3
**voluntariness [1]** 9/14
**volunteer [1]** 80/11
**volunteered [1]** 80/8
**VP [1]** 78/16
**vs [1]** 1/5

**W**

**wait [1]** 129/10
**waiting [3]** 130/12 134/20 207/13
**waitressing [1]** 101/3
**walk [1]** 17/16
**wall [1]** 131/19
**want [38]** 3/20 4/4 6/21

6/22 7/15 9/1 9/2 20/1 20/5 20/17 20/25 30/16 36/22 41/14 44/11 67/12 75/2 76/17 99/15 122/22 123/1 136/18 137/4 138/2 155/17 160/12 167/4 167/8 182/23 190/14 192/8 198/3 200/22 200/24 201/3 205/14 207/13 210/24
**wanted [10]** 11/24 17/7 17/9 52/16 122/14 182/10 182/11 182/12 189/16 204/22
**wants [2]** 122/24 124/8
**warehouse [5]** 114/21 114/22 114/24 172/21 172/22
**warehousing [1]** 115/1
**warrant [2]** 18/1 18/3
**warrants [1]** 131/14
**was [268]**
**Washington [1]** 175/15
**wasn't [7]** 10/4 14/22 103/18 118/4 122/14 190/19 204/23
**watch [1]** 122/11
**watched [1]** 121/14
**water [3]** 59/2 91/15 91/18
**Wawa [1]** 106/5
**way [22]** 4/25 6/18 20/22 22/18 23/19 24/6 32/18 71/10 112/12 119/24 122/20 127/1 127/14 129/2 141/19 148/16 181/4 185/23 188/6 188/24 192/21 209/15
**ways [2]** 23/11 141/6
**we [199]** 3/4 3/22 4/21 4/25 5/1 5/7 5/14 5/20 5/22 8/17 10/3 10/12 10/14 10/15 10/16 11/3 12/4 12/10 12/16 13/18 14/2 14/3 14/11 15/23 16/6 16/13 16/15 16/18 17/1 17/2 17/2 17/13 17/20 17/21 18/6 18/8 18/14 18/14 20/5 20/22 21/2 21/6 21/8 21/11 21/16 21/23 22/2 22/11 22/12 22/18 23/7 23/12 23/25 24/10 24/10 27/16 27/23 30/1 30/7 31/6 34/8 34/9 34/10 34/11 36/25 37/16 37/17 45/22 49/25 51/20 52/12 61/20 68/1 69/1 73/7 73/11 76/16 85/3 85/11 88/23 89/1 89/2 89/5 89/10 89/10 90/11 98/16 98/18 98/20 107/2 116/7 116/12 118/12 118/17 121/13 122/11 122/12 123/5 123/16 123/21

Page 237

Case 2:21-cr-14008-AMC   Document 140   Entered on FLSD Docket 06/07/2022   Page 237 of 238
USA vs. DUBOSAR/OLUTE

**W**

**we... [99]** 123/25 124/1
125/7 125/8 127/21
128/18 129/20 129/22
130/12 130/18 133/9
134/11 134/12 135/16
136/1 136/4 137/9
137/13 137/14 137/16
137/19 137/19 137/22
138/6 138/12 138/13
139/1 141/2 141/6
141/23 141/23 143/20
143/21 145/8 145/24
146/5 147/2 151/19
151/20 153/9 153/11
153/18 154/5 154/11
155/1 155/3 155/4
157/24 159/21 160/11
164/25 165/5 169/12
180/15 182/8 182/8
182/11 182/13 183/11
183/13 183/18 183/20
184/4 184/6 188/11
190/5 190/6 190/21
191/11 192/18 194/12
194/13 197/12 198/4
200/18 200/25 201/3
201/5 201/23 202/2
203/13 203/17 203/21
203/25 205/5 205/6
205/6 206/21 206/22
206/22 207/13 208/2
209/3 209/4 209/7
210/13 210/14 211/2
211/4

**wearing [1]** 35/12
**Webb [2]** 27/6 140/9
**wedding [1]** 160/19
**Wednesday [4]** 10/12
11/6 13/19 18/12
**week [8]** 27/17 27/17
29/1 143/22 143/23
163/10 163/10 192/15
**weekend [1]** 13/1
**weeks [2]** 162/23 163/4
**weigh [1]** 179/4
**weight [2]** 30/7 146/4
**welcome [6]** 20/1 103/20
122/1 136/16 136/18
182/19
**welder [1]** 51/14
**welfare [2]** 22/14 138/16
**well [34]** 6/15 8/10
13/18 15/22 16/25 19/25
21/21 22/25 25/14 33/21
39/11 50/19 51/3 54/6
59/2 76/19 82/16 101/11
108/2 126/12 132/17
134/6 140/11 140/19
143/3 155/20 175/17
180/5 191/25 192/25
193/6 200/23 203/17
211/3
**went [15]** 5/19 9/8 35/20
50/19 50/20 50/23 70/8
70/15 105/13 106/14

109/18 118/1 164/8
179/12 210/14
**were [42]** 18/5 18/6
27/10 31/6 51/4 52/12
66/24 71/1 97/18 103/21
103/21 104/10 104/14
105/8 107/3 109/11
116/21 116/24 118/12
119/2 119/14 120/13
121/13 121/20 122/22
124/1 130/9 134/22
147/2 147/14 157/24
158/22 158/24 170/10
176/16 177/18 179/2
184/25 185/10 185/13
189/15 202/2
**weren't [2]** 120/12 121/6
**West [1]** 118/16
**wetland [1]** 59/11
**what [211]** 4/5 4/17 5/3
5/7 6/7 6/22 6/23 7/12
7/15 8/10 8/11 8/20 8/25
9/19 10/10 10/14 10/20
10/25 13/3 13/4 13/11
13/18 14/2 14/21 16/9
17/2 18/2 20/24 20/24
21/1 24/16 28/6 30/12
30/12 30/13 32/23 34/12
38/11 38/13 38/18 41/14
44/13 47/4 47/11 48/7
48/18 49/20 49/23 51/8
51/10 53/18 54/16 54/21
55/25 56/10 57/4 57/24
58/20 58/22 59/10 60/10
60/14 60/22 61/7 62/9
62/20 62/22 63/1 64/3
64/3 64/13 66/3 66/5
66/14 66/20 68/6 68/16
69/25 70/12 70/14 71/9
71/23 75/17 76/2 77/23
78/4 78/14 78/20 79/22
80/12 80/16 81/15 81/20
82/4 83/13 83/25 85/8
85/10 85/25 86/3 87/8
87/13 88/3 89/16 89/18
90/1 91/14 93/10 93/25
95/15 95/18 97/6 97/19
100/24 101/6 101/16
102/16 103/1 104/5
104/6 104/25 105/2
105/9 105/25 106/12
108/8 110/1 110/3 110/7
110/16 110/23 112/5
112/7 112/15 114/20
114/22 115/6 125/9
127/15 128/1 128/9
131/21 132/6 133/5
137/10 139/16 142/5
144/15 145/11 146/9
146/9 146/10 149/4
152/12 152/14 152/19
153/25 155/9 156/16
156/19 157/10 157/21
157/25 158/14 159/4
160/12 160/18 161/22
161/24 163/17 165/22

166/2 166/10 167/17
168/1 168/5 168/19
169/13 169/15 169/25
170/8 170/24 171/3
171/14 172/20 173/19
174/1 174/8 175/12
175/14 175/16 177/2
178/18 180/20 181/19
183/12 183/17 188/23
189/1 189/2 191/9
193/11 193/22 200/20
201/2 205/9 205/21
206/21 207/18 210/14
211/1
**whatever [5]** 8/14 76/4
87/17 87/24 156/19
**whatsoever [1]** 44/3
**when [53]** 4/21 5/13
7/11 7/12 7/13 7/23 9/8
9/11 9/23 10/24 12/23
12/25 13/6 14/10 14/22
15/20 21/5 21/14 21/15
34/19 41/3 44/12 44/15
46/16 66/11 80/11 84/15
97/18 105/8 115/2 115/7
118/15 121/11 121/21
124/1 127/21 131/19
134/20 135/5 137/4
138/11 149/12 157/18
179/10 182/16 185/11
186/20 188/4 188/9
189/6 189/15 201/1
207/20
**where [33]** 13/15 14/16
14/17 30/8 45/19 46/25
49/25 73/13 89/1 89/10
105/11 117/23 118/16
118/25 118/25 124/16
128/11 133/23 137/23
144/17 144/18 146/5
153/8 153/12 164/4
188/13 188/17 189/20
189/21 189/23 190/17
201/3 201/5
**whereas [2]** 25/13 143/2
**whether [15]** 5/16 10/24
13/22 13/23 34/11
123/22 124/20 124/23
129/7 131/13 149/3
158/8 161/14 182/25
194/14
**which [50]** 4/10 5/15 9/6
10/21 12/2 12/5 12/13
13/8 15/5 16/4 16/14
18/7 21/11 23/3 25/10
25/17 25/20 30/24 31/12
34/17 34/18 71/9 73/25
76/17 77/25 109/12
118/9 119/22 119/24
125/25 134/11 136/4
140/21 140/22 142/19
142/24 143/8 146/20
149/10 149/11 152/12
181/2 190/16 190/24
192/20 198/1 198/11
199/16 205/13 207/18

**while [11]** 34/23 73/18
102/9 130/12 137/24
137/25 149/16 189/17
190/6 207/13 208/14
**white [2]** 21/3 137/14
**who [89]** 3/9 3/10 3/12
6/2 17/10 17/12 17/21
17/22 18/4 18/4 19/22
19/23 21/19 23/3 23/4
23/4 23/15 26/9 26/12
26/13 26/14 26/15 26/18
26/20 27/18 37/22 37/23
38/1 39/14 46/17 68/11
69/1 74/15 79/6 80/20
82/8 86/8 86/17 88/7
88/8 88/15 92/8 99/24
103/7 106/4 106/7
106/10 108/13 111/12
112/23 113/25 115/13
123/3 123/4 128/13
132/15 133/19 138/21
139/2 140/4 140/23
140/23 140/24 141/10
143/24 144/22 145/1
151/25 152/1 152/3
152/21 160/23 166/20
168/18 171/20 171/21
178/1 180/8 180/17
181/17 183/18 184/16
185/15 192/11 197/11
201/23 202/2 206/21
208/3
**whoever [1]** 128/4
**whole [2]** 9/13 94/4
**whom [2]** 34/11 149/3
**why [11]** 14/14 14/21
17/16 24/10 38/24 53/18
136/4 141/23 152/25
182/13 205/4
**wife [4]** 98/14 109/6
135/5 145/7
**wife's [4]** 41/2 41/7
51/19 51/20
**will [125]** 6/14 8/12 8/14
8/17 11/3 11/6 11/8
11/9 13/18 13/19 13/24
14/1 14/2 14/2 14/3
14/11 15/16 16/7 16/10
16/13 16/14 16/19 16/20
16/22 16/24 17/12 17/20
17/21 17/24 18/1 18/3
18/4 18/14 20/23 20/24
21/13 21/15 21/16 22/23
22/5 22/15 22/24 23/4
23/4 23/13 23/25 24/12
26/4 26/10 26/17 27/15
27/16 34/6 35/12 37/21
38/18 89/1 89/2 100/11
116/3 116/7 122/10
127/5 129/7 129/22
130/12 130/13 130/15
132/2 134/9 137/9
137/10 137/23 138/1
138/4 138/8 138/17
139/1 140/18 140/23
140/24 141/25 143/20

143/21 144/5 148/24
151/23 152/6 152/7
152/19 153/9 153/11
153/18 154/5 154/12
155/3 181/7 184/17
190/21 191/11 192/3
194/11 194/22 195/14
196/6 196/13 196/20
197/5 197/18 197/25
198/16 199/1 199/21
200/2 201/10 201/11
202/13 202/19 203/8
204/23 205/22 207/22
210/13 211/2 211/4
**willful [1]** 151/15
**willfully [6]** 24/24 25/6
25/21 142/14 142/20
143/9
**William [1]** 208/6
**willing [4]** 32/1 38/18
147/24 152/19
**Willow [4]** 53/20 53/21
53/23 54/6
**wind [2]** 83/24 84/1
**winner [1]** 29/12
**Wisconsin [1]** 50/24
**wish [10]** 12/9 12/12
15/25 50/1 100/9 100/22
128/24 141/13 161/13
210/8
**wished [1]** 16/4
**within [1]** 189/22
**without [12]** 5/17 5/18
23/6 24/7 32/1 77/16
90/9 106/23 140/25
141/20 147/25 170/7
**witness [38]** 3/22 4/2
18/10 26/10 34/21 34/24
35/21 38/12 38/13 47/19
49/7 52/24 55/6 56/16
58/8 59/24 63/14 67/9
69/14 81/2 82/19 82/25
103/15 113/7 124/19
137/25 137/25 139/6
149/16 150/4 152/13
152/14 157/17 159/20
169/3 173/11 174/24
177/22
**witness's [17]** 34/16
34/19 34/20 34/23 34/23
34/25 35/1 35/20 36/7
149/9 149/12 149/13
149/15 149/15 149/18
149/18 151/9
**witnesses [28]** 10/10
17/5 17/18 21/15 26/3
27/3 34/7 34/15 35/5
35/12 35/16 35/24
103/22 125/24 125/24
137/23 138/21 139/1
140/6 140/10 148/25
149/8 149/14 149/22
150/2 150/5 209/20
209/24
**woman [1]** 133/19
**won't [4]** 100/11 124/10

**W**

won't... [2]  126/23 141/8
wood [2]  21/8 137/18
words [7]  30/6 30/7 38/6
103/25 146/3 146/4
151/8
work [195]  28/23 29/1
29/13 41/18 42/8 42/12
44/20 44/20 45/16 45/19
46/1 46/25 47/12 47/13
48/8 48/11 48/19 48/24
49/24 51/11 53/19 53/20
53/23 54/6 54/22 55/17
55/25 56/10 57/4 57/7
57/15 58/21 58/23 60/10
60/24 61/7 62/9 62/20
63/1 64/3 64/13 65/2
65/4 66/3 66/14 66/20
67/25 68/16 68/22 69/1
69/6 69/25 70/13 71/23
72/7 73/13 75/17 76/2
76/6 77/23 77/24 78/6
78/20 79/1 79/6 79/22
80/12 80/13 81/15 82/4
83/13 83/15 83/17 85/8
85/9 85/19 85/25 86/9
87/8 88/3 89/16 90/1
91/11 91/15 91/25 92/4
92/9 92/11 93/10 93/25
95/15 97/6 98/7 99/9
99/11 101/6 101/12
102/16 103/1 104/25
105/1 105/11 105/12
105/20 105/25 106/8
106/14 106/18 107/23
108/21 110/1 110/16
111/12 112/5 112/15
112/24 113/14 113/16
113/25 114/20 114/24
115/1 115/6 122/7
129/14 144/17 144/18
144/23 155/9 155/10
155/13 155/14 155/25
155/25 156/13 156/13
156/14 156/17 157/11
158/15 158/16 159/4
159/6 159/12 160/12
160/18 160/23 161/22
163/17 163/23 165/22
166/1 166/5 166/10
166/11 166/18 166/20
167/18 168/1 168/19
169/13 169/14 169/16
170/1 170/25 171/14
172/6 172/20 172/23
172/24 174/1 174/8
175/12 175/14 177/2
177/5 177/24 177/25
178/1 178/10 178/14
178/18 178/22 178/24
182/5 183/1 185/18
186/23 186/25 187/2
187/11 187/17 188/17
189/21 191/2
worked [102]  5/25 25/5
36/17 39/25 40/5 40/15

41/3 41/17 42/4 42/22
43/5 44/13 47/2 53/21
56/2 56/5 59/2 64/16
64/25 67/11 67/15 68/1
68/25 70/16 70/21 72/22
72/23 73/18 73/22 74/12
74/15 78/1 78/13 79/6
79/25 80/4 80/6 80/9
80/21 81/18 81/25 82/6
82/8 83/21 83/23 83/24
83/24 85/15 86/2 88/16
90/17 90/19 91/23 91/24
92/2 93/16 95/16 96/12
99/22 99/24 103/5 103/7
105/4 105/7 106/8
108/11 108/14 114/21
115/7 115/8 115/11
115/13 117/23 142/18
155/18 156/5 157/3
157/18 158/18 160/20
164/1 164/2 164/9
167/25 168/3 168/3
171/5 171/17 175/15
175/18 178/20 180/17
181/15 184/24 185/11
185/15 185/24 186/20
187/12 188/4 191/5
191/7
worker [3]  55/22 64/14
159/5
workers [3]  12/9 106/14
133/10
working [21]  19/1 61/3
61/8 68/20 69/3 70/2
97/16 97/18 98/19 98/20
99/15 105/8 106/5 115/2
158/22 158/23 159/1
165/24 172/25 175/17
176/1
works [18]  19/23 40/13
45/6 51/12 73/12 78/21
82/5 86/6 86/7 106/5
110/2 133/10 134/18
140/3 194/1 194/2 194/8
194/9
would [201]  4/2 6/5 7/12
8/20 10/22 12/6 12/15
12/16 12/19 13/4 13/6
13/10 13/13 14/17 14/18
21/22 23/8 23/23 27/19
29/23 31/15 31/25 34/3
35/4 35/15 35/21 35/23
36/1 36/4 36/15 36/20
37/11 38/22 39/16 41/8
41/19 42/13 43/9 43/21
44/21 45/6 45/7 46/1
47/25 49/10 51/25 53/3
53/7 54/14 55/9 56/19
58/11 60/2 62/1 63/17
65/5 65/18 67/19 69/6
69/17 71/6 73/1 74/9
75/1 75/3 75/7 77/9 79/2
79/14 81/5 83/1 83/5
84/18 84/22 85/20 86/21
86/24 86/25 87/2 88/19
90/22 92/5 92/15 92/25

94/2 94/4 96/20 98/7
98/12 100/14 101/13
101/17 101/19 104/3
104/7 105/20 106/18
107/15 107/19 108/22
109/1 110/8 111/20
113/2 113/10 114/7
114/11 115/23 117/2
117/15 118/20 119/19
119/19 123/5 123/18
124/13 126/9 126/11
126/13 126/22 127/15
130/2 130/20 131/1
131/17 133/6 133/10
133/12 133/25 134/1
134/22 135/11 140/6
141/3 143/25 145/6
145/9 145/21 146/13
147/9 147/14 149/21
150/3 150/5 150/8
150/20 151/3 151/6
151/16 152/22 154/11
156/14 156/18 156/20
156/22 158/2 159/13
159/24 160/3 161/5
162/18 164/14 165/13
166/24 167/5 168/23
169/6 170/18 171/24
172/12 173/17 174/15
175/4 176/2 176/19
178/5 178/25 179/14
179/20 181/21 181/24
182/3 183/15 183/18
184/7 184/8 184/25
188/24 191/1 191/7
191/14 191/17 191/25
192/9 192/13 193/25
194/7 200/18 200/25
214/20 214/14
wouldn't [4]  17/6
109/17 126/15 165/16
writeoff [1]  118/9
writeoffs [2]  118/2
118/6
writer [1]  96/5
wrong [2]  122/18 184/9
wrote [2]  94/18 121/2

**Y**

yacht [3]  121/17 121/21
121/23
yardwork [1]  83/16
yeah [21]  32/24 69/1
72/10 91/13 95/12
104/12 104/17 105/3
117/14 120/24 121/24
122/10 155/23 156/10
157/18 166/9 167/11
178/17 179/7 207/10
207/10
year [11]  4/19 9/3 14/16
25/10 45/18 48/12 99/13
105/5 142/24 185/19
187/4
years [79]  25/18 36/15
40/6 40/16 42/4 42/9

47/3 47/8 52/10 53/22
54/2 54/4 54/5 55/19
57/10 57/14 58/25 60/13
62/17 65/1 67/4 68/1
70/5 70/9 71/2 72/8
73/10 73/1 73/19 73/22
74/5 74/25 76/22 78/1
78/2 80/2 80/9 81/18
81/18 83/21 85/13 85/15
85/16 85/17 87/11 88/5
89/21 92/13 93/17 94/18
95/22 96/10 97/15 99/12
100/23 101/11 102/19
102/23 105/17 105/18
109/10 110/6 110/19
112/10 114/25 143/6
155/18 156/18 158/19
160/15 162/2 171/6
171/9 171/19 171/21
172/24 172/25 182/9
186/22
yes [143]  5/6 11/22
14/11 16/5 16/12 18/25
19/4 28/21 29/2 40/4
40/14 42/25 45/5 45/22
45/24 51/7 52/6 52/8
55/24 56/9 57/8 59/4
59/9 60/21 61/1 61/6
62/17 62/23 62/25 64/12
64/19 64/23 68/15 69/24
70/11 72/6 76/13 78/12
78/19 78/23 80/15 81/18
82/3 82/16 84/15 85/24
87/19 89/25 90/6 91/19
94/23 96/1 96/7 97/22
97/24 98/1 98/3 98/13
99/2 99/8 99/9 101/9
102/7 103/17 103/19
104/1 105/16 107/6
108/20 109/25 110/15
110/21 112/4 114/6
115/5 115/10 116/18
117/23 119/6 123/13
125/16 129/9 130/5
131/6 132/16 132/17
133/8 133/22 135/25
144/4 144/12 144/14
145/5 150/16 150/18
150/22 153/20 154/1
154/21 156/1 158/23
159/3 159/10 160/17
160/25 166/7 169/22
170/4 170/9 171/13
171/18 172/10 174/7
174/12 176/9 177/8
177/15 178/14 178/22
179/10 181/17 182/4
182/6 185/14 185/17
185/21 185/24 186/7
186/12 187/1 193/3
199/14 201/9 201/20
203/15 204/2 205/7
205/24 206/16 206/19
207/5 207/11 208/20
yeses [1]  32/14
Yolanda [1]  57/3

York [5]  40/14 48/21
70/21 158/21 158/22
you [1312]
you're [4]  68/11 122/1
182/19 210/6
young [5]  44/15 66/11
94/19 94/21 115/10
younger [2]  94/6 121/12
your [563]
yourself [44]  10/18
33/20 47/18 49/6 52/23
55/5 58/7 59/23 61/22
63/13 65/15 67/8 69/13
72/20 74/18 76/12 79/11
81/1 82/14 84/11 84/14
88/13 90/15 92/21 94/14
96/17 100/5 101/22
103/13 107/10 111/16
113/6 114/4 115/19
137/20 157/16 158/24
159/19 164/24 169/2
170/14 173/10 174/23
177/21
youth [1]  179/3

**Z**

Zakela [3]  17/11 26/19
139/6
Zeller [1]  177/1
Ziegler [3]  45/4 45/10
95/11